UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS : | |
| : | |
| v. : | Civil Action No. 16-00248 - RFK |
| : | |
| TEMPLE UNIVERSITY : | |

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Temple University in the above-captioned action.

                GRIESING LAW, LLC

By:   **/s/ Francine Friedman Griesing**
       Francine Friedman Griesing, Esquire
       PA Identification No. 48982
       1717 Arch Street
       Suite 3630
       Philadelphia, PA 19103
       215-618-3721
       215-814-9049 [fax]
       fgriesing@griesinglaw.com

Dated: February 8, 2016

## **CERTIFICATE OF SERVICE**

I, Francine Friedman Griesing, hereby certify that on this 8th day of February, 2016, I caused a true and correct copy of the foregoing Entry of Appearance to be served via electronic and U.S. First Class Mail upon the following counsel of record:

Rahul Munshi, Esq.
Console Law Offices
1525 Locust Street, 9th Floor
Philadelphia, PA 19102

**/s/ Francine Friedman Griesing**
Francine Friedman Griesing, Esquire