UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH V. BRIGGS | : | |
| | : | |
| v. | : | Civil Action No. 16-00248 - RFK |
| | : | |
| TEMPLE UNIVERSITY | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Temple University in the above-captioned action.

GRIESING LAW, LLC

By: **/s/ Elizabeth Livingston**
Elizabeth Livingston, Esquire
PA Identification No. 208126
1717 Arch Street
Suite 3630
Philadelphia, PA 19103
215-501-7845
215-814-9049 [fax]
elivingston@griesinglaw.com

Dated: February 8, 2016

## **CERTIFICATE OF SERVICE**

I, Elizabeth Livingston, hereby certify that on this 8th day of February, 2016, I caused a true and correct copy of the foregoing Entry of Appearance to be served via electronic and U.S. First Class Mail upon the following counsel of record:

Rahul Munshi, Esq.
Console Law Offices
1525 Locust Street, 9th Floor
Philadelphia, PA 19102

**/s/ Elizabeth Livingston**
Elizabeth Livingston, Esquire