IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH BRIGGS | : | C.A. No. 16-248 |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY | : | |

## NOTICE OF PRETRIAL CONFERENCE

      Please be advised that a pretrial conference in the above matter has been ordered by Judge Robert F. Kelly by telephone on **MONDAY, APRIL 4, 2016 at 9:00 a.m.**

      The purposes of the conference are set forth in F.R.C.P. 16. The Court will assume that you will be fully prepared to comply with all provisions of Rule 16. You are, therefore, instructed to obtain authority to enter into stipulations, make admissions, and express evaluations in accordance with the Rule.

      This pretrial conference will be continued only in extreme circumstances. If you are unable to attend, someone from your office as familiar as possible with this case should attend.

      For the Court,

      <u>Mark A. Rafferty</u>

      Mark A. Rafferty
      Deputy Clerk to Judge R. Kelly
      267-299-7319

Copies E-mailed to counsel:
Rahul Munshi, Esq.
Elizabeth Ann Livingston, Esq.
Francine Friedman Griesing, Esq.