## CERTIFICATE OF SERVICE

I, Rahul Munshi, hereby certify that the foregoing Joint Motion for Extension of Time was served this 15th day of June 2016, via electronic mail and the Court's electronic filing system, upon the following:

>Francine Friedman Griesing, Esq.
>Elizabeth Livingston, Esq.
>**Griesing Law LLC**
>1717 Arch St., Suite 3630
>Philadelphia, PA 19103
>
>Attorneys for Defendant

By: _____
Rahul Munshi, Esq.