IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS, Plaintiff, | CIVIL ACTION NO. 16-00248 |
| v. | |
| TEMPLE UNIVERSITY, Defendant. | |

FILED
JUN 17 2016
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

On this 17th day of June 2016, upon joint motion of Plaintiff Ruth V. Briggs ("Plaintiff") and Defendant Temple University – of the Commonwealth System of Higher Education ("Defendant") for an extension of time, it is hereby **ORDERED** that the motion is **GRANTED** and the deadlines set by this Court's Scheduling Order of April 4, 2016 (Doc. No. 8) are modified as follows:

1. All factual discovery shall be completed on or before September 26, 2016;

2. All dispositive motions, if any, shall be filed on or before October 10, 2016;

3. If the parties do not file any dispositive motions, the parties' Joint Pretrial Order shall be filed on or before October 24, 2016. If dispositive motions are filed, the parties' Joint Pretrial Order shall be filed within fourteen (14) days after the Court's disposition of the dispositive motions;

4. The Court shall give this case a date certain for trial; and

5. Proposed changes to the foregoing schedule shall be considered by written motion only.

BY THE COURT:

_Robert F. Kelly_
ROBERT F. KELLY
SENIOR JUDGE