## **CERTIFICATE OF SERVICE**

      I, Rahul Munshi, hereby certify that the foregoing Joint Motion for Extension of Time was served this 9th day of August 2016, via electronic mail and the Court's electronic filing system, upon the following:

Francine Friedman Griesing, Esq.
Elizabeth Livingston, Esq.
**Griesing Law LLC**
1717 Arch St., Suite 3630
Philadelphia, PA 19103

      Attorneys for Defendant

By: _____
     Rahul Munshi, Esq.