## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| RUTH V. BRIGGS, | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION NO. 16-00248** |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY, | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

On this _10ᵗʰ_ day of _August_ 2016, upon joint motion of Plaintiff Ruth V. Briggs ("Plaintiff") and Defendant Temple University – of the Commonwealth System of Higher Education ("Defendant") for an extension of time, it is hereby **ORDERED** that the motion is **GRANTED** and the deadlines set by this Court's Scheduling Order of June 17, 2016 (Doc. No. 11) are modified as follows:

1. All factual discovery shall be completed on or before February 15, 2017;

2. All dispositive motions, if any, shall be filed on or before March 15, 2017;

3. If the parties do not file any dispositive motions, the parties' Joint Pretrial Order shall be filed on or before March 29, 2017. If dispositive motions are filed, the parties' Joint Pretrial Order shall be filed within fourteen (14) days after the Court's disposition of the dispositive motions;

4. The Court shall give this case a date certain for trial; and

5. Proposed changes to the foregoing schedule shall be considered by written motion only.

BY THE COURT:

_Robert F. Kelly_

ROBERT F. KELLY
SENIOR JUDGE