IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS<br><br>                Plaintiff,<br><br>v.<br><br>TEMPLE UNIVERSITY<br><br>                Defendant. | Civil Action No.<br><br>16-0248 |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendant Temple University in the above-captioned matter.

|  |  |
|---|---|
|  | */s/ Rachel Fendell Satinsky*<br>Rachel Fendell Satinsky (PA ID # 308751)<br>**LITTLER MENDELSON, P.C.**<br>Three Parkway<br>1601 Cherry Street, Suite 1400<br>Philadelphia, PA  19102.1321<br>267.402.3000 – telephone<br>267.402.3131 – facsimile<br>rsatinsky@littler.com<br><br>*Attorneys for Defendant* |
| Dated:   January 27, 2017 | *Temple University* |

## CERTIFICATE OF SERVICE

    I, Rachel Fendell Satinsky, hereby certify that on this 27th day of January, 2017, the foregoing document was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

/s/ *Rachel Fendell Satinsky*
Rachel Fendell Satinsky