IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TEMPLE UNIVERSITY<br><br>　　　　　Defendant. | Civil Action No.<br><br>16-0248 |

## ENTRY OF APPEARANCE

　　　Please enter my appearance on behalf of Defendant Temple University in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Richard R. Harris*
　　　　　　　　　　　　　　　　　　　　　　　　Richard R. Harris (PA ID # 84897)
　　　　　　　　　　　　　　　　　　　　　　　　**LITTLER MENDELSON, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　Three Parkway
　　　　　　　　　　　　　　　　　　　　　　　　1601 Cherry Street, Suite 1400
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19102.1321
　　　　　　　　　　　　　　　　　　　　　　　　267.402.3000 – telephone
　　　　　　　　　　　　　　　　　　　　　　　　267.402.3131 – facsimile
　　　　　　　　　　　　　　　　　　　　　　　　rharris@littler.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
Dated:　January 27, 2017　　　　　　　　　　　　*Temple University*

## CERTIFICATE OF SERVICE

I, Richard R. Harris, hereby certify that on this 27th day of January, 2017, the foregoing document was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

/s/ Richard R. Harris
Richard R. Harris