UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS | : |
| | : |
| v. | : Civil Action No. 16-00248 - RFK |
| | : |
| TEMPLE UNIVERSITY | : |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance as counsel for Defendant Temple University in the above-captioned action.

                              GRIESING LAW, LLC

                   By:    **/s/ Elizabeth Livingston**
                              Elizabeth Livingston, Esquire
                              PA Identification No. 208126
                              1717 Arch Street
                              Suite 3630
                              Philadelphia, PA 19103
                              215-501-7845
                              215-814-9049 [fax]
                              elivingston@griesinglaw.com

Dated:  January 30, 2017

4036681

## **CERTIFICATE OF SERVICE**

I, Elizabeth Livingston, hereby certify that on this 30th day of January, 2017, I caused a true and correct copy of the foregoing Withdrawal of Appearance to be served via the Court's ECF system upon the following counsel of record:

Rahul Munshi, Esq.
Console Law Offices
1525 Locust Street, 9th Floor
Philadelphia, PA 19102

Richard R. Harris, Esq.
Rachel Fendell Satinsky, Esq.
Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321

**/s/ Elizabeth Livingston**
Elizabeth Livingston, Esquire

4036681