UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS | : |
| v. | : Civil Action No. 16-00248 - RFK |
| TEMPLE UNIVERSITY | : |

**WITHDRAWAL OF APPEARANCE**

Kindly withdraw my appearance as counsel for Defendant Temple University in the above-captioned action.

GRIESING LAW, LLC

By: **/s/ Francine Friedman Griesing**
Francine Friedman Griesing, Esquire
PA Identification No. 48982
1717 Arch Street
Suite 3630
Philadelphia, PA 19103
215-618-3721
215-814-9049 [fax]
fgriesing@griesinglaw.com

Dated: January 30, 2017

2749311

## CERTIFICATE OF SERVICE

I, Francine Friedman Griesing, hereby certify that on this 30th day of January, 2017, I caused a true and correct copy of the foregoing Withdrawal of Appearance to be served via the Court's ECF system upon the following counsel of record:

Rahul Munshi, Esq.
Console Law Offices
1525 Locust Street, 9th Floor
Philadelphia, PA 19102

Richard R. Harris, Esq.
Rachel Fendell Satinsky, Esq.
Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321

/s/ **Francine Friedman Griesing**
Francine Friedman Griesing, Esquire

2749311