IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS<br><br>   Plaintiff,<br><br>v.<br><br>TEMPLE UNIVERSITY<br><br>   Defendant. | Civil Action No.<br><br>16-0248 |

## ORDER

AND NOW, this \_\_6th\_\_ day of \_\_Feb.\_\_ 2017, upon joint motion of Plaintiff Ruth V. Briggs ("Plaintiff") and Defendant Temple University – of the Commonwealth System of Higher Education ("Defendant") for an extension of time, it is hereby **ORDERED** that the motion is **GRANTED** and the deadlines set by this Court's Scheduling Order of January 13, 2017 (Doc. No. 17) are modified as follows:

1. All factual discovery shall be completed on or before May 15, 2017;

2. All dispositive motions, if any, shall be filed on or before June 16, 2017;

3. If the parties do not file any dispositive motions, the parties' Joint Pretrial Order shall be filed on or before August 1, 2017. If dispositive motions are filed, the parties' Joint Pretrial Order shall be filed within fourteen (14) days after the Court's disposition of the dispositive motions;

4. The Court shall give this case a date certain for trial; and

5. Proposed changes to the foregoing schedule shall be considered by written motion only.

BY THE COURT:

*Robert F. Kelly*
ROBERT F. KELLY
SENIOR JUDGE