IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS<br><br>                Plaintiff,<br><br>v.<br><br>TEMPLE UNIVERSITY<br><br>                Defendant. | Civil Action No. 16-0248<br><br><br>FILED VIA ECF |

## DEFENDANT TEMPLE UNIVERSITY'S MOTION FOR SUMMARY JUDGMENT

Defendant Temple University, by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 56, hereby moves for summary judgment on all claims asserted by Plaintiff Ruth V. Briggs. For the reasons set forth in the Memorandum of Law in Support of Defendant's Motion for Summary Judgment, which is incorporated by reference, there are no genuine issues of material fact, and Defendant is entitled to judgment as a matter of law.

WHEREFORE, Defendant Temple University respectfully requests that the Court grant its Motion and dismiss all of Ms. Briggs's claims with prejudice.

Respectfully submitted,

*/s/ Rachel Fendell Satinsky*
Richard R. Harris
Rachel Fendell Satinsky
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
267.402.3000 – telephone
267.402.3131 – facsimile
rharris@littler.com
rsatinsky@littler.com

*Attorneys for Defendant*
*Temple University*

Dated: July 31, 2017

## CERTIFICATE OF SERVICE

I, Rachel Fendell Satinsky, hereby certify that, on this 31st day of July, 2017, the foregoing document was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

*/s/ Rachel Fendell Satinsky*
Rachel Fendell Satinsky

Firmwide:149102130.1 086760.1004