# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TEMPLE UNIVERSITY<br><br>　　　　　Defendant. | Civil Action No. 16-0248<br><br><br><br>FILED VIA ECF |

## DECLARATION OF ANDREW DIMEO

I, Andrew DiMeo, do hereby declare and state:

1. I am over 18 years of age and am competent to testify regarding the matters stated in this declaration, about which I have personal knowledge.

2. I am the Temple University's Vice Dean, Finance & Administration in the College of Engineering.

3. Previously, I was the Assistant Director of Finance and Administration in the College of Science and Technology.

4. I knew Ruth Briggs when she worked at Temple University.

5. Prior to the end of Ms. Briggs's employment, I was unaware that she had raised, if she did, any concerns with Sandra Foehl or anyone in Temple's Equal Opportunity Compliance Office ("EOC").

6. Temple University is a deeply rooted, integral part of the Philadelphia (higher education) community.

7. Temple's history began in 1884, when a young working man asked Russell Conwell if he could tutor him at night. A well-known Philadelphia minister, Conwell quickly said yes. Before

8. In 1888, Conwell received a charter of incorporation for "The Temple College."

9. His founding vision for the school was to provide superior educational opportunities for academically talented and highly motivated students, regardless of their backgrounds or means.

10. Today, Temple has more than 35,000 students.

11. The University's students are dedicated to excellence in academics, research, athletics, the arts, and more.

12. The University's motto is *Perseverantia Vincit*, or "Perseverance Conquers."

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28 day of July, 2017.

_____
Andrew DiMeo