IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS<br><br>    Plaintiff,<br><br>v.<br><br>TEMPLE UNIVERSITY<br><br>    Defendant. | Civil Action No. 16-0248<br><br><br>FILED VIA ECF |

## ORDER

AND NOW, this ___ day of _____, 2017, upon consideration of Defendant Temple University's Motion for Summary Judgment, and any response and reply thereto, it is hereby ORDERED that Defendant's Motion is **GRANTED** because there is no dispute as to any material fact.  JUDGMENT is entered in favor of Defendant and against Plaintiff as to all counts of the Complaint.

BY THE COURT:

_____
                                                                J.