IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH BRIGGS, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : 16-cv-0248 |
| TEMPLE UNIVERSITY | : |
| Defendant. | : |

### ORDER

AND NOW, this _____ day of _____, 201___, upon consideration of the Summary Judgment Motion of Defendant, Temple University, and Plaintiff Ruth Briggs' Opposition thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion is **DENIED** in its entirety.

BY THE COURT:

_____
ROBERT F. KELLY
SENIOR UNITED STATES DISTRICT JUDGE