# EXHIBIT 1

Summary of Position:
Provides high-level administrative support to Department Chair & Center Director within the University's College of Science and Technology. Under direction of Department Chair or senior management, performs a variety of complex administrative functions, which are of a sensitive and confidential nature, such as; directs all ongoing and special projects, develops programs and systems to manage daily activities, plans and coordinates events.

Essential Functions:

Provide a broad range of administrative support to the Department Chair and Center Director.

Develops and writes memos and letters for internal and external use. Expresses oneself clearly and effectively when writing, ensuring that communication is understood by all parties. All correspondence is reviewed by the Department Chair, prior to being distributed.

Prepares grant applications

Screen phone calls and incoming mail, photocopy documents and reports, process forms, etc.

Handle incoming communication or requests for information from staff, students, parents, faculty and university visitors.

Maintain the Department Chair & Center Director daily calendars. Schedule and coordinate meetings. Combine appropriate materials on own initiative.

Screen request for appointments with the Department Chair & Center Director. Determine which require an appointment with the Department Chair & Center Director.

Research and gather topic information necessary for preparing the Department Chair & Center Director agenda package for all scheduled meetings.

Forward appointments not requiring the attention of the Department Chair & Center Director to the appropriate department staff member for handling.

Handle and compose correspondence for the Department Chair & Center Director.

Remain abreast of all staff schedules within the Office.

Maintain files and take follow-up initiative.

Serve as liaison for the Department Chair & Center Director with representatives of other University administrative and academic offices.

Coordinate and monitor student worker schedules and rules.

Assist in the handling of special assignments and projects.

Performs other related duties and responsibilities as assigned.

TEMPLE0082

Regularly works with a wide array of university-wide constituents while ensuring the administrative operation of the department, disseminating information, serving on committees, and handling confidential information.

Handles complex issues that have impact to the department, University, and/or external constituents.

Establishes priorities for direct reports, assigning and directing work, appraising performance, providing training and feedback, and insuring all projects are completed in a timely fashion.

Competencies:
Please refer to competency dictionary and other materials included with Performance Development System for detailed definitions and guidance on use of competencies.

Core Competencies apply to all Temple University positions, with varying emphasis.

Accountability
Takes personal responsibility for all work activities and personal actions, implementing decisions that have been agreed upon, and acknowledging mistakes and failures without blaming others.

Clear Communication
Expresses oneself clearly and effectively when speaking and writing to individuals and groups; listening attentively and insuring communication is understood by all parties involved.

Client/Customer Service Orientation
Focuses one's efforts on exceeding the customer's needs. Takes personal responsibility for dealing with and/or correcting customer service issues and concerns.

Dependability
Timely & reliable completion of assignments and work responsibilities.

Efficiency
Completes activities/projects in a timely manner on or before scheduled deadlines with minimal errors. Takes new, unique and creative approaches to how work is done and strives to continuously improve processes and quality.

Initiative
Independently anticipates and identifies problems, obstacles and opportunities and takes decisive action to address them.

Interpersonal Skills
Ability to work effectively with others using empathy and self-regulation to manage interactions with others.

Problem Solving/Decision Making
Generates successful approaches to analyzing and resolving problems and makes good decisions based upon a mixture of analysis, wisdom, experience, and judgment.

Respect and Valuing Diversity
Demonstrates the ability to recognize, understand, accept and appreciate the value of workplace diversity; respects the practices, values, and points of view of other individuals and groups.

Teamwork and Collaboration
Works cooperatively with others, contributes to and accepts group opinion; and understands that organizational and team goals take precedence over individual goals.

Role Competencies vary depending on position and level

Analytical Thinking
Understands a situation, issue or problem by using a step-by-step process, applying basic rules and learned concepts.

Change Leadership
Initiates, sponsors, implements, and supports organizational change, adjusts to change as it occurs and leads others through change processes.

Continuous Improvement Orientation
Takes new, unique and creative approaches to how work is done and strives to continuously improve processes and quality.

Creativity and Innovation
Generates novel and imaginative contributions and solutions to problems, projects, processes and situations.

Developing Others/Supervision
Works in partnership with staff to develop departmental, personal and professional goals, encourages staff growth, and maintains a cohesive work team.

Developing Self
Ability to grow and apply one's expertise/ knowledge within and across specialized technical/functional areas. Includes self-assessment, soliciting performance related feedback and taking initiative to build one's own skills.

Ethics
Demonstrates the ability to adhere to an appropriate and effective set of core values and beliefs and to act in line with those values.

Leadership
Brings forth new initiatives to enhance department's or University's mission; inspires and energizes others.

Organization/Planning
Establishes work priorities, methods and project flow to accomplish objectives. Utilizes time effectively for maximum performance. Anticipates and prepares for future developments and deadlines.

Quality Assurance/Attention to Detail
Accomplishes tasks through concern for all aspects of the job, no matter how small.

TEMPLE0084

Accurately checks processes and tasks and follows up.

Resilience and Adaptability
Adjusts to changing circumstances by altering attitudes and behaviors; displays resilience and flexibility in response to setbacks and stressful situations with energy and optimism.

Resource and Project Management
Allocates time and resources (material, financial and human) in order to reach goals; integrates complex project steps and outcomes and follows-up by monitoring results of delegations and assignments.

Technical/Professional Skills
Achieves a proficient level of technical and professional skills/knowledge in job-related areas. Involves continual assessment and skill development.

Dimensions:
People Supervised: Supervises students and administrative employees. Carries out supervisory responsibilities in accordance with the organization's policies and applicable laws.

Education and Experience: Bachelor's degree and three - five years related experience; or equivalent combination of education and experience, advanced course work and/or certification may be required.
Other Pertinent Data: Advanced knowledge of Word Processing, Spreadsheet, Database and Presentation software. Ability to work with University information systems (ISIS, FMS, etc.).

Work Environment: Office setting

Physical Demands: [To be specified by Department.]

Note: This is a broad description incorporating the types of duties and responsibilities performed. It is recognized that more specific tasks and duties not mentioned will also be performed. This document supplements the role inventory for this family.
Job Qualifications:
Provides high-level administrative support to Department Chair & Center Director within the University's College of Science and Technology. Under direction of Department Chair & Center Director or senior management, performs a variety of complex administrative functions, which are of a sensitive and confidential nature, such as; directs all ongoing and special projects, develops programs and systems to manage daily activities, plans and coordinates events. Serve as liaison for the Department Chair & Center Director with representatives of other University administrative and academic offices. Coordinate and monitor student worker schedules and rules. Regularly works with a wide array of university-wide constituents while ensuring the administrative operation of the department. Handles complex issues that have impact to the department, University, and/or external constituents. Establishes priorities for direct reports, assigning and directing work, appraising performance, providing training and feedback, and insuring all projects are completed in a timely fashion. Perform other related duties and responsibilities as assigned.

Required Education and Experience:

Bachelor's degree and three - five years related experience. An equivalent
combination of education and experience may be considered.

Required Skills and Abilities:
*Demonstrated oral and written communication skills.
*Ability to relate to staff at all levels in the department.
*Demonstrated proficiency with Microsoft Office Suite.
*Ability to work independently.
*Ability to multi-task, prioritize and meet deadlines.
*High level of decorum and ability to maintain confidentiality.

TEMPLE0086

# EXHIBIT 2

EXHIBIT

1-19

5/25/17

Employee Performance Development Plan Details

| PDP Details | |
|---|---|
| Employee's Name: | Ruth Briggs |
| Position Title: | EXEC ASSISTANT/ SR COORD |
| Employee's Department: | CST:Computer & Information Science |
| Reviewer who created the PDP: | Allen Nicholson |
| Current Reviewer: | Jie Wu |
| Current Reviewer's Title: | Professor |
| Evaluation Period: | 07/2004 - 06/2005 |
| Date of Planning Meeting: | 06/24/2005 |
| Date of Final Evaluation: | 06/24/2005 |
| Reviewer Comments: | Ruth is meeting the challenge effectively in her new appointment. |
| Employee Comments: | |
| Reviewer's Supervisor Comments: | Click to view Department Head Comments |
| PDP Status: | Reviewed by Employee and Submitted to HR |
| PDP Created Date: | 06/23/2005 |
| Reviewer's Supervisor Review Date: | |
| Reviewer's Sign Off Date: | |
| Employee Sign Off Date: | 06/24/2005 |
| Final Rating: | 2.83 |
| PDP Lock Status: | |
| | |

Performance Rating Categories

4.0   Performance consistently far exceeds expectations

3.5:

3.0:  Performance meets job expectations. GOOD SOLID

1

Confidential

TEMPLE UNIVERSITY (R. BRIGGS) - 0000224

PERFORMANCE

2.5:
2.0: Performance meets minimal expectations and standards
1.5:
1.0: Performance consistently fails to meet minimal expectations
0.0: Rating Required

PART 1: Essential Functions

Part II - Goals and Projects

| Goal/Project 1 | Rating |
|---|---|
| Develop a plan to organize and optimize the physical office space, including administrative office, student worker area and storage areas. | 3.0 |

- **Reviewer Comments:**                                                    **Date:**



- **Employee Comment:**                                                     **Date:**


| Goal/Project 2 | Rating |
|---|---|
| Assist and support the Dean during University activities, such as, commencement, award ceremonies, etc. | 4.0 |

- **Reviewer Comments:**                                                    **Date:**



- **Employee Comment:**                                                     **Date:**

2

TEMPLE UNIVERSITY (R. BRIGGS) - 0000225

| Goal/Project 3 | Rating |
|---|---|
| During the probationary new hire period, orient self to position responsibilities as Executive Assistant to the Dean. | 3.0 |

- **Reviewer Comments:**                                                     **Date:**

- **Employee Comment:**                                                      **Date:**

| Goal/Project 4 | Rating |
|---|---|
| Assist the Director of Development for the College of Science and Technology in identifying corporate and private foundations for funding opportunities and alumni affairs. | 3.0 |

- **Reviewer Comments:**                                                     **Date:**

- **Employee Comment:**                                                      **Date:**

Part III - Competencies
Section A - Competency Development

| Competency 1 | Rating |
|---|---|
| **Client/Customer Service Orientation**-Focuses one's efforts on exceeding the customer's needs. Takes personal responsibility for dealing with and/or correcting | 3.0 |

3

TEMPLE UNIVERSITY (R. BRIGGS) - 0000226

| customer service issues and concerns. | |
|---|---|
|   - **Developmental Activity:** | **Date:** |
|   - **Reviewer Comments:** | **Date:** |
|   - **Employee Comments:** | **Date:** |

| Competency 2 | Rating |
|---|---|
| **Accountability**-Takes personal responsibility for all work activities and personal actions, implementing decisions that have been agreed upon, and acknowledging mistakes and failures without blaming others. | 2.0 |
|   - **Developmental Activity:** | **Date:** |
|   - **Reviewer Comments:** | **Date:** |
|   - **Employee Comments:** | **Date:** |

| Competency 3 | Rating |
|---|---|
| **Clear Communication**-Expresses oneself clearly and effectively when speaking and writing to individuals and groups; listens attentively and insures communication is understood by all parties involved. | 3.0 |
|   - **Developmental Activity:** | **Date:** |
|   - **Reviewer Comments:** | **Date:** |
|   - **Employee Comments:** | **Date:** |

| Competency 4 | Rating |
|---|---|
| **Dependability**-Consistently produces high quality work with unfailing reliability. Can be counted on to get the job done and done well every time. | 3.0 |
| | |

4

TEMPLE UNIVERSITY (R. BRIGGS) - 0000227

| - Developmental Activity: | Date: |
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

| Competency 5 | Rating |
|---|---|
| **Efficiency**- Utilizes time effectively for maximum performance. Completes activities/projects on or before scheduled deadlines with minimal errors and taking full advantage of the resources available. Reviews actions and decision-making in the light of environmental, economic, social and communal sustainability. | 3.0 |

| - Developmental Activity: | Date: |
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

| Competency 6 | Rating |
|---|---|
| **Initiative**-Independently anticipates and identifies problems, obstacles and opportunities and takes decisive action to address them. | 3.0 |

| - Developmental Activity: | Date: |
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

| Competency 7 | Rating |
|---|---|
| **Interpersonal Skills**-Ability to work effectively with others using empathy and self-regulation to manage interactions with others. | 4.0 |

| - Developmental Activity: | Date: |

5

- Reviewer Comments:                                                    Date:

- Employee Comments:                                                    Date:

| Competency 8 | Rating |
|---|---|
| **Problem Solving/Decision Making**-Generates successful approaches to analyzing and resolving problems and makes good decisions based upon a mixture of wisdom, experience, and judgment. | 3.0 |

- Developmental Activity:                                              Date:

- Reviewer Comments:                                                    Date:

- Employee Comments:                                                    Date:

| Competency 9 | Rating |
|---|---|
| **Respect and Valuing Diversity**-Demonstrates the ability to recognize, understand, accept and appreciate the value of workplace diversity; respects the practices, values, and points of view of other individuals and groups. | 3.0 |

- Developmental Activity:                                              Date:

- Reviewer Comments:                                                    Date:

- Employee Comments:                                                    Date:

| Competency 10 | Rating |
|---|---|
| **Teamwork and Collaboration**-Works cooperatively with others, contributes to and accepts group opinion. Understands that organizational and team goals take precedence over individual goals. | 3.0 |

- Developmental Activity:                                              Date:

- Reviewer Comments:                                                    Date:

6

Confidential                                              TEMPLE UNIVERSITY (R. BRIGGS) - 0000229

| - Employee Comments: | Date: |
|---|---|

| Competency 11 | Rating |
|---|---|
| **Analytical Thinking**-Understands a situation, issue or problem by using a step-by-step process, applying basic rules and learned concepts. | 2.0 |

| - Developmental Activity: | Date: |
|---|---|
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

| Competency 12 | Rating |
|---|---|
| **Change Leadership**-Initiates, sponsors, implements, supports and leads others through organizational or departmental change efforts. | 3.0 |

| - Developmental Activity: | Date: |
|---|---|
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

| Competency 13 | Rating |
|---|---|
| **Continuous Improvement Orientation**-Strives to constantly enhance and streamline processes related to how work is completed. | 3.0 |

| - Developmental Activity: | Date: |
|---|---|
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

| Competency 14 | Rating |
|---|---|

7

TEMPLE UNIVERSITY (R. BRIGGS) - 0000230

| Developing Others/Supervision-Works in partnership with staff to develop departmental, personal and professional goals, encourages staff growth, and maintains a cohesive work team. | 3.0 |
|---|---|
|    - Developmental Activity: | Date: |
|    - Reviewer Comments: | Date: |
|    - Employee Comments: | Date: |

| Competency 15 | Rating |
|---|---|
| Developing Self-Ability to grow and apply one's expertise/ knowledge within and across specialized technical/functional areas. Includes self assessment, soliciting performance related feedback and taking initiative to build one's own skills. | 2.0 |
|    - Developmental Activity: | Date: |
|    - Reviewer Comments: | Date: |
|    - Employee Comments: | Date: |

| Competency 16 | Rating |
|---|---|
| Ethics-Demonstrates the ability to adhere to an appropriate and effective set of core values and beliefs and acts in line with those values. | 3.0 |
|    - Developmental Activity: | Date: |
|    - Reviewer Comments: | Date: |
|    - Employee Comments: | Date: |

| Competency 17 | Rating |
|---|---|
| Leadership-Develops strategic plans and influences others so that they will strive willingly and enthusiastically toward the achievement of goals that support the mission of the department and the University. | 2.0 |

8

TEMPLE UNIVERSITY (R. BRIGGS) - 0000231

- Developmental Activity:                                   Date:

- Reviewer Comments:                                       Date:

- Employee Comments:                                       Date:


| Competency 18 | Rating |
|---|---|
| **Organization/Planning**-Establishes work priorities, methods and project flow to accomplish objectives. Utilizes time effectively for maximum performance. Anticipates and prepares for future developments and deadlines. | 3.0 |

- Developmental Activity:                                   Date:

- Reviewer Comments:                                       Date:

- Employee Comments:                                       Date:


| Competency 19 | Rating |
|---|---|
| **Quality Assurance/Attention to Detail**-Accomplishes tasks through concern for all aspects of the job, no matter how small. Accurately checks processes and tasks and follows up. | 3.0 |

- Developmental Activity:                                   Date:

- Reviewer Comments:                                       Date:

- Employee Comments:                                       Date:


| Competency 20 | Rating |
|---|---|
| **Resilience and Adaptability**-Adjusts to changing circumstances by altering attitudes and behaviors. Displays resilience and flexibility in response to setbacks and stressful situations with energy and optimism. | 3.0 |

- Developmental Activity:                                   Date:

9

| - Reviewer Comments: | Date: |
|---|---|
| - Employee Comments: | Date: |

| Competency 21 | Rating |
|---|---|
| **Resource and Project Management** -Manages time and resources (material, allocates financial and human) in order to accomplish project goals. Collects and analyzes data, develops and implements plans, integrates complex project elements and follows-up by monitoring results of delegations and assignments | 2.0 |

| - Developmental Activity: | Date: |
|---|---|
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

| Competency 22 | Rating |
|---|---|
| **Technical/Professional Skills** -Achieves a proficient level of technical and professional skills/ knowledge in job-related areas. Continues to grow with the changing requirements of the job. Involves continual assessment and skill development. | 3.0 |

| - Developmental Activity: | Date: |
|---|---|
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

| Competency 23 | Rating |
|---|---|
| **Creativity and Innovation**-Generates novel and imaginative contributions and solutions to problems, projects, processes and situations. | 3.0 |

| - Developmental Activity: | Date: |
|---|---|

10

TEMPLE UNIVERSITY (R. BRIGGS) - 0000233

| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

Section B - Other Rated Competencies

Core Competency

| Name/Description | Rating |
|---|---|

Role-Related Competencies

Role Competency

| Name/Description | Rating |
|---|---|

Part IV - Future Goals and Projects

| Goal/Project |
|---|

11

Confidential



Employee Performance Development Plan Details

| PDP Details | |
|---|---|
| Employee's Name: | Ruth Briggs |
| Position Title: | EXEC ASSISTANT/ SR COORD |
| Employee's Department: | CST:Computer & Information Science |
| Reviewer who created the PDP: | Keyanoush Sadeghipour |
| Current Reviewer: | Jie Wu |
| Current Reviewer's Title: | Dean |
| Evaluation Period: | 07/2005 - 06/2006 |
| Date of Planning Meeting: | 05/31/2006 |
| Date of Final Evaluation: | 05/31/2006 |
| Reviewer Comments: | |
| Employee Comments: | It has been a pleasure to serve Dr. Sadeghipour over the last year. It is my hope that his leadership will continue for I enjoy the challenges that he offers me, even though, his admonishment about the routine tasks left by the wayside can sting. |
| Reviewer's Supervisor Comments: | Click to view Department Head Comments |
| PDP Status: | Reviewed by Employee and Submitted to HR |
| PDP Created Date: | 11/15/2005 |
| Reviewer's Supervisor Review Date: | |

1

| | |
|---|---|
| Reviewer's Sign Off Date: | |
| Employee Sign Off Date: | 05/26/2006 |
| Final Rating: | 2.28 |
| PDP Lock Status: | |
| | |

Performance Rating Categories

4.0  Performance consistently far exceeds expectations

3.5:

3.0:  Performance meets job expectations. GOOD SOLID PERFORMANCE

2.5:

2.0:  Performance meets minimal expectations and standards

1.5:

1.0:  Performance consistently fails to meet minimal expectations

0.0:  Rating Required

PART 1: Essential Functions

Part II - Goals and Projects

| Goal/Project 1 | Rating |
|---|---|
| Make sure all materials leaving the dean's office have met all standards, policies and make sure the process is smooth and flawless. This includes materials related to P&T, leaves, retirements, etc. | 2.0 |

| - Reviewer Comments: | Date: |
|---|---|
| Most of this is still done by other associate deans. I would like her to take the lead. | 02/17/2006 |

2

TEMPLE UNIVERSITY (R. BRIGGS) - 0000236

| - Employee Comment: | Date: |
|---|---|
|  |  |

| Goal/Project 2 | Rating |
|---|---|
| Set priorities and plans for direct reports and make sure all expectations are communicated properly and a good plan is in place for their development. | 2.0 |

| - Reviewer Comments: | Date: |
|---|---|
| It is beginning to happen but has not yet established her authority. Unfortunately, if this continues the responsibilities will be passed to someone else. | 02/17/2006 |
| - Employee Comment: | Date: |

| Goal/Project 3 | Rating |
|---|---|
| Bring the dean's office to a professional status making sure students/faculty/staff are treated professionally and with respect. This includes but is not limited to the physical appearance of the office. | 4.0 |

| - Reviewer Comments: | Date: |
|---|---|
| She is doing a very good job. | 02/17/2006 |
| - Employee Comment: | Date: |

| Goal/Project 4 | Rating |
|---|---|
| Set up regular meetings for the dean, when necessary, dealing with different functions of the college. Be the dean's representative in the undergraduate/graduate advising/counselling office. | 2.0 |

| - Reviewer Comments: | Date: |
|---|---|
| These meetings are set up but through my own directives. She should take | 02/17/2006 |

3

TEMPLE UNIVERSITY (R. BRIGGS) - 0000237

the initiative in future and create appropriate agendas.

- **Employee Comment:**         Date:

---

Part III - Competencies

Section A - Competency Development

| Competency 1 | Rating |
|---|---|
| **Client/Customer Service Orientation**-Focuses one's efforts on exceeding the customer's needs. Takes personal responsibility for dealing with and/or correcting customer service issues and concerns. | 3.0 |

- **Developmental Activity:**         Date:

- **Reviewer Comments:**         Date:

- **Employee Comments:**         Date:

| Competency 2 | Rating |
|---|---|
| **Accountability**-Takes personal responsibility for all work activities and personal actions, implementing decisions that have been agreed upon, and acknowledging mistakes and failures without blaming others. | 2.0 |

- **Developmental Activity:**         Date:

- **Reviewer Comments:**         Date:

- **Employee Comments:**         Date:

| Competency 3 | Rating |
|---|---|
| **Clear Communication**-Expresses oneself clearly and effectively when speaking and writing to individuals and groups; listens attentively and insures | 2.0 |

4

TEMPLE UNIVERSITY (R. BRIGGS) - 0000238

| communication is understood by all parties involved. | |
|---|---|
| - Developmental Activity: | Date: |
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

| Competency 4 | Rating |
|---|---|
| **Dependability**-Consistently produces high quality work with unfailing reliability. Can be counted on to get the job done and done well every time. | 2.0 |
| - Developmental Activity: | Date: |
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

| Competency 5 | Rating |
|---|---|
| **Efficiency**- Utilizes time effectively for maximum performance. Completes activities/projects on or before scheduled deadlines with minimal errors and taking full advantage of the resources available. Reviews actions and decision-making in the light of environmental, economic, social and communal sustainability. | 2.0 |
| - Developmental Activity: | Date: |
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

| Competency 6 | Rating |
|---|---|
| **Initiative**-Independently anticipates and identifies problems, obstacles and opportunities and takes decisive action to address them. | 2.0 |

5

TEMPLE UNIVERSITY (R. BRIGGS) - 0000239

| | |
|---|---|
| by using a step-by-step process, applying basic rules and learned concepts. | |
| **Change Leadership**-Initiates, sponsors, implements, supports and leads others through organizational or departmental change efforts. | 2.0 |
| **Developing Others/Supervision**-Works in partnership with staff to develop departmental, personal and professional goals, encourages staff growth, and maintains a cohesive work team. | 2.0 |
| **Leadership**-Develops strategic plans and influences others so that they will strive willingly and enthusiastically toward the achievement of goals that support the mission of the department and the University. | 2.0 |
| **Organization/Planning**-Establishes work priorities, methods and project flow to accomplish objectives. Utilizes time effectively for maximum performance. Anticipates and prepares for future developments and deadlines. | 2.0 |
| **Creativity and Innovation**-Generates novel and imaginative contributions and solutions to problems, projects, processes and situations. | 2.0 |

Part IV - Future Goals and Projects

| **Goal/Project** |
|---|
| Help the college web manager on tasks related to its contents. |
| To work closely with the development office and transition into development activities. |

8

TEMPLE UNIVERSITY (R. BRIGGS) - 0000242



Employee Performance Development Plan Details

| PDP Details | |
|---|---|
| Employee's Name: | Ruth Briggs |
| Position Title: | EXEC ASSISTANT/ SR COORD |
| Employee's Department: | CST:Computer & Information Science |
| Reviewer who created the PDP: | GEORGE PALLADINO |
| Current Reviewer: | Jie Wu |
| Current Reviewer's Title: | VICE DEAN |
| Evaluation Period: | 07/2006 - 06/2007 |
| Date of Planning Meeting: | 02/13/2007 |
| Date of Final Evaluation: | 06/12/2007 |
| Reviewer Comments: | |
| Employee Comments: | PDP revised 1/23/2007 |
| Reviewer's Supervisor Comments: | Click to view Department Head Comments |
| PDP Status: | Reviewed by Employee and Submitted to HR |
| PDP Created Date: | 08/17/2006 |
| Reviewer's Supervisor Review Date: | |
| Reviewer's Sign Off Date: | |
| Employee Sign Off Date: | 06/15/2007 |
| Final Rating: | 2.09 |
| PDP Lock Status: | |
| | |

Performance Rating Categories

4.0   Performance consistently far exceeds expectations

3.5:

3.0:   Performance meets job expectations. GOOD SOLID PERFORMANCE

1

Confidential

2.5:
2.0:  Performance meets minimal expectations and standards
1.5:
1.0:  Performance consistently fails to meet minimal expectations
0.0:  Rating Required

PART 1: Essential Functions

Part II - Goals and Projects

| Goal/Project 1 | Rating |
|---|---|
| Provide thorough information and support to the Dean, that will contribute to a smooth and effective change in leadership, including the regular scheduling of the Dean?s Advisory Committee meetings, Collegial Assembly and staff meetings as needed. | 1.5 |

| - **Reviewer Comments:** | **Date:** |
|---|---|
| Works diligently at this. Sometimes gets distracted and this leads to errors. | 06/06/2007 |
| - **Employee Comment:** | **Date:** |

| Goal/Project 2 | Rating |
|---|---|
| Organize one staff and one chair retreat in the next year for the Dean?s Office and the Advising Office Staff. | 2.5 |

| - **Reviewer Comments:** | **Date:** |
|---|---|
| A work in progress | 06/06/2007 |
| - **Employee Comment:** | **Date:** |
| Dr. Palladino's and my meeting with Marie Amey-Taylor to discuss this option, my suggestions were not accepted, however, Dr. Palladino was able to discuss a future retreat for senior level administrators and department | 06/15/2007 |

2

TEMPLE UNIVERSITY (R. BRIGGS) - 0000244

chairs.

Part III - Competencies

Section A - Competency Development

| Competency 1 | Rating |
|---|---|
| **Client/Customer Service Orientation**-Focuses one's efforts on exceeding the customer's needs. Takes personal responsibility for dealing with and/or correcting customer service issues and concerns. | 3.5 |

| - **Developmental Activity:** | **Date:** |
|---|---|
| - Participate in the TU training for supervisors to assess customer service delivery in the Office of the Dean. | 01/16/2007 |
| - **Reviewer Comments:** | **Date:** |
| - **Employee Comments:** | **Date:** |

| Competency 2 | Rating |
|---|---|
| **Accountability**-Takes personal responsibility for all work activities and personal actions, implementing decisions that have been agreed upon, and acknowledging mistakes and failures without blaming others. | 3 0 |

| - **Developmental Activity:** | **Date:** |
|---|---|
| - **Reviewer Comments:** | **Date:** |
| - **Employee Comments:** | **Date:** |
| - I criticize myself only for taking responsibility for actions, for which others should have been held accountable. | 06/15/2007 |

| Competency 3 | Rating |
|---|---|
| **Continuous Improvement Orientation**-Strives to constantly enhance and streamline processes related to how work is completed. | 2.5 |

3

Confidential

| - Developmental Activity: | Date: |
|---|---|
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

| Competency 4 | Rating |
|---|---|
| **Dependability**-Consistently produces high quality work with unfailing reliability Can be counted on to get the job done and done well every time. | 1.5 |

| - Developmental Activity: | Date: |
|---|---|
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

| Competency 5 | Rating |
|---|---|
| **Efficiency**- Utilizes time effectively for maximum performance. Completes activities/projects on or before scheduled deadlines with minimal errors and taking full advantage of the resources available. Reviews actions and decision-making in the light of environmental, economic, social and communal sustainability. | 1.5 |

| - Developmental Activity: | Date: |
|---|---|
| - Reviewer Comments: | Date: |
| - Employee Comments:<br>  - Efficiency suffers in part due to a lack of personnel at the administrative staff level. Relying on he support of student workers is less than productive and unpredictable. | Date:<br>06/15/2007 |

| Competency 6 | Rating |
|---|---|
| **Initiative**-Independently anticipates and identifies problems, obstacles and opportunities and takes decisive action to address them. | 1.5 |

4

TEMPLE UNIVERSITY (R. BRIGGS) - 0000246

| - Developmental Activity: | Date: |
| - Reviewer Comments: | Date: |
| - Employee Comments:<br>  - My attempts to address problems that I have identified at the administrative staff level have gone ignored. | Date:<br>06/15/2007 |

| Competency 7 | Rating |
|---|---|
| **Quality Assurance/Attention to Detail**-Accomplishes tasks through concern for all aspects of the job, no matter how small. Accurately checks processes and tasks and follows up. | 2.5 |

| - Developmental Activity: | Date: |
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

| Competency 8 | Rating |
|---|---|
| **Teamwork and Collaboration**-Works cooperatively with others, contributes to and accepts group opinion. Understands that organizational and team goals take precedence over individual goals. | 2.5 |

| - Developmental Activity: | Date: |
| - I take great issue with the score that was assigned for this competency. In August and half of September of this FY, I was the only administrative staff person in the office. I took on the responsibilities of two additional positions, for which I receive no compensation. During the transition from Acting Dean Sadeghipour and Dean Dai, many faculty members told me that my enthusiasm was a positive influence for them. Lastly, I offered to leave my position because I know that team goals take precedence over individual goals. I was offended by Dr. Palladino's suggestion that I offered this because I was unable to perform my job. | 06/16/2006 |
| - Reviewer Comments: | Date: |

5

TEMPLE UNIVERSITY (R. BRIGGS) - 0000247

| - Employee Comments: | Date: |
|---|---|

| Competency 9 | Rating |
|---|---|
| **Clear Communication**-Expresses oneself clearly and effectively when speaking and writing to individuals and groups; listens attentively and insures communication is understood by all parties involved. | 2.0 |

| | |
|---|---|
| - **Developmental Activity:** | Date: |
| - **Reviewer Comments:** | Date: |
| - **Employee Comments:** | Date: |

| Competency 10 | Rating |
|---|---|
| **Ethics**-Demonstrates the ability to adhere to an appropriate and effective set of core values and beliefs and acts in line with those values. | 4.0 |

| | |
|---|---|
| - **Developmental Activity:** | Date: |
| - **Reviewer Comments:** | Date: |
| - **Employee Comments:** | Date: |

| Competency 11 | Rating |
|---|---|
| **Interpersonal Skills**-Ability to work effectively with others using empathy and self-regulation to manage interactions with others. | 3.5 |

| | |
|---|---|
| - **Developmental Activity:** | Date: |
| - **Reviewer Comments:** | Date: |
| - **Employee Comments:** | Date: |

6

Confidential

TEMPLE UNIVERSITY (R. BRIGGS) - 0000248

| Competency 12 | Rating |
|---|---|
| **Problem Solving/Decision Making**-Generates successful approaches to analyzing and resolving problems and makes good decisions based upon a mixture of wisdom, experience, and judgment. | 2.0 |

|  |  |
|---|---|
| - Developmental Activity: | Date: |
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

| Competency 13 | Rating |
|---|---|
| **Respect and Valuing Diversity**-Demonstrates the ability to recognize, understand, accept and appreciate the value of workplace diversity; respects the practices, values, and points of view of other individuals and groups. | 3.5 |

|  |  |
|---|---|
| - Developmental Activity: | Date: |
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

| Competency 14 | Rating |
|---|---|
| **Leadership**-Develops strategic plans and influences others so that they will strive willingly and enthusiastically toward the achievement of goals that support the mission of the department and the University. | 2.5 |

|  |  |
|---|---|
| - Developmental Activity: | Date: |
| - Identify (internal or outside workshop), register and complete leadership training during this grading period. | 01/16/2007 |
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |

7

Confidential

TEMPLE UNIVERSITY (R. BRIGGS) - 0000249

| Competency 15 | Rating |
|---|---|
| **Creativity and Innovation**-Generates novel and imaginative contributions and solutions to problems, projects, processes and situations. | 2.0 |

| | |
|---|---|
| - **Developmental Activity:** | **Date:** |
| - **Reviewer Comments:** | **Date:** |
| - **Employee Comments:** | **Date:** |

Section B - Other Rated Competencies

Core Competency

| Name/Description | Rating |
|---|---|
| | |

Role-Related Competencies

Role Competency

| Name/Description | Rating |
|---|---|
| **Analytical Thinking**-Understands a situation, issue or problem by using a step-by-step process, applying basic rules and learned concepts. | 2.0 |
| **Change Leadership**-Initiates, sponsors, implements, supports and leads others through organizational or departmental change efforts. | 2.5 |
| **Developing Self**-Ability to grow and apply one's expertise/ knowledge within and across specialized technical/functional areas. Includes self assessment, soliciting performance related feedback and taking initiative to build one's own skills. | 2.5 |
| **Organization/Planning**-Establishes work priorities, methods and project flow to accomplish objectives. Utilizes time effectively for maximum performance. Anticipates and prepares for future developments and deadlines. | 1.5 |
| **Resilience and Adaptability**-Adjusts to changing circumstances by altering attitudes and behaviors. Displays resilience and flexibility in response to setbacks and stressful situations with energy and optimism. | 2.0 |

8

| | |
|---|---|
| **Resource and Project Management** -Manages time and resources (material, allocates financial and human) in order to accomplish project goals. Collects and analyzes data, develops and implements plans, integrates complex project elements and follows-up by monitoring results of delegations and assignments. | 2.5 |
| **Technical/Professional Skills** -Achieves a proficient level of technical and professional skills/ knowledge in job-related areas. Continues to grow with the changing requirements of the job. Involves continual assessment and skill development. | 2.5 |

Part IV - Future Goals and Projects

| **Goal/Project** |
|---|
| Plan a retreat for chairs, associate deans and key staff. |

9

TEMPLE UNIVERSITY (R. BRIGGS) - 0000251

EXHIBIT
D-22
5/22/17

Employee Performance Development Plan Details

| PDP Details | |
|---|---|
| Employee's Name: | Ruth Briggs |
| Position Title: | EXEC ASSISTANT/ SR COORD |
| Employee's Department: | CST:Computer & Information Science |
| Reviewer who created the PDP: | GEORGE PALLADINO |
| Current Reviewer: | Jie Wu |
| Current Reviewer's Title: | VICE DEAN |
| Evaluation Period: | 07/2007 - 06/2008 |
| Date of Planning Meeting: | 02/25/2008 |
| Date of Final Evaluation: | 06/05/2008 |
| Reviewer Comments: | No comment on historical issues. I have no reason to doubt that Ms. Briggs worked to fill in the gaps during a time when the office was undermanned. The workload issues are addressed continially in the Dean's offices. Efficient use of time would resolve most of the pressure. |
| Employee Comments: | Although I have raised my concerns, it remains my honor to serve with two strong and capable leaders, Dean Dai and Vice Dean Palladino. I stand in awe as I watch them transform our college in less than two years. Bravo! Please see my comments to the individual areas, on which I was evaluated. Most of which, do not reflect the responsibilities and functions, for which I volunteered in the summer of 2006 when the two administrative staff members were not present. One had resigned and the other went out of FMLA. For approximately two months, I performed the essential functions required for my position, as well as the other |

1

TEMPLE UNIVERSITY (R. BRIGGS) - 0000252

| | |
|---|---|
| | two staff members. My attempts to discuss this issue are not taken as credible. Although I strive to improve, my improvement |
| Reviewer's Supervisor Comments: | Click to view Department Head Comments |
| PDP Status: | Reviewed by Employee and Submitted to HR |
| PDP Created Date: | 02/25/2008 |
| Reviewer's Supervisor Review Date: | |
| Reviewer's Sign Off Date: | |
| Employee Sign Off Date: | 06/13/2008 |
| Final Rating: | 2.7 |
| PDP Lock Status: | |
| | |

Performance Rating Categories

4.0   Performance consistently far exceeds expectations
:
3.5:
3.0:   Performance meets job expectations. GOOD SOLID PERFORMANCE
2.5:
2.0:   Performance meets minimal expectations and standards
1.5:
1.0:   Performance consistently fails to meet minimal expectations
0.0:   Rating Required

PART 1: Essential Functions

2

Confidential

TEMPLE UNIVERSITY (R. BRIGGS) - 0000253

Part II - Goals and Projects

| Goal/Project 1 | Rating |
|---|---|
| Provide Draft correspondence to Dean on selected issues. | 2.5 |

- **Reviewer Comments:**                                                          **Date:**
    Satisfactory when prompted. Anticipating needs would be an improvement. 05/29/2008

- **Employee Comment:**                                                          **Date:**


| Goal/Project 2 | Rating |
|---|---|
| Resolve all Dean schedule conflicts in an expeditious manner | 2.5 |

- **Reviewer Comments:**                                                          **Date:**
    Works hard on this. improved performance.                                   05/29/2008

- **Employee Comment:**                                                          **Date:**


| Goal/Project 3 | Rating |
|---|---|
| Coordinate the Dean's staff and department chairs attendance at graduation events | 3.0 |

- **Reviewer Comments:**                                                          **Date:**
    Does this well.                                                             05/29/2008

- **Employee Comment:**                                                          **Date:**
    The first graduation ceremony that I attended in May of 2004, I was         05/23/2008
    appalled and embarrassed for the College. There were less than 10
    members of the faculty represented on the platform. This was a function
    performed by advising but for reasons unknown to me, the Dean's office
    took responsibility for faculty participation. I agreed to serve in this
    function that first year, but the low numbers of faculty since that day
    remains out of respect to our students and parents that our faculty share the

3

                                   TEMPLE UNIVERSITY (R. BRIGGS) - 0000254

long-standing academic traditions associated with graduation. With no official inventory, five robes that were acquired from lost and found items left behind by faculty and students. The numbers of faculty participating in graduations and related activities have continued to increase in numbers. Based on my research on traditions in academia to guide faculty members and my commitment to honor everyone involved in this process, I rate my performance in the upper 3s of the PDP score. UPDATE JUNE 5. The platform party for College graduation ceremony on May 22 had 49 participants. Without staff support, forty-one of the faculty members and one dignitary were provided academic regalia due to my efforts alone.

| Goal/Project 4 | Rating |
|---|---|
| Become proficient with NSF fastlane to meet the needs of the Dean as a PI. | 2.0 |

- **Reviewer Comments:**          **Date:**

  A work in progress. Needs more training.      05/29/2008

- **Employee Comment:**          **Date:**

| Goal/Project 5 | Rating |
|---|---|
| Develop a schedule of regularized Chairs, Advisory Board and Collegial Assembly meetings for the semester. | 2.0 |

- **Reviewer Comments:**          **Date:**

  Still done on an ad hoc basis. Schedule should be developed and published   05/29/2008
well in advance of each term/year and then modified as required.

- **Employee Comment:**          **Date:**

  Scheduling meetings, such as these, and others is the most challenging   06/13/2008
function of my position. The Dean's Advisory Committee and the Collegial
Assembly must be scheduled in accordance with the college by-laws,
knowledge of the university Board of Trustees meetings and "juggling" the
schedules of the Dean, Vice Dean and Associate Deans, while assuring that
college business is strategically coordinated to meet the guidelines and
deadlines governed by university and college policies. All in all, I am
pleased with my patience and performance

4

| Goal/Project 6 | Rating |
|---|---|
| Organize a Chairs and Senior Staff Retreat after Spring semester. (100% Chair attendance a goal) | 3 0 |

| - **Reviewer Comments:** | **Date:** |
|---|---|
| Successfully accomplished. | 06/04/2008 |
| - **Employee Comment:** | **Date:** |

Part III - Competencies

Section A - Competency Development

| Competency 1 | Rating |
|---|---|
| **Teamwork and Collaboration**-Works cooperatively with others, contributes to and accepts group opinion. Understands that organizational and team goals take precedence over individual goals. | 2.0 |

| - **Developmental Activity:** | **Date:** |
|---|---|
| - **Reviewer Comments:** | **Date:** |
| **Employee Comments:** | **Date:** |

| Competency 2 | Rating |
|---|---|
| **Policy Compliance**-reads, completes required training programs, and complies with all University and employment policies including: anti-harassment/ discrimination / retaliation policies, conflict of interest policies, falsification of data/information and all NCAA policies. | 2.5 |

| - **Developmental Activity:** | **Date:** |
|---|---|
| - **Reviewer Comments:** | **Date:** |
| - **Employee Comments:** | **Date:** |

5

Confidential

- In regard to the multiple functions carried out through the Office of the     05/23/2008
Dean, my knowledge on Temple policies and TAUP contracts is very good.
For new situations for which I lack familiarity for procedural and policies, I
have become familiar with multiple resources for questions that pertain to
the College, the University and external organizations and agencies with
which business is conducted.

Section B - Other Rated Competencies

Core Competency

| Name/Description | Rating |
|---|---|
| **Accountability**-Takes personal responsibility for all work activities and personal actions, implementing decisions that have been agreed upon, and acknowledging mistakes and failures without blaming others. | 3.0 |
| **Clear Communication**-Expresses oneself clearly and effectively when speaking and writing to individuals and groups; listens attentively and insures communication is understood by all parties involved. | 2.5 |
| **Client/Customer Service Orientation**-Focuses one's efforts on exceeding the customer's needs. Takes personal responsibility for dealing with and/or correcting customer service issues and concerns. | 4.0 |
| **Continuous Improvement Orientation**-Strives to constantly enhance and streamline processes related to how work is completed. | 3.0 |
| **Dependability**-Consistently produces high quality work with unfailing reliability. Can be counted on to get the job done and done well every time. | 2.5 |
| **Efficiency**- Utilizes time effectively for maximum performance. Completes activities/projects on or before scheduled deadlines with minimal errors and taking full advantage of the resources available. Reviews actions and decision-making in the light of environmental, economic, social and communal sustainability. | 2.5 |
| **Ethics**-Demonstrates the ability to adhere to an appropriate and effective set of core values and beliefs and acts in line with those values. | 3.5 |
| **Initiative**-Independently anticipates and identifies problems, | 2.5 |

6

| | |
|---|---|
| obstacles and opportunities and takes decisive action to address them. | |
| **Interpersonal Skills**-Ability to work effectively with others using empathy and self-regulation to manage interactions with others. | 2.0 |
| **Problem Solving/Decision Making**-Generates successful approaches to analyzing and resolving problems and makes good decisions based upon a mixture of wisdom, experience, and judgment. | 2.0 |
| **Quality Assurance/Attention to Detail**-Accomplishes tasks through concern for all aspects of the job, no matter how small. Accurately checks processes and tasks and follows up. | 2.0 |
| **Respect and Valuing Diversity**-Demonstrates the ability to recognize, understand, accept and appreciate the value of workplace diversity; respects the practices, values, and points of view of other individuals and groups. | 3.5 |

Role-Related Competencies

Role Competency

| Name/Description | Rating |
|---|---|
| | |

Part IV - Future Goals and Projects

| Goal/Project |
|---|
| Schedule required meetings well in advance for each term. |
| Become proficient on NSF Fastlane submissions. |

7

                                        TEMPLE UNIVERSITY (R. BRIGGS) - 0000258



Employee Performance Development Plan Details

| PDP Details | |
|---|---|
| Employee's Name: | Ruth Briggs |
| Position Title: | EXEC ASSISTANT/ SR COORD |
| Employee's Department: | CST:Computer & Information Science |
| Reviewer who created the PDP. | GEORGE PALLADINO |
| Current Reviewer: | Jie Wu |
| Current Reviewer's Title: | VICE DEAN |
| Evaluation Period: | 07/2008 - 06/2009 |
| Date of Planning Meeting: | 12/01/2008 |
| Date of Final Evaluation: | 06/23/2009 |
| Reviewer Comments: | |
| Employee Comments: | |
| Reviewer's Supervisor Comments: | Click to view Department Head Comments |
| PDP Status: | Reviewed by Employee and Submitted to HR |
| PDP Created Date: | 10/01/2008 |
| Reviewer's Supervisor Review Date: | |
| Reviewer's Sign Off Date: | |
| Employee Sign Off Date: | 06/30/2009 |
| Final Rating: | 2.88 |
| PDP Lock Status: | |
| | |

Performance Rating Categories

4.0 Performance consistently far exceeds expectations
:
3.5:
3.0: Performance meets job expectations. GOOD SOLID PERFORMANCE

1

TEMPLE UNIVERSITY (R. BRIGGS) - 0000259

2.5:
2.0:  Performance meets minimal expectations and standards
1.5:
1.0:  Performance consistently fails to meet minimal expectations
0.0:  Rating Required

PART 1: Essential Functions

Part II - Goals and Projects

| Goal/Project 1 | Rating |
|---|---|
| Schedule required meetings well in advance for each term. | 3.0 |

| - **Reviewer Comments:** | **Date:** |
|---|---|
| Much improved this year. | 06/17/2009 |
| - **Employee Comment:** | **Date:** |

| Goal/Project 2 | Rating |
|---|---|
| Become proficient on NSF Fastlane submissions. | 3.0 |

| - **Reviewer Comments:** | **Date:** |
|---|---|
| Has learned the basics. | 06/17/2009 |
| - **Employee Comment:** | **Date:** |

Part III - Competencies

2

Section A - Competency Development

| Competency 1 | Rating |
|---|---|
| **Clear Communication**-Expresses oneself clearly and effectively when speaking and writing to individuals and groups; listens attentively and insures communication is understood by all parties involved. | 2.5 |

| | |
|---|---|
| - **Developmental Activity:** | Date: |
| - **Reviewer Comments:** | Date: |
| - Ms Briggs is eager to please and tends to anticipate the answer before the question is completed. Listening should be improved. | 06/17/2009 |
| - **Employee Comments:** | Date: |

| Competency 2 | Rating |
|---|---|
| **Accountability**-Takes personal responsibility for all work activities and personal actions, implementing decisions that have been agreed upon, and acknowledging mistakes and failures without blaming others. | 2.5 |

| | |
|---|---|
| - **Developmental Activity:** | Date: |
| - **Reviewer Comments:** | Date: |
| - Recognizes issues but struggles with distractions and these tend to be the reason for inconsistency. | 06/17/2009 |
| - **Employee Comments:** | Date: |
| - I believe that I am highly accountable. Unfortunately, defending myself to staff who do not communicate to each other is the ultimate exercise in futility. | 06/30/2009 |

| Competency 3 | Rating |
|---|---|
| **Client/Customer Service Orientation**-Focuses one's efforts on exceeding the customer's needs. Takes personal responsibility for dealing with and/or correcting customer service issues and concerns. | 3.0 |

| | |
|---|---|
| - **Developmental Activity:** | Date: |

3

Confidential

- **Reviewer Comments:**                                         **Date:**

  - Ms Briggs takes the time to make all welcome and important regardless of  06/17/2009
    position-an admirable trait.

- **Employee Comments:**                                        **Date:**

| Competency 4 | Rating |
|---|---|
| **Ethics**-Demonstrates the ability to adhere to an appropriate and effective set of core values and beliefs and acts in line with those values. | 3.5 |

- **Developmental Activity:**                                   **Date:**

- **Reviewer Comments:**                                        **Date:**

- **Employee Comments:**                                        **Date:**

| Competency 5 | Rating |
|---|---|
| **Initiative**-Independently anticipates and identifies problems, obstacles and opportunities and takes decisive action to address them. | 3.0 |

- **Developmental Activity:**                                   **Date:**

- **Reviewer Comments:**                                        **Date:**

- **Employee Comments:**                                        **Date:**

| Competency 6 | Rating |
|---|---|
| **Respect and Valuing Diversity**-Demonstrates the ability to recognize, understand, accept and appreciate the value of workplace diversity; respects the practices, values, and points of view of other individuals and groups. | 3.5 |

- **Developmental Activity:**                                   **Date:**

4

| - Reviewer Comments: | Date: |
|---|---|
| - Employee Comments: | Date: |

| Competency 7 | Rating |
|---|---|
| **Teamwork and Collaboration**-Works cooperatively with others, contributes to and accepts group opinion. Understands that organizational and team goals take precedence over individual goals. | 2.5 |
| - **Developmental Activity:** Date: | |
| - **Reviewer Comments:** Date: | |
| - **Employee Comments:** Date: | |

Section B - Other Rated Competencies

Core Competency

| Name/Description | Rating |
|---|---|
| **Continuous Improvement Orientation**-Strives to constantly enhance and streamline processes related to how work is completed. | 3.0 |
| **Dependability**-Consistently produces high quality work with unfailing reliability. Can be counted on to get the job done and done well every time. | 2.0 |
| **Efficiency**- Utilizes time effectively for maximum performance. Completes activities/projects on or before scheduled deadlines with minimal errors and taking full advantage of the resources available. Reviews actions and decision-making in the light of environmental, economic, social and communal sustainability. | 2.0 |
| **Interpersonal Skills**-Ability to work effectively with others using empathy and self-regulation to manage interactions with others. | 3.0 |
| **Problem Solving/Decision Making**-Generates successful approaches to analyzing and resolving problems and makes | 2.5 |

5

Confidential

TEMPLE UNIVERSITY (R. BRIGGS) - 0000263

| | |
|---|---|
| good decisions based upon a mixture of wisdom, experience, and judgment. | |
| **Quality Assurance/Attention to Detail**-Accomplishes tasks through concern for all aspects of the job, no matter how small. Accurately checks processes and tasks and follows up. | 3.0 |

Role-Related Competencies

Role Competency

| Name/Description | Rating |
|---|---|
| **Developing Self**-Ability to grow and apply one's expertise/ knowledge within and across specialized technical/functional areas. Includes self assessment, soliciting performance related feedback and taking initiative to build one's own skills. | 3.0 |
| **Organization/Planning**-Establishes work priorities, methods and project flow to accomplish objectives. Utilizes time effectively for maximum performance. Anticipates and prepares for future developments and deadlines. | 2.5 |
| **Resilience and Adaptability**-Adjusts to changing circumstances by altering attitudes and behaviors. Displays resilience and flexibility in response to setbacks and stressful situations with energy and optimism. | 2.5 |
| **Technical/Professional Skills** -Achieves a proficient level of technical and professional skills/ knowledge in job-related areas. Continues to grow with the changing requirements of the job. Involves continual assessment and skill development. | 2.5 |

Part IV - Future Goals and Projects

| Goal/Project |
|---|
| Enroll in and complete HR training to improve task managing and setting priorities. |

6

Confidential

TEMPLE UNIVERSITY (R. BRIGGS) - 0000264



Employee Performance Development Plan Details

| PDP Details | |
| --- | --- |
| Employee's Name: | Ruth Briggs |
| Position Title: | Executive Asst |
| Employee's Department: | CST:Computer & Information Science |
| Reviewer who created the PDP: | Jie Wu |
| Current Reviewer: | Jie Wu |
| Current Reviewer's Title: | Professor |
| Evaluation Period: | 07/2010 - 06/2011 |
| Date of Planning Meeting: | 08/24/2011 |
| Date of Final Evaluation: | 08/26/2011 |
| Reviewer Comments: | |
| Employee Comments: | I disagree with the numerical score, which is outlined in my individual comments. |
| Reviewer's Supervisor Comments: | Click to view Department Head Comments |
| PDP Status: | Reviewed by Employee and Submitted to HR |
| PDP Created Date: | 06/14/2011 |
| Reviewer's Supervisor Review Date: | |
| Reviewer's Sign Off Date: | |
| Employee Sign Off Date: | 02/28/2012 |
| Final Rating: | 2.91 |
| PDP Lock Status: | |
| | |

Performance Rating Categories

Confidential

4.0: Performance consistently far exceeds expectations
3.5:
3.0: Performance meets job expectations. GOOD SOLID PERFORMANCE
2.5:
2.0: Performance meets minimal expectations and standards
1.5:
1.0: Performance consistently fails to meet minimal expectations
0.0: Rating Required

PART 1: Essential Functions

Part II - Goals and Projects

| Goal/Project 1 | Rating |
|---|---|
| Assist Chair in outreach activities. | 3.5 |

| - **Reviewer Comments:** | **Date:** |
|---|---|
| She is excellent in this category. She has done a very good job in organizing department events, including CIS award ceremony. | 08/10/2011 |
| - **Employee Comment:** | **Date:** |

| Goal/Project 2 | Rating |
|---|---|
| Keep a good record of various duties/functions, mainly on-line. | 3.0 |

| - **Reviewer Comments:** | **Date:** |
|---|---|
| She has maintained a good record. There is some room for improvement in terms of consistency. | 08/10/2011 |
| - **Employee Comment:** | **Date:** |

TEMPLE UNIVERSITY (R. BRIGGS) - 0000266

| Goal/Project 3 | Rating |
|---|---|
| Improve project completion quality both in accuracy and timeliness. | 2.5 |

**- Reviewer Comments:**                                      **Date:**

This year is a work in progress compared with the past year. She was      08/10/2011
gotten distracted at times, although she has the potential to complete tasks
in a timely and accurate manner.

**- Employee Comment:**                                       **Date:**

In in the interest of fairness, the Chair, Associate Chairs and a few      08/23/2011
impatient faculty members, need to recognize that the number of staff in
the front office is stretched between two staff members, one of whom
salaried and the other paid hourly. Because I am salaried, each unfinished
task falls upon me to complete. Additional completion time must be
considered for project completion time when budget cuts are reflected in
stagnant salaries with rising expenses.

| Goal/Project 4 | Rating |
|---|---|
| Host CIS guest speakers and prepare necessary travel and reimbursement document. | 2.5 |

**- Reviewer Comments:**                                      **Date:**

She is an excellent host. She was overwhelmed at times and generated       08/10/2011
some errors. She is aware of this and works on improving.

**- Employee Comment:**                                       **Date:**

I believe that the grade does not accurately reflect the quality and quantity   08/17/2011
of work that is required in hosting 1-2 guest per week in any given
semester. It is my belief that this grade is heavily weighted from an error
that was made on one travel reimbursement and does not consider the 5-10
guests' travel arrangements and reimbursements that are completed without
incident. If anyone really reads these, I suggest that each of evaluate the
accuracy of the grade based on quality and quantity of projects...not the last
mistake that was make.

Part III - Competencies

Section A - Competency Development

| Competency 1 | Rating |
|---|---|
| **Resilience and Adaptability-**Adjusts to changing circumstances by altering attitudes and behaviors. Displays resilience and flexibility in response to setbacks and stressful situations with energy and optimism. | 3.0 |

| | |
|---|---|
| - **Developmental Activity:** | **Date:** |
| - **Reviewer Comments:** | **Date:** |
| - **Employee Comments:** | **Date:** |

| Competency 2 | Rating |
|---|---|
| **Technical/Professional Skills -**Achieves a proficient level of technical and professional skills/ knowledge in job-related areas. Continues to grow with the changing requirements of the job. Involves continual assessment and skill development. | 3.5 |

| | |
|---|---|
| - **Developmental Activity:** | **Date:** |
| - **Reviewer Comments:** | **Date:** |
| - **Employee Comments:** | **Date:** |
| - My office technology skills in the front office are far superior to my peers and many faculty, | 02/28/2012 |

Section B - Other Rated Competencies

Core Competency

| Name/Description | Rating |
|---|---|
| **Accountability-**Takes personal responsibility for all work activities and personal actions, implementing decisions that have been agreed upon, and acknowledging mistakes and failures without blaming others. | 3.0 |
| **Clear Communication-**Expresses oneself clearly and | 2.5 |

TEMPLE UNIVERSITY (R. BRIGGS) - 0000268

| | |
|---|---|
| effectively when speaking and writing to individuals and groups; listens attentively and insures communication is understood by all parties involved | |
| **Client/Customer Service Orientation**-Focuses one's efforts on exceeding the customer's needs. Takes personal responsibility for dealing with and/or correcting customer service issues and concerns. | 3.0 |
| **Continuous Improvement Orientation**-Strives to constantly enhance and streamline processes related to how work is completed. | 3.0 |
| **Dependability**-Consistently produces high quality work with unfailing reliability. Can be counted on to get the job done and done well every time. | 2.5 |
| **Efficiency**- Utilizes time effectively for maximum performance. Completes activities/projects on or before scheduled deadlines with minimal errors and taking full advantage of the resources available. Reviews actions and decision-making in the light of environmental, economic, social and communal sustainability. | 2.5 |
| **Ethics**-Demonstrates the ability to adhere to an appropriate and effective set of core values and beliefs and acts in line with those values. | 3.5 |
| **Initiative**-Independently anticipates and identifies problems, obstacles and opportunities and takes decisive action to address them. | 3.0 |
| **Interpersonal Skills**-Ability to work effectively with others using empathy and self-regulation to manage interactions with others. | 3.0 |
| **Problem Solving/Decision Making**-Generates successful approaches to analyzing and resolving problems and makes good decisions based upon a mixture of wisdom, experience, and judgment. | 3.0 |
| **Quality Assurance/Attention to Detail**-Accomplishes tasks through concern for all aspects of the job, no matter how small. Accurately checks processes and tasks and follows up. | 3.0 |
| **Respect and Valuing Diversity**-Demonstrates the ability to recognize, understand, accept and appreciate the value of workplace diversity; respects the practices, values, and points of view of other individuals and groups. | 3.5 |
| **Teamwork and Collaboration**-Works cooperatively with others, contributes to and accepts group opinion. Understands | 3.0 |

TEMPLE UNIVERSITY (R. BRIGGS) - 0000269

| that organizational and team goals take precedence over individual goals. | |

Role-Related Competencies

Role Competency

| Name/Description | Rating |
|---|---|

Part IV - Future Goals and Projects

| Goal/Project |
|---|
| Take some training classes in management and IT technology. |



Employee Performance Development Plan Details

| PDP Details | |
|---|---|
| Employee's Name: | Ruth Briggs |
| Position Title: | Executive Asst |
| Employee's Department: | CST:Computer & Information Science |
| Reviewer who created the PDP: | Jie Wu |
| Current Reviewer: | Jie Wu |
| Current Reviewer's Title: | Professor |
| Evaluation Period: | 07/2011 - 06/2012 |
| Date of Planning Meeting: | 06/21/2012 |
| Date of Final Evaluation: | 06/22/2012 |
| Reviewer Comments: | |
| Employee Comments: | This PDP was created, along with undefined essential functions on June 21. Is this the manner with which our human resource department wishes to grade their employees? I refuse to agree with this assessment. It is an unfair appraisal of my position and my performance. How far do you expect to stretch your employees without even a verbal reward? Is it enough to be paid less than a new hire range? I am outraged. I wonder if anyone reads these comments. |
| Reviewer's Supervisor Comments: | Click to view Department Head Comments |
| PDP Status: | Submitted for Employee Review |
| PDP Created Date: | 06/12/2012 |

**CONFIDENTIAL**

TEMPLE0137

Part III - Competencies

Section A - Competency Development

| Competency 1 | Rating |
|---|---|
| Resilience and Adaptability-Adjusts to changing circumstances by altering attitudes and behaviors. Displays resilience and flexibility in response to setbacks and stressful situations with energy and optimism. | 2.0 |

| - Developmental Activity: | Date: |
|---|---|
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |
| - I rate myself 4.0 in this capacity and validated by faculty, students and visitors who witness frequent unprofessional outbursts, hostile working conditions and unsubstantiated accusations. When those around me express their discomfort about the manner with which I am addressed on a frequent basis, to be anything less than a 4.0 would indicate rigidity. | 07/23/2012 |

| Competency 2 | Rating |
|---|---|
| Technical/Professional Skills -Achieves a proficient level of technical and professional skills/ knowledge in job-related areas. Continues to grow with the changing requirements of the job. Involves continual assessment and skill development. | 3.0 |

| - Developmental Activity: | Date: |
|---|---|
| - Reviewer Comments: | Date: |
| - Employee Comments: | Date: |
| - I am known as the "go to" person for a number of faculty members and grad students for trouble shooting problems related to office technology. My supervisor depends on my skills and knowledge on a regular basis. | 07/23/2012 |

Section B - Other Rated Competencies

Core Competency

**CONFIDENTIAL**

TEMPLE0140

| Name/Description | Rating |
|---|---|
| Accountability-Takes personal responsibility for all work activities and personal actions, implementing decisions that have been agreed upon, and acknowledging mistakes and failures without blaming others. | 2.5 |
| Clear Communication-Expresses oneself clearly and effectively when speaking and writing to individuals and groups; listens attentively and insures communication is understood by all parties involved. | 2.0 |
| Client/Customer Service Orientation-Focuses one's efforts on exceeding the customer's needs. Takes personal responsibility for dealing with and/or correcting customer service issues and concerns. | 3.0 |
| Continuous Improvement Orientation-Strives to constantly enhance and streamline processes related to how work is completed. | 3.0 |
| Dependability-Consistently produces high quality work with unfailing reliability. Can be counted on to get the job done and done well every time. | 2.0 |
| Efficiency- Utilizes time effectively for maximum performance. Completes activities/projects on or before scheduled deadlines with minimal errors and taking full advantage of the resources available. Reviews actions and decision-making in the light of environmental, economic, social and communal sustainability. | 2.0 |
| Ethics-Demonstrates the ability to adhere to an appropriate and effective set of core values and beliefs and acts in line with those values. | 2.5 |
| Initiative-Independently anticipates and identifies problems, obstacles and opportunities and takes decisive action to address them. | 2.5 |
| Interpersonal Skills-Ability to work effectively with others using empathy and self-regulation to manage interactions with others. | 2.5 |
| Problem Solving/Decision Making-Generates successful approaches to analyzing and resolving problems and makes good decisions based upon a mixture of wisdom, experience, and judgment. | 3.0 |
| Quality Assurance/Attention to Detail-Accomplishes tasks through concern for all aspects of the job, no matter how small. Accurately checks processes and tasks and follows up. | 3.0 |

**CONFIDENTIAL**

TEMPLE0141

| | |
|---|---|
| Respect and Valuing Diversity-Demonstrates the ability to recognize, understand, accept and appreciate the value of workplace diversity; respects the practices, values, and points of view of other individuals and groups. | 3.5 |
| Teamwork and Collaboration-Works cooperatively with others, contributes to and accepts group opinion. Understands that organizational and team goals take precedence over individual goals. | 3.0 |

Role-Related Competencies

Role Competency

| Name/Description | Rating |
|---|---|
| Organization/Planning-Establishes work priorities, methods and project flow to accomplish objectives. Utilizes time effectively for maximum performance. Anticipates and prepares for future developments and deadlines. | 1.5 |

Part IV - Future Goals and Projects

| Goal/Project |
|---|
| Try to improve the management of time and set appropriate priority |

**CONFIDENTIAL**

TEMPLE0142

# EXHIBIT 3



PDP Details

| | |
|---|---|
| Employee's Name | Ruth Briggs |
| Position Title: | Executive Asst |
| Employee's Department: | CST:Computer & Information Science |
| Reviewer who created the PDP: | Jie Wu |
| Current Reviewer: | Jie Wu |
| Current Reviewer's Title: | Professor |
| Evaluation Period: | 07/2012 - 06/2013 |
| Date of Planning Meeting: | 06/28/2013 |
| Date of Final Evaluation: | 06/28/2013 |
| Reviewer Comments: | |
| Employee Comments: | Since my placement in the CIS department, my supervisor has failed to follow university guidelines and procedures outlined in the employee manual on creating and rating PDPs. My PDP is created, ranked and sent to me on the same day, which means that job functions and projects are assigned and rated, before I am aware of them. This contradicts the purpose and manner, for which the PDP is intended. The following text was taken directly from the university's employee manual: |
| Reviewer's Supervisor Comments: | Click to view Comments |
| PDP Status: | Reviewed by Employee and Submitted to HR |
| PDP Created Date: | 05/28/2013 |
| Reviewer's Supervisor Review Date: | |
| Reviewer's Sign Off Date: | |
| Employee Sign Off Date: | 07/11/2013 |
| Final Rating: | Partially Meets Expectations |
| PDP Lock Status: | Unlocked - can create or edit goals, essential functions and competencies |

Performance Rating Categories

Significantly Exceeds Expectations

Exceeds Expectations

Meets Expectations

1

**CONFIDENTIAL**

TEMPLE0143

Partially Meets Expectations

Does Not Meet Expectations

## Part I – Essential Functions
*Note: Reviewer comments are required before rating items.*

| | | | |
|---|---|---|---|
| 1. Assist CIS chair and center director - travel related tasks, including arranging travel, preparing and tracking travel expense reimbursements. 2. Coordinate activities related to visitors/speakers in terms of travel arrangements and reimbursements. | • 06/27/2013 Ruth continues her struggle to meet expectations as executive assistant. She has shown efforts to improve. She excels in certain activities, including meeting planning and hosting a visitor. | • 07-11-2013 The essential functions of my position are numerous, many of which are not listed. For the two functions that are graded as one, I was rated, "partially meets expectations." Not only is the rate unfair and inaccurate ranking of my performance, my supervisor failed to follow university guidelines for creating, reviewing and ranking PDPs, as stated in my first comment. I DISAGREE WITH THIS ASSESSMENT. THE ESSENTIAL FUNCTIONS OF MY POSITION ARE NOT LISTED, NOR RANKED. | Partially Meets Expectations |

## Part II – Goals and Projects
*Note: Reviewer comments are required before rating items.*

| | | | |
|---|---|---|---|
| - Try to improve the management of time and set appropriate priority - | • 06/27/2013 Still has room to improve. | • 07-11-2013 The style of leadership style practiced in this department manages regular crises. The scheduling of events are not planned, nor announced to staff in a manner that gives adequate time for preparation. Last minute scheduling of events without regard to the academic calendar, results in double booking and overlapping events. Given this style of management, there is no problem with MY time management skills nor failing to establish priorities, because my role requires me to "fly by | Partially Meets Expectations |

2

**CONFIDENTIAL**

TEMPLE0144

the seat of my pants." It is common to learn about a department sponsored event with very little notice, i.e., a day before or day of an event. My time management skills are more than adequate, considering my results. It is very stressful to get blind sided assignments at the last minute, without notice and a discipline threat if I do not meet the deadline.

## Part III - Competencies
### Section A - Competency Development

**Ethics-Demonstrates the** ability to adhere to an appropriate and effective set of core values and beliefs and acts in line with those values.

• 07/11/2013
My ethical conduct is exemplary, which is unusual in this department.

Meets Expectations

• 07/11/2013
I am offended by this rating, especially given the uneven and unequal standards and expectations applied to individual staff members in regard to productivity, morality, ethics, competence and work load. I have never cheated the university of my time and effort on any project. As the only exempt salaried staff member in the department, last minute projects become my responsibility because the other staff members clock out at 5:00 pm, which frequently requires me to stay late into the evening to complete my assigned tasks and the tasks left behind by hourly paid staff.

3

**CONFIDENTIAL**

TEMPLE0145

Section B - Other Rated Competencies

Core Competency

| | |
|---|---|
| **Client/Customer Service Orientation**-Focuses one's efforts on exceeding the customer's needs. Takes personal responsibility for dealing with and/or correcting customer service issues and concerns. | Exceeds Expectations |
| **Continuous Improvement**-Achieves and maintains a level of proficiency in job/role related technical and professional skills. Continues to develop with the changing requirements of the position. Displays ability to grow and apply expertise/ knowledge within and across specialized technical/functional areas. Includes self assessment, soliciting performance related feedback and taking initiative to build one's own skills. | Partially Meets Expectations |
| **Creativity and Innovation**-Generates novel and imaginative contributions and solutions to problems, projects, processes and situations. | Meets Expectations |
| **Developing Others/Supervision**-Works in partnership with staff to develop departmental, personal and professional goals, encourages staff growth, and maintains a cohesive work team. | Meets Expectations |
| **Interpersonal Skills**-Consistently exhibiting the ability to work effectively with others by expressing oneself clearly and effectively when speaking and writing, listening attentively, insuring that communication is understood by all parties involved, and managing one's emotions and workplace behaviors | Meets Expectations |
| **Leadership** -Develops strategic plans and influences others so that they will strive willingly and enthusiastically toward the achievement of goals that support the mission of the department and the University, initiates, sponsors, implements, supports and leads others through organizational or departmental change efforts. | Meets Expectations |
| **Problem Solving/Decision Making**-Generates successful approaches to analyzing and resolving problems and makes good decisions based upon a mixture of wisdom, experience, and judgment. | Does Not Meet Expectations |
| **Professionalism**-Completes tasks, goals and projects in a timely manner by managing time effectively, anticipating and addressing problems and opportunities, taking personal responsibility for work and acknowledging mistakes without blaming others while consistently producing work that demonstrates accuracy and an attention to detail | Meets Expectations |
| **Resilience and Adaptability**-Anticipates or adjusts to changing circumstances by altering attitudes and behaviors. Displays energy, optimism and flexibility in response to setbacks and stressful situations. | Partially Meets Expectations |
| **Resource and Project Management** -Manages time and resources (material,financial and human) in order to accomplish project goals. Collects and analyzes data, develops and implements plans, integrates complex project elements and follows-up by monitoring results of delegations and assignments. | Does Not Meet Expectations |
| **Respect and Valuing Diversity**-Demonstrates the ability to recognize, understand, accept and appreciate the value of workplace diversity; respects the practices, values, and points of view of other individuals and groups. | Exceeds Expectations |
| **Teamwork and Collaboration**-Works cooperatively with others, contributes to and accepts group opinion. Understands that organizational and team goals take precedence over individual goals. | Meets Expectations |

## Part IV - Future Goals and Projects

Try to build a good practice to plan and follow up day-to-day duties.

4

**CONFIDENTIAL**

TEMPLE0146

# EXHIBIT 4

Message
| | |
|---|---|
| **From:** | Ruth V. Briggs [rbriggs@temple.edu] |
| **Sent:** | 10/29/2010 9:09:51 AM |
| **To:** | GREGORY WACKER [gwacker@temple.edu] |
| **Subject:** | I need advice |

Greg,

I cannot come in here day in and day out, not knowing if I am going to be applauded or punched. It is stressful to me and everyone around me.  If I wanted change jobs at Temple, it would be impossible because of him.

Frankly, it borders on harassment.   Right now he is in his office yelling in Chinese at one of his students.  The he starts complaining to Justin in Chinese about the dean's office.  The environment is hostile.  Even faculty members have told me that they are uncomfortable about the way he treats me.

Ruth



DEPOSITION
EXHIBIT
P-10
5/31/17 78
PENGAD 800-631-6989

Confidential

TEMPLE UNIVERSITY (R. BRIGGS) - 0000332