## **CERTIFICATE OF SERVICE**

I, Rahul Munshi, hereby certify that Plaintiff Ruth Briggs' Brief In Opposition To Defendant Temple University's Motion For Summary Judgment was filed using the ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record.

Richard Harris, Esquire
Rachel Fendell Satinsky, Esquire
Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321
rharris@littler.com
rsatinsky@littler.com
267-402-3040

Attorneys for Defendant

**CONSOLE MATTIACCI LAW, LLC**

/s/ Rahul Munshi
Rahul Munshi, Esquire
1525 Locust St.
Ninth Floor
Philadelphia, PA 19102

Counsel for Plaintiff, Ruth Briggs

Dated: August 9, 2017