9

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS<br><br>Plaintiff<br><br>v.<br><br>TEMPLE UNIVERSITY<br><br>Defendant. | Civil Action No. 16-0248<br><br><br>FILED VIA ECF |

**FILED**
AUG 2 2 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER GRANTING DEFENDANT'S MOTION TO FILE A REPLY BRIEF

AND NOW, this 22nd day of Aug., 2017, upon consideration of Defendant's Motion to File a Reply Brief, and for good cause shown, it is hereby ORDERED that Defendant's Motion is GRANTED.

BY THE COURT:

_____
ROBERT F. KELLY, S.R.J.