IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH BRIGGS | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| TEMPLE UNIVERSITY | : | NO. 16-248 |

## <u>O R D E R</u>

**AND NOW**, this   3rd    day of January, 2018, upon consideration of the

Summary Judgment Motion of Defendant, Temple University, (Doc. No. 26), and Plaintiff Ruth

Briggs' Opposition thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion is

**DENIED** in its entirety.


BY  THE  COURT:


 /s/ Robert F. Kelly_____
ROBERT  F. KELLY
SENIOR  JUDGE