IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH V. BRIGGS | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 16-248 |
| | : | |
| TEMPLE UNIVERSITY | : | |
| Defendant | : | |

## NOTICE

To:   Counsel of Record

TAKE NOTICE that a **Telephone Conference** is scheduled in the above-captioned matter with Magistrate Judge David R. Strawbridge for **Friday, February 2, 2018 at 4:00 p.m.  The purpose of the conference is limited to discuss whether the parties would benefit from a settlement conference and if so THE SCHEDULING OF A CONFERENCE.**   Counsel for plaintiff is directed to initiate this call and once all counsel are on the line, to join Chambers in the teleconference (Chambers ph:   267-299-7790).

/s/ Danielle Puchon
Danielle Puchon
Deputy Clerk
267-299-7790 - phone

Date:   February 2, 2018

-Notice filed via ECF