UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH BRIGGS )<br>*Plaintiff* )<br> )<br>TEMPLE UNIVERSITY )<br>*Defendant* ) | Civil Action No. 16-248 |

## CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

The following parties consent (subject to approval by the assigned Article III judicial officer) to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' Printed Names:* | *Signatures of Parties or Attorneys:* | *Dates:* |
|---|---|---|
| Temple University | [signature] | 03/23/2018 |
| Ruth Briggs | [signature] | 3/23/18 |

### Reference Order

IT IS ORDERED: This case is referred to a United States magistrate judge _____ to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

_____
*District Judge's signature*

Date: _____

_____
*(Printed Name and Title)*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

(05/2013)