IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH V. BRIGGS | : | C.A. No. 16-248 |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY | : | |

## NOTICE OF CIVIL JURY TRIAL

      Please be advised that a trial date in the above matter has been set by Judge Robert F. Kelly for **MONDAY, JULY 16, 2018 at 9:30 a.m.** in Courtroom 11-B.

      This trial date will be continued only in extreme circumstances. If you are unable to attend, please contact the Court as soon as possible.

      For the Court,

      */s/ Mark A. Rafferty*
      Mark A. Rafferty
      Deputy Clerk to Judge R. Kelly
      267-299-7319

Copies E-mailed to counsel:
Rahul Munshi, Esq.
Richard R. Harris, Esq.
Rachel Fendell Satinsky, Esq.