IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH BRIGGS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY | : | NO.  16-248 |

## **O R D E R**

**AND NOW**, this   18th   day of June, 2018, after a telephone conference with counsel for the parties in the above-captioned case, it is determined that Motions in Limine, Proposed Jury Instructions, Proposed Verdict Sheets and Proposed Voir Dire Questions shall be filed on or before July 10, 2018.  Responses thereto shall be filed by July 16, 2018.  If the parties desire to file Trial Memoranda, they shall be filed on or before July 16, 2018.

BY THE COURT:


 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE