**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **RUTH V. BRIGGS,** | : |  |
| Plaintiff, | : |  |
|  | : | **CIVIL ACTION NO. 16-00248** |
| v. | : |  |
|  | : |  |
| **TEMPLE UNIVERSITY,** | : |  |
| Defendant. | : |  |
|  | : |  |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of Laura C. Mattiacci, Esquire, on behalf of the Plaintiff, Ruth V. Briggs, in the above-captioned matter.

Respectfully submitted,

**CONSOLE MATTIACCI LAW, LLC**

Dated: 6/25/2018        By:    */s/ Laura C. Mattiacci, Esq.*
Laura C. Mattiacci, Esq.
1525 Locust Street, 9th Floor
Philadelphia, PA  19102
Phone: (215) 545-7676
mattiacci@consolelaw.com

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June, 2018, I sent my Entry of Appearance via ECF to counsel for Defendant below:

Richard Harris, Esquire
Rachel Fendell Satinsky, Esquire
Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321

*Attorneys for Defendants*

By: */s/ Laura C. Mattiacci, Esq.*
Laura C. Mattiacci, Esq.
1525 Locust Street, 9th Floor
Philadelphia, PA 19102
Phone: (215) 545-7676
mattiacci@consolelaw.com

Attorney for Plaintiff