THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS,<br><br>        Plaintiff,<br>v.<br><br>TEMPLE UNIVERSITY<br><br>        Defendant. | :<br>:<br>:   Civil Action No. 16-0248<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY AND EVIDENCE REGARDING AN ALLEGED EXTRAMARITAL AFFAIR**

Defendant Temple University hereby moves for an Order precluding Plaintiff Ruth Briggs from offering at trial testimony and evidence relating to testimony and evidence about an alleged extramarital affair between her former supervisor and another individual, for the reasons set forth in the accompanying Memorandum of Law which is incorporated herein by reference.

A proposed Order granting the relief sought is attached hereto.

Respectfully submitted,

*/s/ Richard R. Harris*
Richard R. Harris
Rachel Fendell Satinsky
Jonathan Shaw
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
267.402.3000 – telephone
267.402.3131 – facsimile
rharris@littler.com
rsatinsky@littler.com
jshaw@littler.com
*Attorneys for Defendant Temple University*

Dated: July 10, 2018

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS <br><br> Plaintiff, <br> v. <br><br><br><br> TEMPLE UNIVERSITY <br><br> Defendant. | : <br> : <br> : Civil Action No. 16-0248 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**ORDER**

AND NOW, this ___ day of _____ 2018, upon consideration of the Motion *In Limine* To Exclude Testimony and Evidence Regarding an Alleged Extramarital Affair by Defendant Temple University and Plaintiff Ruth Briggs's response thereto, if any, it is hereby ORDERED that the Plaintiff may not introduce testimony and evidence about Dr. Wu's alleged extramarital affair.

_____
J.

## CERTIFICATE OF SERVICE

I, Rachel Fendell Satinsky, hereby certify that, on this 10th day of July, 2018, the foregoing document was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

*/s/ Rachel Fendell Satinsky*
Rachel Fendell Satinsky