THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS<br><br>Plaintiff,<br>v.<br><br><br><br>TEMPLE UNIVERSITY<br><br>Defendant. | :<br>:<br>:   Civil Action No. 16-0248<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### DEFENDANT'S PROPOSED VERDICT FORM

Defendant Temple University submits the following Proposed Verdict Form:

**WE, the jury in the above-entitled action, find the following verdict on the questions submitted to us:**

Question 1:

Has Ms. Briggs proved, by a preponderance of the evidence, that she was qualified for her position as Executive Assistant to Dr. Wu?

    Yes _____   No _____

*If you answered "Yes" to this question, please proceed to Question 2.*

*If you answered "No" to this question, please proceed to Question 6.*

Question 2:

Has Ms. Briggs proved, by a preponderance of the evidence, that Temple University terminated her employment?

    Yes _____   No _____

*If you answered "Yes" to this question, please proceed to Question 3.*

*If you answered "No" to this question, please proceed to Question 6.*

Question 3:

Has Ms. Briggs proved, by a preponderance of the evidence, that her age was the only reason Temple University terminated her employment?

Yes _____   No _____

*If you answered "Yes" to this question, please proceed to Question 6.*

*If you answered "No" to this question, please proceed to Question 4.*

Question 4:

Has Ms. Briggs proved, by a preponderance of the evidence, that her April 1, 2014 age discrimination complaint to Sandra Foehl was the only reason Temple University terminated her employment?

Yes _____   No _____

*If you answered "Yes" to this question, please proceed to Question 6.*

*If you answered "No" to this question, please proceed to Question 5.*

Question 5:

Has Ms. Briggs proved, by a preponderance of the evidence, that Temple University terminated her employment because of her sex?

Yes _____   No _____

*Please proceed to Question 6.*

Question 6:

Has Ms. Briggs proved, by a preponderance of the evidence, that she experienced severe or pervasive age or gender-related harassment?

        Yes _____  No _____

*Please proceed to Question 7 only if you answered "Yes" to Question 3 or 4.*

*Please proceed to Question 9 only if you answered "Yes" to Question 5 or 6.*

*If you did not answer "Yes" to Question 3, 4, 5, or 6, you have completed your deliberations and you must sign and date this form and return it to the Court Officer.*

Question 7:

Has Ms. Briggs proved, by a preponderance of the evidence, that she lost wages as a result of Temple University engaging in intentional age discrimination by terminating her employment?

        Yes\_\_\_\_\_   No \_\_\_\_\_

*If your answer to Question 7 is "Yes," state the amount of lost wages, if any, you award to Ms. Briggs as a result of Temple University engaging in intentional age discrimination. When calculating the amount of lost wages, you must subtract the income Ms. Briggs actually earned following the end of her employment at Temple University and wages you determine that Ms. Briggs could have earned if she had used reasonable and diligent efforts to find other work, as she was required to do. If your answer to Question 7 is "No," write "0" in the space below.*

        $_____

*Please proceed to Question 8 only if your answer to Question 3 or 4 was "Yes."*

Question 8:

Has Ms. Briggs proved, by a preponderance of the evidence, that Temple University engaged in willful misconduct by intentionally discriminating against her because of age or retaliating against her because of her April 1, 2014 complaint to Sandra Foehl?

Yes_____   No _____

*Please proceed to Question 9.*

Question 9:

Has Ms. Briggs proved, by a preponderance of the evidence, pain and suffering damages?

Yes_____   No _____

*If your answer to Question 9 is "Yes," state the amount of pain and suffering damages, if any, sustained by Ms. Briggs.  If your answer to Question 9 is "No," write "0" in the space below.*

$_____

Foreperson's Signature: _____

Date: _____