IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH V. BRIGGS | : | C.A. No. 16-248 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TEMPLE UNIVERSITY | : | |

**NOTICE OF TELEPHONE CONFERENCE**

Please be advised that a **PHONE CONFERENCE** in the above matter has been set by Judge Robert F. Kelly for **WEDNESDAY, JULY 25, 2018 at 11:45 a.m.**

                For the Court,

                /s/ Mark A. Rafferty

                Mark A. Rafferty
                Deputy Clerk to Judge R. Kelly
                267-299-7319

Copies E-mailed to counsel:
Laura Carlin Mattiacci, Esq.
Rahul Munshi, Esq.
Richard R. Harris, Esq.
Rachel Fendell Satinsky, Esq.