IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH V. BRIGGS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY | : | NO. 16-248 |

### AMENDED CIVIL JUDGEMENT

Before the Honorable Robert F. Kelly

AND NOW, this 19th Day of July, 2018, in accordance with the verdict sheet.

IT IS ORDERED that Judgment be and the same is hereby entered in favor of plaintiff, Ruth V. Briggs, and against the defendant, Temple University, in the amount of $250,000 for lost wages and benefits which is doubled to $500,000 as a result of the jury's finding that defendant's conduct was willful and $350,000 for pain and suffering, for a total judgement of $850,000.

BY THE COURT

ATTEST: _____
Mark A. Rafferty
Deputy Clerk

Civ 1 (8/80)