IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS, Plaintiff, v. TEMPLE UNIVERSITY, Defendant. | Case No. 2:16-cv-00248-RK HON. ROBERT F. KELLY, SR., J. |

**DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL OR, IN THE ALTERNATIVE, FOR A REMITTITUR**

For the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference, Temple University respectfully requests that this Court enter an order granting its Motion for Judgment as a Matter of Law or, in the alternative, for a new trial or, in the alternative, for a remittitur of the jury's award of damages.

Respectfully submitted,

*/s/ Richard R. Harris*
Richard R. Harris
Rachel Fendell Satinsky
Jonathan Shaw
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
267.402.3000 – telephone
267.402.3131 – facsimile
rharris@littler.com
rsatinsky@littler.com
jshaw@littler.com
*Attorneys for Defendant Temple University*

Dated:  August 9, 2018

## CERTIFICATE OF SERVICE

I, Richard R. Harris, hereby certify that, on this 9th day of August, 2018, the foregoing document was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

/s/ Richard R. Harris
Richard R. Harris

Dated:  August 9, 2018