IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>TEMPLE UNIVERSITY<br><br>　　　　　　　Defendant. | Case No. 2:16-cv-00248-RK<br><br>HON. ROBERT F. KELLY, SR., J. |

**ORDER**

　　　　AND NOW, this ___ day of _____ 2018, upon consideration of Defendant's Motion for Judgment as a Matter of Law, and Memorandum of Law in support thereof, it is hereby ORDERED that _____.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.