# EXHIBIT 02
# 01 03 18 Order Denying MSJ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH BRIGGS | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| TEMPLE UNIVERSITY | : | NO. 16-248 |

**O R D E R**

**AND NOW**, this 3rd day of January, 2018, upon consideration of the Summary Judgment Motion of Defendant, Temple University, (Doc. No. 26), and Plaintiff Ruth Briggs' Opposition thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion is **DENIED** in its entirety.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE