# EXHIBIT 03

## Verdict Form

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUTH V. BRIGGS,                          :

                       Plaintiff,   :     CIVIL ACTION

               v.                           :     No. 16-248

TEMPLE UNIVERSITY,                       :

                   Defendant.   :

## VERDICT FORM

       **We, the jury in the above-entitled action, find the following verdict on the questions submitted to us:**

## QUESTION 1

Has Ms. Briggs proved, by a preponderance of the evidence, that her gender was a determinative factor in Temple University's decision to terminate her position?

       Yes   ___              No   X

## QUESTION 2

Has Ms. Briggs proved, by a preponderance of the evidence, that but-for her age, Temple University would not have terminated her position?

       Yes   X              No   ___

*If you answered "Yes," skip to Question 8. If "No," proceed to Question 3*

**QUESTION 3**

Has Ms. Briggs proved, by a preponderance of the evidence, that but-for her reasonable, good-faith complaint regarding age discrimination, Temple University would not have terminated her position?

Yes   X                   No   ___

**QUESTION 4**

Has Ms. Briggs proved, by a preponderance of the evidence, that but-for her reasonable, good-faith complaint regarding gender discrimination, Temple University would not have terminated her position?

Yes   ___                 No   X

**QUESTION 5**

Has Ms. Briggs proved, by a preponderance of the evidence, that she was subjected to severe or pervasive harassment by Temple University because of her age?

Yes   X                   No   ___

**QUESTION 6**

Has Ms. Briggs proved, by a preponderance of the evidence, that she was subjected to severe or pervasive harassment by Temple University because of her gender?

Yes   ___                 No   X

**QUESTION 7**

Has Ms. Briggs proved, by a preponderance of the evidence, that she was subjected to severe or pervasive harassment by Temple University because of her reasonable, good-faith complaint regarding age discrimination?

Yes   X                   No   ___

2

## QUESTION 8

Has Ms. Briggs proved, by a preponderance of the evidence, that she was subjected to severe or pervasive harassment by Temple University because of her reasonable, good-faith complaint regarding gender discrimination?

Yes  _X_          No  ___

*Please proceed to Question 9 only if you answered "Yes" to __any__ of the Questions above.*

*If you answered "No" to __all__ of Questions above, you have completed your deliberations and have found in favor of Temple University. You must sign and date this form and return it to the Court Officer.*

## QUESTION 9

Has Ms. Briggs proved, by a preponderance of the evidence, that she lost wages as a result of Temple University engaging in intentional age discrimination by terminating her employment?

Yes  _X_          No  ___

*If your answer to is "Yes," state the amount of lost wages, if any, you award to Ms. Briggs as a result of Temple University engaging in intentional age discrimination. When calculating the amount of lost wages, you must subtract the income Ms. Briggs actually earned following the end of her employment at Temple University and wages you determine that Ms. Briggs could have earned if she had used reasonable and diligent efforts to find other work, as she was required to do. If your answer is "No," write "0" in the space below.*

$ __250,000__

*Proceed to Question 10 only if you answered "Yes" to Questions 2, 3, 5, or 7. Otherwise, skip to Question 11.*

3

**QUESTION 10**

Has Ms. Briggs proved, by a preponderance of the evidence, that Temple University engaged in willful misconduct by intentionally discriminating against her because of age or retaliating against her because of her complaint of age discrimination?

Yes    X                    No    ___

**QUESTION 11**

Has Ms. Briggs proved, by a preponderance of the evidence, pain and suffering damages?

Yes    X                    No    ___

*If your answer to Question 11 is "Yes," state the amount of pain and suffering damages, if any, sustained by Ms. Briggs.   If your answer to Question 11 is "No," write "0" in the space below.*

$ 350,000

Foreperson's Signature:    _Paul D. Clay_

Date:    July 19, 2018

4