# EXHIBIT 04

## Trial Tr. 07 16 18 PM

```
                                                                    1
                     UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF PENNSYLVANIA

RUTH V. BRIGGS,                  .
                                 . Case No. 1:15-cv-00902-LS
            Plaintiff,           .
                                 .
          vs.                    . 601 Market Street
                                 . Philadelphia, Pennsylvania 19106
                                 . July 16, 2018
                                 .
TEMPLE UNIVERSITY,               .
                                 .
            Defendants.          .
. . . . . . . . . . . . . . . . .
                  TRANSCRIPT OF TRIAL
              DAY 1 - P.M. SESSION
        BEFORE THE HONORABLE ROBERT F. KELLY
             UNITED STATES DISTRICT JUDGE
                    AND A JURY
APPEARANCES:
For the Plaintiff:           Laura Carlin Mattiacci, Esq.
                             Stephen G. Console, Esq.
                             Rahul Munshi, Esq.
                             CONSOLE MATTIACCI LAW, LLC
                             1525 Locust Street
                             Philadelphia, Pennsylvania 19102

For the Defendant:           Richard R. Harris, Esq.
                             Rachel Fendell Satinsky, Esq.
                             LITTLER MENDELSON, PC
                             1601 Cherry Street, Suite 1400
                             Philadelphia, Pennsylvania 19102




Audio Operator:              Electronically Recorded
                             by Court Personnel
Transcription Company:       JDR Acquisition, LLC./
                             Advanced Transcription
                             1880 John F. Kennedy Boulevard
                             6th Floor
                             Philadelphia, Pennsylvania 19103
                             (855)204-8184


Proceedings recorded by electronic sound recording,
transcript produced by transcription service.
```

1  Dr. Wu would have then most likely been asked by Drew, Have
2  you -- are you okay with this?
3  Q    But the question was simple:  Did you express to Deirdre
4  Walton that it was Dr. Wu's request to terminate Briggs --
5  Ruth Briggs, and you're saying that it was not Dr. Wu's
6  request to terminate Ruth Briggs now?
7  A    Through the process of the disciplinary action that was
8  being handed up to HR, the discipline out of that is
9  termination and Dr. Wu was okay with the termination.
10 Q    But you're saying he didn't request for her to be
11 terminated?
12 A    He requested for the appropriate disciplinary action to
13 be taken, which may include up to termination.
14 Q    So, what you testified to in your deposition is not
15 true?
16 A    No, it is true.
17 Q    I don't think it can be both, Mr. Wacker?
18         MR. HARRIS:  Objection; argumentative.
19         THE COURT:  Sustained.
20 BY MS. MATTIACCI:
21 Q    Now, is it your position that Ms. Walton, who is the HR
22 person, never relayed to you that Ms. Briggs was complaining
23 about a hostile work environment?
24 A    I don't recall.
25 Q    So, she may have relayed to you Ms. Briggs' complaint of

37

1  or three days that they were here.
2  Q    Why was that significant?
3  A    That's a big impression on the outside community.  This
4  is a high-scientific individual that Dr. Wu collaborates or
5  has a relationship with and it's important to put our best
6  foot forward and show that, you know, we are a top-notch
7  research institution and can handle those types of things.
8  And this, you know, presents a negative image, then, of the
9  Department and Dr. Wu.
10 Q    Mr. Wacker, do you know whether Ms. Briggs spoke with
11 Sandy Foehl before the end of her employment?
12 A    I do not.
13 Q    Do you know what she might have spoken with Sandy Foehl
14 about?
15 A    I do not.
16 Q    Do you know whether Ms. Briggs complained of
17 discrimination while she worked at Temple?
18 A    I do not.
19 Q    Do you know whether Ms. Briggs complained of retaliation
20 while she worked at Temple?
21 A    I do not.
22 Q    Do you know whether Ms. Briggs complained about age-
23 based harassment while she worked at Temple?
24 A    I do not.
25 Q    Do you know whether Ms. Briggs complained of sex or

38

1  gender-related harassment while she worked at Temple?
2  A    I do not.
3  Q    Do you know what Ms. Briggs' age is?
4  A    I do not.
5  Q    Do you know when her birthday is?
6  A    I do not.
7  Q    How old are you?
8  A    I'll be 56.
9  Q    Did Ms. Briggs' age have anything to do with the end of
10 her employment?
11 A    No.
12 Q    Did Ms. Briggs' sex have anything to do with the end of
13 her employment?
14 A    No.
15 Q    At any time, were you concerned that Ms. Briggs was
16 being treated differently at Temple because of her sex?
17 A    No.
18 Q    At any time, were you concerned that Ms. Briggs was
19 being harassed?
20 A    No.
21 Q    Do you know who replaced Ms. Briggs?
22 A    Yes.
23 Q    Who was that?
24 A    It -- it was a Marilyn Grandshaw.
25 Q    Is Marilyn a woman?

83

```
 1   A    Yes.
 2   Q    So my question was:  Isn't it true that Ms. King did not
 3   show up for three days, and never called in, and never told
 4   anybody where she was, and then showed back up on the fourth
 5   day?
 6   A    Yeah, it's correct.
 7   Q    Okay.
 8   A    But it's during the hurricane, there's no electricity.
 9   Q    And --
10   A    So she gave me this explanation.
11   Q    In the Fall of 2013, what hurricane hit the east coast?
12   A    I don't recall the name.  You can look at the record,
13   there is a hurricane.
14   Q    Okay.
15   A    And whole of Philadelphia, many places lost power.  So I
16   gave her the benefit of doubt.  But I still criticize her and
17   to tell her seriously, and should not do this in the future.
18   Q    You did not issue her a written warning, correct?
19   A    Yeah, because this is a first offense.
20   Q    Okay.  My question was:  You did not issue her a written
21   warning.
22   A    No.
23   Q    And there was no three-day suspension.
24   A    No.
25   Q    And this hurricane, did it also affect Temple
```

100

1  Q    Okay.  Did Ms. Walton, Deirdre Walton, every relay to
2  you that Ms. Briggs was complaining of sex and age
3  discrimination?
4  A    No.  Because I would take this very seriously.
5  Q    Did Ms. Walton ever relay to you that Ms. Briggs was
6  complaining of retaliation by you?
7  A    No.
8  Q    How about Mr. Greg Wacker --
9  A    No.
10 Q    -- did he -- let me just finish, for the record.
11      Did he ever relay to you that Ms. Briggs was complaining
12 about hostile work environment, retaliation, and age and sex
13 discrimination?
14 A    No.
15 Q    So, when you -- at some point after she was terminated,
16 you were advised of this, correct?
17 A    No.  Only this year.
18 Q    Just until this year?
19 A    Yeah, this year.  That's why I was in shock, like how
20 can Ruth say this against me.
21 Q    Wow, okay.
22 A    Or this year, last year, so it's -- that's --
23           THE COURT:  Are we finished with this?  Are we
24 finished?
25           MS. MATTIACCI:  I just want to -- one moment, Your