# EXHIBIT 08

## Trial Tr. 07 18 18 PM

```
                                                              1
                  UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF PENNSYLVANIA

RUTH V. BRIGGS,              .
                             . Case No. 1:15-cv-00902-LS
           Plaintiff,        .
                             .
         vs.                 . 601 Market Street
                             . Philadelphia, Pennsylvania 19106
                             . July 18, 2018
                             .
TEMPLE UNIVERSITY,           .
                             .
           Defendants..
. . . . . . . . . . . . . . .
              TRANSCRIPT OF TRIAL
           DAY 3 - P.M. SESSION
     BEFORE THE HONORABLE ROBERT F. KELLY
         UNITED STATES DISTRICT JUDGE
                 AND A JURY
APPEARANCES:
For the Plaintiff:         Laura Carlin Mattiacci, Esq.
                           Stephen G. Console, Esq.
                           Rahul Munshi, Esq.
                           CONSOLE MATTIACCI LAW, LLC
                           1525 Locust Street
                           Philadelphia, Pennsylvania 19102


For the Defendant:         Richard R. Harris, Esq.
                           Rachel Fendell Satinsky, Esq.
                           LITTLER MENDELSON, PC
                           1601 Cherry Street, Suite 1400
                           Philadelphia, Pennsylvania 19102


Audio Operator:            Electronically Recorded
                           by Court Personnel


Transcription Company:     JDR Acquisition, LLC./
                           Advanced Transcription
                           1880 John F. Kennedy Boulevard
                           6th Floor
                           Philadelphia, Pennsylvania 19103
                           (855)204-8184


Proceedings recorded by electronic sound recording,
transcript produced by transcription service.
```

1  University policy prohibiting discrimination on the basis of
2  age or gender.
3  Q    Did you communicate that to Ms. Briggs?
4  A    That's the usual practice.  What I don't remember is her
5  having filed the agency complaint made a difference in this
6  case.
7  Q    Ms. Foehl, during the time that Ms. Briggs was employed
8  at Temple, did you communicate with Greg Wacker about the
9  content of your communications with Ms. Briggs?
10 A    No, I did not.
11 Q    During the time that Ms. Briggs was employed at Temple,
12 did you communicate with Dr. Wu about the content of your
13 communications with Ms. Briggs?
14 A    No, I did not.
15 Q    During Ms. Briggs' employment at Temple, did you
16 communicate with Drew DiMeo about the content of your
17 communications with Ms. Briggs?
18 A    No, I did not.
19 Q    During Ms. Briggs' employment at Temple, did you
20 communicate with Deirdre Walton about the content of your
21 communications with Ms. Briggs?
22 A    No.
23        MS. SATINSKY:  Your Honor, I have no further
24 questions.
25        MS. MATTIACCI:  No questions, Your Honor.