# EXHIBIT 10

# D23 – April 3 2014 email from Briggs to Walton

Temple University Mail - My resignation

4/21/14, 10.07 PM



Ruth V. Briggs <rbriggs@temple.edu>

## My resignation

Ruth V. Briggs <rbriggs@temple.edu>    Thu, Apr 3, 2014 at 10:39 AM
To: Deidre Walton <Deirdre.Walton@temple.edu>

Dear Deidre,

It is with great sadness that I resign my from my position, Executive Assistant in the Department of Computer and Information Sciences in the College of Science and Technology effective April 1, 2014.

I have great admiration for our students, both undergraduate and graduate and our amazing faculty. I miss my family and my community.

Regretfully,

Ruth


Ruth V. Briggs
Temple University
Department of Computer and Information Science
1805 N Broad Street (038-24)
Wachman Hall, Room 324
Philadelphia, PA 19122
215-204-8659 - Direct line
215-204-8450   Department line

**CONFIDENTIAL**

D-23
TEMPLE0088