# EXHIBIT 11

## D34 – September 9 2008 – July 14 2006 Facebook message between Forman and Briggs

Active 12m ago

**Conversation Information**



Abbe El Ef
Active 12m ago

Options

search conversation
Search in Conversation
nicknames
Edit Nicknames
colors@2x
Change Color
Thumbs Up Sign
Change Emoji

Notifications

Facebook Profile
https://facebook.com/abbe.forman

**Messages**



Abbe El Ef
You're friends on Facebook
Studied Information Science at Pennsylvania State University

D-34
BRIGGS 403

Lives in Cape Coral, Florida

09/09/2008 5:45PM



Abbe
MfW is Meeting for Worship...Quaker

Ruth
Well, this Friend feels rather embarrassed.

Where is your meeting house?



Abbe
Chestnut Hill....are you Quaker?

11/20/2008 7:35PM



Abbe
215-242-1421

11/30/2010 11:33AM
Ruth
http://www.temple.edu/newsroom/2010_2011/11/inthemedia.htm
In the Media
For media inquiries and to reach faculty experts, call 215-204-8561 or,
refer to the news staff list.
temple.edu



Abbe
Thanks Ruth...Here is another one...from yesterday
http://philadelphia.cbslocal.com/2010/11/29/time-to-sit-and-shop-

<u>cyber-monday-is-here/</u>

**Cyber Monday Is Here But 'Buyer Beware'**
It's Cyber Monday, the day when shoppers head to the internet to scoop up those online bargains from retailers and other sellers. A local expert says buyer beware. News, Sports, Weather, Traffic and the Best of Philadelphia
philadelphia.cbslocal.com

12/02/2010 10:52PM
Ruth
Sound like anyone we know?

**Accomplishments**
despair.com

01/20/2011 8:47PM
Ruth
Hey Girl, If you plan to go to see Rolf's Philly Blocco, stop by and let me know.  I could do for some Brazilian music.

Or maybe it's about sick of hearing Chinese?

Ruth



Abbe
As of this moment we are planning to go...depends largely on the weather

01/21/2011 12:28PM
Ruth
Got your message and I can't say that I feel like going myself because I heard that others from the dept, LS and JH, are going.  Plus, JW is trying to have me fired again.  It must be a hobby for that man.  I think I should hire a student worker from the law school to advise me on the paper trail that I need to keep.



Abbe

He is a J-hole (combo of Jackass and A-hole)...
we'll get together another time

04/28/2011 8:03PM

Ruth

"Abbe Forman answered the before you die to-do list... check off what
you have done... it gets better as you read on... with Had a pet and 5
others."

You know that there is a weenie in the office, right?  If you consider
the amount of endurance and restraint it takes to refrain from
committing acts of "postiality," you will understand that I am hesitant
to discuss teeny tiny weenied wus in my FB status.

It was suggested by someone in the dean's office to contact HR.

I would consider this suggestion if I knew of a person in HR in whom I
had trust...  Oh well, I don't.  I hope another weenied wu victim would
take action so that my cowardice ass remains gainfully, imploded...I
meant employed.

10/01/2011 3:15AM

Ruth

Abbe, I think I heard a lot of Chinese words, your name, then more
Chinese. What happened when you talked to WeWeWu?
Oh, why am I not aloud to write comments for your pictures...did I say
something inappropriate again?

10/01/2011 7:00AM



Abbe

When was this and who was he talking to?

Ruth

Friday during the day and it could have been kwatny but I am not sure.

10/01/2011 8:56AM



Abbe

But he doesn't do chinese?  I am raising hell over the schedule

Ruth

I guess that is why you are the professor and I am the secretary.  It wasn't justin because I saw he leave for a meeting.  I bet it was that fucking little bastard, Chiu.

10/01/2011 2:50PM



Abbe

you're not a secretary and I'll bet it was kwatny.  I told Wu to do something about the favoritism or my next stop would be the dean's office and then my lawyer's office

10/01/2011 10:45PM

Ruth

Abbe, I want balls, too.  I promise to be the captain of your cheer team...an old and mute captain.  But if I am subpoenaed, it will be the third time in 10 years and my deposition was truthful and costly to the university, but TH settled out of court for an undisclosed amount of money.  A year later, her attorney filed a gender harassment law suite that where carried out by the same person for another yea.

Keep me posted.

Ruth



Abbe

BRIGGS 407

I must hear more...is TH named Terry?

10/02/2011 12:42AM

Ruth

No...It was a really recent college graduate, whom I supervised when I got the job at the Dean's Office.  I will give you the details later because she was a sensitive, smart, problem solver, in whom I had to place my future in a position that remains underdefined.  She would call me from the hospital to remind of am important dean's office deadline from whom the only thing I got from them was envy, I was told to get rid of her because she was my report, to which I responded, "We with a couple of Tanyas, we could hepl 4each other.  I went to the acting dean, Keya Sadighopour and told him that I work reading harder but not to the ppint

05/07/2012 8:01PM

Ruth

Abbe,
Congratulations...I guess you did not need a flower girl for your wedding...

I can't believe you are gone:(  On Friday, my granddaughter having surgery to remove her tonsils and adenoids and I took off to be with my daughter and grand best girlfriend.  I read your facebook posting and I said, "Shit! The bitch is gone."

So, can I get your home address to send something to you...for real, for real.  I can't find the graduation invitation that you sent me last year and I need your fucking home address, bitch.

 Who caught the bouquet?  Did you sleep with wedding cake under your pillow?  If you had a flower girl, I would have been better:)


Love you, Abbe



Abbe
Hey Ruth.  We get married on Wednesday and we are here til May 16

05/07/2012 10:15PM

Ruth
CAN YOU STILL GIVE ME YOUR HOME ADDRESS.  I WANT TO TOILET
PAPER YOUR SOON TO  BE PAST RESIDENCE.  REALLY, I NEED IT.

05/07/2012 11:24PM



Abbe
why are you yelling at me : (

05/08/2012 1:21PM

Ruth
Because I need your address.  I was not yelling at you...the cap lock
was pressed and my finger was too lazy to change that option. BITCH



Abbe
Do you have an email other than TU?

05/08/2012 3:03PM

Ruth
rbriggs02@gmail.com.  is this your home address: 7157 Crittenden St.
Philadelphia, PA 19119 US



Abbe
Here is the new address 1727 SE 5th Ct  Cape Coral, FL 33990
I will miss you...you better visit!



06/13/2012 2:32PM



Abbe
See, I already sent it to you: 1727 SE 5th Ct, Cape Coral, FL 33990

Ruth
Anthrax will be lovely in your pool side  cocktail



Abbe
too bad you can't see that I am giving you the finger

07/28/2012 5:26PM

Ruth
Just wanted you to know that you are on listed to teach on the  fall
schedule.  Hah...what a bunch of stupid fuckers.

I spoke to Rhonda Brown about Dr. Wu's frequent comparing me with
women the same age in his country (he owns China) and she is pissed.
I will see Sandy Foehl to file a complaint next week and then she wants
to advise me on taking the next step.

I told her that I was afraid of retaliation and I think she was excited at
the opportunity to take down an Asian man and assured me that I
would be protected.

Put your tan ass in your vehicle so that you are not late for the fresh
persons.

Miss you lots. Ruth

07/30/2012 1:25PM



Abbe
You go girl and if you need me to stand up for you...just say the word.
Yes, I know they haven't changed the schedule yet.  They know I won't
be back and have no doubt that they will have someone else teaching

BRIGGS 410

those classes

11/27/2012 4:46PM



Abbe
How can that be a new PhD student...not Chinese!

Ruth
lol

i miss you.

I got evicted from the 3rd floor on Wednesday to 1003 Carnell.  It is certainly much better.

Since the three stooges never do anything nice for me, I am concerned.  if I succumb to an unfortunate demise from the 10th floor, let the police know that it was murder:)



Abbe
Will do...but I hope that doesn't happen.  Why the 10th floor of Carnell?  BTW, is Wendy the department chair yet?

Ruth
No, we already have one lead stooge and his two lesser stooges who run the department.  Wendy thinks that I am a secretary to her



Abbe
tell her no..ALL THE TIME and to also get the fuck over herself and to stick it so far up her ass that it comes out of her mouth

Ruth

That's what I'd like to say to Rose.  She is one arrogant, conceited bitch.



Abbe
yes!! They are best friends...no surprise

Ruth
Oh, I forgot to tell you that you were on the schedule to teach the first week of the semester.  I hoped that they did not pick up the mistake and have to eat a little crow.  Just in case you are still teaching the class, be mindful of the final schedule



Abbe
LOL!!

Ruth
Assholes...I work in the Department of Assholes.



Abbe
yes...and I am sooooooooooooooo glad to not be there any longer.  I would have liked to have been a fly on the wall when they realized that I was seriously not coming back!!

Ruth
But compared to your stress-filled life, I should be grateful. But I ain't

The new NTT, Glenn Ray. might need to look for a new gig for rocking the boat.

If you can believe that some lesbian just posted on facebook a bumper

sticker.  She wants straight people act gay in public.

Oh, that was your lesbian:)

Tell Shelley that gaiety is difficult to summon, IN THE DEPARTMENT OF ASSHOLES.

11/27/2012 6:50PM



Abbe
What did Glenn Ray do to rock the boat?

Ruth
He ordered a new book for his section of some intro class (because Judy placed it for him), has made derogatory comments about Muslims, gays and lesbians, and department oversight during class time.



Abbe
sounds like he should fight right in

Ruth
I think that he could have gotten away with insulting  protected classes, but not department oversight. Put down gays, lesbians, Muslims, but not the leader!



Abbe
LOL..so true

01/18/2013 10:17AM

Ruth
Abbe, I need the name of several chairs of computer science

departments, one of which is your alma mater.  I can't find a name for the department chair.  Dr. Wu is doing a e-mailing and if you could tell me the person's name, you would help me a lot.  He thinks that I should get 300 chair's names and their email address in..."How long could it take?  I could do it in 30 minutes." he said.  I was going to ask him to hum a few bars for me, but I need my job.

Ruth



Abbe
what is it for?

Ruth
a stupid mailing for some conference.  I just need a name and email address to keep my job



Abbe
Since it is the Graduate School of Computer and Information Science, there is no chair because the whole school is one department.  There is a Dean....Eric Ackerman, Ph.D. esa@nova.edu  also my dissertation chair, Yair Levy, levyy@nova.edu

Ruth
love you.  you

you're the best



Abbe
Do you want name and email of my current boss...he is the chair

Just in case...Gary Mansi  GMansi@ecpi.edu

05/16/2013 10:49PM

Ruth

Dear Abbe,

Do you give advice?

No more smartass shit for now.  I am considering filing a sex and age discrimination complaint about you know who-wu.  I don't want to spend my time tonight thinking about work so I will keep this short with a direct question.  I learned from Billie Goldstein about a disparaging comment he made at a faculty meeting in 2011 recently.  I don't know if you were in attendance.  Did you attend any faculty meeting, in which he told faculty that I was incompetent to carry out my job functions?  Do you recall him directing faculty in a closed meeting that they should avoid asking me for assistance and go to Judy?

Ruth

05/17/2013 6:44AM



Abbe

Go for the law suit.  If I hade been at a meeting where he said that I would have challenged him and I would have told you

06/01/2013 1:10PM

Ruth

44 557 6234

4845576234

02/07/2014 10:01AM

Ruth

If my last comment was insensitive, I apologize.  As a survivor of childhood sexual molestation, these kind of things inspire knee-jerk projectile vomiting.  I will take my comment down.



Abbe
I just didn't understand what you were trying to say

Ruth
It seemed so ironic because when I think of you, you are the antithesis of anything that would hurt others.



Abbe
you are sweet to say that

Ruth
it's true

04/01/2014 9:18PM
Ruth
Well, the spineless weanie of a man got me today.  He had Greg Wacker fire me.  Deidre Walton is a fucking cunt protecting one woman...herself.  I hope that karma has an interesting twist of fate for both of them.  MOTHER FUCKER!  I am too shocked to consider how I will survive financially when this month's salary is gone.  It should be enough that they underpaid me for 14 years.  But they want to see me go down and in the most damaging and painful way possible.

04/01/2014 10:20PM



Abbe
Ruth, I am really sorry to hear this.  He is an asshole.

04/02/2014 10:42AM
Ruth
thanks Abbe.

04/04/2014 9:06AM



Abbe
Hi Ruth. I gave your number to my friend Nora.  She is looking for a
little gardening help in Jenkintown...

06/26/2014 6:47PM

Ruth
Hey there Prof. Forman, may I list you as a reference?  If so, will it
help? 🐼



Abbe
you may list me.  will it help, who knows?

08/06/2014 10:42AM

Ruth
Do you know Lori Pompa, Dept of Criminal Justice?

08/06/2014 11:54AM



Abbe
No sorry

09/10/2014 4:54PM

Ruth
Abby, my friend Gwyn and I want to break through the stereotype for
normal grandmothers and you have some great photos.  I wrote
#normalgrandmothers in the comment section of a couple of your
photos but your photos privacy are set to friends and your photos
won't "trend."  Let's get trending (since I have no job) and show the
world the face of normal grandmothers.



Abbe
even with beards and big teeth

Ruth
click on the hash tag and see the photos. The crazier the better.

10/03/2014 4:13PM



Abbe
who do you think I should apologize to?

Ruth
I have heard you speak poorly about our former department chair. If it is true, do you have to apologize?  If I point out to him that he is fuck face, is that just considered an FYI?

My overdrawn checking account and exhausted unemployment checks make it difficult to forget that little dick head

I believe that I would be diagnosed as "postal."



Abbe
I owe him nothing....and it needs to be within the last year

Ruth
In the last 60 seconds, I have had 20-25 hateful thoughts about him and his gansta pencil pushers in the dean's office.  Burning in hell is preferable to forgiving them

02/23/2015 2:37PM

Ruth
I might be out on a limb with my lawsuit because I am suppose to keep

my mouth shut, but I don't give a fuck anymore.  The sound of life sucking got a little less offensive when the sounds of adjuncts voices were in my ears.



Abbe
If you are suing them, do what you have to do to win!!

05/21/2015 8:25PM
Ruth
Look at what broke today!  He was recruited the exact same time as Wu. http://www.philly.com/philly/education/ 20150522_Temple_Physics_Dept._chair_accused_of_selling_sensitive_i nformation_to_China.html?c=r

**Temple Physics Dept. chair accused of selling sensitive information to China**
The chair of Temple University's physics department was charged Thursday in a scheme to provide sensitive U.S. defense technology to entities in China, including its government.
philly.com

05/21/2015 9:59PM



Abbe
I hope they look at single one of them!

07/18/2015 12:06PM



Abbe
Thanks Ruth.  Right now it is just visits for her.

08/13/2015 5:01PM
Ruth

BRIGGS 419

My number is 484 557 6234

08/14/2015 3:20AM

Ruth

I trust you, but I feel compelled to repeat one of the instructions from my attorney about the legal action I am bringing against Temple. He strongly suggests that I remain away from the university and members of the faculty.

Ruth

Temple will use anything to diminish my credibility, especially when members of the team have loose lips. If you continue to talk to Laurie or Jackie, please do not share this with them. A reliable person in the Dean's Office reported to me that Jackie and Laurie told a faculty member that I was fired because of wrong-doing. This is not true. In fact, my reason for separation is because I resigned. This might be more gossip, but I have never trusted either of them because they abandoned me alone in the office several times when no other staff member was around. I believe that I was set up because they were aware that I was under a deadline and there lack of support kept me from completing Wu's assignments, for which I was disciplined.   I have no affection for them and have no desire to socialize with them, but my future depends on recouping spent retirement funds.  Miss you girl and I know that you would not say anything.  Please understand!

08/14/2015 7:42AM



Abbe

No problem. I am staying out of it completely

08/14/2015 2:32PM

Ruth

Thumbs Up Sign

02/04/2016 12:44PM

Ruth

5 photos from you

You invited Abbe to privately collect photos together.

████████████████████████████████████████

Get Moments

07/13/2016 4:18PM



Abbe
So who is charging Dai with sexual harassment? From 6 years ago?

07/13/2016 10:47PM

Ruth
I read that this morning and googled it. The onlly hit was the Facebook comment. Do you suspect someone

07/14/2016 6:56AM



Abbe
no, I thought you might know who it is

07/14/2016 2:23PM

Ruth
If it is true,  and  would love to know. I only know about Brooke and she is still there. And,  het husband came back to Temple as an Associate dean of Development in CST. Maybe he is the Asian Bill Cosby. That was mean and insensitive and hope I don't sound like Jie, the Liar, Wu. Now he is lucky that his sexual exploits were extorted from his victims in exchange for the right to use their advanced degrees in China

07/14/2016 6:55PM

Ruth
I am in litigation against Temple University and will be disposed next week.  But i agree that they are both dicks. The university might fare better without them sucking up all the air. Or the board could offet them a leadership position at a frat house where talking shit and sexual harassment are considered house rules. It looks like my case is

getting stronger because i am the only one who can produce documents and electronic correspondence over a three year period. I met with my attorney yesterday when temple's attorney called for an extension for turning over records that we requested.  He is an alum of the law school,  but shared his opinion with me about their human resource department and he said it would go under if it were in the corporate realm. His firm is currently defending more than five people for EEOC violations. This does not include numerous cases in the recent past. It is hard keeping my big fucking mouth shut. If we go to trial, win or lose, I am going public to report that they carry employment liability insurance that covers the attorneys' fees and the amount of the award regardless of fault. I wanted Rahul to have temple's representative respond to a question about their incentive to comply while under oath but it is a question that is prohibited. I HATE THOSE FUCKERS.



Abbe
I should have gone after them for something...

Ruth
I asked him if this is normal operating procedures for larger universities in the area and he said that Temple is the worse.  He also told me that I should prepare myself for the depositions of the people named that they will lie under oath.  I responded with surprise.  He asked me if I would lie to keep my job and I reminded him that his firm represented a young woman who reported to me about two law suits, discrimination based on health status and a year later, sexual harassment by Greg Wacker.  I told the truth and that started Greg Wacker's campaign to have my head.  The statute of limitations prohibits him from introducing this to the jury even if it is to demonstrate a pattern of behavior, but he cannot.  The strongest piece of my case is retaliation because I saved every email and viewed my employee file following the four times I was disciplined in the CIS department. I have a long work history and four disciplinary actions. All four came from Jie Wu and each of them failed to document the reason for the discipline because he used generic violations from the

TU's employee work manual.  None of the folks involved remember the specific reasons for three of the four disciplines.  I have emails and kept very good notes.  I am embarrassed about wanting revenge, because it is not Quaker-like, but I want it bad.



Abbe
I hope you get it. That treated you like shit

Ruth
About as shitty as they treated you and many employees who were born without a fucking dick.  So many cocks and so little balls.



Abbe
You had it way worse than me.

My biggest problem was Wendy

Ruth
She has a dick and no balls.  Rose McGinnis is the only woman I know who is a misogynist.  Brooke Walker is just wicked. Now I am really missing my smart ass partner in crime.  Love you girl.



Abbe
I'm glad we had each other for support



Type a message...