# EXHIBIT 12

# P45 – Termination Letter


College of
Science and Technology
TEMPLE UNIVERSITY

**Office of the Dean**
Conwell Hall, Suite 400
1803 N. Broad Street, (041-07)
Philadelphia, PA 19122-6095

phone 215-204-2888
fax 215-204-1255
e-mail cst@temple.edu
web www.temple.edu/cst

April 1, 2014

Ruth Briggs,

Over the last week, we have investigated two work related items that were brought to the Dean's Office attention. Specifically,

- On March 20th, 2014 at 3:56pm you were instructed to complete a concur travel expense reimbursement for Dr. Wu by the end of the workday. At 5:30pm you contacted Drew and indicated that the FOAPAL was still not available in Concur. Drew confirmed the FOAPAL was available. You failed to complete the task as requested. On Friday, March 21st, you met with Dr. Wu and Drew as scheduled. During this meeting you became argumentative and unprofessional. You insisted that Drew and Dr. Wu were calling you a liar.
- You were directed to book a room reservation for colloquium speaker Dr. Ness Shroff for his upcoming visit to Temple University on Thursday, March 13th and 14th, 2014. You booked a reservation at the Conwell Inn however; it was booked for the wrong dates. On the day of his visit, at the last minute you were able to secure a room at the Doubletree in Center City.

In accordance with Temple University Rules of Conduct – Revised Fall 2012, you are in violation of the following work rules:

*C.4 Negligence/Carelessness*
a) Neglecting job duties or responsibilities, or failing to carry out instructions given by supervisor.

*C.3 Disruptive or Disorderly Conduct*
a) Engaging in any unruly, erratic or undisciplined behavior that disrupts or may disrupt the workplace.
b) Engaging in any course of conduct that does or may undermine or interfere with supervision.

These infractions occurred despite previous counseling's and written warnings, issued 3/26/2013 and 1/20/2014. The disciplinary action for a 2nd violation of category C rules of conduct is termination. Effective the end of the day today, your employment at Temple University is being terminated.

Sincerely,

Greg Wacker

**CONFIDENTIAL**