IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RUTH BRIGGS,** | : |
| **Plaintiff,** | : |
| | : **CIVIL ACTION NO.** |
| v. | : **16-cv-0248** |
| **TEMPLE UNIVERSITY** | : |
| **Defendant.** | : |

## ORDER

AND NOW, this _____ day of _____ 2018, upon consideration of Plaintiff Ruth Briggs's Post-Trial Motion for Front Pay Damages and for a New Trial on Punitive Damages Only, and any response thereto, it is **ORDERED** that Plaintiff's Motion is **GRANTED**.

It is **FURTHER ORDERED** that:

1. The Civil Judgement in this matter shall be amended to include $489,835 in front pay damages to Plaintiff;

2. A new trial shall be scheduled on the issue of punitive damages only; and

3. Plaintiff shall submit her Petition for Attorneys' Fees and Costs within twenty (20) days of the Court's final Order(s) on the parties' Post-Trial Motions.

BY THE COURT:

_____
ROBERT F. KELLY
UNITED STATES DISTRICT JUDGE