<u>**CERTIFICATE OF SERVICE**</u>

I, Rahul Munshi, Esquire, hereby certify that Plaintiff Ruth Briggs's Post-Trial Motion for Front Pay Damages and for a New Trial on Punitive Damages Only has been filed electronically and is available for viewing and downloading from the ECF system on this 10th day of August, 2018.  Attorneys for Defendant (Richard R. Harris and Rachel F. Satinsky, Littler Mendelson, P.C.) are registered users of the Court's ECF System.

BY:   <u>/s/Rahul Munshi</u>
Rahul Munshi, Esquire
Console Mattiacci Law, LLC
1525 Locust Street, 9th Floor
Philadelphia, PA 19102
(215) 545-7676

Attorney for Plaintiff,
Ruth V. Briggs