1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RUTH V. BRIGGS,                    .
                                   . Case No. 1:16-cv-248
            Plaintiff              .
                                   .
       vs.                         . 601 Market Street
                                   . Philadelphia, Pennsylvania 19106
                                   . July 17, 2018
                                   .
TEMPLE UNIVERSITY,                 .
                                   .
            Defendants.            .
. . . . . . . . . . . . . ..

TRANSCRIPT OF TRIAL
DAY 2 - A.M. SESSION
BEFORE THE HONORABLE ROBERT F. KELLY
UNITED STATES DISTRICT JUDGE
AND A JURY

APPEARANCES:

For the Plaintiff:          Laura Carlin Mattiacci, Esq.
                            Stephen G. Console, Esq.
                            Rahul Munshi, Esq.
                            CONSOLE MATTIACCI LAW, LLC
                            1525 Locust Street
                            Philadelphia, Pennsylvania 19102

For the Defendant:          Richard R. Harris, Esq.
                            Rachel Fendell Satinsky, Esq.
                            LITTLER MENDELSON, PC
                            1601 Cherry Street, Suite 1400
                            Philadelphia, Pennsylvania 19102


Audio Operator:             Electronically Recorded
                            by Court Personnel

Transcription Company:      JDR Acquisition, LLC./
                            Advanced Transcription
                            1880 John F. Kennedy Boulevard
                            6th Floor
                            Philadelphia, Pennsylvania 19103
                            (855)204-8184
Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

2

1                     INDEX
2                                          Page
3
  OBJECTION RE:  DEFENSE EXHIBIT/WU CALENDAR        3
4

5  WITNESS                 DIRECT  CROSS  REDIRECT  RECROSS

6  FOR THE PLAINTIFF
   RUTH BRIGGS                 10
7

   EXHIBIT                              IDENT.  EVID.
8
   P-5      6/25/12 Briggs/Foehl Email(s)            36
9  P-7      9/2/12 Briggs/Foehl Email(s)             40
   P-10     2/7/13 Briggs/Brown Email(s)             47
10 P-11     2/8/13 Briggs/Foehl Email(s)             49
   P-12     2/9/13 Briggs/Etezady Email(s)           51
11 P-13     2/10/13 Briggs/Etezady Email(s)          53
   P-14     Briggs/Etezady Email(s)                  56
12 P-17     Briggs/Walton Email(s)                   60
   P-20     6/26/13 Briggs/Walton Email(s)           62
13 P-21     Briggs/Walton Email(s)                   66
   P-22     7/13/13 Briggs/Walton Email(s)           67
14 P-23     Briggs/Walton Email(s)                   68
   P-24     8/4/13 Briggs/Walton Email(s)            69
15 P-27     8/6/13 Briggs/Etezady Email(s)           71
   P-33     2/22/14 Briggs/Walton Email(s)           83
16 P-38     3/25/14 Briggs/Walton Email(s)           85
   P-34     2/25/14 Briggs/Foehl Email(s)            88
17 P-45     4/1/14 Termination Letter                92
   P-46     4/12/14 Briggs/Foehl Email(s)           102
18 P-51     4/7/14 Briggs/Vucetic Email(s)          106
   P-53     4/21/14 Briggs/Walton Email(s)          104
19 P-59     Temple Job Bids/Webpage                 112
   P-66     Job Applications/Correspondence         116
20
   D-71     March 2014 Briggs/DiMeo/Wu Email(s)      95
21
22
23
24
25

3

1          (Proceedings commence at 9:23 a.m.)

2          (Jury not present)

3          THE COURT:  Good morning.

4          COUNSEL:  Good morning.  Good morning, Your Honor.

5          THE COURT:  You may be seated.

6          You had something you wanted to go over before --

7          MR. HARRIS:  Counsel does.

8          THE COURT:  Yes.

9          MS. MATTIACCI:  Oh, yes, Your Honor.  I was just

10   handed a document by the defense that was never produced in

11   discovery, was not put on the trial exhibit list.  And

12   apparently, they want to use this in the cross of the

13   plaintiff, and I object to the use of this document.

14          THE COURT:  Can I see it?

15          MR. HARRIS:  Yes, Your Honor.  If I may?

16          THE COURT:  Somebody.

17          MR. HARRIS:  And it's -- the type is extremely

18   small, though.  It's the calendar of Dr. Jie Wu in October

19   2011 and November of 2011.  And I'm prepared to respond when

20   the Court would like.

21          THE COURT:  Is this the Doctor's calendar?

22          MR. HARRIS:  It is.

23          THE COURT:  And what are you going to use it for?

24          MR. HARRIS:  Well, I was going to use it through

25   the cross-examination of Ms. Briggs.  Specifically, there has

4

1    been significant testimony regarding the 11/9 incident, in

2    which Ms. Briggs received a report.  And certainly, there's

3    been testimony regarding -- or at least questioning regarding

4    whether or not Mr. Jie Wu -- or Dr. Jie Wu had made a

5    statement, an ageist statement, with respect to women in

6    China, somewhere around November of 2009.  And the testimony

7    has been brought up whether or not he came -- recently came

8    back from a trip from China.  The calendar doesn't suggest

9    that, so that's the purpose of using that calendar.

10          Ms. Briggs was his Executive Assistant, responsible

11   for his calendar and travel.  So she can certainly verify the

12   authenticity of that document.  And I just received it

13   yesterday, and counsel got it this morning.

14          THE COURT:  Yes?

15          MS. MATTIACCI:  Number one, she cannot authenticate

16   this document.  This is Dr. Wu's calendar.  I guess he could

17   have done it yesterday, but didn't.

18          Number two, it was not produced at all in the

19   course of this discovery, throughout this case, for the last

20   three years of litigation.  We just get it.  This is the

21   definition of "trial by ambush," on the morning of this

22   witness, after Dr. Wu testified.  It was not identified in

23   any trial exhibit list.  I can't even read --

24          THE COURT:  Yeah.

25          MS. MATTIACCI:  -- the words on here --

5

```
1              THE COURT:  I can't, either.

2              MS. MATTIACCI:  -- because it's so small.

3              MR. HARRIS:  Judge, fortunately, we have a computer

4    technologist who will be able to put it on the screen, to

5    make it larger.  That's the largest that I have it, as well.

6    I received it yesterday --

7              THE COURT:  Well, did --

8              MR. HARRIS:  -- so counsel received it this

9    morning.

10             THE COURT:  Did Ms. Briggs -- is she responsible

11   for that, making up that calendar?

12       (Participants confer)

13             MS. BRIGGS:  Yes, sir, I would add things to his

14   calendar.  I would also -- he also put his own things on

15   there.

16             MS. MATTIACCI:  She would add things to his

17   calendar, but she was not in charge of this calendar.

18             MR. HARRIS:  Well, Judge, if she wasn't, then who

19   was?

20       (Participants confer)

21             MR. HARRIS:  That's the whole point of cross-

22   examination.

23             THE COURT:  Yeah.  Objection sustained.

24             MS. MATTIACCI:  Thank you, Your Honor.

25             MR. HARRIS:  Judge, will I be permitted to use
```

6

1    that, if I bring Jie Wu back to testify in my case-in-chief?

2              MS. MATTIACCI:  Your Honor, I'd object to that.

3              THE COURT:  Why?

4              MS. MATTIACCI:  It was never produced in discovery.

5    We never had an opportunity to question Dr. Wu about it.  If

6    they have this page, I guess they have all these other pages

7    of this calendar, which we were deprived of.  We asked for

8    any and all documents that were relevant to this case,

9    including information concerning scheduling.  We weren't

10   provided any of this.

11             THE COURT:  Yeah.  Let's deal with this one.  Okay?

12             MS. MATTIACCI:  Yes.

13             THE COURT:  All right.  How are you harmed by this?

14             MS. MATTIACCI:  Because I have no idea what he's

15   going to testify to, as to it.

16             THE COURT:  All right.

17             MR. HARRIS:  Judge, he's going to testify that, in

18   October of 2011, he didn't travel outside the United States,

19   other than when he went to Spain.  If he went to Spain, he

20   certainly couldn't have been in China, which is what the

21   evidence was, and which counsel asked him on cross-

22   examination, as it relates specifically to the November 11th

23   -- or November 9th incident report, in which Ms. Briggs was

24   disciplined.

25             MS. MATTIACCI:  That -- Your Honor, that was not

1  even the context of the conversation.  There was -- it was

2  not a context of what -- he just came back from China, that

3  was never part of what happened.  In fact, Dr. Wu testified

4  to the opposite, that they regularly had conversations about

5  his travels around the world and about the differences in the

6  cultures, between Asia and China [sic].  It wasn't linked to

7  any, I just came back from China statement.  That was never

8  said, it was never part of this case, so --

9          MR. HARRIS:  That's exactly what he testified to,

10 Your Honor.

11         THE COURT:  Yeah, I don't recall it, frankly, but -

12 -

13         MS. MATTIACCI:  Well, I do --

14         THE COURT:  The question is, if you call him back?

15         MR. HARRIS:  Yes, Your Honor.  I can call him back

16 in my case-in-chief, and he can certainly talk about his

17 travel and when he made the comment, and when he didn't make

18 the comment.

19         THE COURT:  So he would be testifying from his

20 recollection, as refreshed by this calendar?

21         MR. HARRIS:  Exactly.

22         THE COURT:  So you don't really need the calendar.

23         MR. HARRIS:  Well, I don't have to use it for Ms.

24 Briggs, no.  I would like to use it for Ms. Briggs because I

25 think it goes to impeachment, and I think that's -- it's an

8

1  important part of the case, as to whether or not she's

2  telling the truth about a statement that he denies making at

3  all.

4      She says -- Ms. Briggs is going to testify, as I

5  understand it, that she received a discipline in relationship

6  to her making a comment that this is the United States, this

7  isn't China, and related to Dr. Wu's statement.  Dr. Wu

8  denies that.  He says, the only time we had a conversation is

9  when I came back from China, and it was part of a larger

10 conversation.  That's exactly what's before the jury.

11      And what this calendar demonstrates is that he was

12 not in China in October of 2011, he wasn't in China in

13 November of 2011.  So there's no way that the conversation

14 that she alleged took place could have occurred close in time

15 to when the discipline was received.  This is what Dr. Wu

16 said.

17      MS. MATTIACCI:  Your Honor, that's contrary to the

18 testimony of yesterday.  He said that they constantly talked

19 about cultural differences.

20      THE COURT:  Yeah, I'm sustaining the objection to -

21 -

22      MS. MATTIACCI:  Thank you, Your Honor.

23      THE COURT:  -- the calendar.

24      Are we ready to go?

25      MS. MATTIACCI:  Yes, Your Honor.

9

```
1              THE COURT:  Mark, why don't you see if the jury is
2    there.
3         (Pause in proceedings)
4              THE COURT:  Who is the next witness?
5              MR. MUNSHI:  The Plaintiff Ruth Briggs will be our
6    next witness, Your Honor.
7              THE COURT:  All right.
8         (Pause in proceedings)
9              THE COURT OFFICER:  All rise.
10        (Jury present)
11             THE COURT:  Okay.  You may be seated.
12             The plaintiff may call the next witness.
13             MR. MUNSHI:  Good morning, Your Honor.  Our next
14   witness is the Plaintiff Ruth Briggs.
15             THE COURT:  All right.
16             THE COURT OFFICER:  You can come up.
17             THE WITNESS:  Okay.
18             THE COURT OFFICER:  Please raise your right hand,
19   place your left hand on the Bible.
20   RUTH BRIGGS, PLAINTIFF, SWORN.
21             THE COURT OFFICER:  Please state your full name for
22   the record.
23             THE WITNESS:  It's Ruth Virginia Briggs.
24             MR. MUNSHI:  And Your Honor, before we get started,
25   can we just make sure that everybody can see the witness --
```

10

1          THE WITNESS:  I --

2          MR. MUNSHI:  -- the witness, in light of the

3    screen?  Good?  Okay.  Thank you.

4          May I proceed, Your Honor?

5          THE COURT:  Yes.

6          MR. MUNSHI:  Okay.

7                DIRECT EXAMINATION

8    BY MR. MUNSHI:

9    Q    Good morning, Ruth.

10   A    Good morning.

11   Q    Can you please introduce yourself to the jury?

12   A    Hi.  My name is Ruth Briggs.  I'm 63 years old, and I'm

13   mother of four grown children, and grandmother to three.

14   Q    Can you tell us, Ruth, where you live?

15   A    I live in Philadelphia, the Kensington Section of

16   Philadelphia, in an apartment.

17   Q    And how long have you been living there?

18   A    I moved there November 1st of 2017, last year.

19   Q    Just last year.

20   A    Yeah.  Yes.

21   Q    And before you moved there, where were you living in

22   Philadelphia?

23   A    I lived in an apartment, very -- very close to Campus,

24   in -- in the Temple area (indiscernible) anything else.

25   Q    And do you live with anybody, Ruth?

11

1    A    No, I do not.

2    Q    You mentioned that you have children.  How many children

3    do you have?

4    A    I have four; my oldest is 34, and her name is Elizabeth.

5    Abigail is 32, Gabriel is 30, and Zachary is 27.

6    Q    And Ruth, are you married?

7    A    No, I'm not.  I was -- got divorced in '97, 1997.

8    Q    After the divorce, did you maintain custody of the four

9    children?

10   A    Technically, we had shared custody, but my husband left,

11   took a job in South -- North Carolina about a year after he

12   left, so I had pretty much a hundred percent custody of the

13   children.

14   Q    Now, Ruth, tell us -- walk us through your formal

15   education back.

16   A    Okay.  Well, I -- I start -- I came late to college.  My

17   -- I started taking classes after -- after high school.  And

18   then, after -- I got four -- well, I guess I started college

19   when I was 24, full time.  So I had gotten enough to get past

20   the freshman year.  I started full time when I was 25-ish --

21   20 -- yeah 25, and I graduated -- I graduated seven months

22   pregnant.  I was married.  From a Women's Catholic college.

23   I graduated with honors.

24   Q    And what was your degree in?

25   A    My degree was in pre-law, political science, and

12

1   history.

2   Q    And after you graduated from college did you take any

3   further formal education?

4   A    Well, when I -- I'm from Baltimore.  And so, when we

5   moved here, I -- I was at home with the children.  But I did

6   enroll in a graduate program at Chestnut Hill College, in

7   counseling and psychology.  I did have to withdraw.  I

8   withdrew on -- because of my husband leaving, so it was a

9   family reason.  So I withdrew from the program before

10  graduation.  I believe I was about 12 -- 12 credits short of

11  my -- my degree.

12  Q    And did your parents or siblings go to college, as well?

13  A    I was the first in my -- first and only one in my family

14  to go to college and graduate.

15  Q    Tell us about the work that you did while you were

16  raising your kids.

17  A    I -- I -- my interest has always been in -- in social

18  justice and -- and working with people who are less fortunate

19  than I am.  So I -- when I came up here, there was a job that

20  a friend of mine told me about had opened up at the

21  Osteopathic Hospital.  And it was working -- it was a Pew

22  Charitable Trust grant that was working with -- with pregnant

23  teens, called "A Better Start."

24       And the goal was to have -- get -- we had them when they

25  were pregnant, and then was to prevent a pregnancy before

1    they were 20.  That's what the research component was.  So I

2    worked with them at Health Center Five at -- in Philadelphia.

3    Work with -- that's while I was still at Osteopathic, and

4    worked with a group of midwives who were on -- who had

5    privileges there.

6    Q    And did you continue to do that work --

7    A    I continued --

8    Q    -- after Osteopathic?

9    A    Yeah.  The family -- this department -- actually, it's

10   no longer a hospital; it's just a medical school.  So, when

11   they got rid of the hospital, our -- our department was gone,

12   too.  So I -- it's a very small community of women who work

13   with these kinds of populations, and people get to know each

14   other.

15        So I had learned about Family Planning Council, waiting

16   on getting a grant for working with incarcerated women who

17   were pregnant and/or parenting.  The goal was to -- for

18   reunification.  All of them had had their children removed

19   from their -- their -- their custody, and it was to -- to get

20   -- reunify them after they were incarcerated.

21   Q    And you mentioned a grant right now.

22   A    Yeah.

23   Q    Describe the work you did with grants during this time?

24   A    Well, I -- the grant that I came in on, I wasn't part of

25   that.  But in order -- that -- it was over in a year.  So we

14

1   were required -- I found -- I worked in the Department of

2   Special Projects.  We were required to raise our own funds.

3   So we -- after, you know, the grants ran out, we would have

4   to go out and try to find another funder.  So, for the --

5   that time, I went -- I funded my -- I -- it was a two-year

6   grant during that time.  So two grants, I funded myself, my -

7   - my salary and the program.

8        When I left that job, I was working with University of

9   Maryland and A Father's Project, with a large grant, to

10  follow, not just mothers, but fathers.  And they were going

11  to do the research comment.  But I left pre -- before the

12  grant was up and running.

13  Q    What was the next place that you worked after the Family

14  Planning Council?

15  A    Well, like I said, it's a small community of women.  So

16  the Executive Director of a place called Pennsylvania Home of

17  the Sparrow -- which was -- it's -- it was housing for women

18  leaving -- women with children, I should say, leaving prison.

19  And I -- once again, their role was reunification with their

20  children.  So I -- that's the -- so, you know, she would see

21  me in the area, where we would meet with the mothers.

22       And I -- she asked me -- you know, we got to know each

23  other.  And she -- we -- when she was looking for a

24  Development Director, she came over to me.  She said, hey,

25  look, our Development Director left, would you mind -- you

15

1    know, would you think about coming over.  And it was a pretty

2    significant increase in pay at that time, so I agreed to --

3    to do it.

4    Q    And finally, tell us about the last job you had, before

5    joining Temple, and what you generally did there.

6    A    I -- I was hired as the Assistant Director of Foundation

7    Relations at the Academy of Natural Sciences in Philadelphia.

8    And I worked with the biodiversity research staff, helping

9    them find funding for either research or curation of -- of --

10   of programs, or -- you know, that kind of thing, the --

11   Q    Now, Ruth, before you had been terminated by Temple, had

12   you ever been terminated from a job before?

13   A    Never.

14   Q    Have -- before this action, have you ever filed a

15   lawsuit against a former employer?

16   A    No, I have not.

17   Q    Ever file any lawsuit?

18   A    No.

19   Q    So, Ruth, tell us.  Why did you file this lawsuit?

20   A    I filed this lawsuit because I was discriminated

21   against, based on my age and gender.  And when I tried to

22   seek a remedy for it, I was retaliated against.

23   Q    Ruth, let's talk about when you joined Temple.

24   Do you recall what year that was?

25   A    In 2001.

16

1

2   Q    And tell us about the work you did at Temple, when you

3   first started?

4   A    I started there in -- it was a center, actually, in the

5   College of Science and Technology, called the Center for

6   Neurovirology and Cancer Virology.  And I -- I worked with

7   who -- the Director -- the Director of the -- of that center,

8   Kamal Khalili, who was also the Editor-in-Chief for the

9   Journal of Neurovirology, so I -- I worked with him only --

10  just specifically on the Journal and the -- it's a society-

11  based journal, so with society membership.  But I coordinated

12  peer review of manuscripts as they came in, worked with

13  authors, worked with guest editors, worked with the Editor-

14  in-Chief.

15  Q    And I think you mentioned earlier your age.  But can you

16  just tell us what year you were born in?

17  A    In 1954.

18  Q    So, when you first started working at Temple, in 2001 --

19  A    I was --

20  Q    -- how old were you?

21  A    -- 43 -- if -- no.

22  Q    I think it was 46.

23  A    So 46.  Okay.

24  Q    (indiscernible)

25  A    (indiscernible) okay.

1    Q    How long did you hold that position as the --

2    A    I was there --

3    Q    -- Editorial Assistant?

4    A    -- for a little -- almost a little over two years, I

5    think, when I was -- when I was -- found -- was hired for

6    this -- this job as Executive Assistant, within the same

7    college.

8    Q    So just tell us what the next position was you had at

9    Temple --

10   A    Okay.

11   Q    -- after --

12   A    Okay.

13   Q    -- Editorial Assistant?

14   A    I was hired as the Executive Assistant to the Dean of

15   the College of Science and Technology.  That college is one

16   of the -- the newest colleges on Temple's campus, so it's

17   separated from the College of Liberal Arts, so we didn't have

18   a permanent dean.  There were several acting deans.  When I

19   came in, I was -- worked for Dr. Allen Nicholson, who was in

20   Biochem.  He was -- had a faculty position in -- at Biochem,

21   and he was just the Interim Dean during that time, and it was

22   a very short time that I worked with him, I think probably

23   less than two months.

24        When it was announced that the Dean of Engineering would

25   come over as the Interim Dean, until the permanent dean was

1    found -- his name is Keya Sadeghipour.  And I worked with him

2    until -- worked with him and -- and faculty committees to --

3    for the hiring -- I didn't hire -- I don't want to make it

4    sound that way.  But I worked with them in -- to find -- with

5    the applicants for the permanent dean, and in bringing on

6    Dean Dighe (phonetic) from the University of Pennsylvania.

7    It was a real coup for us.

8    Q    Tell us what your general job duties and

9    responsibilities were, while you were Executive Assistant to

10   the Dean.

11   A    Well, it was -- as you can tell, when any leader comes

12   in, they have their -- you know, their goals and priorities.

13   And so it -- it would shift, you know, probably every other

14   year, or sometimes every year.  And what -- for Allen

15   Nicholson, it was very short period of time, hardly really

16   got to know him, to be honest with you.

17        But with Keya Sadeghipour, we had a -- a good working

18   relationship.  He was the Dean of the College of Engineering,

19   also.  So, basically, he told me, Ruth, you are my eyes and

20   my ears, I can only be here half the time, don't let this

21   sink -- this ship sink on my watch.  So that's what -- you

22   know, basically, he wanted me to do that.  He wanted me to

23   deal with stuff that was going on administratively in the

24   office, but also keeping his calendar of committee meetings

25   for that college.  So I didn't keep his college -- his

19

1    calendar for the College of Engineering, just for -- for the

2    College of Science and Technology, so he would know.

3    Q     While you were Executive Assistant to the Dean, did you

4    have any responsibilities regarding event planning?

5    A     Yes, I did.

6    Q     Tell us about that.

7    A     Specifically, under Keya Sadeghipour or -- or just

8    generally speaking?  Okay.

9    Q     At any point while --

10   A     Yeah.

11   Q     -- you were Executive Assistant.

12   A     We have -- we have a lot of visitors come to the

13   University for -- you know, guests -- distinguished speakers,

14   CREs.  So I would plan those.

15       In one -- early in -- in Dean Dighe's tenure there, my -

16   - my son was seriously injured, when a car hit him on his

17   bicycle.  And Dean Dighe and Dr. Palladino (indiscernible)

18   and they came right to me.  I had -- had worked late that

19   night because it was faculty -- the new faculty dinner.

20           MR. HARRIS:  Your Honor, may we see you at sidebar?

21           THE WITNESS:  I'm sorry.

22           THE COURT:  Pardon?

23           MR. HARRIS:  May we see you briefly at sidebar?

24           THE COURT:  Yes.

25       (Sidebar)

20

1            THE COURT:  Yeah.  Come up here.

2            MR. HARRIS:  Sorry.

3            THE COURT:  This is the microphone.

4            MR. HARRIS:  Yes.

5            THE COURT:  So, if you want to get on, you have to

6    get near it.  The objection?

7            MR. HARRIS:  Yeah, I have an objection.

8            THE COURT:  (indiscernible)

9            MR. HARRIS:  I'm sorry, Judge.  I have an

10   objection, just based on -- what counsel is asking is,

11   obviously, creating an emotional reaction --

12           THE COURT:  Yeah.

13           MR. HARRIS:  -- that I think inflames the jury.

14           THE COURT:  Go on to something else.

15           MR. MUNSHI:  Yes, Your Honor.  All we intend to do

16   is have her describe the work that she did there, the amount

17   of time she put in there, and that's all I'm asking.

18           THE COURT:  I know, I know.  She veered off.  But

19   then it's up to you to --

20           MR. MUNSHI:  I'll bring her back.

21           THE COURT:  -- bring her back.  I didn't want to do

22   it.

23           MR. HARRIS:  We'll bring her into (indiscernible)

24   when I objected, quite frankly.

25           MR. MUNSHI:  Noted, I (indiscernible)

21

1        MR. HARRIS:  (indiscernible) understand.

2

3        THE COURT:  Right.

4        MR. MUNSHI:  I'll bring her back.

5    (Sidebar concluded)

6  BY MR. MUNSHI:

7  Q    Okay.  Ruth, let's just go back to what you were

8  describing for us in terms of your job duties and

9  responsibilities while you were the executive assistant to

10  the Deans.  And you told us about event planning.

11      Tell us about any responsibilities you had regarding

12  travel, organizing travel.

13  A    Organize?  I'm sorry?

14  Q    Travel.

15  A    Travel for --

16  Q    Yeah.  Were you responsible for organizing any travel

17  for the Deans?

18  A    Yes.

19  Q    Okay.  And what did that entail?

20  A    For all of them, all of them to order -- get an

21  itinerary for them.  It wasn't until I think when I came in -

22  - over to the CIS Department that it became an all-online

23  system for Concur.  And I was one -- I think I was one of the

24  first ones to try that, to test that program out.  So that's

25  how I arranged travel through -- when I was at CIS,

22

1   Department of Computer Information Sciences.

2   Q    And did that entail travel reimbursements as well?

3   A    Travel reimbursements, itineraries, lodging, ground

4   travel.

5   Q    How long in total did you hold that position of

6   executive assistant to the Dean?

7   A    To the -- to -- four -- five years.

8   Q    And during those five -- bless you.

9        During those five years, your supervisor, I think you

10  mentioned, changed from time to time.

11       Is that right?

12  A    With each Dean.  Yeah.

13  Q    Okay.  There was Dean Nicholson, Dean Sadeghipour, Dean

14  Dighe.  Is that right?

15  A    And Vice Dean Palladino.

16  Q    And Vice Dean Palladino?  Okay.

17       Over that course of five years when you reported to the

18  Dean, had you ever filed a complaint against Dean Nicholson,

19  Sadeghipour, Dighe or Palladino?

20  A    No, I did not.

21  Q    Had you ever gone to Human Resources or the EEO Office

22  regarding any of those supervisors of yours?

23  A    No.

24  Q    And just looking at that period from when you first

25  started at Temple in 2001 until you stopped being the

23

1    executive assistant to the Dean in 2009, just looking at that

2    period, during those eight-plus years, were you ever written

3    up for any performance-related issue?

4    A    No, I was not.

5    Q    During that period, did you ever receive any written

6    discipline of any sort?

7    A    No, I did not.

8    Q    During that period, did you ever get placed on a

9    performance improvement plan of any sort?

10   A    Don't know what that is, but I -- so I guess I don't

11   know -- I guess I wasn't.  So ...

12   Q    Ever been suspended during that period?

13   A    No.

14   Q    Now, I think you have a binder in front of you.  On the

15   front it should say --

16   A    The black one?

17   Q    I think they're both black.

18        It should say, "Plaintiff's Trial Exhibits," PL Trial

19   Exhibits.

20   A    Okay.

21   Q    Do you see that?

22        And if you can just quickly turn to the first document,

23   Plaintiff's Trial Exhibit 1 behind Tab 1.

24   A    Okay.

25   Q    And do you recognize this document, Ruth?

24

1    A    I do.

2    Q    And just tell us what this is.

3    A    I do.

4         It's an HR -- Temple University's HR affirmative action

5    authorization that they use to report how many people applied

6    for the job that I got.

7              MR. MUNSHI:  And, Your Honor, I believe Plaintiff's

8    Trial Exhibit 1 is already moved into evidence.  May I

9    publish it to the jury, please?

10             MR. HARRIS:  No objection, Your Honor.

11             THE COURT:  Okay.  You may.

12   BY MR. MUNSHI:

13   Q    And if we can just go to the second page of Plaintiff's

14   Trial Exhibit 1, please.

15   A    Uh-huh.

16   Q    And, showing -- if you can just highlight -- blow up

17   that middle part, "Explanation," please?  Thank you.

18        And, Ruth, can you just read out loud what Temple's form

19   says under, "Explanation of Selection" for the jury?

20   A    Can I read it from here?

21   Q    Sure.  Whatever is easier for you.

22   A    Okay.  All right.

23             "The candidate was selected based on her

24             outstanding communication skills both verbal and

25             written, her previous work experience in developing

25

1          and writing grant applications, providing editorial

2          assistance, customer service.  Prior university

3          experience and education made her the best-

4          qualified candidate."

5    Q     Now, Ruth, during your tenure at Temple, did you

6    consider yourself to be a good employee?

7    A     I did.

8    Q     Why do you feel that way?

9    A     That -- well, because that was the feedback I got.  I --

10   I worked really hard.  And when someone said, we need you to

11   take on an extra duty because so-and-so can't do it, I always

12   stepped up to the plate.  I worked late.  I worked when my

13   son was in the hospital, my support to bring -- to work with

14   a widow who -- a widow of a faculty member who was asked to

15   give a gift to the school.  And what she wanted was for the -

16   - the college to do a memorial service for him.  So while my

17   son was -- I was actually out on family medical leave.  I

18   came back in and I planned the memorial -- memorial service,

19   which I learned later brought in a significant gift to the

20   college from his widow.

21   Q     Did you ever make mistakes?

22   A     Of course.  Of course.  I'm human.  I'm -- and I'm --

23   I'm accountable.  And when I do -- when I find them out, I'd

24   rather -- I'd rather point it out than someone find it out

25   about me.  So I'm not saying that I always stepped up to the

26

1   plate first because I might not have been aware of something.

2   But when I knew that I made a mistake, I would go and say, I

3   dropped the ball, how can I make it right, what can I do to

4   make this right.

5   Q    So let's continue down the time line of your tenure at

6   Temple.

7        After you were the executive assistant to the Dean, what

8   was the next position that you had?

9   A    I went down to the -- to the same -- same type position,

10  but with Dr. Jie Wu as the Chair of the -- of the Computer

11  and Information Science Department.

12  Q    Was that still within the same College of Science and

13  Technology?

14  A    Yes, it was.

15  Q    This was in 2009.  Is that right?

16  A    Yes, it was.

17  Q    Okay.

18  A    Yes.

19  Q    Did your job duties and responsibilities change at all

20  from when you became the executive assistant to the Dean to

21  when you became the executive assistant to Dr. Wu?

22  A    Specifically, there were things that were in the Dean's

23  office that would have been on a college -- on a college-wide

24  level rather than a department level.  But a lot of it had to

25  do with confidentiality, dealing with promotion and tenure,

27

1  dealing with faculty hiring.

2     So I would -- at the Dean's office, I would have done,

3  you know, the next step of that.  But when I went down to the

4  College of -- I mean, the Department, I dealt with it on a --

5  you know, on a departmental level.

6  Q    With regard to Dr. Wu, did you have any responsibilities

7  or duties regarding travel?

8  A    I arranged his travel.  I submitted his reimbursements

9  and -- yes.

10  Q    Any responsibilities regarding grants?

11  A    I -- well, Dr. Wu had several research grants.  And when

12  he would go on -- say he'd go on a -- to a conference or to a

13  meeting or just go be a visitor to maybe one of his co-PIs,

14  principal investigators, I would submit his travel expenses.

15  And as I said before, I was one of the first to do Concur

16  when it came into the college.  So I was -- we kind of

17  muddled through it.  But I was very familiar with the system

18  as being one of the first.  I actually liked the system very

19  much.

20     But what I would do is I would enter his expenses into

21  the system.  And then once all of them -- all of their

22  submission -- they were submitted, I'd have to allocate it to

23  a grant number or focal number, as they call it.  And so --

24  but I didn't have access to all of Dr. Wu's grants if they

25  weren't being used, but just the ones that he was -- we were

1   using for expense -- expense-related things.

2   Q    And just so we're clear, when you refer to Concur,

3   that's the system, the --

4   A    Concur is -- yeah.  It's part -- it's in -- exactly.

5   Yeah.

6   Q    Now, did you, Ruth, work directly under Dr. Wu for the

7   rest of your period at Temple from 2009 until the end?

8   A    Yes, I did.

9   Q    Okay.  So that was about five years?

10  A    Yes.

11  Q    Okay.  Ruth, tell us about how Dr. Wu treated you in the

12  workplace.

13  A    Dr. Wu could be -- you know, it was -- it was a -- I

14  kept wanting -- trying to make it work because he -- when he

15  said he thought I was his friend, he was very generous and --

16  and kind to me at times.  And then the next day, I didn't

17  know if I was going to be yelled at, if I was going to be

18  embarrassed in front of my peers.  It was that crazy that I

19  would walk in one day and go, oh, am I going to be hit or

20  hugged.  And I don't mean that literally.  I mean that, you

21  know, in a figurative sense.  I didn't know whether I was

22  going get, you know, called into the office.  I was walking

23  on eggshells a lot.

24  Q    Did you have any fear?

25  A    I had a lot of fear.  I had a lot of fear.  I -- I

29

1    sensed that after these writeups started coming that, as a

2    non -- I was a salaried employee, which meant I wasn't a -- I

3    wasn't in a union.  And in Temple, just about everyone,

4    they're in a union, including faculty.  So I was one of the

5    few who weren't.  And in my department, I believe I was the

6    only non-union employee.

7         And I -- so I was expected to pick up where the hourly

8    rate people were not.  So if they left, then I could pick it

9    up.  So I -- I did -- I picked up a lot of extra tasks,

10   projects when I was -- I always volunteered for them.  And I

11   kept trying to make it work.  I kept -- I was trying to make

12   it -- make my -- make myself -- I knew that the -- that the

13   department needed me because when I wasn't there, they would

14   call me to say, Ruth, help me with this, help me with that.

15   But I -- it just didn't seem to -- Dr. Wu loved me when he

16   did, and he -- when he was not on my side, he was brutal.  He

17   was brutal to me.

18   Q    Did he ever raise his voice?

19   A    He did raise his voice frequently.  And quite -- in the

20   beginning when I started there, I did approach him privately

21   and ask him if he would -- if I could keep his door closed

22   while he met with his -- his Ph.D. candidates because it was

23   so disturbing to me to hear him yelling at them.  So I -- he

24   did.  We were allowed to do that.  But I could still hear it.

25        There were times when he would come out and yell at me

1    in the front office.  I -- on two separate occasions, I

2    remember him looking at me and saying, what are you, stupid.

3    And then another time when he said, can't you speak English.

4    And I was -- you know, I just don't know how to respond to

5    those kinds of comments.  I just --

6    Q    How does that make you feel to be yelled at?

7    A    I was -- I was mortified.  I was so embarrassed because

8    it would be in front of -- you know, it was a -- it was a

9    front office.  So there could be students there.  There could

10   be outside constituents visiting.  There could be alums.

11   There could be parents.  And there could be, you know, staff

12   members and faculty.  So it wasn't like ever a private place.

13   It was -- it was always a public humiliation.

14   Q    Did you ever hear him raise his voice with any other

15   employee?

16   A    I never heard him.  No, I did not.

17        MR. MUNSHI:  Your Honor, before we go further, can

18   I just put up the organizational chart that's right up there

19   so the jury can see it?

20        THE COURT:  Yep.

21        MR. MUNSHI:  Thank you.

22   BY MR. MUNSHI:

23   Q    Okay, Ruth.  So let me now take you to 2011.

24   A    Uh-huh.

25   Q    Okay?  And let's talk about November of 2011.

1        First of all, you mentioned the year that you were born.

2    But tell us the date of your birthday.

3    A    November 10th, 1954.

4    Q    Okay.  Tell us what happened in November of 2011 on

5    November 9th.

6    A    I was in the front office.  I was at -- at my desk.  And

7    Dr. Wu came and stood in front of my doorway.  And he said,

8    so you're having a birthday, how old are you going to be.

9    And I didn't even know he knew my birthday.  But I just

10   assumed that someone must have passed him a birthday card or

11   something.  And I told him I was going to be 57.  And he

12   said, well, you -- because, you know, in China, we put women

13   out to pasture at 55.  And I -- like, my jaw dropped because

14   I knew the office was filled with people.  And -- and I

15   replied to him, Dr. Wu, with all -- with all due respect,

16   we're in America and not in China.

17   Q    How did that make you feel when Dr. Wu said words to the

18   effect of women are put out to pasture?

19   A    Well, I was embarrassed.  I was also insulted because I

20   -- I would still be working.  I have no plan -- had no plans

21   to retire.  I was going to work until I -- I like working.  I

22   like being part of -- of a community.  I like doing the work.

23   I like meeting people.  And I love Temple.  I -- I just can't

24   imagine that I would -- if I could still be there, I would

25   be.  Not in that department, but I would be at Temple.

32

1   Q    And after you responded to Dr. Wu with the comment about

2   being in America, not in China, what happened next?

3   A    He walked away.  And later, I would say within, you

4   know, an hour or so, I was called to the Dean's office and --

5   and given a disciplinary action for unprofessional conduct.

6   Q    Who did you meet with?

7   A    I met with Greg Wacker.

8   Q    Okay.  And on the organizational chart to your left,

9   Greg Wacker, can you just read his title for us?

10   A    Director of Finance and Administration.

11   Q    Okay.  And he worked within the Dean's office?

12   A    Yes, he did.

13   Q    Okay.  Tell us about the meeting that you had with Greg

14   Wacker that day.

15   A    Well, he told me that Dr. Wu said that I'd been

16   unprofessional to him in the office and that I was getting a

17   writeup.  And I was like, well, you know, what did he tell

18   you I did.  And he didn't say anything.  And I said, well,

19   did he tell you that -- what he said to me.  And he said, no,

20   it doesn't really matter.

21       So there was no -- and I asked for an explanation on the

22   -- on the -- on my disciplinary action.  There was just all -

23   - just about all of them just have a level and a -- and a

24   generic title.  So I had to keep -- you know, I had to write

25   -- write down what happened.  So, you know, I was like, why

33

1    don't I have an explanation of what this is.  And I did at

2    one point ask Deirdre about that and she said that I was at

3    an at-will employee and she didn't owe that to me at all.

4    Q    If you could turn to the document behind Tab 3 in that

5    same binder?  This is Plaintiff's Trial Exhibit 3.

6    A    Yes.  I see it.

7    Q    And do you recognize that document?

8    A    Yes, I do.

9         MR. MUNSHI:  And, Your Honor, Plaintiff's Trial

10   Exhibit 3 I believe has already been moved into evidence.

11   Could we publish that to the jury?

12        MR. HARRIS:  No objection.

13        THE COURT:  Yes.

14        MR. MUNSHI:  And if you could just make it a little

15   bit bigger.  Yeah.

16   BY MR. MUNSHI:

17   Q    Okay.  Ruth, is -- do you recognize this document as the

18   disciplinary report?

19   A    I do.  Yes, it is.

20   Q    And just tell us what the date is in the upper right-

21   hand corner.

22   A    It's 11/9/2011.

23   Q    Okay.  And is that the day before your birthday?

24   A    Yes, it is.

25   Q    Okay.  When you met with Greg Wacker, did you tell him

1    what Dr. Wu said to you?

2    A    Yes, I did.

3    Q    Tell us what you told Greg Wacker.

4    A    I was surprised that I was being written up for

5    unprofessional conduct.  And I said, did he tell you what he

6    said to me.  And I told him.

7    Q    What did you tell him?

8    A    I said that he told me in the front office that in

9    China, women are put out to pasture at 55.  And I was turning

10   57.  So I -- I felt -- I felt -- I was afraid, actually.  To

11   be honest with you, I was afraid.

12   Q    Did you tell Mr. Wacker how you responded to Dr. Wu in

13   that moment?

14   A    Yes, I did.  And he said that Dr. -- Dr. Wu said I had

15   treated him unprofessionally and that that's -- I was getting

16   it.

17   Q    And at this point, Ruth, in November of 2011, you had

18   been working at Temple for over 10 years.  Is that right?

19   A    Yes.

20   Q    Had you ever received any sort of written discipline

21   prior to this moment?

22   A    No.

23   Q    Did you tell anybody else at Temple about what Dr. Wu

24   said to you?

25   A    I -- I told Rhonda Brown who is -- actually, I think she

1  is the Vice President of the Diversity -- Diversity

2  Department.  And -- because I was working on an outside

3  project with her.  And I told her about it.  And she told me

4  just that I should see Sandy Foehl.  And --

5  Q    Now, after you had responded to Dr. Wu, as you just told

6  us, did your relationship with him change at all?  Did his

7  treatment of you change?

8  A    It did.

9  Q    In what way?

10 A    I was told, you know, not -- that I challenged him and -

11 - and I -- indeed, I did challenge him on this, and I felt

12 within my rights to do so.

13 Q    Ruth, if you can please turn to the document that's

14 behind Tab 5 in that same binder.  This is Plaintiff's Trial

15 Exhibit 5.

16 A    Yes.  I have it.

17 Q    And this is a two-page document email chain.  Can you

18 just look at it and let me know if you recognize this email

19 chain?

20 A    Yes, I do.  Uh-huh.

21        MR. MUNSHI:  And if it's not already in, we'd like

22 to move Plaintiff's Trial Exhibit 5 into evidence.

23        MR. HARRIS:  No objection, Your Honor.

24        MR. MUNSHI:  And if we can please publish it to the

25 jury?

36

1       (P-5 received in evidence)

2    BY MR. MUNSHI:

3    Q    Ruth, I'm going to turn you to the second page --

4    A    Okay.

5    Q    -- of Plaintiff's Trial Exhibit 5.

6    A    Yes.

7    Q    And I'm going to ask you to look at the email that

8    starts this chain on the bottom of the second page.

9         MR. MUNSHI:  If we can just blow up that second --

10   that bottom email?

11        THE WITNESS:  Okay.

12   BY MR. MUNSHI:

13   Q    Okay.

14   A    "Dear --"

15   Q    Hold on.  Sorry.

16        Can you just tell us the date of this email, please?

17   A    This is July 26 -- 25th, 2012.

18   Q    And who did you send this email to?

19   A    To Sandra Foehl.

20   Q    And we can refer back to the organizational chart next

21   to you.  Who is Sandra Foehl.

22   A    She is in the Equal Employment Opportunity Office in --

23   on Temple's campus, not outside.  She was inside.

24   Q    Okay.  Read for us the email that you sent to Sandra

25   Foehl on July 25th, 2012, please.

37

1    A         "Dear Sandy, I spoke to Rhonda Brown regarding my

2              personal employment issues about which I was

3              encouraged to meet with you.  Please let me know if

4              you have availability to meet with me during the

5              two weeks that begin next Monday, July 30th."

6    Q    And you reference Rhonda Brown here.  And we can look at

7    the organizational chart.

8         Do you see her title as well?  What was that?

9    A    Yes.  She's Officer of Diversity, office -- she was Vice

10   President for the Office of Diversity.

11   Q    Right.  Ruth, a few months passed between the discipline

12   and this email.  Can you tell us why you didn't reach out

13   right away?

14   A    I was -- my son was having another surgery, a revision

15   surgery in August of 2012.  And I was going out on family

16   medical leave for that.  And I was afraid that going out on

17   family medical leave and -- and filing or submitting a formal

18   complaint, I was afraid of retaliation.  So I told Jenny -- I

19   told her that.  I said, I don't want to do this now when I'm

20   going out for my son on family medical leave.  So I didn't --

21   I didn't file it.

22        I did tell her, though.  I told her what happened.

23   Q    Well, let's walk through that.

24   A    Okay.

25   Q    Did you meet with Sandy after you --

38

1    A    Yes.

2    Q    -- sent this email?

3    A    Yes, I did.

4    Q    Okay.  Was this in person?

5    A    Yes.

6    Q    Okay.  And tell us what you told Sandra Foehl, the

7    Director of Equal Employment Compliance, in your face-to-face

8    meeting with her.

9    A    Well, I -- I told her about the age comment and I told

10   her about my -- the retaliation -- my fear of retaliation.

11   And I asked her if there was some kind of way that she could

12   mediate for Dr. Wu and I.  I didn't understand what her role

13   was, if she was just there to file a formal complaint or not.

14   And since I agreed -- I said to her I was afraid to do it,

15   that I didn't know that she -- you know, I just didn't know

16   what her role was.

17   Q    Had you ever gone to her with a complaint before?

18   A    I -- not for me.  I had met her for another thing.  But,

19   no, I -- never for me.

20   Q    And looking at this same email chain, Plaintiff's Trial

21   Exhibit 5 --

22   A    Uh-huh.

23   Q    -- can we go to the first page, please?

24   A    Sure.

25           MR. MUNSHI:  And if we can just blow up the top

39

1    email?

2                THE WITNESS:  Yes.  The one dated August 2nd, 2014?

3    BY MR. MUNSHI:

4    Q    Yeah.  August 2nd --

5    A    '12, I mean.

6    Q    August 2nd, 2012.

7         Do you recognize this as an email that you sent to

8    Sandra Foehl?

9    A    Yes, it is.

10   Q    And read for us your email that you sent to Sandy on

11   that day, please.

12   A         "Dear Sandy, thank you for meeting with me on

13             Monday, July 30th to discuss several issues

14             regarding my employment with the University.  If it

15             is possible to review the letter to Michael Klein

16             before sending, please let me know.  If not, I

17             would appreciate a synopsis of the content

18             presented in the complaint so that I will be

19             prepared for my -- for my return to work after my

20             son's surgery.  I'm not having buyer's remorse, but

21             I'm nervous about the manner with which I will be

22             treated when I return after my son's surgery.  I

23             will be out of the office tomorrow, Friday,

24             September 3rd, but I will check my email.  Thank

25             you so much for your help.  I greatly appreciate

40

1    your guidance."

2 Q And just so we're oriented, Michael Klein is also on the

3 organizational chart.  Who is that?

4 A He was the Dean -- then the Dean of the College of

5 Science and Technology.

6 Q Ruth, if you can now turn to the document that's behind

7 Tab 7 in that same binder, Plaintiff's Trial Exhibit 7,

8 please.

9 A Okay.

10 Q And this one-page document, do you recognize this email

11 chain?

12 A Yes, I do.

13 Q Okay.  And the bottom email, is that from you to Sandy

14 Foehl?

15 A Yes, it is.

16    MR. MUNSHI:  Your Honor, we'd like to move

17 Plaintiff's Trial Exhibit 7 into evidence.

18    MR. HARRIS:  No objection.

19    THE COURT:  It's admitted.

20 (P-7 received in evidence)

21    MR. MUNSHI:  And may we publish it to the jury,

22 please?  Thank you.

23 BY MR. MUNSHI:

24 Q Ruth, let's -- and this is now September 9th, 2012, so

25 about five or six weeks after you meet with Sandy Foehl,

41

1    correct?

2    A    Approximately.  Yeah.

3    Q    And let's take a look at your email so Sandy Foehl on

4    September 9th, 2012, the bottom email, please.

5    A    Sure.

6          MR. MUNSHI:  And if we can just -- yeah, blow that

7    one up.  Can we make it any bigger than that?  Okay.

8    BY MR. MUNSHI:

9    Q    Well, we'll take it section-by-section, Ruth, with

10   regard to the --

11   A    Yes.

12   Q    -- so the jury can see it.

13        But go ahead and tell us what you wrote to Sandy Foehl.

14   Read for us what you wrote for her.

15   A    Okay.  "Dear Sandy, I'm uncertain --"

16   Q    Just go slowly, please.  Yeah.

17   A    I'm sorry?

18   Q    Go slowly, okay?

19   A         "I'm uncertain about the status of the complaint

20             about which we spoke regarding my job description,

21             my performance development plan and adjusting my

22             salary to the 2011 maximum salary new-hire range

23             for T26," which was my grade level at Temple.  I

24             did receive a 1.75 salary increase and a one-time

25             one-thousand-dollar bonus.  But I heard that other

42

```
 1              non-bargaining staff members also received a small
 2              salary increase.  My earnings for 2011 -- my
 3              earnings for 2011 was fifty-one thousand six
 4              hundred and fifty-five" -- "fifty-one thousand.
 5              With the increase, my salary would be 51,525, which
 6              is $2,075 less than the maximum salary permitted
 7              for a new hire."
 8   Q    And let's go down to the next paragraph of your text.  I
 9   think we can highlight the paragraph starting with, "The
10   position."
11        And read for us the next three paragraphs that you wrote
12   to Sandy Foehl, starting with, "The position I held."
13   A    Okay.  Okay.
14              "The position I held, I came" -- "the position I
15              held before I came to Temple was Assistant Director
16              of Foundation Relations at the Academy of Natural
17              Sciences.  This position I held" -- "this position
18              I held before that was the Director of Development
19              in PA" -- "Pennsylvania Home of the Sparrow the
20              Prison Society.  I have a BA in history and
21              political science, and I'm 12 credits short of my
22              master's in counseling psych."
23        Is that it?
24   Q    Keep going.  Yep.
25   A    Okay.
```

43

1          "Dr. Wu knows that I have years of experience in

2          grant writing, scientific publishing, event

3          planning, but he's giving me this functions" --

4          "giving these functions to one of our student

5          workers as well as a private" --

6     She got a private office, is what I'm saying.

7          "My primary functions are those of our department

8          secretary Judy Lennon.  The department secretary is

9          limited to tasks so" -- "tasks that can be

10         completed on a typewriter and a copy machine

11         because she has" -- "because she was allowed to

12         perform her job using decade-old office technology.

13         Her computer literacy is extremely limited because

14         there was no one in the department leadership

15         directly mentoring her through her PDP to attend

16         computer training classes offered at the

17         University.  Before I moved to CIS, this problem

18         was identified by Greg Wacker in the CST Dean's

19         Office.  I was told not to help her with any of her

20         work so that her lack of skills could be documented

21         as poor job performance.  In fact, Greg threatened

22         me with disciplinary report for insubordination if

23         he found me helping her on the computer.  He told

24         me he would" -- "he told me to refuse to help her

25         and I" -- "I" -- "and send her to the Dean's office

44

1          so that she could" -- "so that he could have just

2          reason to let her go.  "I told him that I would not

3          throw the, quote, 'widow with cancer' under the

4          bus, and I have -- because I have no supervisory

5          role over her.  This is a goal -- if this goal was

6          his to document her inefficiency in order to fire

7          her, he would also have to catch me helping her

8          because I believe in -- her inefficiency is a

9          symptom of poor leadership."

10   Q   And let's go to the next three paragraphs.  And, Ruth,

11   if it's easier to read on the screen --

12   A   I think it is.

13   Q   -- I think it's a little bit -- go ahead and do that.

14   A   Yeah.

15   Q   But just make sure you're reading into the microphone,

16   okay?

17   A   Okay.  All right.

18   Q   Yeah.

19   A   "The reason --" can you hear me?

20          "The reason for reporting this to you is unrelated

21          to Judy's performance, but relevant to bullying

22          tactics from a man who has threatened me with

23          dismissal for lack of loyalty to him.  As a single

24          mother of four children, he knew that I was afraid

25          that he would" -- "afraid that he was in a position

1           to fire me.  I" -- "I do know that I was paid

2           significantly lower than my two" -- "two male staff

3           members in the Dean's office who were my equals."

4      Keep going?

5  Q    Keep going.

6  A    Okay.

7           "Regarding our discussion related to Dr. Wu's

8           comments about my age, I am forwarding an email

9           that was sent to a student worker in our office

10          about" -- "about yet another job" -- "another one"

11          -- "job functions assigned to her.  I was copied on

12          the email as to" -- "as you can see in the email

13          header, as was" -- "as was last week.  I was

14          informed in front of Mary Kate, who is a student

15          worker, that she would be handling all his travel

16          arrangements, too.  I am not authorizing any action

17          on my part because I am waiting to be cleared for

18          FMLA for a short period to care for my son who has

19          a spinal-cord injury."

20  Q    And let's just go to the top email on that same email

21  chain.  It's an email up top to Rhonda Brown.

22  A    Okay.

23  Q    And Rhonda Brown of Office of Institutional Diversity.

24  Read that email for us, please.

25  A          "Dear Rhonda, I regret having seen Sandy Foehl

46

1        because I could not see the original complaint, nor

2        have I heard if it was filed, nor how it will be

3        addressed.  I am over my head now taking care of an

4        invalid twenty-four-year-old and don't want to have

5        the threat of joblessness in the face of this

6        crisis.  Sorry that I do not have time to write

7        more about the complaints that I wish to be

8        researched.  My son needs me now."

9     I was out then.

10  Q    And just with regard to the workplace at this time in

11  2012, describe for us what was happening that led to you

12  reaching out to Rhonda Brown and Sandy Foehl.

13  A    I was -- I was fearful of retaliation.  I had -- I had

14  talked to Sandy.  I had talked to Greg.  I talked to Rhonda.

15  And I believe I probably talked to Deirdre Walton, although I

16  -- around this time, too.  And no one was helping me.  And I

17  did fear that when I returned, I would be let go.

18  Q    And how -- with regard to Dr. Wu, how was his treatment

19  of you during this period?

20  A    During this -- this period here?  It was harsh, to be --

21  to be honest with you.  He was harsh with me.  He -- he made

22  me -- he made me come into work, even though I had been

23  approved for FMLA, the Friday after my son's surgery.  And I

24  -- I did come in.  But I -- because I was -- I felt

25  threatened.

47

1     But I -- you know, the reason why is he said we were

2   short-staffed.  And I had put in my notice two months -- we

3   knew his surgery was being scheduled.  So I had put in this

4   for FMLA long before anyone else.  But this happens to be in

5   -- you know, August/September, a lot of people were out for

6   vacation.  And he made me come in.

7   Q    Let's go to Tab 10 in the binder that's in front of you

8   here.  It's Plaintiff's Trial Exhibit 10.

9   A    Okay.

10  Q    And this is another email chain.  And just tell us if

11  you recognize this document --

12  A    I do.

13  Q    -- as emails?  Okay.

14  A    I do.

15          MR. MUNSHI:  We move for admission of Plaintiff's

16  Trial Exhibit 10.

17          MR. HARRIS:  No objection, Your Honor.

18          THE COURT:  It's admitted.

19     (P-10 received in evidence)

20          MR. MUNSHI:  And may we publish it to the jury?

21          THE COURT:  Any time it's admitted.

22          MR. MUNSHI:  Any time?  Just go for it?  Thank you.

23          And then, Charlene, if you could just blow up the

24  entire content.  Yeah.  Thank you.

25  BY MR. MUNSHI:

48

1    Q    Ruth, let's go to the bottom email in this chain.

2    A    Uh-huh.

3    Q    And tell us the date of that email.

4    A    It's February 7th, 2013.

5    Q    Okay.  And tell us who this -- your email is to.

6    A    It's to Rhonda Brown, the Vice President of the

7    Diversity Office.

8    Q    And read for us what you wrote to Rhonda Brown on

9    February 7, 2013, please.

10   A        "I am so bullied and harassed all day.  Two people

11           in the Dean's office tell me that I can find

12           another job.  That can't be right.  Ruth."

13        Sorry.

14   Q    Okay.  And read for us Rhonda Brown's response.

15   A    She replied, "Go to Sandy."

16   Q    Did you understand that to be the same Sandy Foehl who

17   we've been talking about?

18   A    Yes.

19   Q    And time-line-wise, this February of 2013.  You had

20   already met with Sandy at that point.  Is that right?

21   A    That -- the August before I think it was, 2012.

22   Q    Let's turn to the next email in that binder, Plaintiff's

23   Trial Exhibit 11.  And tell us if you recognize this email

24   chain.

25   A    I do.

49

1          MR. MUNSHI:  And we'll move Plaintiff's Trial

2  Exhibit 11 into evidence.

3          MR. HARRIS:  No objection.

4          THE COURT:  It's admitted.

5     (P-11 received in evidence)

6  BY MR. MUNSHI:

7  Q    And, Ruth, if we can take a look at your email of

8  February 8th, 2013 to Sandy Foehl on the bottom.

9  A    Uh-huh.

10 Q    And if we can blow that one up for the jury?

11        Read for us your email to Sandy Foehl of February 8,

12 2013, please.

13 A    Okay.  "Sandy" --

14 Q    And if you want to read it on the screen if that's

15 easier, that's fine.

16 A          "Sandy, I am so bullied and harassed every day all

17           day.  Every morning I must meet with my direct

18           supervisor and Greg Wacker's assistant Drew DiMeo

19           for a staff meeting to discuss my failure to comply

20           with the directive that prohibits any work activity

21           that has not been approved by my supervisor, all of

22           which are related to performing daily functions in

23           the office, such as answering" -- "such as

24           answering questions from students or visitors to

25           our building.  The threat of discipline for

50

1           assisting a visitor and responding to a request

2           from another office does not seem to have any

3           actions of wrongdoing; rather, fulfilling the

4           customer service expectation of the University.  No

5           other staff member is required to meet daily for" -

6           - "for a closed" -- "again, it's a public

7           humiliation.  And my request to move the meetings

8           to a private location was flat-out denied.  When I

9           asked for clarification on an assignment, I" -- "it

10          was reported to the Dean's office that I was

11          challenging his authority.  If he can have someone

12          there to protect his interests, there is no more

13          that I can" -- "there is more than an element of

14          bias.  It is beginning to feel like psychological

15          abuse.  If my only resource to address this problem

16          is through HR, this is unacceptable.  Can I" -- "I

17          can't" --

18      Keep going?

19  Q    Yeah.  It's --

20  A    "Can I contact --"

21  Q    -- "Can I contact --"

22  A    "-- a mediator?"

23  Q    Now, going to the first page of Plaintiff's Trial

24  Exhibit 11, read for us Sandy Foehl's response to the email

25  that you just read out loud to us.

51

1    A    Okay.

2         "Ruth, this is an issue for Human Resources first.

3         Address this situation and your concerns to Deirdre

4         Walton in Labor and Employee Relations.  Sandy."

5    Q    Ruth, tell us how it made you feel to receive this

6    response from Sandy Foehl after you had reached out to her.

7    A    I was -- felt defeated.  I kept -- I felt like I was

8    going about this the right way.  I didn't -- I wasn't rude or

9    -- I just wanted someone to help me.  And if -- all Sandy --

10   Sandy did respond to me, but often I didn't hear from other

11   people about it.

12   Q    Let's go to the next document, please, in your binder,

13   Plaintiff's Trial Exhibit 12.

14   A    Okay.

15   Q    Do you recognize this email chain?

16   A    I do.  Yes.

17   Q    Okay.

18        MR. MUNSHI:  And we move for Plaintiff's Trial

19   Exhibit 12 into evidence.

20        MR. HARRIS:  No objection.

21        THE COURT:  It's admitted.

22   (P-12 received in evidence)

23        MR. MUNSHI:  And if we can publish Plaintiff's

24   Trial Exhibit 12, please.  And if we can focus on the bottom

25   email on that chain.  And if you'd do the date as well,

52

1    please.

2    BY MR. MUNSHI:

3    Q    And, Ruth, tell us the date of this email that you sent.

4    A    It is February 9th, 2013.

5    Q    And tell us who you sent this email to.

6    A    To Cameron -- and I'm going to botch pronouncing his

7    last name -- Etezady.

8    Q    Okay.  We'll call him Cameron.

9    A    Okay.  Fine.

10   Q    Who is Cameron?

11   A    Cameron was -- I believe his title was Head Counsel in

12   Temple University's legal office.

13   Q    Did you understand him to be a lawyer?

14   A    He was -- yeah.  I did know he was a lawyer.

15   Q    Okay.  Now, this is February 9th, 2013, the day after

16   the email we just looked at.

17        Tell us why you reached out to Cameron in the legal

18   office.

19   A    Because I was concerned about retaliation.

20   Q    Read for us what you wrote to Cameron.

21   A         "I am contacting you to request a confidential

22             conversation to discuss disparate treatment for me

23             and I believe is related to my age of 58.  I am

24             concerned about retaliation.  If you are unable to

25             guarantee confidentiality, please say so in your

53

1          reply."

2    A    And in Cameron's response to you on that same email

3    chain, what does he recommend that you do?  Who does he

4    recommend you go to?

5    A    He says that I should go see Sandy Foehl or her

6    assistant, Tracy Hamilton in the ERC office.

7    Q    The same Sandy we've been talking about?

8    A    Yes.  Yes.

9    Q    Okay.  Let's go to the next document in your binder,

10   please, Plaintiff's Trial Exhibit 13.

11   A    Uh-huh.

12   Q    And same question.  Do you recognize this email chain?

13   A    I do.

14   Q    Okay.

15        MR. MUNSHI:  And if -- we'd like to move

16   Plaintiff's Trial Exhibit 13 into evidence.

17        MR. HARRIS:  No objection.

18        THE COURT:  It's admitted.

19     (P-13 received in evidence)

20        MR. MUNSHI:  And if we may publish the first page

21   of Plaintiff's Trial Exhibit 13, please.  And if we can just

22   enlarge the email.  Oh, actually, can you take that off?

23   Take that off.  Can you take it off the screen, please?

24   Yeah.  Do you have the right one?  We're good?  Okay.  Sorry.

25   BY MR. MUNSHI:

54

```
 1   Q     And, Ruth, and I want you to read the -- the email

 2   that's on the screen here, not the one that's in front of

 3   you.  It's on your screen, too.

 4   A     Okay.

 5   Q     Can you tell us the date of your email to Cameron?

 6   A     Yes.  February 10th, 2013.

 7   Q     Okay.  So this is your response to the one that you just

 8   read?

 9   A     Yes.

10   Q     Okay.  Read for us from the screen the content of your

11   email back to Cameron.

12   A          "I appreciate your prompt response, and thank you

13             for taking your time to reply over the weekend.

14             After a week of unrelenting bullying, I sent an

15             email to Rhonda Brown and she told me to contact

16             Sandy.  Sandy told me to contact Deirdre Walton."

17   Q     Okay.  And then read the rest of the screen, please.

18   Thank you.

19   A          "On numerous occasions, Jie Wu has mentioned that

20             the professional lives of women my age, 58, in

21             China are over, and I wrote it off to cultural

22             differences.  It was when he made a comment that

23             referenced my age and failure to attain the

24             financial stability to be able to travel when I

25             felt defensive and offended.  I did not want to
```

55

1          make an issue about it, but I told him privately

2          that I was embarrassed when he insinuated that I

3          was a poor manager of money.  In an attempt to

4          demonstrate that I was a dedicated mother, I told

5          him that the departure of my husband and the father

6          of my children was unexpected and unplanned for a

7          stay-at-home mother and I have given everything I

8          could to give my children" -- "to my children's

9          benefits" -- "benefit, rather than exposing myself

10         to the world" -- "to world travel.  He also noticed

11         that my youngest child has another year at Temple

12         University and that I depend on tuition remission."

13    Keep going?

14    Q    Yep.

15    A         "I don't want to take any more of your time, nor do

16         I want to revisit the events from which I already"

17         -- "for which I am already distraught.  I just want

18         to know where the buck stops.  I am a Quaker.  I

19         just" -- "and I just want someone to assist me to

20         mediate a person" -- "personnel problem to find a

21         mutually acceptable solution rather than another

22         adversarial relationship within the University."

23    Q    Ruth, let's turn to the next document in your binder

24    behind Tab 14, please.

25    A    Okay.

56

```
1    Q    And this is Plaintiff's Trial Exhibit 14.  If you can

2    just tell us if you recognize this email chain?

3    A    I do.

4    Q    Okay.

5              MR. MUNSHI:  And we move for admission of

6    Plaintiff's Trial Exhibit 14.

7              MR. HARRIS:  No objection.

8              THE COURT:  It's admitted.

9         (P-14 received in evidence)

10   BY MR. MUNSHI:

11   Q    And if we can just go to the second page of Plaintiff's

12   Trial Exhibit 14 and just focus in on the email that Cameron

13   sent you in response at the top of the second page.  You

14   don't have to read it out loud for us.  But just tell us who

15   Cameron refers you to.

16   A    I'm sorry.  What was the question?

17   Q    Who does Cameron refer you to in his email back to you?

18   A    Fay Trachtenberg.

19   Q    Okay.  And who is Fay Trachtenberg?

20   A    She's also a lawyer in Temple's legal offices.

21   Q    Okay.  And if we can go to the first page of Plaintiff's

22   Trial Exhibit 14, and looking at your response to Cameron in

23   this email chain over a couple of days, read for us your

24   response to Cameron, please.

25   A         "I will answer your" -- "I will answer your
```

57

```
 1              questions.  I am very uncomfortable with Deirdre
 2              Walton.  No, I'm not uncomfortable with Sandy, but
 3              she referred me to Deirdre.  I believe that Tracy
 4              is in Sandy's office and Sandy referred me to HR.
 5              I have no history of" -- "I have no history with
 6              Fay Trachtenberg and would feel most comfortable
 7              meeting with her" -- "I would feel comfortable
 8              meeting with her to discuss this with someone who
 9              has" -- "who is unfamiliar with the situation.
10              Should I contact her on my own?"
11   Q    Do you recall, Ruth, then speaking with Fay Trachtenberg
12   at the legal office?
13   A    Yes, I did.
14   Q    And do you recall what she recommended -- did she tell
15   you to do anything?
16   A    I recall that she told me to take it up with Deirdre
17   Walton in Labor Relations.
18   Q    Okay.  And during this period in 2012, 2013, 2014, did
19   you have communications with Deirdre Walton?
20   A    Numerous.
21   Q    Okay.  Ruth, let's talk about another issue.  Staying in
22   the time line, but just a couple of weeks later, okay?
23   A    Okay.
24   Q    Do you recall receiving another written discipline in
25   March of 2013 that was a three-day unpaid suspension?
```

1    A    I do.

2    Q    Okay.  And was that the second written discipline that

3    you had received during your tenure at Temple at that point?

4    A    Yes.  It was.

5    Q    All right.  Tell us, Ruth, what happened that led to you

6    getting the three-day unpaid suspension at that time?

7    A    It was -- I was working with one of the Assistant

8    Chairs, Eugene Kwatny, who headed up the hiring committee for

9    -- the faculty hiring committee for the department.  And I

10   was -- I arranged for faculty candidates to come in, their --

11   you know, their itinerary, their lodging, their food and

12   their -- their -- I hosted them while they were here.

13        So Dr. Whaley was one of I believe nine or 10 that

14   semester.  Dr. Whaley and I went back and forth.  I sent him

15   an itinerary.  He sent it back.  It wouldn't work.  So there

16   were like three or four itineraries.  And I talked to Dr.

17   Kwatny about it and said, we're having a hard time nailing

18   this down.  And he said, well, just tell him if he would feel

19   better, go ahead and buy his own ticket and we'll reimburse

20   him.  He had to submit it for reimbursement.  So that's -- so

21   what happened was I -- I took responsibility for not

22   following up on that.  I was off campus at a conference with

23   Dr. Wu, and over the weekend, it occur -- you know, I checked

24   my email and Dr. Kwatny contacted me.  He's like, did you get

25   an itinerary.  And I think I -- you know, as I recall, I

59

1   responded like, do -- you know, it was more like a question

2   in my head.  It was like, didn't we tell him that he could

3   purchase his own ticket.  But it was like a question.

4        But when I went through -- you know, went through that

5   night, I went in the next morning and I went directly to Dr.

6   Wu and told him what happened, and I dropped the ball and how

7   could I make it right.  And he said, well -- and then he

8   talked to Dr. Kwatny, and Dr. Kwatny -- I actually went to

9   Dr. Kwatny's office, too, and I apologized to him, took

10  responsibility for it, and I told Drew it -- Drew DiMeo, too.

11  And then I was given a three-day suspension without pay.

12  Q    For this one error --

13  A    Yes.

14  Q    -- you received a three-day --

15  A    Yes.

16  Q    -- unpaid suspension?

17  A    Yeah.

18  Q    Now, Ruth, this is now February -- March of 2013 in the

19  sequence of all the events that we've seen.

20       How did it feel to get a three-day unpaid suspension at

21  that time for that error?

22  A    I -- I was shocked.  I was shocked.  I just -- it seemed

23  -- it seemed harsh.  But I -- I left -- I was given this

24  disciplinary warrant right off at the end of the day after

25  I'd worked all day and was told that I could not come back to

60

1    campus for three days and I would not be -- be paid for it.

2    So I -- I didn't come back for three days.

3    Q    In the binder in front of you, you can turn to Tab 17,

4    please.

5    A    Uh-huh.

6    Q    And this is Plaintiff's Trial Exhibit 17.  Can you just

7    tell us if you recognize this email?

8    A    I do.

9    Q    And who is this email from and to?

10   A    To Deirdre Walton.

11   Q    From you?

12   A    From me.  I'm sorry.  Yes.

13   Q    Okay.

14        MR. MUNSHI:  And we move for Plaintiff's 17 into

15   evidence.

16        MR. HARRIS:  No objection, Your Honor.

17        THE COURT:  It's admitted.

18   (P-17 received in evidence)

19        MR. MUNSHI:  And if we can put this up on the

20   screen, please?

21   BY MR. MUNSHI:

22   Q    Now, Ruth, this email is to Deirdre Walton, and --

23   A    Yes.

24   Q    -- she's on our organizational chart as well.

25        Can you tell us what her role -- tell us what her role

61

1   was at Temple?

2   A    I believe her title is Vice President of Labor Relations

3   in the HR Department.

4   Q    Okay.  And during this period, were you having email

5   communications with her?

6   A    I had.  Yes.

7   Q    Were you also having phone conversations with her?

8   A    Yes.

9   Q    Okay.  And during this period, did you have

10  communications with Ms. Walton about finding another job

11  within Temple?

12  A    Yes.

13  Q    Tell us about that.

14  A    Well, Greg and -- Greg Wacker and Andrew DiMeo were

15  always saying if you don't like it, find another job.  So I -

16  - I really wanted to stay at Temple.  So I -- I bid on -- I

17  don't -- I can't say, but quite a few jobs for which I was

18  never considered.  In fact, I could watch -- I could submit

19  an application and it would be returned within 15 minutes,

20  because you could see it online, as not considered.

21  Q    What kind of jobs were you looking for internally at

22  Temple?

23  A    Jobs that fit my, you know, my skill set, event

24  planning, development, maybe an executive assistant or two

25  over that time in other departments.

62

1    Q    What do you mean by "other departments"?

2    A    Well, outside of my college.  Outside of the College of

3    Science and Technology.

4    Q    Why did you want to leave the Department of Science and

5    Technology?

6    A    Because I was being discriminated against there and --

7    and when I complained I was retaliated against.

8    Q    If you can go to Tab 20, please, in that same binder?

9    Two zero.

10   A    Okay.

11   Q    And do you recognize this email?

12   A    I do.

13   Q    Okay.  And this is to Deirdre Walton from you.  Is that

14   right?

15   A    Yes, it is.

16   Q    Okay.

17         MR. MUNSHI:  And we'll move Plaintiff's Trial

18   Exhibit 20 into evidence.

19         MR. HARRIS:  No objection.

20         THE COURT:  It's admitted.

21      (P-20 received in evidence)

22         MR. MUNSHI:  And if we can put 20 up on the screen?

23   BY MR. MUNSHI:

24   Q    Can you tell us the date of this email that you sent to

25   Ms. Walton?

63

1  A     June 26, 2013.

2  Q     Okay.  And if we can read your email to Ms. Walton?

3  Again, if it's easier on the screen you can go ahead and do

4  that.

5        And tell us what you write to Ms. Walton at HR at that

6  time.

7  A          "Dear Deirdre, I'm contacting you about a recent

8             job posting in the School of Media and

9             Communications about which I'd like your feedback.

10            I am confident that I have the skills and knowledge

11            to perform the essential functions of the job, but

12            intimidated and shaken by my Level C disciplinary

13            action on my employment record.  As you know, I was

14            granted permission to review my employment record

15            so that I could see the manner with which the error

16            was reported to Human Resources."

17       That three-day suspension I'm talking about.

18            "In our meeting, I took responsibility for the

19            error and offered my opinion about the unfairness

20            of the punishment that was rendered against me

21            potentially without considering a list of

22            mitigating factors for my defense.  No one person

23            or leadership in the department took into

24            consideration the poor oversight on the part of

25            management in regards to staffing issues."

64

1   Q     Keep going.

2   A         "I worry that a high-end manager will read the

3             letter out of context because I was not given the

4             opportunity to respond to Dr. Kwatny's complaint.

5             Additionally, I received reports from three faculty

6             members about Dr. Wu making untrue disparaging

7             remarks about me in the presence of faculty.  Two

8             staff members and a student worker reported to me

9             that they overheard Dr. Wu talking about my

10            disciplinary action in a public setting when I was

11            suspended.  How do I recover my reputation at this

12            point in my life?  The disciplinary action is" --

13            "in isolation is enough to ruin me, but the" --

14            "but the unsubstantiated comments made in a public

15            setting that were reported to me from concerned

16            staff and faculty is beginning to feel like

17            character assassination.  If I were valued for my

18            work ethic as a team player and my reputation with

19            external constituents, students and alumni, the

20            Dean's Office would intervene rather than suggest I

21            take outside employment opportunities.  I could

22            hold tight for the remainder of my probation, but I

23            don't want to leave our community of students,

24            faculty and alumni for which I have great respect

25            and admiration, nor do I want to jeopardize my

```
 1                 son's senior year at Temple."

 2   Q     And just the last paragraph, then.

 3   A            "I would greatly appreciate it if you would give me

 4                your straightforward and honest assessment about my

 5                future prospects within the University.  It has

 6                become so difficult for me to be objective and I'm

 7                certain that I" -- "my personal and professional

 8                life is negatively affected as a result.  I am not

 9                asking for you to give me information about the

10                hiring manager for the position, but I would like

11                to know your opinion about" -- "about being damaged

12                goods."

13        And then it lists the job that I was looking at was the

14   assistant -- Assistant Program Director in I guess it was

15   (indiscernible) that would have been Communications and

16   Theater.

17   Q     At Temple?

18   A     At Temple.

19   Q     Go to the next document, please, Tab 21.

20   A     Okay.

21   Q     The top email from you to Deirdre, do you recognize that

22   as your email?

23   A     I do.

24            MR. MUNSHI:  And we'd move Plaintiff's Trial

25   Exhibit 21 into evidence.
```

66

1          MR. HARRIS:  No objection.

2          THE COURT:  It's admitted.

3      (P-21 received in evidence)

4          MR. MUNSHI:  And if we could put that on the

5   screen?

6   BY MR. MUNSHI:

7   Q    Now, just read for us -- well, tell us, Ruth, what is

8   this email that you've sent to Deirdre on this day?

9   A    Which -- which one?  Is it -- oh, okay.  Okay.  All

10  right.

11  Q    What do you recognize this email chain to be?

12  A    It was to Deirdre, and it was my interest in -- in this

13  position.

14  Q    And what was this position that you had emailed Deirdre

15  about?

16  A    It was an event planner -- Associate Director for Events

17  Planning in Sullivan Hall, which is in the Development

18  Office, I guess, at Temple University.

19  Q    And this position that you send Deirdre an email about,

20  read for us what the job qualifications are for that

21  position.

22  A    Under, "Duties and Responsibility"?

23  Q    Just read -- yeah.  You see there that you sent her the

24  job qualifications?

25  A    Yes.

67

1    Q    Okay.  And what I meant was read for us the email that

2    you sent to Deirdre where you attached the --

3    A    Oh, okay.  I'm sorry.

4              "The two positions about which I contacted you in

5              my email are no longer up on the website.  I did

6              find this position today for which I'm qualified

7              and experienced.  Your thoughts?"

8         And that was for the event-planning position.

9    Q    Okay.  Next -- next document in your binder, Plaintiff's

10   Trial Exhibit 22.

11   A    Okay.

12   Q    Can you tell us the date of this email chain?

13   A    It is dated July 13th, 2013.

14   Q    Okay.  And the other two emails that we looked at were

15   also around this same period.  Is that right?

16   A    Yes.

17   Q    Okay.

18             MR. MUNSHI:  And can we move Plaintiff's Trial

19   Exhibit 22, please?

20             MR. HARRIS:  No objection.

21             THE COURT:  It's admitted.

22        (P-22 received in evidence)

23             MR. MUNSHI:  And if we could just put up 22?

24   BY MR. MUNSHI:

25   Q    And do you see on the bottom your email to Deirdre on

1    July 12th, 2013?

2    A    Are we at Exhibit --

3    Q    We're on 22.

4    A    Yeah.  I --

5    Q    Yep.  Is this you sending you another email to Deirdre

6    with an open position?

7    A    Yeah.  Yeah.  She had to lift the hold on my ability to

8    hire.  So I had to let her know so she could lift the hold.

9    Q    About open positions?

10   A    Right.

11   Q    Okay.  And then turn to 23 in your binder.

12   A    Okay.

13   Q    And do you recognize Plaintiff's 23?

14   A    Yes.

15           MR. MUNSHI:  And we move that into evidence.

16           MR. HARRIS:  No objection.

17           THE COURT:  It's admitted.

18      (P-23 received in evidence)

19   BY MR. MUNSHI:

20   Q    And, Ruth, tell us about this email that you send to

21   Deirdre.  What are you doing here?

22   A    I just sent her this email that I wanted her to lift my,

23   you know, the hold on me to apply internally for positions.

24   Q    And you write here, "Deirdre, this is another fit for

25   me"?

1    A    Yes.

2    Q    Okay.  And, finally, let's go to Plaintiff's Trial

3    Exhibit 24 behind Tab 24.

4              MR. MUNSHI:  And we move --

5    BY MR. MUNSHI:

6    Q    Do you recognize 24?

7    A    I do.

8              MR. MUNSHI:  And we move Plaintiff's Trial Exhibit

9    24 into evidence.

10             MR. HARRIS:  No objection.

11             THE COURT:  It's admitted.

12        (P-24 received in evidence)

13   BY MR. MUNSHI:

14   Q    And, Ruth, can you read us the email that you sent to

15   Deirdre Walton on August 4th, 2013?

16   A    Sure.

17             "Deirdre, the last two positions about which I

18             emailed you may be located" -- "may be located in

19             unrelated departments.  However, I have the skill

20             sets, experience and knowledge to perform the

21             essential functions.  Thank you.  Ruth."

22   Q    Ruth, did Ms. Walton help you find another job within

23   Temple?

24   A    No.  No, she did not.

25   Q    And this email, can you tell us the date of this email

70

1  to Ms. Walton?

2  A    The one I just read?

3  Q    Yeah.

4  A    It's August 4th, 2013.

5  Q    Okay.  How were you feeling at that time with regard to

6  finding another job in your communications with Ms. Walton?

7  A    Very -- very stressed.  That year was really -- I was

8  trying desperately to, you know, make this work, have

9  somebody come and mediate with us, or get a job somewhere

10  else.

11  Q    Let's go to Tab 27 in the binder in front of you.

12         MR. HARRIS:  Excuse me, Your Honor.  Before we go

13  to this exhibit, would this be an appropriate time for a

14  brief comfort break?

15         THE COURT:  Okay.  It's a little early.  But ten-

16  minute recess.

17         MR. HARRIS:  Yes, Your Honor.

18         THE COURT:  All right.  Jury may go to the retiring

19  room for 10 minutes.

20      (Recess taken at 10:44 a.m.)

21      (Proceedings resume at 10:55 a.m.)

22      (Jury not present)

23      (Witness resumes stand)

24         THE COURT:  Have the jury come in.

25         THE COURT OFFICER:  All rise.

71

1      (Jury present)

2            THE COURT:  You may be seated.

3            MR. MUNSHI:  May I proceed?

4   BY MR. MUNSHI:

5   Q    Ruth, coming back after our break there, you were about

6   to look at the document behind Tab 27 in your binder,

7   Plaintiff's Trial Exhibit 27.

8   A    I have it.

9   Q    Okay.  And the email on the -- the email chain, do you

10  recognize this email chain?

11  A    I do.

12  Q    Okay.

13            MR. MUNSHI:  And we move for Plaintiff's 27 to be

14  admitted into evidence.

15            MR. HARRIS:  No objection.

16            THE COURT:  It's admitted.

17       (P-27 received in evidence)

18  BY MR. MUNSHI:

19  Q    And, Ruth, on that first page of Plaintiff's Trial

20  Exhibit 27, the bottom half of that first page, the bottom

21  third, do you see an email from you to Cameron Etezady?

22  A    Yes.

23  Q    And remind us, Cameron Etezady is who?

24  A    The -- a lawyer in Temple's legal office in -- in-house

25  legal office.

72

```
1    Q    And had you previously communicated with him in 2013

2    about your workplace situation?

3    A    Yes, I did.

4    Q    Okay.  And this bottom email, tell us the date of it.

5    A    It is August 6, 2013.

6    Q    Okay.

7              MR. MUNSHI:  And if we can put that email chain up

8    on the screen, please?

9    BY MR. MUNSHI:

10   Q    And starting with your email, Ruth, to Cameron on the

11   bottom of the first page --

12   A    Yes.

13   Q    -- August 6th, 2013.  Read for us what you wrote to

14   Cameron on that date.

15   A         "Dear Cameron, I am forwarding the email that I

16              sent in February of this year to refresh your

17              memory regarding my reason for reaching out to you

18              about my situation.  I did contact Fay

19              Trachtenberg, as suggested, and she referred me to

20              Deirdre Walton.  I did reach out to her and asked

21              her if she would be" -- "agree to meet with me and

22              doctor" -- "with Dr. Wu, Andrew DiMeo and me to

23              serve as a mediator-like role at one of our daily

24              morning meetings followed by a private meeting for

25              her to offer feedback and suggestions for leveling
```

73

1          the playing field to establish some sense of fair

2          play in the workday that commences in a" -- "in a

3          fifteen-to-thirty-minute competition between a team

4          of two men and me.  I do not hear" -- "I did not

5          hear from her after our initial conversation until

6          I made contact with her in April when I returned

7          from a three-day suspension without pay.  I do not

8          want to write a long email defending myself for a

9          mistake for which I pointed out to my supervisor,

10         to Andrew DiMeo, to Eugene Kwatny as soon as it was

11         discovered.  I fully expected that I would receive

12         a verbal warning.  You can imagine my surprise when

13         I received a Level C discipline for neglecting job

14         duties or responsibilities or failing to carry out

15         instructions given by a supervisor.  I was asked to

16         sign a disciplinary action form, but was not

17         allowed to read the letter in which the allegations

18         against me were presented by the Department's

19         Associate Chair, Eugene Kwatny.  I responded

20         respectfully, signed the form, and made a request

21         to Dr. Wu and Andrew DiMeo that the incident remain

22         confidential to my coworkers, students and student

23         workers for which they responded that the incident

24         would be handled professionally and privately.  I

25         returned on Monday and learned from coworkers and

74

```
 1              student workers that it was discussed in the front

 2              office.  One person heard about it on the elevator,

 3              and another heard Dr. Wu talking about the

 4              situation when she was waiting to pick up a form in

 5              the Dean's office."

 6    Q    Keep going.

 7    A         "This was of great concern to me and I submitted a

 8              request to review my employee file to read the

 9              confidential letter that was" -- "I was not allowed

10              to read, which led to my harsh punishment.  To my

11              chagrin, the allegations against me were

12              exaggerated and the state of the office at the time

13              were omitted.  Rhonda Brown in HR was with me when

14              I reviewed this letter.  I shared my hopelessness

15              with her and she encouraged me to call Deirdre

16              about the situation.  I told her that I had asked

17              for help in February and her failure to respond did

18              not instill me with a sense of confidence in her.

19              But I did decide to reach out again.  We did meet

20              the week I returned.  All I was" -- "I was told

21              that while there was nothing" -- "I had no recourse

22              to have the harsh disciplinary action overturned

23              for a higher" -- "for lighter sentence, she would

24              allow me to bid on jobs internally.  I was told to

25              send an email to her if I was interested in a
```

1       position and she would contact the HR generalist to

2       lift the hold.  Since April, I've sent three

3       requests to my" -- "by email to bid on positions

4       that I found, but she has not responded.  I have a

5       very strong personal belief regarding"

6       (indiscernible) "litigious society and I feel a

7       moral obligation to find solutions to a problem in

8       a manner that is not adversarial.  But no one will

9       respond to me and my professional life is on the

10      line.  My situation I believe now is compounded

11      because of my age, my gender, and perhaps

12      ethnicity.  I'm begging for someone within Temple

13      to help me mediate this problem.  My confidence has

14      never been so low and at 58 years old, I have" --

15      "I have no" -- "not options to change the course of

16      my plummeting professional career because I'm

17      relegated to making coffee and secretarial

18      functions, even though I've never been a secretary.

19      Young female students workers occupy the front

20      office areas where they carry out my job functions

21      while I was relocated to the third floor" --

22      actually, from the third floor of Walkman"

23      (phonetic) "to the tenth floor of Cornell.  Even

24      though the two-verus-one meetings continue every

25      morning, the main office and I" -- "the main" --

76

```
 1            "in the main office, and I still need to come down

 2            when Dr. Wu has guests and wants coffee.  I am so

 3            far removed from the CIS department to appear as if

 4            I was banished from the department where I am told"

 5            -- "I am told by well-intentioned faculty who want

 6            to remain anonymous, and students, that I am a

 7            scapegoat for the department.  If the" -- "I have

 8            written far more than I intended and I will end

 9            this message with an appeal to you to help me

10            navigate the dark to make" -- "to maintain the most

11            important thing to me, my integrity."

12   Q    Ruth, if you can just turn to the first page of that

13   same --

14   A    Which one?

15   Q    The same -- same -- the Document 27.

16   A    Okay.

17   Q    And just read for us --

18   A    The highlighted --

19   Q    Are -- do you want to take -- do you need -- take a deep

20   breath.  It's okay.  It's okay.

21   A    I'm okay.  I'm fine.

22   Q    Okay.  On that first page, do you see the email that

23   Cameron sends back to you after you wrote that email to him?

24   A    Yes.

25   Q    And just tell us what does Cameron do at that time?  Who
```

77

1    does he refer you to?

2    A    To Fay.

3    Q    Is this the same Fay that you referred to in your email?

4    A    Fay Trachtenberg.  Yes.

5    Q    From counsel's office?

6    A    Right.  That's correct.

7    Q    Okay.  Ruth, let's go to Document 30 in your binder.

8    A    Uh-huh.

9    Q    Tell us if you recognize that document.

10   A    Yes, I do.

11         MR. MUNSHI:  And I believe this is already in

12   evidence, and we can show Plaintiff's Trial Exhibit 30.

13         MR. HARRIS:  No objection.

14         MR. MUNSHI:  Okay.

15   BY MR. MUNSHI:

16   Q    Ruth, now we're a couple of months later.  The email

17   chain that you just read for us was August of 2013.  And now

18   we're going to be talking about 2014 and this disciplinary

19   report that you received a couple of months later.

20         Do you recognize this disciplinary report?

21   A    Yes.  Yes, I do.

22   Q    Okay.  And tell us the date of it, if you can see that?

23   A    It is -- the date of action -- or the date -- January

24   20th, 2014.

25   Q    And at this point, is this the third discipline that

78

1   you've had in 13 years at Temple?

2   A    Yes.

3   Q    Okay.  So tell us, what happened here that resulted in

4   you getting this written warning?

5   A    I had overslept three hours.  And, you know, not -- I

6   was already scared anyways that they were after me, trying to

7   get rid of me.  And I live very close to campus.  We had no

8   written -- there was no -- the department didn't have any

9   procedures for doing this if you're late, call -- you know,

10  what were you supposed to do.

11       So I called the front office and a student worker

12  answered the phone.  And I asked for Judy Lennon, who's the

13  department secretary.  She said they -- they couldn't find

14  her.  And I said, tell -- is Dr. Wu there.  And she said, Dr.

15  Wu's in a meeting and the door is closed.  So I said, tell

16  Dr. Wu that I am going to be there in five minutes.  I lived

17  that close to campus.

18       And I went in and went to my office.

19  Q    And did you call Dr. Wu yourself personally, on his cell

20  phone, for example?

21  A    No.  Because I was told he was in a meeting with the

22  doors closed.

23  Q    Had you ever been this late, a couple of hours late

24  before?

25  A    No.

1          MR. HARRIS:  Objection.  She said three hours, Your

2     Honor.

3          MR. MUNSHI:  Oh, I'm sorry.  Three --

4     BY MR. MUNSHI:

5     Q    Have you ever been three hours late before at Temple in

6     13 years?

7     A    No.  In fact, I was -- generally there early, and I

8     worked late.  I worked Saturdays.  I worked Sundays.  I was

9     not late.  That is not a problem for me, and I was surprised

10    by the -- I was actually surprised to get written up, to be

11    honest with you.  When it was handed to me, Dr. Andrew DiMeo

12    handed it to me and I was like, are you kidding.  And he

13    went, Ruth, this is serious.  I said, I'm not taking -- you

14    know, I'm not denying the fact that I was late, but this is -

15    - you're writing me up for this?  I said, what am I -- I'm

16    trying to get off probation so I can, you know, get another

17    job.  And he -- he was angry that he didn't think I took it

18    seriously.  I did take it seriously.  I felt horrible about

19    it.  But I stayed on to work the rest of the day until well

20    into the evening, probably until 9 or 10.  But that wasn't

21    unusual for any day for me.

22    Q    Do you recall Dr. Wu testifying yesterday that you were

23    late multiple times a week?  Is that true?

24    A    Nothing could be further from the truth.  I'm not saying

25    that I'd never been five minutes late when I commuted from

1   the suburbs because of, you know, transport -- you know --

2   you know, traffic, or I was late probably once that -- maybe

3   around that time, that snowy time we had because I was

4   walking to work.  Five minutes.  But three or four times a

5   week I believe he said.  That is -- I feel that that's

6   another way to just make me -- assassinate my character with

7   -- there's no documentation, either.

8   Q    That you received?

9   A    And I -- from them, no.  And I -- you know, I -- and you

10  can see that I document my -- you know, my things and, you

11  know, frequently.

12  Q    And let's just get a better understanding of what your

13  workday was like.

14       Were you a -- an hourly worker who punched in or out, or

15  were you salary?

16  A    No.  I -- I was a salary employee at Temple.  And I

17  believe I was the only administrative staff person in the

18  department who wasn't a union employee.  So their work rules

19  said you come in at your time and you leave at your time.  If

20  you punch in late or punch out late, you can be written up

21  for it.  So they had to leave when they did, you know.  And

22  when they did, often, I was still there.  And whatever

23  someone needed -- was doing, Dr. Wu needed it, I stayed and

24  finished it up for them.

25  Q    Did you ever work past 5 p.m.?

81

1    A    It was frequently.  A couple times a week I did.

2    Q    How about on weekends?  Ever work weekends?

3    A    I did events, any event that came up I handled.  I --

4    there were -- that -- actually, the day after I got written

5    up for this, Dr. Wu called me.  It was a snow day and the

6    University was closed.  And he told me that I had to come in.

7    And I'd just been disciplined.  I wasn't going to argue with

8    him.  I came in and I worked that day, even though the

9    University was closed.

10   Q    Did you feel that this writeup was retaliatory?

11   A    I did.  It was -- it is.  I believe in my heart that it

12   was retaliatory.

13   Q    Were you aware of any other staff members who worked in

14   the office who were late or didn't show up for work?

15   A    I am.  And it's not my intention to rat anyone out.

16   That isn't my intention.  My intention is to point out there

17   was a -- there was a different set of standards from me to

18   other people.  We had a young woman start in our department,

19   Hailey King.  And she had only been in -- maybe there for

20   like three months.  And she didn't come in for three days

21   straight.  Didn't call in.  Didn't -- we didn't know what

22   happened to her.  I was only made aware of it because the

23   timekeeper of the department was on another floor and she

24   called and she said, have you guys seen Hailey.  And, no.

25   And she called every day.  She called -- she kept trying to

82

1    call her, and she didn't -- nobody could get in touch with

2    her.  She never called in.  Then she showed up --

3    Q    Is that the Hailey King that's on the organizational

4    chart over there with us?

5    A    Yes.  Yes, it is.

6    Q    Around how old was Hailey when you worked --

7    A    Like 28.  I mean, yeah.  I'm going to -- not older than

8    30, for sure.

9    Q    Do you know if Hailey King received a written discipline

10   for not coming to work?

11   A    I am not -- you know, I don't -- I don't want anybody to

12   know my business, so I didn't ask.  But I was -- I learned

13   later that she hadn't been disciplined.  She received a --

14   you know, a talk, a verbal warning, but it didn't make -- a

15   verbal warning is still supposed to go in your HR file.

16   Q    Did you feel that Dr. Wu treated Hailey better than you?

17   A    Absolutely.  And she was on probation, too, because she

18   had not been there a year yet.  So that could have been

19   grounds for dismissal.

20   Q    Now, Ruth, if you can turn to the document that's behind

21   Tab 33, please, in your binder?

22   A    Okay.

23   Q    And --

24   A    I see it.

25   Q    -- tell us what this document is?

83

1    A    It's an email from me to Deirdre Walton on February

2    22nd, 2014.

3    Q    So this is a few weeks after the discipline you received

4    for oversleeping?

5    A    Yes.

6    Q    Okay.

7              MR. MUNSHI:  And we'd like to move Plaintiff's

8    Trial Exhibit 33 into evidence.

9              MR. HARRIS:  No objection.

10             THE COURT:  It's admitted.

11      (P-33 received in evidence)

12             MR. MUNSHI:  And if we can publish Plaintiff's

13   Trial Exhibit 33, the bottom of that first page going into

14   the second page.

15   BY MR. MUNSHI:

16   Q    And, Ruth, if you can read for us -- tell us -- this is

17   an email to Deirdre Walton, correct?

18   A    Correct.

19   Q    From HR?  Tell us what --

20   A    In HR.  She was in --

21   Q    In HR.

22        Tell us what you wrote to Deirdre Walton on -- now this

23   is February 22nd, 2014.

24   A         "I want you to understand how distressing it is

25             when I have no one in the department and no one in

84

1           Human Resources who will listen to me.  I am honest

2           and operate with integrity in every area of my

3           life.  And five days" -- "and five days out of the

4           week I am badgered emotionally, insulted, ignored,

5           yelled at in front of my peers and called the

6           department scapegoat.  I am often accused for

7           mistakes and misconduct of others.  And there is no

8           shortage of misconduct around here.  It is the" --

9           "it is the irony of my life to be the identified

10          patient in an environment that is beyond hostile.

11          I am appealing to you to assign someone who is fair

12          and unbiased to conduct an investigation for the

13          truth about these two incidents without prejudice

14          in a timely manner.  Ruth."

15 Q    Ruth, if you can turn to the document that's behind Tab

16 38 in the binder.

17 A    Uh-huh.  I'm there.

18 Q    And tell us if you recognize the email that you sent to

19 Deirdre Walton right on that first page.

20 A    I recognize my email.  Yes.

21 Q    Okay.  And tell us the date of now this email that you

22 sent to Deirdre Walton.

23 A    Can you repeat --

24 Q    Can you just tell us the date of it?

25 A    Oh, I'm sorry.  March 25th, 2014.

85

1    Q    So now this is a couple of weeks after the last email we

2    just saw, correct?

3    A    Correct.

4    Q    And this, again, to Deirdre Walton?

5    A    Yes, it is.

6    Q    Okay.

7             MR. MUNSHI:  Your Honor, we move Plaintiff's Trial

8    Exhibit 38 into evidence.

9             MR. HARRIS:  No objection.

10            THE COURT:  It's admitted.

11       (P-38 received in evidence)

12            MR. MUNSHI:  And if we can publish this email?

13   BY MR. MUNSHI:

14   Q    And, Ruth, now let's look at your email that you go back

15   to Deirdre Walton of HR, the same Deirdre Walton.  And read

16   for us the email that you sent to her on March 25th, 2014,

17   please.

18   A    Yes.  "I do not know --"

19        Just the highlighted part?

20   Q    Yeah.  You can go ahead.  Yeah.

21   A         "I do not know how to respond to this email.  I'm

22            drowning here and have reached out to you numerous

23            times and waited and waited.  This is affecting the

24            quality of my work life and my personal" --

25            "personal life.  All I want is to continue to work

86

1      without being harassed.  Based on the content of

2      your email, I assume that you contacted Drew, Greg

3      and Dr. Wu when I asked you to refrain from doing

4      so because I know that I am" -- "I know that the

5      harassment will escalate without the protection of

6      Human Resources.  The story that I am telling" --

7      the story that you are telling me that my

8      discipline is the third story I have heard" --

9      "been told.  Drew said that I did not call in and

10     you believed him.  I have not" -- "I have not" --

11     no idea" --

12     I think I meant:

13     "-- no idea what Greg said, other than what Drew

14     told me, and he wanted me fired.  And you told me

15     that I had not called in or followed procedures.

16     We have no written procedures.  And I did call in.

17     And I rushed to work rather than" -- "rather than"

18     -- rather than to" --

19   Wait a minute.

20     "And I rushed to work rather than spend another

21     five minutes to start my computer to send an email

22     stating that same thing I told Taylor" --

23   Who's the student worker.

24      "I was told" -- "was held to an unequal standard

25     and I am suffering the consequences because I

```
 1              cannot bid out for another job.  I was told by you
 2              that you could" -- "I was told by you to" -- "told
 3              by you to that I could bid on a job without stating
 4              that I had been disciplined, and I will not lie on
 5              an application.  I will not retract my comments I
 6              made because I believe that" -- "I believe them to
 7              be true.  Faculty and staff members tell me
 8              frequently that the way they" -- "that they feel
 9              bad about the manner with which I'm treated and
10              diminished in public.  I have nothing more to say."
11    Q    Ruth, let's look at another email you sent.  It's behind
12    Tab 34 in the binder.  It's 34.  Yeah.
13    A    I have it.
14    Q    And tell us if you recognize this email.
15    A    I do.
16    Q    Who is this email to?
17    A    To Sandy Foehl.
18    Q    Sandy Foehl from the Equal Employment Compliance Office?
19    A    That is correct.
20    Q    Okay.  And this same Sandy who you had spoken with
21    before?
22    A    Yes, it is.
23    Q    Okay.
24         MR. MUNSHI:  Your Honor, we move Plaintiff's Trial
25    Exhibit 34 into evidence.
```

88

1          MR. HARRIS:  No objection.

2          THE COURT:  It's admitted.

3       (P-34 received in evidence)

4          MR. MUNSHI:  And let's have 34 up on the screen,

5    please.

6    BY MR. MUNSHI:

7    Q    And, Ruth, tell us the date of this email you sent to

8    Sandy.

9    A    It's February 25th, 2014.

10   Q    Okay.  So were you -- you sent an email to Sandy around

11   the same time?  Okay.

12        Read us this email that you sent to Sandy.

13   A          "Dear Sandy, I've tried desperately to make my work

14             situation tolerable.  All my family and friends say

15             that I need to take a more proactive defense

16             against my supervisor and two managers in the

17             Dean's office.  But I've reached my breaking point,

18             and I need to be concerned with repairing my

19             professional reputation.  On numerous occasions,

20             I've spoken to Deirdre Walton who has not been

21             helpful or timely at all.  I plan to file an EEOC

22             complaint internally, and I have already had a

23             phone intake with the EEOC on the outside."

24   Q    And what did you mean by "the EEOC on the outside"?

25   A    The Equal Employment Opportunity Commission office.

89

1   Q    Outside of Temple?

2   A    Outside of Temple.  Yes.  I had already had an intake

3   with them over the phone.

4   Q    Okay.

5   A    And I was asking her to -- and I was giving her

6   permission to file internally on my behalf.

7   Q    Let's talk about -- you ultimately did, then, meet with

8   Sandy, correct?  After this email.

9   A    I -- I might have.

10  Q    Let me take you to April 1st, 2014.

11  A    Oh, right.  April.  How could I forget that?

12  Q    I know.  There are a lot of dates.

13  A    Yeah.  April 1st.  Yeah.

14       Well, I -- what I -- oh.

15  Q    Just tell us about your meeting.

16  A    What I did, okay.

17       On April -- I could see what -- I really felt I was

18  going to lose my job.  I felt so retaliated against.  And I -

19  - I decided to -- that I wanted to file that internally.  And

20  so I made an appointment with Sandy the week before, for

21  April 1st, which was a -- I believe it was a Monday.  And I

22  had an appointment with her at 10 o'clock in the morning,

23  which I attended.

24  Q    What did you discuss with Sandy at that meeting?

25  A    I wanted -- that I wanted -- that -- you know, just to

1    go over that I had filed an external -- you know, an external

2    complaint with the EEOC and that I wanted her to move

3    forward.

4    Q    Did you discuss discrimination during that meeting?

5    A    Yes, I did.  About my age --

6    Q    Did you discuss retaliation?

7    A    -- my -- my gender and retaliation.

8    Q    Okay.  Ruth, did you ever learn from anyone that Dr. Wu

9    knew about your complaints?

10   A    I did.

11   Q    Tell us about that.

12   A    Not from him, though.  I -- Andrew DiMeo --

13          MR. HARRIS:  Objection to hearsay.

14          THE COURT:  Sustained.  Hearsay.

15          MR. MUNSHI:  Your Honor, if permitted to testify,

16   she will tell us about a conversation with an individual at

17   Temple, and it will be a party opponent admission.

18          THE COURT:  You know, and I'll reverse my decision

19   because I don't think they're being offered for the truth of

20   the matter asserted, but for the fact that it was stated.

21          MR. MUNSHI:  All right.

22   BY MR. MUNSHI:

23   Q    Ruth --

24   A    I'm confused.

25   Q    That's okay.

91

1        Ruth, did you ever learn that Dr. -- did you ever learn

2    from anybody about Dr. Wu knowing about your complaints?

3    A    Yes.  From Andrew DiMeo and from Greg Wacker.

4    Q    Tell us what you learned from Mr. DiMeo.

5    A    I -- I remember meeting with him first in his office and

6    told him and -- and he told me, he says, like, Dr. Wu knows

7    what's going on, and I'm -- you know, and it's got to stop.

8    And then Greg Wacker is in the same office.  He told me that

9    Dr. Wu knows what you're doing and if you want your job, you

10   better cut it out.

11   Q    Did you ever tell Drew DiMeo that you were speaking with

12   Sandy Foehl from Equal Employment?

13   A    Yes.

14   Q    So let's go back to April 1st, 2014.

15        What happens after you leave Sandy Foehl's office?

16   A    Well, Greg -- actually, Greg called me when I arrived in

17   the morning and said, we have a meeting in the Dean's office

18   at 10 o'clock in the morning.  And I was meeting with Sandy

19   at 10.  So I told him that I -- I needed to make it a little

20   later.  And he said 10:30 would be fine.

21        So I met with Sandy.  I didn't even go back to my

22   office.  I just went directly to the Dean's office to Greg's

23   -- where Greg is.  And Deirdre Walton was there.  And they

24   took me into a conference room and handed me a letter that

25   said that I was being terminated by the end of the day.

1   Q    And if you can turn to the document behind Tab 45,

2   please?

3   A    Okay.

4              MR. MUNSHI:  And if we can publish Plaintiff's

5   Trial Exhibit 45.  I believe it's already in evidence.

6              MR. HARRIS:  No objection.

7              THE COURT:  It may be admitted.

8        (P-45 received in evidence)

9   BY MR. MUNSHI:

10  Q    And is this the letter, Ruth, that they handed to you on

11  April 1st, 2014?

12  A    Yes.  Yes, it is.

13  Q    Can you -- can we just highlight the last sentence of

14  this letter?

15       And if you can read that out loud for us?  "Effective

16  the end of the day today."

17  A    "These infractions occurred despite --"

18  Q    No.  Just the last sentence, I said.

19  A    Oh, the last sentence.

20              "Effective the end of the day today, your

21              employment at Temple University is being

22              terminated."

23  Q    So within this termination letter, there are two bullet

24  points.

25              MR. MUNSHI:  If we can go back to just the ...

93

1            THE WITNESS:  Yes

2    BY MR. MUNSHI:

3    Q    There are two bullet points that describe two different

4    situations that they say in this letter led to your

5    termination.  Let's talk about those two, okay?

6    A    Yes.

7    Q    The second bullet point says you were directed to book a

8    room reservation.  Do you see that?

9    A    Yes, I do.

10   Q    Okay.  What happened here?  Tell us what happened with

11   Dr. Ness Shroff.

12   A    I -- there was one overlap in the day.  I had -- I think

13   that when -- my -- I maybe booked it the -- his stay on

14   campus in Cumberland from like the 12th to the 13th rather

15   than the 13th to the 14th.

16   Q    How did you learn that the dates were supposed to be --

17   how did you learn what the dates were supposed to be?

18   A    Well, Dr. Wu told -- asked me to book them.

19   Q    Did the dates ever change from what you were originally

20   told?

21   A    I -- it was a verbal request.  I -- you know, I recall

22   that there was some changing in that.  But I don't have it,

23   you know ...

24   Q    And as a result of any change that may have happened,

25   did you in fact book a hotel?

94

1   A    Yes.  I was able to get him lodging for that night and

2   it was all -- it was fixed.  It was not a problem.

3   Q    And securing lodging for a guest, is that a job duty and

4   responsibility that you had had?

5   A    Yes, it was.

6   Q    And for how many years had you been doing that job duty

7   and responsibility?

8   A    Since 2005.  You know, it -- it's in my role as an

9   executive assistant.

10  Q    Let's look at the first issue that's in this termination

11  letter.  And this is regarding Concur and Focal, and you

12  mentioned this a little bit before.  But let's just go

13  through it in a little bit more detail.

14       And, in fact, what I'm going to ask you to do, Ruth, is

15  look in the other binder that's up there in front of you, the

16  other big binder.  And I'm going to ask you to turn to --

17            MR. MUNSHI:  Actually, Your Honor, it might be

18  easier.  I can just hand up --

19            THE COURT:  Sure.

20            MR. HARRIS:  Your Honor, may I know what document

21  we're --

22            MR. MUNSHI:  It's Defendant's 71.

23            MR. HARRIS:  Thank you.

24            THE WITNESS:  Okay.

25  BY MR. MUNSHI:

95

1    Q    Ruth, in front of you is a document that's been marked

2    as Defendant's Exhibit 71.  And you can just take a look at

3    it and tell me if you recognize this email chain.

4    A    I do recognize it.  Yes, I do.

5    Q    And do you recognize it as an email chain between you

6    and Drew DiMeo and Dr. Wu?

7    A    Could you repeat the question?  Sorry.

8    Q    Right.  Is this an email between you and Drew DiMeo and

9    Dr. Wu?

10   A    Yes.

11          MR. MUNSHI:  Okay.  Your Honor, we move D-71 into

12   evidence.

13          MR. HARRIS:  No objection.

14          THE COURT:  It's admitted.

15      (D-71 received in evidence)

16   BY MR. MUNSHI:

17   Q    So let's just look at D-71, and let's pull this up so

18   the jury -- the jury can see it.  Let's go to the first email

19   in this chain.

20   A    March 20th?  March 20th one?

21   Q    March 20th --

22   A    Okay.

23   Q    -- exactly.

24   A    Uh-huh.

25          MR. MUNSHI:  No, the first email in the chain.

1    A    Oh, the first email.  I'm sorry.  Okay.

2    Q    So this is an email that you're CC'd on.  Do you see

3    that?

4    A    Uh-huh.

5    Q    And do you -- when -- within your job duties as the

6    Executive Assistant, were you responsible for doing travel

7    reimbursements?

8    A    Yes.

9    Q    Is that a job duty and responsibility that you had had

10   for years?

11   A    Yes.

12   Q    Okay.  And very briefly, high level, what do you do when

13   you do travel reimbursements?  What systems do you use?  What

14   do you need?

15   A    I use a system on -- it's an internal system called

16   Concur, and it does all travel, booking reservations to

17   reimbursement, travel reimbursements.

18   Q    And in order for you to do this job of the

19   reimbursements, what kind of tech access do you --

20   A    Okay.  I'm -- on -- some -- someone in Computer Services

21   gives me access to Dr. Wu's grant information, when -- I

22   guess when the Dean's Office, you know, gave him permission

23   to do so.  So I -- any one of -- and Dr. Wu's active grant

24   said he was using for -- to -- to, you know, submit travel

25   and reimbursements, I had access to those.

97

1   Q    Can you, yourself, get access, or does someone have to

2   give you access?

3   A    I have to be given access.

4   Q    Okay.  Let's look at the next email in the chain, which

5   is Thursday, March 20th, 3:56 p.m. --

6   A    Uh-huh.

7   Q    From Drew DiMeo to you.

8   A    Uh-huh.  I see it.

9   Q    And read for us what Drew says here.

10  A    Okay.

11              "Ruth, I confirmed that the" -- "this account is

12              available in Concur.  Dr. Wu is requesting that you

13              enter the expense in Concur by 5 p.m. today.  If

14              you have any questions, please email me."

15  Q    And this is at 3:56 p.m., on March 20th, 2014.

16  A    That's --

17  Q    Is that right?

18  A    That is correct.

19  Q    Let's look at the next email in this chain.  And if we

20  can look at that whole thing.  Tell us the date and time of

21  this email?

22  A    It is -- it's March 20th, 2014, 5:27 p.m.

23  Q    So this is about an hour and a half later.

24  A    Right.

25  Q    Okay.  An hour and a half later from the email that Drew

98

1   sent you, that we just read?

2   A     Correct.

3   Q     Okay.  So we -- this is --

4   A     Okay.

5   Q     This is your email to Drew --

6   A     To Drew.

7   Q     -- correct?

8   A     To Drew.

9   Q     Yeah.

10  A     I was -- I was just telling him what I had access to.

11  So the --

12  Q     Starting with --

13  A     -- number --

14  Q     -- this email, yeah.

15  A     Okay.

16          "Drew, I have" -- "the number I have for the JENIE"

17          (phonetic) --

18  It's an acronym for a grant.

19          "-- on the spreadsheet is 330155-132.  It does not

20          appear as an option for allocating expenses.  I

21          have the following fund numbers."

22  Q     And you provide a series --

23  A     And I provide him with -- one, two, three, four, five,

24  six, seven, eight -- nine other fund numbers that I could

25  have used.

1  Q    And then can you read these last two paragraphs of your

2  email on March 20th?

3  A         "There has been no change since we talked about

4            this last week.  Is this a permission issue for

5            delegates, perhaps?  I don't know.  And LaMas"

6            (phonetic) --

7       Who was in the Travel Reimbursement Office.

8            "-- has not gotten back to me.  If you know the

9            name of the IT person for Concur, it may have to do

10           with the" -- "with the delegate access, but I'm

11           just guessing."

12  Q    So, after you get the email from Drew DiMeo at 3:56 p.m.

13  on March 20, walk us through what you did --

14  A    Okay.

15  Q    -- the rest of the day --

16  A    Okay.

17  Q    -- in order to do the assignment.

18  A    Well, the -- actually, the -- you know, his expenses had

19  already been entered.  I had entered -- you know, entered

20  them.  The final process is to allocate them to -- to, you

21  know, a -- a FOPL number (phonetic).  And that's what --

22  that's what we were talking about, I don't have what he

23  wanted me to -- you know, to -- to use that as -- to submit

24  it through that one.  And I was asking if there was somebody

25  I could contact to give me permission that night, like

100

1   someone in -- over in Computer Services that could fix that.

2   Q    And your email to Drew DiMeo was at 5:27 p.m.

3   A    That is correct.

4   Q    After you sent that email to Drew DiMeo, did you try to

5   --

6   A    I stayed --

7   Q    -- continue to provide it?

8   A    I did.  I even -- I thought maybe I -- maybe I could

9   make -- give myself access to it.  And I played around with

10  it, but I couldn't.  But the report was in there, it just

11  wasn't allocated.

12  Q    And is this a job duty that you had -- an assignment

13  that you had done before?

14  A    New -- oh, all the time, a big part of my job.

15  Q    The next day, this email is -- your last email is 5:27

16  p.m., on Thursday, March 20th.  The next day, do you recall

17  meeting with Drew and Dr. DiMeo -- Dr. Wu?

18  A    Yes, I do.

19  Q    Tell us about that meeting.

20  A    I -- I came in, when I first came in, and I went into --

21  was called into their office, and they told me that the --

22  that I had failed to complete the assignment.

23  Q    How did you reach?

24  A    I said I had completed the assignment, that I couldn't

25  allocate the expenses to a grant.  They were put in, but I

101

1    couldn't allocate them.  And Drew -- Drew told me that I was

2    not telling the truth, that I, in fact, did have access to

3    that.  And I asked them if they would go -- you know, go with

4    me, and let -- let them show me what I saw because I'm -- I'm

5    pulling up the screen for me.  And I wanted that -- and

6    didn't -- and they said they didn't -- no, they wouldn't --

7    didn't need to do that, that I was lying.

8         And I -- I was -- I was called a liar, and I was angry.

9    And I -- and I said, I -- you know, I had -- I had to walk

10   out.  I -- I thought I was going to cry.

11   Q    So these two issues, the Concur issue that we're talking

12   about right now and the hotel booking issue, those are the

13   two that are on the --

14   A    For -- yeah.

15   Q    -- bullet points of your termination letter?

16   A    Yes.  C-level violations.

17   Q    Ruth, tell us what it was like to receive a termination

18   letter from Temple after 13 years there?

19   A    It was just confirming what I thought to be the case for

20   me.  I knew that they were after me, I knew I was being

21   discriminated against because of my age and my gender.  And I

22   -- my -- you know, after awhile, it was clear that there was

23   retaliation because I was reaching out to so many different

24   people in a way I thought -- I wasn't trying to be a nudge, I

25   wasn't trying -- I was really asking for help.  I wanted

1   help, I wanted to make this work.  I wanted to mediate it.  I

2   didn't want it to be adversarial.  And I -- I could hardly

3   breathe, to be honest with you.  I had just left Sandy

4   Foehl's office, who was supposed to protect me, and I'm

5   fired.  I mean, within 30 minutes, I was fired.

6   Q    Ruth, let's look at the document that's behind Tab 46 in

7   your binder.

8   A    Okay.  I see it.

9   Q    And do you recognize this email?

10  A    I do.

11           MR. MUNSHI:  Your Honor, we move Plaintiff's Trial

12  Exhibit 46 into evidence.

13           MR. HARRIS:  No objection.

14           THE COURT:  It's admitted.

15      (P-46 received in evidence)

16           MR. MUNSHI:  And we're going to show the jury.

17  BY MR. MUNSHI:

18  Q    Ruth, now can you tell us the date of this email that

19  you sent to Sandy Foehl?

20  A    It's April 2nd, 2014, the day after I was fired.

21  Q    Okay.  And Ruth, let's have you read what you write to

22  Sandy Foehl --

23  A    Okay.

24  Q    -- the day after you're fired.

25  A        "Thank you for meeting with me yesterday.  I'm

1    providing all the documents, except for the

2    termination letter.  I'm afraid that, yesterday, I

3    was operating on autopilot and do not know what box

4    holds my termination letter.  I don't have a car.

5    My finger" -- "I had crushed" -- "my finger is

6    crushed, and I am unable to carry the boxes home,

7    so my" -- "my personal photos, books, and documents

8    are packed in my former office.  I hope that the

9    Dean's Office staff will not violate my integrity

10   and privacy again.  As soon as I am able to collect

11   my belongings, at a time convenient for them, I

12   will send a copy of the letter to you.  This has

13   never happened to me before, and I am so full of

14   grief.  Of course, I fear the financial disaster I

15   will face when I have no rent and utilities to pay

16   on May 1st.  But I miss" -- "all" -- "I miss the

17   only community I have since my children have left

18   home, the Temple undergrads, the grad students, and

19   an incredible group of inspiring faculty members.

20   A wave of grief has pulled me under and"

21   (indiscernible) "hard to breathe.  I hope" -- "I

22   hope you will file the complaint in a timely

23   manner.  It is unfortunate that I will lose my

24   medical insurance at a time when I have a reason

25   and need.  The open fracture I've sustained in the

104

```
 1              sculptor's studio might require hand surgery, which
 2              I hope can be completed by April 30th.  And I do
 3              not want to be afraid of them anymore."
 4       (Pause in proceedings)
 5  Q    Ruth, can you look at one more email behind Tab 53 in
 6  that binder?
 7  A    This one?  This binder?
 8  Q    Yeah.
 9  A    Okay.  I'm there.
10  Q    And Ruth, do you recognize this email?
11  A    Yes, I do.
12  Q    And can you tell us the date and to whom you sent this
13  email?
14  A    April 21st, 2014.
15              MR. MUNSHI:  Your Honor, we move Plaintiff's Trial
16  Exhibit 53 into evidence.
17              MR. HARRIS:  No objection.
18              THE COURT:  It's admitted.
19       (P-53 received in evidence)
20              MR. MUNSHI:  And if we can show the jury
21  Plaintiff's Trial 53.
22  BY MR. MUNSHI:
23  Q    And Ruth, if you can read to us the last two paragraphs
24  of your email to Sandy Foehl on April 21st, 2014.
25  A         "If you can give me a time line on this manner, I
```

1        would greatly appreciate your reply.  I'm permitted

2        to bid on positions within the university and do

3        not know the manner with which to proceed with a

4        bid, and hopefully an interview, in light of this

5        situation.  I just wanted to disappear.  I can't

6        tell you how difficult this has been for me, to be

7        banished from my professional family.  Even as the

8        situation deteriorated, my respect for the

9        university mission, our students, our faculty never

10       faltered.  Because Jie Wu" -- "Because Jie Wu has

11       yet to inform his faculty and our students, I

12       continue to get requests for assistance from them,

13       for which I have no choice but to tell them that I

14       am no longer a member of the Department.  I" -- "my

15       prospects to find full-time employment with a

16       similar salary, health insurance, and contributions

17       to my retirement account are slip.  My two sons and

18       I will lose health insurance on April 30th, and the

19       rent must come from my retirement account, for

20       which the penalty will be substantial to my

21       current" -- "to my current and future financial

22       status.  My distress is not unreasonable,

23       especially when my termination resulted because the

24       standards to which I was held were unfair and

25       unequal.  I hope that you will consider this as" --

106

1          "as you move to investigate my complaint."

2    Q    And this email, Ruth, is a couple of weeks after you had

3    been --

4    A    Yeah, a -- the -- yes, about three weeks.

5    Q    You mentioned, Ruth, in your email, that various of the

6    faculty members had reached to you in this period?

7    A    Yes.

8    Q    Can you turn to one more email, please, behind Tab 51?

9    A    Okay.

10   Q    And tell us if you recognize this email chain.

11   A    I do.

12         MR. MUNSHI:  Your Honor, we move Plaintiff's Trial

13   Exhibit 51 into evidence.

14         MR. HARRIS:  No objection.

15         THE COURT:  It's admitted.

16      (P-51 received in evidence)

17         MR. MUNSHI:  And if we can show Plaintiff's Trial

18   Exhibit 51.

19   BY MR. MUNSHI:

20   Q    Tell us the date of this email chain, Ruth, please.

21   A    It is April 7th, 2014.

22   Q    So this is after you've already been let go by Temple,

23   correct?

24   A    Correct.

25   Q    And the email that you sent is to Slobodan --

107

1    A    Slobodan Vucetic.

2    Q    And who is he at Temple?

3    A    At the time he was a tenured faculty member in the

4    Department.  I believe he's Chair now, though.

5    Q    And describe for us, what are you telling Slobodan in

6    this email?

7    A    I -- I got a call from Judy Lennon, that she needed to

8    do the Future of Computing, which is an annual -- an annual

9    competition the Department holds for high school students,

10   undergrads, and grad students, which I have done -- had done

11   since I started there.  And I told her that I had already

12   made the arrangements, and that I would let Slobodan know.

13   Q    Read for us, if you could, Ruth, what you sent to

14   Slobodan after you had already been terminated at Temple.

15   A    Okay.

16            "Dear Slobodan.  This email is from housekeeping

17            regarding the setup of tables, chairs, and

18            breakdown for the Future of Computing this

19            Saturday.  I can no longer access to you

20            Marketplace from the" -- "from" -- "for the

21            original requisition.  Perhaps Andrew DiMeo can

22            provide the original requisition to you.  Jim" --

23            "Jim's email states that he is providing an

24            estimate that I" -- "that I requested.  The charges

25            look much higher than last year.  The charges for

1          last year are available on the network drive in the

2          file for" -- "called 'Future of Computing 2013.'

3          The floor plan for this coming Saturday can be

4          found in the same folder under 2014.  The

5          electrician estimates" -- "estimate for this" --

6          "for this year can be found in this folder.  You

7          will need someone to" -- "to place the food order

8          with 7-Eleven, the best price and most convenient,

9          immediately.  Chrissy is the Day Manager at 7-

10         Eleven, and is anticipating receiving the order" --

11         "this order Saturday.  The coffee should also be

12         ordered at the same time.  I spoke to her this" --

13         "the week before I was terminated, and she asked me

14         to place the order" -- "to place the order at the

15         beginning of" -- "the beginning of the week.  This

16         will be paid with Diamond Dollars" --

17    Which is -- it's -- it's money -- it's -- it's like a --

18 you know, a -- like a gift card or something that they put

19 money on, that you can buy things at -- you know, on campus.

20 7-Eleven was on campus, so ...

21         "In the past, I purchased the plates, utensils,

22         napkins, and canned sodas from Fresh Grocer, and

23         set everything up myself.  I will resend the email

24         from the electrician.  The service has been

25         confirmed, and he will set up around 9 a.m. on

1          Saturday.  Please have Judy contact Breslin"

2          (phonetic) "in Housekeeping to confirm the services

3          outlined in this email.  I have not confirmed" --

4     Meaning I have not confirmed it.  "It would be" -- keep

5  going?

6          "It would be best if you could have someone there

7          to cover the things that I did; i.e., preparing

8          supplies for the day before, basic office supplies,

9          pens, staplers, double-sided tape, hanging posters,

10         judging sheets, on the network drive, too, name

11         tags and magic markers.  Please tell the staff

12         member assisting you the food will not be delivered

13         and should be picked up at 8 from 7-Eleven.  The

14         student workers who work the event helped me

15         picking up the food last" -- "food and coffee.  I

16         did setup and cleanup, returned to the" --

17         "returned the coffee urns to the 7-Eleven.  The

18         person should plan" -- "should plan to be on campus

19         no later than 7:45 a.m., to get the food from 7-

20         Eleven, pick it up, pick up" -- "pick up the boxed

21         supplies from the Department for delivery into the

22         13th Street entrance of Burey Hall," (phonetic)

23         "each of which must be returned to 7-Eleven and the

24         Department after the event.  The area is public,

25         and nothing can be left out for later pickup.

1          Anything left behind will be discarded by the --

2          will be discarded by housekeeping.  My blue ice

3          chest is on the 10th floor of Cornell under my desk

4          in the kitchen area, and you will" -- "and you are

5          welcome to use it for this event" (indiscernible)

6          in parenthesis (indiscernible) "the ice chest is

7          mine, please" -- "please remember to bring it back

8          after the event, so that I can get" -- "get it when

9          I pick up my personal belongings next week.  I

10         should also take extra" -- "I should also take an

11         extra paper table" -- "you should also take" --

12         "take extra paper tablecloths for pack" -- "for

13         back which are in the filing cabinet directly

14         outside my" -- "my former office."

15   Q     Let's go to the last part of your email.

16   A     "Please tell the person who will fill in for me

17         that they will need to be early so the setup and" -

18         - "for the setup and stay after the event to gather

19         and return items, 7-Elevens urns and baskets, as

20         well as the Department's supplies, and my ice chest

21         to Walkman."

22         The hall, that's where I was located.

23         "There was a lot of lifting, carrying, and setting

24         up.  I did ask student workers to help me with

25         picking up the food from the morning, but I did the

111

1    rest of it myself.  It is too much" -- "if it is

2    too much for one staff member, scheduling another

3    person may be necessary.  I'm certain that it will

4    be another successful competition."

5  Q    Ruth, tell us.  Why did you send this whole email to

6  Slobodan at Temple, a week after you were let go?

7  A    Because it was an assignment that -- it was my

8  assignment, and I always did the Future of Computing.  And

9  this year, Slobodan Vucetic was the one -- the faculty member

10 who was my contact.  And if I recall, he contacted Judy, and

11 Judy had told him to contact me.

12 Q    But why did you respond?  You were --

13 A    Oh, why did I respond?

14 Q    Why did you respond?

15 A    Because it was -- you know, I -- I've done this

16 competition for so many years, and it was -- I didn't want it

17 to fall apart.  And then, when -- I didn't want to leave

18 Slobodan holding the bag.

19 Q    Did you ever seek compensation for this work?

20 A    No.  But I didn't anticipate -- I mean, I was doing this

21 as a favor to Slobodan.

22 Q    Ruth, after you were terminated by Temple, did you then

23 apply for jobs at Temple?

24 A    Many, yes, I did.

25 Q    If you can look at the documents behind Tab 59 of your

112

1    binder.

2    A    Yes.

3    Q    And tell us if you recognize that?

4    A    Yes, I do recognize this.

5    Q    And what is that?

6    A    This is -- this is from Temple's website, and it's --

7    it's jobs that I bid on after I left.

8         MR. MUNSHI:  Your Honor, we move Plaintiff's Trial

9    Exhibit 59 into evidence.

10        MR. HARRIS:  No objection.

11        THE COURT:  Admitted.

12     (P-59 received in evidence)

13        MR. MUNSHI:  And if we could just show the jury 59,

14   and just highlight the various jobs on the bottom.  Yeah.

15   BY MR. MUNSHI:

16   Q    So, Ruth, do you see that these are various jobs at

17   Temple?

18   A    Yes.

19   Q    And are these the ones that you had applied to at

20   Temple, after you --

21   A    After my --

22   Q    -- were terminated?

23   A    Yeah, after my -- yes.

24   Q    Can you read us the various titles of these positions?

25   A    Faculty Recruiter, Admissions Counselor, Department

113

1   Coordinator, Administrator -- Administrative Operators

2   Coordinator, Community Outreach Coordinator, Research

3   Associate 3, Student Services Coordinator, Senior

4   Administrative Specialist, Coordinator for the Annual Fund

5   for Athletics, Research Specialist, Technical Writer,

6   Community Outreach Worker, Program Manager, Event Planning

7   Coordinator, and Tristate Regional Coordinator.

8   Q    Were you offered any of those?

9   A    I was -- I was interviewed for the Tristate Regional

10  Coordinator.

11  Q    How about the other 14 jobs that you applied to at

12  Temple; did you get an interview?

13  A    No.

14  Q    Were you offered a job by Temple?

15  A    No, I was not, although I had a really good interview.

16  Q    Let's go to the second page of this same document.

17  A    Okay.

18          MR. MUNSHI:  And I'd like to highlight, and let's

19  show the jury the bottom page, the bottom part of the page.

20          THE WITNESS:  Okay.  All right.

21  BY MR. MUNSHI:

22  Q    And do you see where it says "your active job alerts

23  will be in effect"?

24  A    Yes, I do.

25  Q    What are these positions?

114

```
 1   A    I'm sorry?

 2   Q    What are these positions?

 3   A    Until -- when are they?

 4   Q    What are these titles?

 5   A    Oh, jobs that I applied for.

 6   Q    Can you read us the titles?

 7   A    Research Associate, Assistant Director, Post --

 8   I don't know how the whole title -- Post Awards something,

 9   Assistant Director of Development -- and I think it was

10   Alumni Affairs -- Violence Prevention Coordinator, Faculty

11   Recruiter, Senior Technical Support Specialist, Assistant

12   Director Alumni Relations, a CI Trainer, Associate Health

13   Physicist -- I can -- I don't know what the rest of it is.

14   Q    Okay.  And do you see, on the third page, that there are

15   even more jobs that you're getting job alerts for?

16   A    Yes, I do see them.

17   Q    And all of these are after you had been let go by

18   Temple, right?

19   A    Yes, they are.

20   Q    And by the way, yesterday, when Dr. Wu testified, do you

21   recall him stating that an individual named Marilyn Grandshaw

22   was --

23   A    She --

24   Q    -- took over and replaced you?

25   A    Yes, I do.
```

115

1   Q    And do you know how old Marilyn Grandshaw is?

2   A    Well, actually, I do -- we -- because I looked in

3   LinkedIn for it.   Forty-six.

4   Q    Tell us, Ruth -- we've talked a little bit about the

5   different jobs that you had at Temple.  But let's talk more

6   generally about after you were terminated by Temple.  Tell us

7   about your job search.

8   A    It was pretty intensive.  You have to do most things

9   online, you can't even go in and apply.  Is it -- do you have

10  a tab for that?  You -- I don't -- I applied for -- I -- over

11  a hundred jobs.  And it went from, you know, within my realm

12  of experience to a cashier at Whole Foods.

13          MR. MUNSHI:  Your Honor, may I approach with an

14  exhibit.  It's premarked as Plaintiff's Trial Exhibit 66.  It

15  was just too big to put in a binder.

16          MR. HARRIS:  No objection.

17          THE COURT:  All right.  You may.

18          THE WITNESS:  Thank you.

19  BY MR. MUNSHI:

20  Q    And Ruth, I'm not going to ask you to read everything in

21  that.

22  A    Thank you.

23          MR. HARRIS:  And I thank you.

24  Q    But Ruth, if you can just tell us what that stack of

25  documents, Plaintiff's Trial Exhibit 66, what that is.

116

```
1    A     These are email confirmations, you know, ones I

2    submitted my application and letters, and whatever documents

3    they requested online.

4              MR. MUNSHI:  Your Honor, we move Plaintiff's

5    Exhibit 66 into evidence.

6              MR. HARRIS:  No objection.

7    BY MR. MUNSHI:

8    Q    And Ruth, just --

9              THE COURT:  It will be admitted.

10        (P-66 received in evidence)

11   BY MR. MUNSHI:

12   Q    Without going through every single email there, just

13   talk to us about the various places that you applied to, your

14   efforts to find another job.

15   A    I -- I really wanted to stay in higher ed.  I -- I -- I

16   really loved it.  I -- I -- I didn't get very many

17   interviews, to be honest with you.  But one interview I got

18   was with CCP -- I'm sorry -- Community College of

19   Philadelphia, and it was pretty much doing the same thing I

20   was doing in the Dean's Office.  It had to do with faculty

21   recruitment.

22        And I had an interview with two women, and I was -- came

23   right up front and told them that I was -- that I resigned

24   from -- from Temple because I, in fact, was asked to resign,

25   after I was fired.
```

117

1          MR. HARRIS:  I'm sorry.  Your Honor, I didn't hear

2    her response.

3          THE WITNESS:  Okay.  Okay.  I said -- I was very

4    honest with the -- the two women who interviewed me.  I think

5    it was the Dean and -- and one of her associates, for the

6    interview at CCP.

7    BY MR. MUNSHI:

8    Q    So you're talking to us about an interview that you had

9    at the Community College of Philadelphia?

10   A    Right.

11   Q    Okay.  How many jobs did you apply for that did not

12   result in an interview?

13   A    That would be the rest of them.

14   Q    Approximately how many?

15   A    Over -- you know -- I -- not -- over a hundred.  I mean,

16   I can count them if you want me to.

17   Q    And beyond searching for a job online, what else did you

18   do to look for a job?

19   A    I decided to just walk around and -- and -- and put in

20   applications in stores and -- and --

21   Q    For what kind of jobs?

22   A    Cash -- like cashier, clerk kinds of things.

23   Q    And --

24   A    And I didn't get them.  That was a real letdown.

25   There's someone with more, higher qualifications than I, as a

1   cashier.

2   Q    How did that make you feel?

3   A    I -- I thought this was the end -- I really -- you know,

4   I really did.  I thought that I was going to -- I was so

5   distraught.  I was going to let my children down.  I had no

6   money, and I couldn't even get a minimum-wage-hour job.  I

7   was not well.  I had asthma, and I had been hospitalized.  I

8   had crushed my finger, you know, right before I left.  I

9   mean, I had so many things going on, and I --

10   Q    Were you also --

11   A    I'm pretty much bankrupt.  I mean, I didn't file

12   bankruptcy.  But you know what?  Because I don't have

13   anything.  But I lost everything.  I finally -- you know

14   what?  I finally looked into senior housing, subsidized

15   housing in Philadelphia, through the Philadelphia Commission

16   on Aging.  And the ones I looked at were like you could smell

17   urine in the hallways, and it was -- it was so -- you know, I

18   knew I was going to have to make this move because I couldn't

19   afford my apartment.  But I thought that that was one step

20   before I stepped into my grave, if I moved into there.  And I

21   was just about ready to give up, and I was able to find

22   another source for subsidized housing, for people in

23   situations like mine, that wasn't in a senior home.

24   Q    Ruth, were you ultimately able to find a job?

25   A    I -- I did.  I found a job as -- as a home health aide

119

1   to a disabled woman, that -- she's totally disabled, through

2   Liberty Home Resources, is what it's called.  It's a staff --

3   Q    And when did you start with her?

4   A    It was August of two years ago, so it was 2014.  Yeah.

5   No, 2016.  So I've been with her almost two years.

6   Q    So, from April 1st, 2014, when you left Temple, you were

7   terminated by Temple, until August of 2016, did you have any

8   jobs?

9   A    No, I did not.

10  Q    And how much do you make as a home healthcare nurse?

11  A    I -- I make ten seven -- $10.70 an hour now; I started

12  out at 10.50.

13  Q    And while you were working at Temple, what was your

14  annual salary?

15  A    From 50,000, with benefits.

16  Q    And Ruth, if you can turn to 62, the Tab 62 in your

17  binder.

18  A    Okay.

19  Q    And on the eleventh page of that document, do you see a

20  description of the different health insurance benefits --

21  A    Yes, I do.

22  Q    -- and other benefits that you received at Temple?

23  A    Yes, I do.

24  Q    During those two years, Ruth, where you didn't have a

25  job, what did you do for health insurance?

120

1   A    I didn't have it.

2   Q    And then you start working in August of 2016.  And I'm

3   sorry.  I cut you off.  Can you just tell us what you

4   actually do for work now?

5   A    I -- I take care of this woman, she's -- I'm like her --

6   I'm her arms and her legs.  She's wheelchair bound.  I bathe

7   -- I get her up in the morning and I bathe her.  I help her

8   cook.  I go -- go out with her when she needs -- when she's

9   going to the doctors, or sometimes I'll go -- and I do -- go

10  shopping for her.  She -- I've -- I do -- I work -- like I

11  did at Temple, I work well beyond the hours I'm paid and --

12  I'm not complaining about that because I -- I could -- I

13  could be in her shoes, I could be there.

14  Q    And at the $10.70 that you're -- that you've been

15  making, in total, how much have you made working at -- as a

16  home healthcare aide for two years?

17  A    It's -- it's about 22,000 a year, so two -- it's been

18  two years now, so forty-four.

19  Q    You talked to us, Ruth, about subsidized housing.  But

20  describe for us, in light of the amount that you're making,

21  how have you made it work over the last four years?  How have

22  you been able to get by?

23  A    This is really difficult for me.  I've -- I'm in a place

24  now that I've worked really hard to get to where I was as a

25  single mom.

121

```
1              MR. HARRIS:  I'm sorry, Your Honor.

2    A    Now I'm --

3              MR. HARRIS:  I apologize, Your Honor

4    A    Now I'm paying for -- excuse me.  I'm sorry.

5              MR. HARRIS:  I'm sorry.  May we --

6    A    I didn't hear you.

7              MR. HARRIS:  -- be seen at sidebar, briefly, Your

8    Honor.

9              THE COURT:  Yeah.

10             MR. HARRIS:  I apologize for interrupting.

11             THE WITNESS:  I'm sorry, I didn't hear you.

12             MR. HARRIS:  I apologize.

13             THE WITNESS:  That's okay.

14        (Sidebar)

15             THE COURT:  Yes?

16             MR. HARRIS:  Your Honor, it's just the same motion

17   as before.  I mean, I don't believe that question elicited an

18   emotional reaction like the witness is basically crying --

19             THE COURT:  Oh, I know, but I don't know what we

20   can do.

21             MR. HARRIS:  Well, if she needs to compose herself,

22   then maybe we should have the jury go out for a second --

23             THE COURT:  No.

24             MR. HARRIS:  -- so that she can compose herself.

25             THE COURT:  I don't want to do that.
```

122

1      Are you almost finished?

2          MR. MUNSHI:  (indiscernible)

3          THE COURT:  Let's see if we can finish.

4          MR. HARRIS:  Okay.  Thanks.

5      (Sidebar concluded)

6   BY MR. MUNSHI:

7   Q    Ruth.

8   A    Yes.

9   Q    Before we just took that break, you were telling us how

10  you had been able to survive financially --

11  A    Yeah.

12  Q    -- over the last four years.  Can you tell us?

13  A    I'm on food stamps.  I was getting free care from a

14  health clinic -- for -- you know, from a -- you know, a

15  clinic.  And I get subsidized rent, based on what I make.  So

16  it -- the market value for my -- where I -- I'm living is

17  about $1,000, and I get -- I pay 560 a month for that in

18  rent.

19  Q    How is your retirement fund?

20  A    It's -- there's probably about four to $5,000 left in

21  it.

22  Q    How much was in there when you left Temple?

23  A    A hundred thousand.

24  Q    For how many years do you plan to keep working for,

25  Ruth?

123

1  A    I had -- you know, to be perfectly honest with you, I

2  had never even considered retirement.  I -- maybe I just

3  didn't -- it wasn't on my radar at all.  So I didn't like

4  have a target date, it never even occurred to me.  I had

5  planned to leave that money for my kids, to take care of

6  their brother, when I'm gone.  I know it's not much, but it

7  would have helped them take care of their brother, who's

8  disabled.

9  Q    And lastly, Ruth, you had mentioned your family a few

10 times.  And tell us about how this experience -- how it's

11 affected any relationships you've had with any of your

12 family?

13 A    My three grand -- I think the proudest role I've ever

14 been called is -- I have been called is Mimi, and that's

15 grandmother to my grandkids.  And that first Christmas, when

16 I didn't have anything, I didn't have -- I couldn't even put

17 up a tree for them, I didn't have gifts for them.  And it's

18 so hard to tell children, little ones, that you don't have

19 it.  And it -- and I still haven't been able to afford that.

20 I am the -- I'm making it now, with the subsidized rent, but

21 I don't have extra money.  There's no extra money.

22         THE COURT:  Any other questions?

23         MR. MUNSHI:  That's all we have, Your Honor.

24 Thank you.

25         THE COURT:  Are you ready -- it's a little -- it's

124

1    actually twelve o'clock.  We'll recess one hour for lunch.

2    Again, I caution you not to discuss the case even among

3    yourselves.  Do not allow anyone to discuss it with you.

4    Have no conversation with anyone you see in the courtroom on

5    any subject.  With that, we will recess until one o'clock.

6    The jury is excused.

7              THE COURT OFFICER:  All rise.

8         (Luncheon recess taken at 12:01 p.m.)

9         (Afternoon Session Continues in Separate Transcript)

10                    *****

125

CERTIFICATION

1

2          We certify that the foregoing is a correct

3     transcript from the electronic sound recording of the

4     proceedings in the above-entitled matter to the best of our

5     knowledge and ability.

6

7     Transcriptionists:  Cathryn Renzoni and Coleen Rand

8

9

10

11

12                                    July 17, 2018

13    Coleen Rand, AAERT Cert. No. 341

14    Certified Court Transcriptionist

15    For Advanced Transcription

16

17

18

19

20

21

22

23

24

25

**A**

**a.m** 1:9 3:1 70:20,21 108:25 109:19
**AAERT** 125:13
**Abigail** 11:5
**ability** 68:7 125:5
**able** 5:4 54:24 94:1 103:10 118:21,24 120:22 122:10 123:19
**above-entitled** 125:4
**Absolutely** 82:17
**abuse** 50:15
**Academy** 15:7 42:16
**acceptable** 55:21
**access** 27:24 96:19,21,25 97:1,2,3 98:10 99:10 100:9 101:2 107:19
**account** 97:11 105:17,19
**accountable** 25:23
**accused** 84:6
**Acquisition** 1:21
**acronym** 98:18
**acting** 17:18
**action** 15:14 24:4 32:5,22 45:16 63:13 64:10,12 73:16 74:22 77:23
**actions** 50:3
**active** 96:23 113:22
**activity** 49:20
**add** 5:13,16
**Additionally** 64:5
**address** 50:15 51:3
**addressed** 46:3
**adjusting** 41:21
**Administration** 32:10
**administrative** 80:17 113:1,4
**administrativ...** 18:23
**Administrator** 113:1
**admiration** 64:25
**admission** 47:15 56:5 90:17
**Admissions** 112:25
**admitted** 40:19 47:18,21 49:4 51:21 53:18 56:8 60:17 62:20 66:2 67:21 68:17 69:11 71:14,16 83:10 85:10 88:2 92:7 95:14 102:14 104:18 106:15 112:11 116:9
**Advanced** 1:22 125:15
**adversarial** 55:22 75:8 102:2
**Affairs** 114:10
**affirmative** 24:4
**afford** 118:19 123:19
**afraid** 34:10,11 37:16,18 38:14 44:24,25 103:2 104:3
**Afternoon** 124:9
**age** 15:21 16:15 38:9 45:8 52:23 54:20,23 75:11 90:5 101:21
**ageist** 4:5
**Aging** 118:16
**ago** 119:4
**agree** 72:21
**agreed** 15:2 38:14
**ahead** 41:13 44:13 58:19 63:3 85:20
**aide** 118:25 120:16
**alerts** 113:22 114:15
**all-online** 21:22
**allegations** 73:17 74:11
**alleged** 8:14
**Allen** 17:19 18:14
**allocate** 27:22 99:20 100:25 101:1
**allocated** 100:11
**allocating** 98:20
**allow** 74:24 124:3
**allowed** 29:24 43:11 73:17 74:9
**alumni** 64:19,24 114:10,12
**alums** 30:10
**ambush** 4:21
**America** 31:16 32:2
**amount** 20:16 120:20
**and/or** 13:17
**Andrew** 61:14 72:22 73:10,21 79:11 90:12 91:3 107:21
**angry** 79:17 101:8
**announced** 17:24
**annual** 107:8,8 113:4 119:14
**anonymous** 76:6
**answer** 56:25,25
**answered** 78:12
**answering** 49:23 49:24
**anticipate** 111:20
**anticipating** 108:10
**anybody** 10:25 34:23 82:11 91:2
**anymore** 104:3
**anyways** 78:6
**apart** 111:17
**apartment** 10:16,23 118:19
**apologize** 121:3 121:10,12
**apologized** 59:9
**apparently** 3:12
**appeal** 76:9
**appealing** 84:11
**appear** 76:3 98:20
**APPEARAN...** 1:12
**applicants** 18:5
**application** 61:19 87:5 116:2
**applications** 25:1 117:20
**Applications/...** 2:19
**applied** 24:5 112:19 113:11 114:5 115:10 116:13
**apply** 68:23 111:23 115:9 117:11
**appointment** 89:20,22
**appreciate** 39:17,25 54:12 65:3 105:1
**approach** 29:20 115:13
**appropriate** 70:13
**approved** 46:23 49:21
**Approximately** 41:2 117:14
**April** 73:6 75:2 89:10,11,13,17 89:21 91:14 92:11 102:20 104:2,14,24 105:18 106:21 119:6
**area** 10:24 14:21 84:2 109:24 110:4
**areas** 75:20
**argue** 81:7
**arms** 120:6
**arranged** 21:25 27:8 58:10
**arrangements** 45:16 107:12
**arrived** 91:16
**Arts** 17:17
**Asia** 7:6
**asked** 6:7,21 14:22 25:14 32:21 38:11 50:9 72:20 73:15 74:16 78:12 86:3 93:18 101:3 108:13 116:24
**asking** 20:10,17 65:9 89:5 99:24 101:25
**assassinate** 80:6
**assassination** 64:17
**asserted** 90:20
**assessment** 65:4
**assign** 84:11
**assigned** 45:11
**assignment** 50:9

99:17 100:12
100:22,24
111:7,8
**assist** 55:19
**assistance** 25:2
105:12
**assistant** 4:10
15:6 17:3,6,13
17:14 18:9
19:3,11 21:9
22:6 23:1 26:7
26:20,21 42:15
49:18 53:6
58:7 61:24
65:14,14 94:9
96:6 114:7,9
114:11
**assisting** 50:1
109:12
**Associate** 66:16
73:19 113:3
114:7,12
**associates** 117:5
**assume** 86:2
**assumed** 31:10
**asthma** 118:7
**at-will** 33:3
**Athletics** 113:5
**attached** 67:2
**attain** 54:23
**attempt** 55:3
**attend** 43:15
**attended** 89:23
**Audio** 1:20
**August** 37:15
39:2,4,6 48:21
69:15 70:4
72:5,13 77:17
119:4,7 120:2
**August/Septe...**
47:5
**authenticate**
4:15
**authenticity**
4:12
**authority** 50:11
**authorization**
24:5

**authorizing**
45:16
**authors** 16:13
**autopilot** 103:3
**availability** 37:4
**available** 97:12
108:1
**Awards** 114:8
**aware** 26:1
81:13,22
**awhile** 101:22

**B**

**BA** 42:20
**back** 4:8 6:1 7:2
7:7,14,15 8:9
11:15 20:20,21
21:4,7 25:18
36:20 54:11
56:17 58:14,15
59:25 60:2
71:5 76:23
85:14 91:14,21
92:25 99:8
110:7,13
**bad** 87:9
**badgered** 84:4
**bag** 111:18
**ball** 26:3 59:6
**Baltimore** 12:4
**banished** 76:4
105:7
**bankrupt**
118:11
**bankruptcy**
118:12
**based** 15:21
16:11 20:10
24:23 86:1
122:15
**basic** 109:8
**basically** 18:19
18:22 121:18
**baskets** 110:19
**bathe** 120:6,7
**begging** 75:12
**beginning** 29:20
50:14 64:16

108:15,15
**behalf** 89:6
**belief** 75:5
**believe** 12:10
24:7 29:5
33:10 44:8
46:15 52:11,23
57:3 58:13
61:2 75:10
77:11 80:5,17
81:11 87:6,6
89:21 92:5
107:4 121:17
**believed** 86:10
**belongings**
103:11 110:9
**benefit** 55:9
**benefits** 55:9
119:15,20,22
**best** 108:8 109:6
125:4
**best-** 25:3
**better** 12:23
58:19 80:12
82:16 91:10
**beyond** 84:10
117:17 120:11
**bias** 50:14
**Bible** 9:19
**bicycle** 19:17
**bid** 61:16 74:24
75:3 87:1,3
105:2,4 112:7
**Bids/Webpage**
2:19
**big** 94:16 100:14
115:15
**bigger** 33:15
41:7
**binder** 23:14
33:5 35:14
40:7 47:7
48:22 51:12
53:9 55:23
60:3 62:8 67:9
68:11 70:11
71:6 77:7
82:21 84:16

87:12 94:15,16
102:7 104:6,7
112:1 115:15
119:17
**Biochem** 17:20
17:20
**biodiversity**
15:8
**birthday** 31:2,8
31:9,10 33:23
**bit** 33:15 44:13
94:12,13 115:4
**black** 23:16,17
**bless** 22:8
**blow** 24:16 36:9
38:25 41:6
47:23 49:10
**blue** 110:2
**bonus** 41:25
**book** 93:7,18,25
**booked** 93:13
**booking** 96:16
101:12
**books** 103:7
**born** 16:16 31:1
**botch** 52:6
**bottom** 36:8,10
40:13 41:4
48:1 49:8
51:24 67:25
71:20,20 72:4
72:11 83:13
112:14 113:19
113:19
**Boulevard** 1:22
**bound** 120:6
**box** 103:3
**boxed** 109:20
**boxes** 103:6
**break** 70:14
71:5 122:9
**breakdown**
107:18
**breaking** 88:17
**breath** 76:20
**breathe** 102:3
103:21
**Breslin** 109:1

**brief** 70:14
**briefly** 19:23
96:12 121:7
**Briggs** 1:2 2:6
3:25 4:2,10
5:10,13 6:23
7:24,24 8:4 9:5
9:14,20,23
10:12
**Briggs/Brown**
2:9
**Briggs/DiMeo...**
2:20
**Briggs/Etezady**
2:10,11,11,15
**Briggs/Foehl**
2:8,9,10,16,17
2:18
**Briggs/Vucetic**
2:18
**Briggs/Walton**
2:12,12,13,13
2:14,14,15,16
**bring** 6:1 20:20
20:21,23 21:4
25:13 110:7
**bringing** 18:5
**brother** 123:6,7
**brought** 4:7
25:19
**Brown** 34:25
37:1,6 45:21
45:23 46:12
48:6,8 54:15
74:13
**Brown's** 48:14
**brutal** 29:16,17
**buck** 55:18
**building** 49:25
**bullet** 92:23
93:3,7 101:15
**bullied** 48:10
49:16
**bullying** 44:21
54:14
**Burey** 109:22
**bus** 44:4
**business** 82:12

**buy** 58:19
108:19
**buyer's** 39:20

**C**

**C** 63:12 73:13
**C-level** 101:16
**cabinet** 110:13
**calendar** 2:3
3:18,21 4:8,9
4:11,16 5:11
5:14,17,17 6:7
7:20,22 8:11
8:23 18:24
19:1
**call** 7:14,15 9:12
27:23 29:14
52:8 74:15
78:9,19 81:21
82:1 86:9,16
107:7
**called** 12:23
14:16 16:5
28:22 32:4
78:11 81:5,24
81:25,25 82:2
84:5 86:15
91:16 96:15
100:21 101:8
108:2 119:2
123:14,14
**Cameron** 52:6,8
52:10,11,17,20
54:5,11 56:12
56:15,17,22,24
71:21,23 72:10
72:14,15 76:23
76:25
**Cameron's** 53:2
**campus** 10:23
17:16 36:23
58:22 60:1
78:7,17 93:14
108:19,20
109:18
**Cancer** 16:6
**cancer'** 44:3
**candidate** 24:23

25:4
**candidates**
29:22 58:10
**canned** 108:22
**car** 19:16 103:4
**card** 31:10
108:18
**care** 45:18 46:3
120:5 122:13
123:5,7
**career** 75:16
**Carlin** 1:13
**Carolina** 11:11
**carry** 73:14
75:20 103:6
**carrying** 110:23
**case** 1:3 4:19 6:8
7:8 8:1 101:19
124:2
**case-in-chief** 6:1
7:16
**Cash** 117:22
**cashier** 115:12
117:22 118:1
**catch** 44:7
**Catholic** 11:22
**Cathryn** 125:7
**caution** 124:2
**CC'd** 96:2
**CCP** 116:18
117:6
**cell** 78:19
**center** 13:2 16:4
16:5,7
**Cert** 125:13
**certain** 65:7
111:3
**certainly** 4:2,11
6:20 7:16
**CERTIFICA...**
125:1
**Certified** 125:14
**certify** 125:2
**chagrin** 74:11
**chain** 35:17,19
36:8 38:20
40:11 45:21
47:10 48:1,24

51:15,25 53:3
53:12 56:2,23
66:11 67:12
71:9,10 72:7
77:17 95:3,5
95:19,25 97:4
97:19 106:10
106:20
**Chair** 26:10
73:19 107:4
**chairs** 58:8
107:17
**challenge** 35:11
**challenged**
35:10
**challenging**
50:11
**change** 26:19
35:6,7 75:15
93:19,24 99:3
**changed** 22:10
**changing** 93:22
**character** 64:17
80:6
**charge** 5:17
**charges** 107:24
107:25
**Charitable**
12:22
**Charlene** 47:23
**chart** 30:18 32:8
36:20 37:7
40:3 60:24
82:4
**check** 39:24
**checked** 58:23
**Cherry** 1:18
**chest** 110:3,6,20
**Chestnut** 12:6
**child** 55:11
**children** 10:13
11:2,2,9,13
12:5 13:18
14:18,20 44:24
55:6,8 103:17
118:5 123:18
**children's** 55:8
**China** 4:6,8 6:20

7:2,6,7 8:7,9
8:12,12 31:12
31:16 32:2
34:9 54:21
**choice** 105:13
**Chrissy** 108:9
**Christmas**
123:15
**CI** 114:12
**CIS** 21:22,25
43:17 76:3
**clarification**
50:9
**classes** 11:17
43:16
**cleanup** 109:16
**clear** 28:2
101:22
**cleared** 45:17
**clerk** 117:22
**clinic** 122:14,15
**close** 8:14 10:23
78:7,17
**closed** 29:21
50:6 78:15,22
81:6,9
**co-PIs** 27:13
**coffee** 75:17
76:2 108:11
109:15,17
**Coleen** 125:7,13
**collect** 103:10
**college** 11:16,18
11:22 12:2,6
12:12,14 16:5
17:7,15,15,17
18:18,25,25
19:1,2 25:16
25:20 26:12,23
27:4,16 40:4
62:2,2 116:18
117:9
**college-wide**
26:23
**colleges** 17:16
**come** 9:16 17:25
19:12 20:1
29:25 46:22,24

47:6 58:10
59:25 60:2
70:9,24 76:1
80:19 81:6,20
105:19
**comes** 18:11
**comfort** 70:14
**comfortable**
57:6,7
**coming** 15:1
29:1 71:5
82:10 108:3
**commence** 3:1
**commences** 73:2
**comment** 7:17
7:18 8:6 14:11
32:1 38:9
54:22
**comments** 30:5
45:8 64:14
87:5
**Commission**
88:25 118:15
**committee**
18:24 58:8,9
**committees** 18:2
**communicated**
72:1
**communication**
24:24
**communicatio...**
57:19 61:5,10
63:9 65:15
70:6
**community**
13:12 14:15
31:22 64:23
103:17 113:2,6
116:18 117:9
**commuted**
79:25
**Company** 1:21
**compensation**
111:19
**competition**
73:3 107:9
111:4,16
**complained**

62:7
**complaining**
120:12
**complaint** 22:18
37:18 38:13,17
39:18 41:19
46:1 64:4
88:22 90:2
103:22 106:1
**complaints** 46:7
90:9 91:2
**complete** 100:22
**completed** 43:10
100:24 104:2
**Compliance**
38:7 87:18
**comply** 49:19
**component** 13:1
**compose** 121:21
121:24
**compounded**
75:10
**computer** 5:3
22:1 26:10
43:13,16,23
86:21 96:20
100:1
**Computing**
107:8,18 108:2
111:8
**concern** 74:7
**concerned** 52:19
52:24 64:15
88:18
**concerning** 6:9
**concerns** 51:3
**concluded** 21:5
122:5
**Concur** 21:23
27:15 28:2,4
94:11 96:16
97:12,13 99:9
101:11
**conduct** 32:5
34:5 84:12
**confer** 5:12,20
**conference**
27:12 58:22

**confidence**
74:18 75:13
**confident** 63:10
**confidential**
52:21 73:22
74:9
**confidentiality**
26:25 52:25
**confirm** 109:2
**confirmations**
116:1
**confirmed** 97:11
108:25 109:3,4
**confirming**
101:19
**confused** 90:24
**consequences**
86:25
**consider** 25:6
105:25
**consideration**
63:24
**considered**
61:18,20 123:2
**considering**
63:21
**Console** 1:13,14
**constantly** 8:18
**constituents**
30:10 64:19
**contact** 50:20,21
54:15,16 57:10
72:18 73:6
75:1 99:25
109:1 111:10
111:11
**contacted** 58:24
67:4 86:2
111:10
**contacting**
52:21 63:7
**content** 39:17
47:24 54:10
86:1
**context** 7:1,2
64:3
**continue** 13:6

26:5 75:24
85:25 100:7
105:12
**continued** 13:7
**Continues** 124:9
**contrary** 8:17
**contributions**
105:16
**convenient**
103:11 108:8
**conversation**
7:1 8:8,10,13
52:22 73:5
90:16 124:4
**conversations**
7:4 61:7
**cook** 120:8
**coordinated**
16:11
**Coordinator**
113:1,2,2,3,4,7
113:7,10
114:10
**copied** 45:11
**copy** 43:10
103:12
**Cornell** 75:23
110:3
**corner** 33:21
**correct** 41:1
77:6 83:17,18
85:2,3 87:19
89:8 97:18
98:2,7 100:3
106:23,24
125:2
**Council** 13:15
14:14
**counsel** 3:4,7
4:13 5:8 6:21
20:10 52:11
**counsel's** 77:5
**counseling** 12:7
42:22
**Counselor**
112:25
**count** 117:16
**coup** 18:7

**couple** 56:23
57:22 77:16,19
78:23 81:1
85:1 106:2
**course** 4:19
22:17 25:22,22
75:15 103:14
**Court** 1:1,20 3:3
3:5,8,14,16,20
3:21,23 4:14
4:24 5:1,7,10
5:23 6:3,11,13
6:16 7:11,14
7:19,22 8:20
8:23 9:1,4,7,9
9:11,15,16,18
9:21 10:5
19:22,24 20:1
20:3,5,8,12,14
20:18,21 21:3
24:11 30:20
33:13 40:19
47:18,21 49:4
51:21 53:18
56:8 60:17
62:20 66:2
67:21 68:17
69:11 70:15,18
70:24,25 71:2
71:16 83:10
85:10 88:2
90:14,18 92:7
94:19 95:14
102:14 104:18
106:15 112:11
115:17 116:9
121:9,15,19,23
121:25 122:3
123:22,25
124:7 125:14
**courtroom**
124:4
**cover** 109:7
**coworkers**
73:22,25
**crazy** 28:18
**creating** 20:11
**credits** 12:10

42:21
**CREs** 19:14
**crisis** 46:6
**cross** 2:5 3:12
**cross-** 5:21 6:21
**cross-examina...**
3:25
**crushed** 103:5,6
118:8
**cry** 101:10
**crying** 121:18
**CST** 43:18
**cultural** 8:19
54:21
**cultures** 7:6
**Cumberland**
93:14
**curation** 15:9
**current** 105:21
105:21
**custody** 11:8,10
11:12 13:19
**customer** 25:2
50:4
**cut** 91:10 120:3

---
**D**

**D-71** 2:20 95:11
95:15,17
**daily** 49:22 50:5
72:23
**damaged** 65:11
**dark** 76:10
**date** 31:2 33:20
36:16 48:3
51:25 52:3
54:5 62:24
67:12 69:25
72:4,14 77:22
77:23,23 84:21
84:24 88:7
97:20 102:18
104:12 106:20
123:4
**dated** 39:2 67:13
**dates** 89:12
93:16,17,19
**day** 1:9 28:16,19

39:11 48:10
49:16,17 52:15
59:24,25 66:8
79:19,21 81:4
81:5,8,25
91:25 92:16,20
93:12 99:15
100:15,16
102:20,24
108:9 109:8
**days** 56:23 60:1
60:2 81:20
84:3,3
**deal** 6:11 18:23
**dealing** 26:25
27:1
**dealt** 27:4
**dean** 17:14,18
17:21,24,25,25
18:5,6,10,18
19:3,15,17
22:6,12,13,13
22:13,15,16,18
22:18 23:1
26:7,20 40:4,4
117:5
**Dean's** 26:22
27:2 32:4,11
43:18,25 45:3
48:11 50:10
64:20 74:5
88:17 91:17,22
96:22 103:9
116:20
**deans** 17:18
21:10,17
**Dear** 36:14 37:1
39:12 41:15
45:25 63:7
72:15 88:13
107:16
**decade-old**
43:12
**decide** 74:19
**decided** 89:19
117:19
**decision** 90:18
**dedicated** 55:4

**deep** 76:19
**defeated** 51:7
**Defendant** 1:16
**Defendant's**
94:22 95:2
**Defendants** 1:7
**defending** 73:8
**defense** 2:3 3:10
63:22 88:15
**defensive** 54:25
**definition** 4:21
**degree** 11:24,25
12:11
**Deirdre** 33:2
46:15 51:3
54:16 57:1,3
57:16,19 60:10
60:22 62:13
63:7 65:21
66:8,12,14,19
67:2,25 68:5
68:21,24 69:15
69:17 72:20
74:15 83:1,17
83:22 84:19,22
85:4,15,15
88:20 91:23
**delegate** 99:10
**delegates** 99:5
**delivered**
109:12
**delivery** 109:21
**demonstrate**
55:4
**demonstrates**
8:11
**denied** 50:8
**denies** 8:2,8
**denying** 79:14
**department**
13:9,11 14:1
21:22 22:1
26:11,24 27:4
29:5,13 31:25
35:2 43:7,8,14
58:9 61:3 62:4
63:23 76:3,4,7
78:8,13 80:18

81:18,23 83:25
84:6 105:14
107:4,9 109:21
109:24 112:25
**Department's**
73:18 110:20
**departmental**
27:5
**departments**
61:25 62:1
69:19
**departure** 55:5
**depend** 55:12
**deprived** 6:7
**describe** 13:23
20:16 46:11
93:3 107:5
120:20
**describing** 21:8
**description**
41:20 119:20
**desk** 31:6 110:3
**desperately** 70:8
88:13
**despite** 92:17
**detail** 94:13
**deteriorated**
105:8
**developing**
24:25
**development**
14:24,25 41:21
42:18 61:24
66:17 114:9
**Diamond**
108:16
**differences** 7:5
8:19 54:22
**different** 81:17
93:3 101:23
115:5 119:20
**difficult** 65:6
105:6 120:23
**Dighe** 18:6
19:17 22:14,19
**Dighe's** 19:15
**DiMeo** 49:18
59:10 61:14

72:22 73:10,21
79:11 90:12
91:3,4,11 95:6
95:8 97:7
99:12 100:2,4
100:17 107:21
**diminished**
87:10
**dinner** 19:19
**direct** 2:5 10:7
49:17
**directed** 93:7
**directive** 49:20
**directly** 28:6
43:15 59:5
91:22 110:13
**Director** 14:16
14:24,25 15:6
16:7,7 32:10
38:7 42:15,18
65:14 66:16
114:7,9,12
**disabled** 119:1,1
123:8
**disappear** 105:5
**disaster** 103:14
**discarded** 110:1
110:2
**disciplinary**
32:5,22 33:18
43:22 59:24
63:12 64:10,12
73:16 74:22
77:18,20
**discipline** 8:5,15
23:6 34:20
37:11 49:25
57:24 58:2
73:13 77:25
82:9 83:3 86:8
**disciplined** 6:24
81:7 82:13
87:4
**discovered**
73:11
**discovery** 3:11
4:19 6:4
**discriminated**

15:20 62:6
101:21
**discrimination**
90:4
**discuss** 39:13
49:19 52:22
57:8 89:24
90:4,6 124:2,3
**discussed** 74:1
**discussion** 45:7
**dismissal** 44:23
82:19
**disparaging**
64:6
**disparate** 52:22
**distinguished**
19:13
**distraught**
55:17 118:5
**distress** 105:22
**distressing**
83:24
**DISTRICT** 1:1
1:1,10
**disturbing**
29:23
**Diversity** 35:1,1
37:9,10 45:23
48:7
**divorce** 11:8
**divorced** 11:7
**doctor** 72:22
**Doctor's** 3:21
**doctors** 120:9
**document** 3:10
3:13 4:12,16
23:22,25 33:4
33:7,17 35:13
35:17 40:6,10
44:6 47:11
51:12 53:9
55:23 65:19
67:9 71:6
76:15 77:7,9
80:10 82:20,25
84:15 92:1
94:20 95:1
102:6 113:16

119:19
**documentation**
80:7
**documented**
43:20
**documents** 6:8
103:1,7 111:25
115:25 116:2
**doing** 31:22
68:21 78:9
80:23 86:3
91:9 94:6 96:6
111:20 116:19
116:20
**Dollars** 108:16
**door** 29:21
78:15
**doors** 78:22
**doorway** 31:7
**double-sided**
109:9
**Dr** 3:18 4:4,16
4:22 6:5 7:3
8:7,7,15 17:19
19:17 26:10,21
27:6,11,24
28:6,11,13
29:15 31:7,15
31:17 32:1,15
34:1,12,14,14
34:23 35:5
38:12 43:1
45:7 46:18
58:13,14,16,23
58:24 59:5,8,8
59:9 64:4,6,9
72:22 73:21
74:3 76:2
78:14,14,16,19
79:11,22 80:23
81:5 82:16
86:3 90:8 91:1
91:2,6,9 93:11
93:18 95:6,9
96:21,23 97:12
100:17,17
114:20
**Drew** 49:18

59:10,10 86:2
86:9,13 91:11
95:6,8 97:7,9
97:25 98:5,6,8
98:16 99:12
100:2,4,17
101:1,1
**drive** 108:1
109:10
**dropped** 26:3
31:13 59:6
**drowning** 85:22
**due** 31:15
**duties** 18:8 21:8
26:19 27:7
66:22 73:14
96:5
**duty** 25:11 94:3
94:6 96:9
100:12

**E**
**earlier** 16:15
**early** 19:15
70:15 79:7
110:17
**earnings** 42:2,3
**ears** 18:20
**easier** 24:21
44:11 49:15
63:3 94:18
**EASTERN** 1:1
**ed** 116:15
**Editor-** 16:13
**Editor-in-Chief**
16:8
**editorial** 17:3,13
25:1
**editors** 16:13
**education** 11:15
12:3 25:3
**EEO** 22:21
**EEOC** 88:21,23
88:24 90:2
**effect** 31:18
113:23
**Effective** 92:15
92:20

**efforts** 116:14
**eggshells** 28:23
**eight** 98:24
**eight-plus** 23:2
**either** 5:1 15:9
80:7
**electrician**
108:5,24
**electronic** 1:24
125:3
**Electronically**
1:20
**element** 50:13
**elevator** 74:2
**Eleven** 108:10
109:20
**eleventh** 119:19
**elicited** 121:17
**Elizabeth** 11:4
**email** 35:17,18
36:7,10,16,18
36:24 37:12
38:2,20 39:1,7
39:10,24 40:10
40:13 41:3,4
45:8,12,12,20
45:20,21,24
47:10 48:1,3,5
48:22,23 49:7
49:11 50:24
51:15,25 52:3
52:5,16 53:2
53:12,22 54:1
54:5,11,15
56:2,12,17,23
58:24 60:7,9
60:22 61:4
62:11,24 63:2
65:21,22 66:8
66:11,19 67:1
67:5,12,25
68:5,20,22
69:14,25,25
71:9,9,10,21
72:4,7,10,15
73:8 74:25
75:3 76:22,23
77:3,16 83:1

83:17 84:18,20
84:21 85:1,12
85:14,16,21
86:2,21 87:11
87:14,16 88:7
88:10,12 89:8
95:3,5,8,18,25
96:1,2 97:4,14
97:19,21,25
98:5,14 99:2
99:12 100:2,4
100:15,15
102:9,18 104:5
104:10,13,24
106:2,5,8,10
106:20,25
107:6,16,23
108:23 109:3
110:15 111:5
116:1,12
**Email(s)** 2:8,9,9
2:10,10,11,11
2:12,12,13,13
2:14,14,15,15
2:16,16,17,18
2:18,20
**emailed** 66:14
69:18
**emails** 47:13
67:14
**embarrassed**
28:18 30:7
31:19 55:2
**emotional** 20:11
121:18
**emotionally**
84:4
**employee** 25:6
29:2,6 30:15
33:3 51:4 74:8
80:16,18
**employer** 15:15
**employment**
36:22 37:2
38:7 39:14
63:13,14 64:21
87:18 88:25
91:12 92:21

105:15
**encouraged**
37:3 74:15
**Engineering**
17:24 18:1,8
19:1
**English** 30:3
**enlarge** 53:22
**enroll** 12:6
**entail** 21:19 22:2
**enter** 27:20
97:13
**entered** 99:19
99:19,19
**entire** 47:24
**entrance** 109:22
**environment**
84:10
**Equal** 36:22
38:7 87:18
88:25 91:12
**equals** 45:3
**ERC** 53:6
**error** 59:12,21
63:15,19
**escalate** 86:5
**especially**
105:23
**Esq** 1:13,13,14
1:16,17
**essential** 63:11
69:21
**establish** 73:1
**estimate** 107:24
108:5
**estimates** 108:5
**Etezady** 52:7
71:21,23
**ethic** 64:18
**ethnicity** 75:12
**Eugene** 58:8
73:10,19
**evening** 79:20
**event** 19:4 21:10
43:2 61:23
66:16 81:3
109:14,24
110:5,8,18

113:6
**event-planning**
67:8
**events** 55:16
59:19 66:16
81:3
**everybody** 9:25
**EVID** 2:7
**evidence** 6:21
24:8 33:10
35:22 36:1
40:17,20 47:19
49:2,5 51:19
51:22 53:16,19
56:9 60:15,18
62:18,21 65:25
66:3 67:22
68:15,18 69:9
69:12 71:14,17
77:12 83:8,11
85:8,11 87:25
88:3 92:5,8
95:12,15
102:12,15
104:16,19
106:13,16
112:9,12 116:5
116:10
**exactly** 7:9,21
8:10 28:4
95:23
**exaggerated**
74:12
**examination**
5:22 6:22 10:7
**example** 78:20
**excuse** 70:12
121:4
**excused** 124:6
**executive** 4:10
14:16 17:6,14
18:9 19:3,11
21:9 22:6 23:1
26:7,20,21
61:24 94:9
96:6
**exhibit** 2:7 3:11
4:23 23:23

24:8,14 33:5
33:10 35:15,22
36:5 38:21
40:7,17 47:8
47:16 48:23
49:2 50:24
51:13,19,24
53:10,16,21
56:1,6,12,22
60:6 62:18
65:25 67:10,19
68:2 69:3,8
70:13 71:7,20
77:12 83:8,13
85:8 87:25
92:5 95:2
102:12 104:16
106:13,18
112:9 115:14
115:14,25
116:5
**EXHIBIT/WU**
2:3
**Exhibits** 23:18
23:19
**expectation** 50:4
**expected** 29:7
73:11
**expense** 28:1
97:13
**expense-related**
28:1
**expenses** 27:14
27:20 98:20
99:18 100:25
**experience**
24:25 25:3
43:1 69:20
115:12 123:10
**experienced**
67:7
**explanation**
24:17,19 32:21
33:1
**exposing** 55:9
**external** 64:19
90:1,1
**extra** 25:11 29:9

110:10,11,12
123:21,21
**extremely** 3:17
43:13
**eyes** 18:19

**F**

**F** 1:10,22
**face** 46:5 103:15
**face-to-face**
38:7
**fact** 7:3 43:21
61:18 79:7,14
90:20 93:25
94:14 101:2
116:24
**factors** 63:22
**faculty** 17:20
18:2 19:19,19
25:14 27:1
29:4 30:12
58:9,10 64:5,7
64:16,24 76:5
87:7 103:19
105:9,11 106:6
107:3 111:9
112:25 114:10
116:20
**failed** 100:22
**failing** 73:14
**failure** 49:19
54:23 74:17
**fair** 73:1 84:11
**fall** 111:17
**faltered** 105:10
**familiar** 27:17
**family** 12:9,13
13:9,15 14:13
25:17 37:15,17
37:20 88:14
105:7 123:9,12
**far** 76:3,8
**father** 55:5
**Father's** 14:9
**fathers** 14:10
**favor** 111:21
**Fay** 56:18,19
57:6,11 72:18

77:2,3,4
**fear** 28:24,25,25
38:10 46:17
103:14
**fearful** 46:13
**February** 48:4,9
48:19 49:8,11
52:4,15 54:6
59:18 72:16
74:17 83:1,23
88:9
**feedback** 25:9
63:9 72:25
**feel** 25:8 30:6
31:17 50:14
51:5 57:6,7
58:18 59:20
64:16 75:6
80:5 81:10
82:16 87:8
118:2
**feeling** 70:5
**felt** 34:10,10
35:11 46:24
51:7,7 54:25
79:18 89:17,18
**female** 75:19
**Fendell** 1:17
**field** 73:1
**fifteen-to-thir...**
73:3
**fifty-five** 42:4
**fifty-one** 42:3,4
**figurative** 28:21
**file** 15:17,19
37:21 38:13
74:8 82:15
88:21 89:6,19
103:22 108:2
118:11
**filed** 15:14,20
22:18 46:2
90:1
**filing** 37:17
110:13
**fill** 110:16
**filled** 31:14
**final** 99:20

**finally** 15:4 69:2
118:13,14
**Finance** 32:10
**financial** 54:24
103:14 105:21
**financially**
122:10
**find** 14:4 15:9
18:4 25:23,24
48:11 55:20
61:15 67:6
69:22 75:7
78:13 105:15
116:14 118:21
118:24
**finding** 61:10
70:6
**fine** 49:15 52:9
76:21 91:20
**finger** 103:5,5
118:8
**finish** 122:3
**finished** 80:24
122:1
**fire** 44:6 45:1
**fired** 86:14
102:5,5,20,24
116:25
**first** 12:13,13
16:3,18 21:24
22:24 23:22
26:1 27:15,18
31:1 38:23
50:23 51:2
53:20 56:21
71:19,20 72:11
76:12,22 83:13
84:19 91:5
94:10 95:18,25
96:1 100:20
123:15
**fit** 61:23 68:24
**five** 13:2 22:7,8
22:9,17 28:9
40:25 78:16
79:25 80:4
84:3,3 86:21
98:23

**fix** 100:1
**fixed** 94:2
**flat-out** 50:8
**floor** 1:23 75:21
  75:22,23 81:23
  108:3 110:3
**FMLA** 45:18
  46:23 47:4
**focal** 27:23
  94:11
**focus** 51:24
  56:12
**Foehl** 35:4 36:19
  36:21,25 38:6
  39:8 40:14,25
  41:3,13 42:12
  45:25 46:12
  48:16 49:8,11
  51:6 53:5
  87:17,18 91:12
  102:19,22
  104:24
**Foehl's** 50:24
  91:15 102:4
**folder** 108:4,6
**follow** 14:10
**followed** 72:24
  86:15
**following** 58:22
  98:21
**food** 58:11 108:7
  109:12,15,15
  109:19 110:25
  122:13
**Foods** 115:12
**FOPL** 99:21
**foregoing** 125:2
**forget** 89:11
**form** 24:18
  73:16,20 74:4
**formal** 11:14
  12:3 37:17
  38:13
**former** 15:15
  103:8 110:14
**forth** 58:14
**fortunate** 12:18
**fortunately** 5:3

**forty-four**
  120:18
**Forty-six** 115:3
**forward** 90:3
**forwarding** 45:8
  72:15
**found** 14:1 17:5
  18:1 43:23
  75:4 108:4,6
  118:25
**Foundation**
  15:6 42:16
**four** 10:13 11:4
  11:8,18 22:7
  44:24 58:16
  80:4 98:23
  120:21 122:12
  122:20
**fracture** 103:25
**frankly** 7:11
  20:24
**free** 122:13
**frequently**
  29:19 80:11
  81:1 87:8
**Fresh** 108:22
**freshman** 11:20
**Friday** 39:23
  46:23
**friend** 12:20
  28:15
**friends** 88:14
**front** 23:14,15
  28:18 30:1,8,9
  31:6,7 34:8
  45:14 47:7
  54:2 60:3
  70:11 74:1
  75:19 78:11
  84:5 94:15
  95:1 116:23
**fulfilling** 50:3
**full** 9:21 11:19
  11:20 103:13
**full-time** 105:15
**fully** 73:11
**functions** 43:3,4
  43:7 45:11

49:22 63:11
69:21 75:18,20
**fund** 98:21,24
  113:4 122:19
**funded** 14:5,6
**funder** 14:4
**funding** 15:9
**funds** 14:2
**further** 12:3
  30:17 79:24
**future** 65:5
  105:21 107:8
  107:18 108:2
  111:8

### G

**G** 1:13
**Gabriel** 11:5
**gather** 110:18
**gender** 15:21
  75:11 90:7
  101:21
**general** 18:8
**generalist** 75:1
**generally** 15:5
  19:8 79:7
  115:6
**generic** 32:24
**generous** 28:15
**getting** 13:16
  32:16 34:15
  58:6 78:4
  114:15 122:13
**gift** 25:15,19
  108:18
**gifts** 123:17
**give** 25:15 55:8
  65:3,9 97:2
  99:25 100:9
  104:25 118:21
**given** 32:5 55:7
  59:11,23 64:3
  73:15 97:3
**gives** 96:21
**giving** 43:3,4
  89:5
**go** 3:6 8:24
  12:12,14 14:4

20:14 21:7
24:13 26:2
27:12,12,13
28:19 30:17
38:23 41:13,16
41:18 42:8
44:2,10,13
45:20 46:17
47:7,22 48:1
48:15 51:12
53:4,5,9 56:11
56:21 58:19
62:8 63:3
65:19 69:2
70:11,12,18
77:7 82:15
85:14,20 90:1
91:14,21 92:25
94:12 95:18
101:3,3 106:22
110:15 111:6
113:16 114:17
115:9 120:8,8
120:9,9 121:22
**goal** 12:24 13:17
  44:5,5
**goals** 18:12
**goes** 7:25
**going** 3:23,24
  6:15,17 8:4
  14:10 18:23
  28:17,17,19,22
  31:8,11,21
  36:3,7 37:15
  37:16,20 42:24
  45:4,5 50:18
  50:23 51:8
  52:6 55:13
  64:1 74:6
  77:18 78:16
  81:7 82:7
  83:13 89:18
  91:7 94:14,16
  101:10 102:16
  109:5 115:20
  116:12 118:4,5
  118:9,18 120:9
**good** 3:3,4,4

9:13 10:3,9,10
18:17 25:6
53:24 113:15
**goods** 65:12
**gotten** 11:19
  99:8
**grad** 103:18
  107:10
**grade** 41:23
**graduate** 12:6
  12:14
**graduated** 11:21
  11:21,23 12:2
**graduation**
  12:10
**grand** 123:13
**grandkids**
  123:15
**grandmother**
  10:13 123:15
**Grandshaw**
  114:21 115:1
**grant** 12:22
  13:16,21,24
  14:6,9,12 25:1
  27:23 43:2
  96:21,23 98:18
  100:25
**granted** 63:14
**grants** 13:23
  14:3,6 27:10
  27:11,24
**grave** 118:20
**great** 64:24 74:7
**greatly** 39:25
  65:3 105:1
**Greg** 32:7,9,13
  33:25 34:3
  43:18,21 46:14
  49:18 61:14,14
  86:2,13 91:3,8
  91:16,16,23
**Greg's** 91:22
**grief** 103:14,20
**Grocer** 108:22
**ground** 22:3
**grounds** 82:19
**group** 13:4

103:19
**grown** 10:13
**guarantee** 52:25
**guess** 4:16 6:6
  11:18 23:10,11
  65:14 66:18
  96:22
**guessing** 99:11
**guest** 16:13 94:3
**guests** 19:13
  76:2
**guidance** 40:1
**guys** 81:24

**H**

**Hailey** 81:19,24
  82:3,6,9,16
**half** 18:20 71:20
  97:23,25
**hall** 66:17
  109:22 110:22
**hallways** 118:17
**Hamilton** 53:6
**hand** 9:18,19
  33:21 94:18
  104:1
**handed** 3:10
  79:11,12 91:24
  92:10
**handled** 73:24
  81:3
**handling** 45:15
**hanging** 109:9
**happened** 7:3
  31:4 32:2,25
  37:22 58:5,21
  59:6 78:3
  81:22 93:10,10
  93:24 103:13
**happening**
  46:11
**happens** 47:4
  91:15
**harassed** 48:10
  49:16 86:1
**harassment**
  86:5
**hard** 25:10

58:17 103:21
  120:24 123:18
**harmed** 6:13
**Harris** 1:16 3:7
  3:15,17,22,24
  5:3,8,18,21,25
  6:17 7:9,15,21
  7:23 19:20,23
  20:2,4,7,9,13
  20:23 21:1
  24:10 33:12
  35:23 40:18
  47:17 49:3
  51:20 53:17
  56:7 60:16
  62:19 66:1
  67:20 68:16
  69:10 70:12,17
  71:15 77:13
  79:1 83:9 85:9
  88:1 90:13
  92:6 94:20,23
  95:13 102:13
  104:17 106:14
  112:10 115:16
  115:23 116:6
  117:1 121:1,3
  121:5,7,10,12
  121:16,21,24
  122:4
**harsh** 46:20,21
  59:23 74:10,22
**head** 46:3 52:11
  59:2
**headed** 58:8
**header** 45:13
**health** 13:2
  105:16,18
  114:12 118:25
  119:20,25
  122:14
**healthcare**
  119:10 120:16
**hear** 29:23,24
  30:14 44:19
  51:10 73:4,5
  117:1 121:6,11
**heard** 30:16

41:25 46:2
  74:2,3 86:8
**hearsay** 90:13
  90:14
**heart** 81:11
**held** 42:12,14,15
  42:17,18 86:24
  105:24
**help** 29:14,14
  39:25 43:19,24
  51:9 69:22
  74:17 75:13
  76:9 101:25
  102:1 110:24
  120:7
**helped** 109:14
  123:7
**helpful** 88:21
**helping** 15:8
  43:23 44:7
  46:16
**hey** 14:24
**Hi** 10:12
**high** 11:17 96:12
  107:9
**high-end** 64:2
**higher** 74:23
  107:25 116:15
  117:25
**highlight** 24:16
  42:9 92:13
  112:14 113:18
**highlighted**
  76:18 85:19
**Hill** 12:6
**hire** 18:3 42:7
  68:8
**hired** 15:6 17:5
  17:14
**hiring** 18:3 27:1
  58:8,9 65:10
**history** 12:1
  42:20 57:5,5
**hit** 19:16 28:19
**hold** 17:1 22:5
  36:15 64:22
  68:7,8,23 75:2
**holding** 111:18

**holds** 103:4
  107:9
**home** 12:5 14:16
  42:19 103:6,18
  118:23,25
  119:2,10
  120:16
**honest** 18:16
  34:11 46:21
  65:4 79:11
  84:1 102:3
  116:17 117:4
  123:1
**Honor** 3:4,9,15
  5:24 6:2,25
  7:10,15 8:17
  8:22,25 9:6,13
  9:24 10:4
  19:20 20:15
  24:7,10 30:17
  33:9 35:23
  40:16 47:17
  60:16 70:12,17
  79:2 85:7
  87:24 90:15
  94:17,20 95:11
  102:11 104:15
  106:12 112:8
  115:13 116:4
  117:1 121:1,3
  121:8,16
  123:23
**HONORABLE**
  1:10
**honors** 11:23
**hope** 103:8,21
  103:22 104:2
  105:25
**hopefully** 105:4
**hopelessness**
  74:14
**horrible** 79:18
**hospital** 12:21
  13:10,11 25:13
**hospitalized**
  118:7
**hosted** 58:12
**hostile** 84:10

**hotel** 93:25
  101:12
**hour** 32:4 97:23
  97:25 119:11
  124:1
**hourly** 29:7
  80:14
**hours** 78:5,23
  79:1,5 120:11
**housekeeping**
  107:16 109:2
  110:2
**housing** 14:17
  118:14,15,22
  120:19
**HR** 24:4,4 50:16
  57:4 61:3 63:5
  74:13 75:1
  82:15 83:19,20
  83:21 85:15
**hugged** 28:20
**human** 22:21
  25:22 51:2
  63:16 84:1
  86:6
**humiliation**
  30:13 50:7
**hundred** 11:12
  42:4 115:11
  117:15 122:23
**husband** 11:10
  12:8 55:5

**I**

**i.e** 109:7
**ice** 110:2,6,20
**idea** 6:14 86:11
  86:13
**IDENT** 2:7
**identified** 4:22
  43:18 84:9
**ignored** 84:4
**imagine** 31:24
  73:12
**immediately**
  108:9
**impeachment**
  7:25

**important** 8:1
76:11
**improvement**
23:9
**in-Chief** 16:14
**in-house** 71:24
**incarcerated**
13:16,20
**incident** 4:1
6:23 73:21,23
**incidents** 84:13
**including** 6:9
29:4
**increase** 15:2
41:24 42:2,5
**incredible**
103:19
**INDEX** 2:1
**indiscernible**
10:24 16:24,25
19:17 20:8,23
20:25 21:1
65:15 75:6
103:21 110:5,6
122:2
**individual** 90:16
114:21
**inefficiency** 44:6
44:8
**inflames** 20:13
**inform** 105:11
**information** 6:9
22:1 26:11
65:9 96:21
**informed** 45:14
**infractions**
92:17
**initial** 73:5
**injured** 19:16
**injury** 45:19
**inside** 36:23
**insinuated** 55:2
**inspiring** 103:19
**instill** 74:18
**Institutional**
45:23
**instructions**
73:15

**insubordination**
43:22
**insulted** 31:19
84:4
**insurance**
103:24 105:16
105:18 119:20
119:25
**intake** 88:23
89:2
**integrity** 76:11
84:2 103:9
**intend** 20:15
**intended** 76:8
**intensive** 115:8
**intention** 81:15
81:16,16
**interest** 12:17
66:12
**interested** 74:25
**interests** 50:12
**Interim** 17:21
17:25
**internal** 96:15
**internally** 61:21
68:23 74:24
88:22 89:6,19
**interrupting**
121:10
**intervene** 64:20
**interview** 105:4
113:12,15
116:17,22
117:6,8,12
**interviewed**
113:9 117:4
**interviews**
116:17
**intimidated**
63:12
**introduce** 10:11
**invalid** 46:4
**investigate**
106:1
**investigation**
84:12
**investigators**
27:14

**irony** 84:9
**isolation** 64:13
**issue** 23:3 51:2
55:1 57:21
94:10 99:4
101:11,12
**issues** 37:2
39:13 63:25
101:11
**items** 110:19
**itineraries** 22:3
58:16
**itinerary** 21:21
58:11,15,25

————————
**J**
————————
**January** 77:23
**jaw** 31:13
**JDR** 1:21
**JENIE** 98:16
**Jenny** 37:18
**jeopardize**
64:25
**Jie** 3:18 4:4,4
6:1 26:10
54:19 105:10
105:10
**Jim** 107:22
**Jim's** 107:23
**job** 2:19,19
11:11 12:19
14:8 15:4,12
17:6 18:8 21:8
24:6 26:19
41:20 43:12,21
45:10,11 48:12
61:10,15 63:8
63:11 65:13
66:20,24 69:22
70:6,9 73:13
75:20 79:17
87:1,3 89:18
91:9 94:3,6
96:5,9,18
100:12,14
113:14,22
114:15 115:7
116:14 117:17

117:18 118:6
118:24,25
119:25
**joblessness** 46:5
**jobs** 61:17,21,23
74:24 111:23
112:7,14,16
113:11 114:5
114:15 115:5
115:11 117:11
117:21 119:8
**John** 1:22
**joined** 15:23
**joining** 15:5
**journal** 16:9,10
16:11
**Judge** 1:10 5:3
5:18,25 6:17
20:9
**judging** 109:10
**Judy** 43:8 78:12
107:7 109:1
111:10,11
**Judy's** 44:21
**July** 1:5 36:17
36:25 37:5
39:13 67:13
68:1 125:12
**June** 63:1
**jury** 1:11 3:2
8:10 9:1,10
10:11 20:13
24:9,19 30:19
33:11 35:25
40:21 41:12
47:20 49:10
70:18,22,24
71:1 95:18,18
102:16 104:20
112:13 113:19
121:22 124:6
**justice** 12:18

————————
**K**
————————
**Kamal** 16:8
**Kate** 45:14
**keep** 18:25
29:21 32:24

42:24 45:4,5
50:18 55:13
64:1 74:6
109:4 122:24
**keeping** 18:24
**KELLY** 1:10
**Kennedy** 1:22
**Kensington**
10:15
**kept** 28:14 29:11
29:11 51:7
81:25
**Keya** 18:1,17
19:7
**Khalili** 16:8
**kidding** 79:12
**kids** 12:16 123:5
**kind** 15:10
27:16 28:16
38:11 61:21
96:19 117:21
**kinds** 13:13 30:5
117:22
**King** 81:19 82:3
82:9
**kitchen** 110:4
**Klein** 39:15 40:2
**knew** 26:2 29:12
31:9,14 44:24
47:3 90:9
101:20,20
118:18
**know** 13:13 14:3
14:20,22,22
15:1,10 18:12
18:13,16,22
19:2,13 20:18
20:18 23:10,11
27:3,5 28:13
28:17,21,21,22
30:4,4,8,11
31:9,12 32:4
32:17,24,25
35:10,18 37:3
38:15,15,15
39:16 45:1
47:1,5 52:14
55:18 58:11,23

58:25 59:1,4
61:23 63:13
65:11 68:8,23
70:8 78:5,9
79:14,16 80:1
80:1,2,9,10,11
80:21 81:21
82:9,11,12,14
85:18,21 86:4
86:4 89:12,25
90:1,18 91:7
93:21,23 94:8
94:20 96:22,24
99:5,8,18,19
99:21,23 101:3
101:9,22 103:3
105:3 107:12
108:18,19
111:15 114:8
114:13 115:1
115:11 116:1
117:15 118:3,8
118:12,13,17
121:19,19
122:14,14
123:1,6
**knowing** 91:2
**knowledge**
63:10 69:20
125:5
**knows** 43:1 91:6
91:9
**Kwatny** 58:8,17
58:24 59:8,8
73:10,19
**Kwatny's** 59:9
64:4

**L**

**Labor** 51:4
57:17 61:2
**lack** 43:20 44:23
**LaMas** 99:5
**large** 14:9
**larger** 5:5 8:9
**largest** 5:5
**lastly** 123:9
**late** 11:16 19:18

25:12 78:9,23
78:23 79:5,8,9
79:14,23,25
80:2,20,20
81:14
**Laura** 1:13
**LAW** 1:14
**lawsuit** 15:15,17
15:19,20
**lawyer** 52:13,14
56:20 71:24
**leader** 18:11
**leadership**
43:14 44:9
63:23
**learn** 90:8 91:1
91:1 93:16,17
**learned** 13:15
25:19 73:25
82:12 91:4
**leave** 25:17
37:16,17,20
62:4 64:23
80:19,21 91:15
111:17 123:5
**leaving** 12:8
14:18,18
**led** 46:11 58:5
74:10 93:4
**left** 9:19 11:10
11:12 14:8,11
14:25 29:8
32:8 59:23
102:3 103:17
109:25 110:1
112:7 118:8
119:6 122:20
122:22
**legal** 52:12,17
56:20 57:12
71:24,25
**legs** 120:6
**Lennon** 43:8
78:12 107:7
**let's** 6:11 15:23
21:7 26:5
30:25 37:23
40:24 41:3

42:8 44:10
45:20 47:7
48:1,22 51:12
53:9 55:23
57:21 69:2
70:11 77:7
80:12 85:14
87:11 88:4
89:7 91:14
93:5 94:10,12
95:17,17,18
97:4,19 102:6
102:21 110:15
113:16,18
115:5 122:3
**letdown** 117:24
**letter** 2:17 39:15
64:3 73:17
74:9,14 91:24
92:10,14,23
93:4 94:11
101:15,18
103:2,4,12
**letters** 116:2
**level** 26:24,24
27:5 32:23
41:23 63:12
73:13 96:12
**leveling** 72:25
**liar** 101:8
**Liberal** 17:17
**Liberty** 119:2
**lie** 87:4
**life** 64:12 65:8
75:9 84:3,9
85:24,25
**lift** 68:7,8,22
75:2
**lifting** 110:23
**light** 10:2 105:4
120:20
**lighter** 74:23
**liked** 27:18
**limited** 43:9,13
**line** 26:5 57:22
75:10 104:25
**linked** 7:6
**LinkedIn** 115:3

**list** 3:11 4:23
63:21
**listen** 84:1
**lists** 65:13
**literacy** 43:13
**literally** 28:20
**litigation** 4:20
**litigious** 75:6
**little** 17:4,4
33:14 44:13
70:15 91:19
94:12,13 115:4
123:18,25
**LITTLER** 1:17
**live** 10:14,15,25
78:7
**lived** 10:23
78:16
**lives** 54:20
**living** 10:17,21
122:16
**LLC** 1:14
**LLC./** 1:21
**located** 69:18,18
110:22
**location** 50:8
**Locust** 1:15
**lodging** 22:3
58:11 94:1,3
**long** 10:17 17:1
22:5 47:4 73:8
**longer** 13:10
67:5 105:14
107:19
**look** 14:25 35:18
36:7 37:6 41:3
49:7 71:6
85:14 87:11
94:10,15 95:2
95:17 97:4,19
97:20 102:6
104:5 107:25
111:25 117:18
**looked** 52:16
67:14 115:2
118:14,16
**looking** 14:23
22:24 23:1

30:2 38:20
56:22 61:21
65:13
**lose** 89:18
103:23 105:18
**lost** 118:13
**lot** 19:12 26:24
28:23,25,25
29:9 47:5
89:12 110:23
**loud** 24:18 50:25
56:14 92:15
**love** 31:23
**loved** 29:15
116:16
**low** 75:14
**lower** 45:2
**loyalty** 44:23
**lunch** 124:1
**Luncheon** 124:8
**lying** 101:7

**M**

**machine** 43:10
**magic** 109:11
**main** 75:25,25
76:1
**maintain** 11:8
76:10
**making** 5:11 8:2
8:6 64:6 75:17
120:15,20
123:20
**male** 45:2
**man** 44:22
**management**
63:25
**manager** 55:3
64:2 65:10
108:9 113:6
**managers** 88:16
**manner** 39:21
63:15 75:8
84:14 87:9
103:23 104:25
105:3
**manuscripts**
16:12

**March** 2:20
  57:25 59:18
  84:25 85:16
  95:20,20,21
  97:5,15,22
  99:2,13 100:16
**Marilyn** 114:21
  115:1
**Mark** 9:1
**marked** 95:1
**markers** 109:11
**market** 1:4
  122:16
**Marketplace**
  107:20
**married** 11:6,22
**Mary** 45:14
**Maryland** 14:9
**master's** 42:22
**matter** 32:20
  90:20 125:4
**Mattiacci** 1:13
  1:14 3:9 4:15
  4:25 5:2,16,24
  6:2,4,12,14,25
  7:13 8:17,22
  8:25
**maximum** 41:22
  42:6
**mean** 27:4 28:20
  28:20 39:5
  62:1 82:7
  88:24 102:5
  111:20 117:15
  118:9,11
  121:17
**Meaning** 109:4
**meant** 29:2 67:1
  86:12
**Media** 63:8
**mediate** 38:12
  55:20 70:9
  75:13 102:1
**mediator** 50:22
**mediator-like**
  72:23
**medical** 13:10
  25:17 37:16,17

37:20 103:24
**meet** 14:21 32:6
  37:3,4,25
  40:25 49:17
  50:5 72:21
  74:19 89:7
**meeting** 27:13
  31:23 32:13
  38:8 39:12
  49:19 57:7,8
  63:18 72:24
  78:15,21 89:15
  89:24 90:4
  91:5,17,18
  100:17,19
  102:25
**meetings** 18:24
  50:7 72:24
  75:24
**member** 25:14
  50:5 105:14
  107:3 109:12
  111:2,9
**members** 30:12
  42:1 45:3 64:6
  64:8 81:13
  87:7 103:19
  106:6
**membership**
  16:11
**memorial** 25:16
  25:18,18
**memory** 72:17
**men** 73:4
**MENDELSON**
  1:17
**mentioned** 11:2
  13:21 16:15
  22:10 31:1
  54:19 94:12
  106:5 123:9
**mentoring**
  43:15
**message** 76:9
**met** 29:22 32:7
  33:25 38:18
  48:20 91:21
**Michael** 39:15

40:2
**microphone**
  20:3 44:15
**middle** 24:17
**midwives** 13:4
**Mimi** 123:14
**mind** 14:25
**mine** 12:20
  110:7 118:23
**minimum-wa...**
  118:6
**minute** 70:16
  86:19
**minutes** 61:19
  70:19 78:16
  79:25 80:4
  86:21 102:5
**misconduct** 84:7
  84:8
**mission** 105:9
**mistake** 26:2
  73:9
**mistakes** 25:21
  84:7
**mitigating** 63:22
**mom** 120:25
**moment** 34:13
  34:21
**Monday** 37:5
  39:13 73:25
  89:21
**money** 55:3
  108:17,19
  118:6 123:5,21
  123:21
**month** 122:17
**months** 11:21
  17:23 37:11
  47:2 77:16,19
  81:20
**moral** 75:7
**morning** 3:3,4,4
  4:13,21 5:9
  9:13 10:9,10
  49:17 59:5
  72:24 75:25
  89:22 91:17,18
  110:25 120:7

**mortified** 30:7
**mother** 10:13
  44:24 55:4,7
**mothers** 14:10
  14:21
**motion** 121:16
**move** 35:22
  40:16 47:15
  49:1 50:7
  51:18 53:15
  56:5 60:14
  62:17 65:24
  67:18 68:15
  69:4,8 71:13
  83:7 85:7
  87:24 90:2
  95:11 102:11
  104:15 106:1
  106:12 112:8
  116:4 118:18
**moved** 10:18,21
  12:5 24:8
  33:10 43:17
  118:20
**muddled** 27:17
**multiple** 79:23
**Munshi** 1:14 9:5
  9:13,24 10:2,6
  10:8 20:15,20
  20:25 21:4,6
  24:7,12 30:17
  30:21,22 33:9
  33:14,16 35:21
  35:24 36:2,9
  36:12 38:25
  39:3 40:16,21
  40:23 41:6,8
  47:15,20,22,25
  49:1,6 51:18
  51:23 52:2
  53:15,20,25
  56:5,10 60:14
  60:19,21 62:17
  62:22,23 65:24
  66:4,6 67:18
  67:23,24 68:15
  68:19 69:4,5,8
  69:13 71:3,4

71:13,18 72:7
  72:9 77:11,14
  77:15 79:3,4
  83:7,12,15
  85:7,12,13
  87:24 88:4,6
  90:15,21,22
  92:4,9,25 93:2
  94:17,22,25
  95:11,16,25
  102:11,16,17
  104:15,20,22
  106:12,17,19
  112:8,13,15
  113:18,21
  115:13,19
  116:4,7,11
  117:7 122:2,6
  123:23
**mutually** 55:21

**N**
**nailing** 58:17
**name** 9:21 10:12
  11:4 18:1 52:7
  99:9 109:10
**named** 114:21
**napkins** 108:22
**Natural** 15:7
  42:16
**navigate** 76:10
**near** 20:6
**necessary** 111:3
**need** 7:22 25:10
  76:1,19 88:15
  88:18 96:14
  101:7 103:25
  108:7 110:17
**needed** 29:13
  80:23,23 91:19
  107:7
**needs** 46:8 120:8
  121:21
**negatively** 65:8
**neglecting** 73:13
**nervous** 39:21
**Ness** 93:11
**network** 108:1

109:10
**Neurovirology**
16:6,9
**never** 3:10 6:4,5
7:3,7,8 15:13
30:16 38:19
61:18 75:14,18
79:25 82:2
103:13 105:9
123:2,4
**new** 19:19 42:7
100:14
**new-hire** 41:22
**newest** 17:16
**Nicholson** 17:19
18:15 22:13,18
**night** 19:19 59:5
94:1 99:25
**nine** 58:13 98:24
**non** 29:2
**non-bargaining**
42:1
**non-union** 29:6
**North** 11:11
**Noted** 20:25
**notice** 47:2
**noticed** 55:10
**November** 3:19
4:6 6:22,23
8:13 10:18
30:25 31:3,4,5
34:17
**nudge** 101:24
**number** 4:15,18
27:23,23 98:13
98:16 99:21
**numbers** 98:21
98:24
**numerous** 54:19
57:20 85:22
88:19
**nurse** 119:10

― **O** ―

**o'clock** 89:22
91:18 124:1,5
**object** 3:13 6:2
**objected** 20:24

**objection** 2:3
5:23 8:20 20:6
20:7,10 24:10
33:12 35:23
40:18 47:17
49:3 51:20
53:17 56:7
60:16 62:19
66:1 67:20
68:16 69:10
71:15 77:13
79:1 83:9 85:9
88:1 90:13
92:6 95:13
102:13 104:17
106:14 112:10
115:16 116:6
**objective** 65:6
**obligation** 75:7
**obviously** 20:11
**occasions** 30:1
54:19 88:19
**occupy** 75:19
**occur** 58:23
**occurred** 8:14
92:17 123:4
**October** 3:18
6:18 8:12
**offended** 54:25
**offer** 72:25
**offered** 43:16
63:19 90:19
113:8,14
**office** 18:24
22:21 26:23
27:2 28:22
30:1,9 31:6,14
32:4,11,16
34:8 36:22
37:9,10 39:23
43:6,12,19,25
45:3,9,23 48:7
48:11 49:23
50:2,10 52:12
52:18 53:6
57:4,12 59:9
64:20 66:18
71:24,25 74:2

74:5,12 75:20
75:25 76:1
77:5 78:11,18
81:14 87:18
88:17,25 91:5
91:8,15,17,22
91:22 96:22
99:7 100:21
102:4 103:8,9
109:8 110:14
116:20
**Officer** 9:9,16
9:18,21 37:9
70:25 124:7
**offices** 56:20
**oh** 3:9 28:19
53:22 66:9
67:3 79:3
84:25 89:11,14
92:19 96:1
100:14 111:13
114:5 121:19
**okay** 6:11 9:11
9:17 10:3,6
11:16 16:23,25
17:10,12 19:8
21:7,19 22:13
22:16 23:20,24
24:11,22 26:17
28:9,11 30:23
30:25 31:4
32:8,11,13
33:17,23,25
36:4,11,13,24
37:24 38:4,6
40:9,13 41:7
41:15,18 42:13
42:13,25 44:16
44:17 45:6,22
47:9,13 48:5
48:14 49:13
51:1,14,17
52:8,9,15 53:9
53:14,24 54:4
54:7,10,17
55:25 56:4,19
56:21 57:18,21
57:22,23 58:2

60:13 61:4,9
62:10,13,16
63:2 65:20
66:9,9 67:1,3,9
67:11,14,17
68:11,12 69:2
70:5,15 71:9
71:12 72:4,6
76:16,20,20,21
76:22 77:7,14
77:22 78:3
82:22 83:6
84:21 85:6
87:20,23 88:10
88:11 89:4,16
90:8,25 92:3
93:5,10 94:24
95:11,22 96:1
96:12,20 97:4
97:10,25 98:3
98:4,15 99:14
99:16 102:8,21
102:23 104:9
106:9 107:15
113:17,20
114:14 117:3,3
117:11 119:18
121:13 122:4
**old** 10:12 16:20
31:8 75:14
82:6 115:1
**older** 82:7
**oldest** 11:4
**omitted** 74:13
**once** 14:19
27:21 80:2
**one-page** 40:10
**one-thousand-...**
41:25
**one-time** 41:24
**ones** 21:24 27:25
112:19 116:1
118:16 123:18
**online** 61:20
115:9 116:3
117:17
**open** 68:6,9
103:25

**opened** 12:20
**operate** 84:2
**operating** 103:3
**Operator** 1:20
**Operators** 113:1
**opinion** 63:19
65:11
**opponent** 90:17
**opportunities**
64:21
**opportunity** 6:5
36:22 64:4
88:25
**opposite** 7:4
**option** 98:20
**options** 75:15
**order** 13:25
21:20 44:6
96:18 99:17
108:7,10,11,14
108:14
**ordered** 108:12
**organizational**
30:18 32:8
36:20 37:7
40:3 60:24
82:3
**Organize** 21:13
**organizing**
21:12,16
**oriented** 40:2
**original** 46:1
107:21,22
**originally** 93:19
**Osteopathic**
12:21 13:3,8
**outlined** 109:3
**Outreach** 113:2
113:6
**outside** 6:18
30:10 35:2
36:23 62:2,2
64:21 88:23,24
89:1,2 110:14
**outstanding**
24:24
**overheard** 64:9
**overlap** 93:12

**oversight** 63:24
**oversleeping**
  83:4
**overslept** 78:5
**overturned**
  74:22
**owe** 33:3

—— **P** ——
**P-10** 2:9 47:19
**P-11** 2:10 49:5
**P-12** 2:10 51:22
**P-13** 2:11 53:19
**P-14** 2:11 56:9
**P-17** 2:12 60:18
**P-20** 2:12 62:21
**P-21** 2:13 66:3
**P-22** 2:13 67:22
**P-23** 2:14 68:18
**P-24** 2:14 69:12
**P-27** 2:15 71:17
**P-33** 2:15 83:11
**P-34** 2:16 88:3
**P-38** 2:16 85:11
**P-45** 2:17 92:8
**P-46** 2:17
  102:15
**P-5** 2:8 36:1
**P-51** 2:18
  106:16
**P-53** 2:18
  104:19
**P-59** 2:19
  112:12
**P-66** 2:19
  116:10
**P-7** 2:9 40:20
**p.m** 80:25 97:5
  97:13,15,22
  99:12 100:2,16
  124:8
**PA** 42:19
**pack** 110:12
**packed** 103:8
**page** 2:2 6:6
  24:13 36:3,8
  38:23 50:23
  53:20 56:11,13

56:21 71:19,20
  72:11 76:12,22
  83:13,14 84:19
  113:16,19,19
  114:14 119:19
**pages** 6:6
**paid** 45:1 60:1
  108:16 120:11
**Palladino** 19:17
  22:15,16,19
**paper** 110:11,12
**paragraph** 42:8
  42:9 65:2
**paragraphs**
  42:11 44:10
  99:1 104:23
**Pardon** 19:22
**parenthesis**
  110:6
**parenting** 13:17
**parents** 12:12
  30:11
**part** 7:3,8 8:1,9
  13:24 24:17
  28:4 31:22
  45:17 63:24
  85:19 100:14
  110:15 113:19
**Participants**
  5:12,20
**party** 90:17
**passed** 31:10
  37:11
**pasture** 31:13
  31:18 34:9
**patient** 84:10
**Pause** 9:3,8
  104:4
**pay** 15:2 59:11
  73:7 103:15
  122:17
**paying** 121:4
**PC** 1:17
**PDP** 43:15
**peer** 16:12
**peers** 28:18 84:5
**penalty** 105:20
**Pennsylvania**

1:1,5,15,18,23
  14:16 18:6
  42:19
**pens** 109:9
**people** 12:18
  13:13 24:5
  29:8 31:14,23
  47:5 48:10
  51:11 81:18
  101:24 118:22
**percent** 11:12
**perfectly** 123:1
**perform** 43:12
  63:11 69:20
**performance**
  23:9 41:21
  43:21 44:21
**performance-...**
  23:3
**performing**
  49:22
**period** 18:15
  22:24 23:2,5,8
  23:12 28:7
  45:18 46:19,20
  57:18 61:4,9
  67:15 106:6
**permanent**
  17:18,25 18:5
**permission**
  63:14 89:6
  96:22 99:4,25
**permitted** 5:25
  42:6 90:15
  105:1
**person** 38:4
  55:20 63:22
  74:2 80:17
  99:9 109:18
  110:16 111:3
**personal** 37:2
  65:7 75:5
  85:24,25 103:7
  110:9
**personally**
  78:19
**personnel** 1:20
  55:20

**Pew** 12:21
**Ph.D** 29:22
**Philadelphia** 1:5
  1:15,18,23
  10:15,16,22
  13:2 15:7
  116:19 117:9
  118:15,15
**phone** 61:7
  78:12,20 88:23
  89:3
**phonetic** 18:6
  75:23 98:17
  99:6,21 109:2
  109:22
**photos** 103:7
**Physicist** 114:13
**pick** 29:7,8 74:4
  109:20,20,20
  110:9
**picked** 29:9
  109:13
**picking** 109:15
  110:25
**pickup** 109:25
**PL** 23:18
**place** 8:14 9:19
  14:13,16 30:12
  108:7,14,14
  120:23
**placed** 23:8
**places** 116:13
**plaintiff** 1:3,13
  2:6 3:13 9:5,12
  9:14,20
**Plaintiff's** 23:18
  23:23 24:7,13
  33:5,9 35:14
  35:22 36:5
  38:20 40:7,17
  47:8,15 48:22
  49:1 50:23
  51:13,18,23
  53:10,16,21
  56:1,6,11,21
  60:6,14 62:17
  65:24 67:9,18
  68:13 69:2,8

71:7,13,19
  77:12 83:7,12
  85:7 87:24
  92:4 102:11
  104:15,21
  106:12,17
  112:8 115:14
  115:25 116:4
**plan** 19:14 23:9
  31:20 41:21
  88:21 108:3
  109:18,18
  122:24
**planned** 25:18
  123:5
**planner** 66:16
**planning** 13:15
  14:14 19:4
  21:10 43:3
  61:24 66:17
  113:6
**plans** 31:20
**plate** 25:12 26:1
**plates** 108:21
**play** 73:2
**played** 100:9
**player** 64:18
**playing** 73:1
**please** 9:18,21
  10:11 24:9,14
  24:17 35:13,24
  36:16,25 37:3
  38:23 39:11,16
  40:8,22 41:4
  41:16 45:24
  48:9 49:12
  51:12,24 52:1
  52:25 53:10,21
  53:23 54:17
  55:24 56:24
  60:4,20 62:8
  65:19 67:19
  72:8 82:21
  85:17 88:5
  92:2 97:14
  106:8,20 109:1
  109:11 110:7,7
  110:16

plummeting 75:16
point 5:21 19:9 25:24 33:2 34:17 48:20 58:3 64:12 77:25 81:16 88:17 93:7
pointed 73:9
points 92:24 93:3 101:15
political 11:25 42:21
poor 43:21 44:9 55:3 63:24
populations 13:13
position 17:1,8 17:20 22:5 26:8,9 42:10 42:12,14,14,17 42:17 44:25 65:10 66:13,14 66:19,21 67:6 67:8 68:6 75:1
positions 67:4 68:9,23 69:17 75:3 105:2 112:24 113:25 114:2
possible 39:15
Post 114:7,8
posters 109:9
posting 63:8
potentially 63:21
pre 14:11
pre-law 11:25
pregnancy 12:25
pregnant 11:22 12:22,25 13:17
prejudice 84:13
premarked 115:14
prepared 3:19 39:19
preparing 109:7

presence 64:7
present 3:2 9:10 70:22 71:1
presented 39:18 73:18
President 35:1 37:10 48:6 61:2
pretty 11:12 15:1 115:8 116:19 118:11
prevent 12:25
Prevention 114:10
previous 24:25
previously 72:1
price 108:8
primary 43:7
principal 27:14
prior 25:2 34:21
priorities 18:12
prison 14:18 42:20
privacy 103:10
private 30:12 43:5,6 50:8 72:24
privately 29:20 55:1 73:24
privileges 13:5
proactive 88:15
probably 17:22 18:13 46:15 79:20 80:2 122:20
probation 64:22 79:16 82:17
problem 43:17 50:15 55:20 75:7,13 79:9 94:2
procedures 78:9 86:15,16
proceed 10:4 71:3 105:3
proceedings 1:24 3:1 9:3,8 70:21 104:4

125:4
process 99:20
produced 1:25 3:10 4:18 6:4
professional 54:20 65:7 75:9,16 88:19 105:7
professionally 73:24
program 12:6,9 14:7 21:24 65:14 113:6
programs 15:10
prohibits 49:20
project 14:9 35:3
projects 14:2 29:10
promotion 26:25
prompt 54:12
pronouncing 52:6
prospects 65:5 105:15
protect 50:12 102:4
protection 86:5
proudest 123:13
provide 98:22 98:23 100:7 107:22
provided 6:10
providing 25:1 103:1 107:23
psych 42:22
psychological 50:14
psychology 12:7
public 30:13 50:6 64:10,14 87:10 109:24
publish 24:9 33:11 35:24 40:21 47:20 51:23 53:20 83:12 85:12

92:4
publishing 43:2
pull 95:17
pulled 103:20
pulling 101:5
punch 80:20,20
punched 80:14
punishment 63:20 74:10
purchase 59:3
purchased 108:21
purpose 4:9
put 3:11 5:4,14 20:17 30:18 31:12,18 34:9 47:2,3 60:19 62:22 66:4 67:23 72:7 100:25 108:18 115:15 117:19 123:16

Q

Quaker 55:18
qualifications 66:20,24 117:25
qualified 25:4 67:6
quality 85:24
question 6:5 7:14 53:12 56:16 59:1,3 95:7 121:17
questioning 4:3
questions 49:24 57:1 97:14 123:22
quickly 23:22
quite 20:24 29:19 61:17
quote 44:3

R

R 1:16
Rachel 1:17
radar 123:3

Rahul 1:14
raise 9:18 14:2 29:18,19 30:14
raising 12:16
ran 14:3
Rand 125:7,13
range 41:22
rat 81:15
rate 29:8
reach 37:12 72:20 74:19 100:23
reached 51:6 52:17 85:22 88:17 106:6
reaching 46:12 72:17 101:23
reaction 20:11 121:18
read 4:23 24:18 24:20 32:9 36:24 39:10 41:14 42:11 44:11 45:24 48:8,14 49:11 49:14 50:24,25 52:20 54:1,8 54:10,17 56:14 56:23 63:2 64:2 66:7,20 66:23 67:1 69:14 70:2 72:13 73:17 74:8,10 76:17 77:17 83:16 85:15 88:12 92:15 97:9 98:1 99:1 102:21 104:23 107:13 112:24 114:6 115:20
reading 44:15
ready 8:24 118:21 123:25
real 18:7 117:24
really 7:22 18:15 25:10 32:20 61:16

70:7 89:17
101:25 113:15
116:15,16
118:3,4 120:23
120:24
realm 115:11
reason 12:9 44:2
44:19,20 47:1
72:17 103:24
recall 7:11 15:24
57:11,14,16,24
58:25 79:22
93:21 100:16
111:10 114:21
receive 23:5
41:24 51:5
73:11 101:17
received 4:2,12
5:6,8 8:5,15
34:20 36:1
40:20 42:1
47:19 49:5
51:22 53:19
56:9 58:3
59:14 60:18
62:21 64:5
66:3 67:22
68:18 69:12
71:17 73:13
77:19 80:8
82:9,13 83:3
83:11 85:11
88:3 92:8
95:15 102:15
104:19 106:16
112:12 116:10
119:22
receiving 57:24
108:10
recess 70:16,20
124:1,5,8
recognize 23:25
33:7,17 35:18
39:7 40:10
47:11 48:23
51:15 53:12
56:2 60:7
62:11 65:21

66:11 68:13
69:6 71:10
77:9,20 84:18
84:20 87:14
95:3,4,5 102:9
104:10 106:10
112:3,4
recollection
7:20
recommend
53:3,4
recommended
57:14
record 9:22
63:13,14
recorded 1:20
1:24
recording 1:24
125:3
recourse 74:21
recover 64:11
RECROSS 2:5
Recruiter
112:25 114:11
recruitment
116:21
REDIRECT 2:5
refer 28:2 36:20
56:17 77:1
reference 37:6
referenced
54:23
referred 57:3,4
72:19 77:3
refers 56:15
refrain 86:3
refresh 72:16
refreshed 7:20
refuse 43:24
regard 27:6
41:10 46:10,18
70:5
regarding 4:1,3
4:3 19:4 21:11
22:22 27:7,10
37:1 39:14
41:20 45:7
72:17 75:5

94:11 107:17
regards 63:25
Regional 113:7
113:9
regret 45:25
regularly 7:4
reimburse 58:19
reimbursement
58:20 96:17
99:7
reimburseme...
22:2,3 27:8
96:7,13,17,19
96:25
related 8:7 45:7
49:22 52:23
relates 6:22
Relations 15:7
42:16 51:4
57:17 61:2
114:12
relationship 8:5
18:18 35:6
55:22
relationships
123:11
relegated 75:17
relevant 6:8
44:21
relocated 75:21
remain 73:21
76:6
remainder
64:22
remarks 64:7
remedy 15:22
remember 30:2
91:5 110:7
remind 71:23
remission 55:12
remorse 39:20
removed 13:18
76:3
rendered 63:20
rent 103:15
105:19 122:15
122:18 123:20
Renzoni 125:7

repairing 88:18
repeat 84:23
95:7
replaced 114:24
replied 31:15
48:15
reply 53:1 54:13
105:1
report 4:2 6:23
24:5 33:18
43:22 77:19,20
100:10
reported 22:17
50:10 63:16
64:8,15
reporting 44:20
reports 64:5
reputation
64:11,18 88:19
request 50:1,7
52:21 73:20
74:8 93:21
requested
107:24 116:3
requesting
97:12
requests 75:3
105:12
require 104:1
required 14:1,2
50:5
requisition
107:21,22
research 13:1
14:11 15:8,9
27:11 113:2,5
114:7
researched 46:8
resend 108:23
reservation 93:8
reservations
96:16
resign 116:24
resigned 116:23
resource 50:15
Resources 22:21
51:2 63:16
84:1 86:6

119:2
respect 4:5
31:15 64:24
105:8
respectfully
73:20
respond 3:19
30:4 51:10
64:4 74:17
75:9 85:21
111:12,13,14
responded 32:1
34:12 35:5
59:1 73:19,23
75:4
responding 50:1
response 48:14
50:24 51:6
53:2 54:7,12
56:13,22,24
117:2
responsibilities
18:9 19:4 21:9
21:11 26:19
27:6,10 73:14
responsibility
58:21 59:10
63:18 66:22
94:4,7 96:9
responsible 4:10
5:10 21:16
96:6
rest 28:7 54:17
79:19 99:15
111:1 114:13
117:13
result 65:8
93:24 117:12
resulted 78:3
105:23
resume 70:21
resumes 70:23
retaliated 15:22
62:7 89:18
retaliation
37:18 38:10,10
46:13 52:19,24
90:6,7 101:23

retaliatory
81:10,12
retire 31:21
retirement
105:17,19
122:19 123:2
retiring 70:18
retract 87:5
return 39:19,22
110:19
returned 46:17
61:19 73:6,25
74:20 109:16
109:17,23
reunification
13:18 14:19
reunify 13:20
reverse 90:18
review 16:12
39:15 63:14
74:8
reviewed 74:14
revision 37:14
revisit 55:16
Rhonda 34:25
37:1,6 45:21
45:23,25 46:12
46:14 48:6,8
48:14 54:15
74:13
Richard 1:16
rid 13:11 78:7
right 6:13,16 9:7
9:15,18 13:21
19:18 21:3
22:11,14 24:22
26:3,4,15
30:18 34:18
37:11,13 44:17
48:12,20 51:8
53:24 58:5
59:7,24 62:14
66:10 67:15
68:10 70:18
77:6 84:19
89:11 90:21
95:8 97:17,24
101:12 113:20

114:18 115:17
116:23 117:10
118:8
right- 33:20
rights 35:12
rise 9:9 70:25
124:7
ROBERT 1:10
role 14:19 38:12
38:16 44:5
60:25,25 72:23
94:8 123:13
room 70:19
91:24 93:8
rude 51:8
ruin 64:13
rules 80:18
running 14:12
rushed 86:17,20
Ruth 1:2 2:6 9:5
9:14,20,23
10:9,12,14,25
11:6,14 15:11
15:19,23 18:19
21:7 23:25
24:18 25:5
28:6,11 29:14
30:23 33:17
34:17 35:13
36:3 37:11
40:6,24 41:9
44:10 48:1,12
49:7 51:2,5
52:3 54:1
55:23 57:11,21
58:5 59:18
60:22 66:7
68:20 69:14,21
69:22 71:5,19
72:10 76:12
77:7,16 79:13
82:20 83:16
84:14,15 85:14
87:11 88:7
90:8,23 91:1
92:10 94:14
95:1 97:11
101:17 102:6

102:18,21
104:5,10,23
106:2,5,20
107:13 111:5
111:22 112:16
115:4,20,24
116:8 118:24
119:16,24
120:19 122:7
122:25 123:9

                S

Sadeghipour
18:1,17 19:7
22:13,19
salaried 29:2
salary 14:7
41:22,22,24
42:2,5,6 80:15
80:16 105:16
119:14
Sandra 36:19,21
36:24 38:6
39:8
Sandy 35:4 37:1
37:25 39:10,12
40:13,25 41:3
41:13,15 42:12
45:25 46:12,14
48:15,16,20
49:8,11,13,16
50:24 51:4,6,9
51:10 53:5,7
54:16,16 57:2
57:4 87:17,18
87:20 88:8,10
88:12,13 89:8
89:20,24 91:12
91:15,18,21
102:3,19,22
104:24
Sandy's 57:4
Satinsky 1:17
Saturday
107:19 108:3
108:11 109:1
Saturdays 79:8
saw 85:2 101:4

saying 25:25
30:2 43:6
61:15 79:24
says 8:4,8 24:19
53:5 91:6 93:7
97:9 113:22
scapegoat 76:7
84:6
scared 78:6
scheduled 47:3
scheduling 6:9
111:2
school 11:17
13:10 25:15
63:8 107:9
science 11:25
16:5 17:15
19:2 26:11,12
40:5 42:21
62:3,4
Sciences 15:7
22:1 42:17
scientific 43:2
screen 5:4 10:3
44:11 49:14
53:23 54:2,3
54:10,17 60:20
62:22 63:3
66:5 72:8 88:4
101:5
sculptor's 104:1
search 115:7
searching
117:17
seated 3:5 9:11
71:2
second 24:13
36:3,8,9 56:11
56:13 58:2
83:14 93:7
113:16 121:22
secretarial
75:17
secretary 43:8,8
75:18 78:13
Section 10:15
section-by-sec...
41:9

securing 94:3
see 3:14 9:1,25
14:20 19:20,23
23:21 30:19
33:6 35:4 37:8
41:12 45:12
46:1 53:5
61:20 63:15
66:23 67:25
71:21 76:22
77:22 80:10
82:24 89:17
93:8 95:18
96:2 97:8
102:8 112:16
113:22 114:14
114:16 119:19
122:3 124:4
seek 15:22
111:19
seen 45:25 59:19
81:24 121:7
selected 24:23
Selection 24:19
semester 58:14
send 36:18
43:25 66:19
68:20 74:25
86:21 103:12
111:5
sending 39:16
68:5
sends 76:23
senior 65:1
113:3 114:11
118:14,23
sense 28:21 73:1
74:18
sensed 29:1
sent 36:24 38:2
39:7,10 45:9
52:3,5 54:14
56:13 58:14,15
62:24 66:8,23
67:2 68:22
69:14 72:16
75:2 84:18,22
85:16 87:11

88:7,10,12
98:1 100:4
102:19 104:12
106:25 107:13
**sentence** 74:23
92:13,18,19
**separate** 30:1
124:9
**separated** 17:17
**September**
39:24 40:24
41:4
**sequence** 59:19
**series** 98:22
**serious** 79:13
**seriously** 19:16
79:18,18
**serve** 72:23
**service** 1:25
25:2,16,18
50:4 108:24
**services** 96:20
100:1 109:2
113:3
**Session** 1:9
124:9
**set** 61:23 81:17
108:23,25
**sets** 69:20
**setting** 64:10,15
110:23
**setup** 107:17
109:16 110:17
110:18
**seven** 11:21
98:24 119:11
**shaken** 63:12
**shared** 11:10
74:14
**sheets** 109:10
**shift** 18:13
**ship** 18:21
**shocked** 59:22
59:22
**shoes** 120:13
**shopping** 120:10
**short** 12:10
17:22 18:15

42:21 45:18
**short-staffed**
47:2
**shortage** 84:8
**show** 77:12
81:14 101:4
102:16 104:20
106:17 112:13
113:19
**showed** 82:2
**showing** 24:16
**Shroff** 93:11
**siblings** 12:12
**sic** 7:6
**side** 29:16
**sidebar** 19:20,23
19:25 21:5
121:7,14 122:5
**sign** 73:16
**signed** 73:20
**significant** 4:1
15:2 25:19
**significantly**
45:2
**similar** 105:16
**single** 44:23
116:12 120:25
**sink** 18:21,21
**sir** 5:13
**situation** 51:3
57:9 72:2,18
74:4,16 75:10
88:14 105:5,8
**situations** 93:4
118:23
**six** 40:25 42:3
98:24
**skill** 61:23 69:19
**skills** 24:24
43:20 63:10
**slip** 105:17
**Slobodan**
106:25 107:1,5
107:12,14,16
111:6,9,18,21
**slowly** 41:16,18
**small** 3:18 5:2
13:12 14:15

42:1
**smell** 118:16
**snow** 81:5
**snowy** 80:3
**so-and-so** 25:11
**social** 12:17
**society** 16:11
42:20 75:6
**society-** 16:10
**sodas** 108:22
**solution** 55:21
**solutions** 75:7
**somebody** 3:16
70:9 99:24
**son** 19:16 25:13
25:17 37:14,20
45:18 46:8
**son's** 39:20,22
46:23 65:1
**sons** 105:17
**soon** 73:10
103:10
**sorry** 19:21 20:2
20:9 21:13
36:15 41:17
46:6 48:13
53:24 56:16
60:12 67:3
79:3 84:25
95:7 96:1
114:1 116:18
117:1 120:3
121:1,4,5,11
**sort** 23:6,9
34:20
**sound** 1:24 18:4
125:3
**source** 118:22
**South** 11:11
**Spain** 6:19,19
**Sparrow** 14:17
42:19
**speak** 30:3
**speakers** 19:13
**speaking** 19:8
57:11 91:11
**Special** 14:2
**Specialist** 113:4

113:5 114:11
**specifically** 3:25
6:22 16:10
19:7 26:22
**spend** 86:20
**spinal-cord**
45:19
**spoke** 37:1
41:20 108:12
**spoken** 87:20
88:20
**spreadsheet**
98:19
**stability** 54:24
**stack** 115:24
**staff** 15:8 30:11
42:1 45:2
49:19 50:5
64:8,16 80:17
81:13 87:7
103:9 109:11
111:2 119:2
**staffing** 63:25
**stamps** 122:13
**stand** 70:23
**standard** 86:24
**standards** 81:17
105:24
**staplers** 109:9
**start** 11:16
12:23 81:18
86:21 119:3
120:2
**started** 9:24
11:17,18,20
16:3,4,18
22:25 29:1,20
107:11 119:11
**starting** 42:9,12
72:10 98:12
**starts** 36:8
**state** 9:21 74:12
**stated** 90:20
**statement** 4:5,5
7:7 8:2,7
**states** 1:1,10
6:18 8:6
107:23

**stating** 86:22
87:3 114:21
**status** 41:19
105:22
**stay** 61:16 93:13
110:18 116:15
**stay-at-home**
55:7
**stayed** 79:19
80:23 100:6
**Staying** 57:21
**step** 27:3 118:19
**Stephen** 1:13
**stepped** 25:12
25:25 118:20
**stood** 31:7
**stop** 91:7
**stopped** 22:25
**stops** 55:18
**stores** 117:20
**story** 86:6,7,8
**straight** 81:21
**straightforward**
65:4
**Street** 1:4,15,18
109:22
**stressed** 70:7
**strong** 75:5
**student** 43:4
45:9,14 64:8
73:22 74:1
78:11 86:23
109:14 110:24
113:3
**students** 30:9
49:24 64:19,23
73:22 75:19
76:6 103:18
105:9,11 107:9
107:10
**studio** 104:1
**stuff** 18:23
**stupid** 30:2
**subject** 124:5
**submission**
27:22
**submit** 27:14
58:20 61:18

96:24 99:23
**submitted** 27:8
  27:22 74:7
  116:2
**submitting**
  37:17
**subsidized**
  118:14,22
  120:19 122:15
  123:20
**substantial**
  105:20
**suburbs** 80:1
**successful** 111:4
**suffering** 86:25
**suggest** 4:8
  64:20
**suggested** 72:19
**suggestions**
  72:25
**Suite** 1:18
**Sullivan** 66:17
**Sundays** 79:8
**supervisor** 22:9
  49:18,21 73:9
  73:15 88:16
**supervisors**
  22:22
**supervisory**
  44:4
**supplies** 109:8,8
  109:21 110:20
**support** 25:13
  114:11
**supposed** 78:10
  82:15 93:16,17
  102:4
**sure** 9:25 24:21
  38:24 41:5
  44:15 69:16
  82:8 94:19
**surgery** 37:14
  37:15 39:20,22
  46:23 47:3
  104:1
**surprise** 73:12
**surprised** 34:4
  79:9,10

**survive** 122:10
**suspended**
  23:12 64:11
**suspension**
  57:25 58:6
  59:11,16,20
  63:17 73:7
**sustained** 5:23
  90:14 103:25
**sustaining** 8:20
**SWORN** 9:20
**symptom** 44:9
**synopsis** 39:17
**system** 21:23
  27:17,18,21
  28:3 96:15,15
**systems** 96:13

---

**T**

**T26** 41:23
**tab** 23:23 33:4
  35:14 40:7
  47:7 55:24
  60:3 62:8
  65:19 69:3
  70:11 71:6
  82:21 84:15
  87:12 92:1
  102:6 104:5
  106:8 111:25
  115:10 119:16
**table** 110:11
**tablecloths**
  110:12
**tables** 107:17
**tactics** 44:22
**tags** 109:11
**take** 12:2 25:11
  30:23 41:3,9
  49:7 53:22,23
  53:23 55:15
  57:16 64:21
  76:19,19 79:18
  88:15 89:10
  95:2 110:10,10
  110:11,12
  120:5 123:5,7
**taken** 70:20

124:8
**talk** 7:16 15:23
  30:25 57:21
  82:14 89:7
  93:5 115:5
  116:13
**talked** 8:18
  46:14,14,14,15
  58:16 59:8
  99:3 115:4
  120:19
**talking** 48:17
  53:7 63:17
  64:9 74:3
  77:18 99:22
  101:11 117:8
**tape** 109:9
**target** 123:4
**tasks** 29:9 43:9
  43:9
**Taylor** 86:22
**team** 64:18 73:3
**tech** 96:19
**Technical** 113:5
  114:11
**Technically**
  11:10
**technologist** 5:4
**technology** 16:5
  17:15 19:2
  26:13 40:5
  43:12 62:3,5
**teens** 12:23
**tell** 10:14 11:14
  12:15 15:4,19
  16:2,16 17:8
  18:8,11 19:6
  21:11 24:2
  28:11 31:2,4
  32:13,17,19
  33:20,25 34:3
  34:5,7,12,23
  36:16 37:12,22
  38:6 41:13
  47:10 48:3,5
  48:11,23 51:5
  52:3,5,17 54:5
  56:2,14 57:14

58:5,18 59:2
  60:7,25,25
  61:13 62:24
  63:5 66:7
  67:12 68:20
  69:25 72:4
  76:25 77:9,22
  78:3,14,15
  82:25 83:16,19
  83:22 84:18,21
  84:24 87:7,14
  88:7 89:15
  90:11,16 91:4
  91:11 93:10
  95:3 97:20
  100:19 101:17
  102:18 104:12
  105:6,13
  106:10,20
  109:11 110:16
  111:5 112:3
  115:4,6,24
  120:3 122:12
  123:10,18
**telling** 8:2 86:6
  86:7 98:10
  101:2 107:5
  122:9
**Temple** 1:6 2:19
  10:24 15:5,11
  15:23 16:2,18
  17:9 22:25
  24:4 25:5 26:6
  28:7 29:3
  31:23,25 34:18
  34:23 41:23
  42:15 52:12
  55:11 58:3
  61:1,11,16,22
  65:1,17,18
  66:18 69:23
  75:12 78:1
  79:5 80:16
  89:1,2 90:17
  92:21 101:18
  103:18 106:22
  107:2,14 111:6
  111:22,23

112:17,20
  113:12,14
  114:18 115:5,6
  116:24 119:6,7
  119:13,22
  120:11 122:22
**Temple's** 17:16
  24:18 36:23
  56:20 71:24
  112:6
**ten** 119:11
**ten-** 70:15
**tenth** 75:23
**tenure** 19:15
  25:5 26:5,25
  58:3
**tenured** 107:3
**terminated**
  15:11,12 91:25
  92:22 107:14
  108:13 111:22
  112:22 115:6
  119:7
**termination**
  2:17 92:23
  93:5 94:10
  101:15,17
  103:2,4 105:23
**terms** 21:8
**test** 21:24
**testified** 4:22 7:3
  7:9 114:20
**testify** 6:1,15,17
  8:4 90:15
**testifying** 7:19
  79:22
**testimony** 4:1,3
  4:6 8:18
**text** 42:8
**thank** 5:24 8:22
  10:3 24:17
  30:21 39:12,24
  40:22 47:22,24
  54:12,18 69:21
  94:23 102:25
  115:18,22,23
  123:24
**Thanks** 122:4

**Theater** 65:16
**thing** 15:10
  38:18 76:11
  86:22 97:20
  116:19
**things** 5:13,14
  5:16 26:22
  28:1 80:10
  108:19 109:7
  115:8 117:22
  118:9
**think** 7:25,25
  15:1 16:15,22
  17:5,22 20:13
  21:21,23 22:9
  23:14,17 34:25
  42:9 44:12,13
  48:21 58:25
  79:17 86:12
  90:19 93:12
  114:9 117:4
  123:13
**third** 71:21
  75:21,22 77:25
  86:8 114:14
**thought** 28:15
  100:8 101:10
  101:19,24
  118:3,4,19
**thoughts** 67:7
**thousand** 42:3,4
  122:23
**threat** 46:5
  49:25
**threatened**
  43:21 44:22
  46:25
**three** 4:20 10:13
  42:11 44:10
  58:16 60:1,2
  64:5 75:2 78:5
  79:1,3,5 80:4
  81:20,20 98:23
  106:4 123:13
**three-day** 57:25
  58:6 59:11,14
  59:20 63:17
  73:7

**throw** 44:3
**Thursday** 97:5
  100:16
**ticket** 58:19 59:3
**tight** 64:22
**time** 8:8,14
  11:19,20 13:23
  14:5,6 15:2
  17:21,22 18:15
  18:20 20:17
  22:10,10 26:5
  30:3 46:6,10
  46:16 47:21,22
  54:13 55:15
  57:22 58:6,17
  59:21 61:25
  63:6 70:5,13
  74:12 76:25
  80:3,3,19,19
  88:11 97:20
  100:14 103:11
  103:24 104:25
  107:3 108:12
**time-line-wise**
  48:19
**timekeeper**
  81:23
**timely** 84:14
  88:21 103:22
**times** 28:16
  29:25 79:23
  80:4 81:1
  85:23 123:10
**title** 32:9,24
  37:8 52:11
  61:2 114:8
**titles** 112:24
  114:4,6
**today** 67:6 92:16
  92:20 97:13
**told** 12:20 18:19
  21:10 31:11
  32:15 34:3,6,8
  34:25 35:3,3,5
  35:10 37:18,19
  37:22 38:6,9,9
  43:19,23,24
  44:2 54:15,16

  55:1,4 57:16
  59:6,10,25
  74:16,20,24
  76:4,5 78:21
  81:6 86:9,14
  86:14,22,24
  87:1,2,2 91:6,6
  91:8,19 93:18
  93:20 100:21
  101:1 107:11
  111:11 116:23
**tolerable** 88:14
**tomorrow** 39:23
**top** 38:25 45:20
  45:21 56:13
  65:21
**total** 22:5
  120:15
**totally** 119:1
**touch** 82:1
**Trachtenberg**
  56:18,19 57:6
  57:11 72:19
  77:4
**Tracy** 53:6 57:3
**traffic** 80:2
**Trainer** 114:12
**training** 43:16
**transcript** 1:9
  1:25 124:9
  125:3
**transcription**
  1:21,22,25
  125:15
**Transcription...**
  125:14
**Transcription...**
  125:7
**transport** 80:1
**travel** 4:11 6:18
  7:17 21:12,12
  21:14,15,16,25
  22:2,3,4 27:7,8
  27:14 45:15
  54:24 55:10
  96:6,13,16,17
  96:24 99:7
**travels** 7:5

**treated** 28:11
  34:15 39:22
  82:16 87:9
**treatment** 35:7
  46:18 52:22
**tree** 123:17
**trial** 1:9 3:11
  4:21,23 23:18
  23:18,23 24:8
  24:14 33:5,9
  35:14,22 36:5
  38:20 40:7,17
  47:8,16 48:23
  49:1 50:23
  51:13,18,24
  53:10,16,21
  56:1,6,12,22
  60:6 62:17
  65:24 67:10,18
  69:2,8 71:7,19
  77:12 83:8,13
  85:7 87:24
  92:5 102:11
  104:15,21
  106:12,17
  112:8 115:14
  115:25
**tried** 15:21
  88:13
**trip** 4:8
**Tristate** 113:7,9
**true** 79:23 87:7
**Trust** 12:22
**truth** 8:2 79:24
  84:13 90:19
  101:2
**try** 14:4 21:24
  100:4
**trying** 28:14
  29:11,11 70:8
  78:6 79:16
  81:25 101:24
  101:25
**tuition** 55:12
**turn** 23:22 33:4
  35:13 36:3
  40:6 48:22
  55:23 60:3

  68:11 76:12
  82:20 84:15
  92:1 94:16
  106:8 119:16
**turning** 34:9
**twelve** 124:1
**twenty-four-y...**
  46:4
**two** 4:18 14:6
  17:4,23 30:1
  37:5 45:2,2
  47:2 48:10
  61:24 62:9
  64:7 67:4,14
  69:17 73:4
  84:13 88:16
  92:23 93:3,3,5
  98:23 99:1
  101:11,13
  104:23 105:17
  116:22 117:4
  119:4,5,24
  120:16,17,18
**two-page** 35:17
**two-verus-one**
  75:24
**two-year** 14:5
**type** 3:17 26:9
**typewriter**
  43:10

                U
**Uh-huh** 24:15
  30:24 35:20
  38:22 48:2
  49:9 53:11
  60:5 77:8
  84:17 95:24
  96:4 97:6,8
**ultimately** 89:7
  118:24
**unable** 52:24
  103:6
**unacceptable**
  50:16
**unbiased** 84:12
**uncertain** 41:15
  41:19

**uncomfortable**
  57:1,2
**undergrads**
  103:18 107:10
**understand** 8:5
  21:1 38:12
  48:16 52:13
  83:24
**understanding**
  80:12
**unequal** 86:24
  105:25
**unexpected** 55:6
**unfair** 105:24
**unfairness**
  63:19
**unfamiliar** 57:9
**unfortunate**
  103:23
**union** 29:3,4
  80:18
**United** 1:1,10
  6:18 8:6
**university** 1:6
  14:8 18:6
  19:13 25:2
  39:14 43:17
  50:4 55:12,22
  65:5 66:18
  81:6,9 92:21
  105:2,9
**University's**
  24:4 52:12
**unpaid** 57:25
  58:6 59:16,20
**unplanned** 55:6
**unprofessional**
  32:5,16 34:5
**unprofessiona...**
  34:15
**unreasonable**
  105:22
**unrelated** 44:20
  69:19
**unrelenting**
  54:14
**unsubstantiated**
  64:14

**untrue** 64:6
**unusual** 79:21
**upper** 33:20
**urine** 118:17
**urns** 109:17
  110:19
**use** 3:12,13,23
  3:24 5:25 7:23
  7:24 24:5
  96:13,15 99:23
  110:5
**utensils** 108:21
**utilities** 103:15

---
                V
**V** 1:2
**vacation** 47:6
**value** 122:16
**valued** 64:17
**various** 106:5
  112:14,16,24
  116:13
**veered** 20:18
**verbal** 24:24
  73:12 82:14,15
  93:21
**verify** 4:11
**Vice** 22:15,16
  35:1 37:9 48:6
  61:2
**violate** 103:9
**violations**
  101:16
**Violence** 114:10
**Virginia** 9:23
**Virology** 16:6
**visiting** 30:10
**visitor** 27:13
  50:1
**visitors** 19:12
  49:24
**voice** 29:18,19
  30:14
**volunteered**
  29:10
**vs** 1:4
**Vucetic** 107:1
  111:9

---
                W
**Wacker** 32:7,9
  32:14 33:25
  34:3,12 43:18
  61:14 91:3,8
**Wacker's** 49:18
**Wait** 86:19
**waited** 85:23,23
**waiting** 13:15
  45:17 74:4
**walk** 11:14
  28:19 37:23
  99:13 101:9
  117:19
**walked** 32:3
**walking** 28:22
  80:4
**Walkman** 75:22
  110:21
**Walton** 46:15
  51:4 54:16
  57:2,17,19
  60:10,22 61:10
  62:13,25 63:2
  63:5 69:15,22
  70:1,6 72:20
  83:1,17,22
  84:19,22 85:4
  85:15,15 88:20
  91:23
**want** 3:12 18:3
  20:5,21 37:19
  46:4 49:14
  54:1,25 55:15
  55:16,17,19
  62:4 64:23,25
  73:8 76:5,19
  82:11 83:24
  85:25 91:9
  102:2 104:3
  111:16,17
  117:16 121:25
**wanted** 3:6
  18:22,22 25:15
  51:9 61:16
  68:22 86:14
  89:19,25,25

  90:2 99:23
  101:5,25 102:1
  102:1 105:5
  116:15
**wanting** 28:14
**wants** 76:2
**warning** 73:12
  78:4 82:14,15
**warrant** 59:24
**wasn't** 5:18 7:6
  8:12 13:24
  21:21 23:11
  29:2,3,13
  30:12 51:8
  79:20 80:18
  81:7 100:11
  101:24,25
  118:23 123:3
**watch** 18:21
  61:18
**wave** 103:20
**way** 8:13 18:4
  25:8 35:9
  38:11 51:8
  80:6 87:8
  101:24 114:20
**we'll** 20:23 41:9
  49:1 52:8
  58:19 62:17
  124:1
**we're** 28:2 31:16
  40:2 53:24
  58:17 68:3
  77:16,18 94:21
  101:11 102:16
**we've** 48:17 53:7
  59:19 115:4
**website** 67:5
  112:6
**week** 45:13
  54:14 74:20
  79:23 80:5
  81:1 84:4
  89:20 99:4
  108:13,15
  110:9 111:6
**weekend** 54:13
  58:23

**weekends** 81:2,2
**weeks** 37:5
  40:25 57:22
  83:3 85:1
  106:2,4
**welcome** 110:5
**well-intentioned**
  76:5
**went** 6:19,19
  14:5 26:9 27:3
  58:14 59:4,4,5
  59:5,8 78:18
  78:18 79:13
  91:22 100:20
  115:11
**weren't** 6:9
  27:25 29:5
**Whaley** 58:13
  58:14
**wheelchair**
  120:6
**widow** 25:14,14
  25:20 44:3
**wish** 46:7
**withdraw** 12:7
**withdrew** 12:8,9
**witness** 2:5 4:22
  9:4,6,12,14,17
  9:23,25 10:1,2
  19:21 36:11
  39:2 70:23
  93:1 94:24
  113:20 115:18
  117:3 121:11
  121:13,18
**woman** 81:18
  119:1 120:5
**women** 4:5
  13:12,16 14:15
  14:17,18 31:12
  31:18 34:9
  54:20 116:22
  117:4
**Women's** 11:22
**words** 4:25
  31:17
**work** 12:15 13:3
  13:6,12,23

16:2 20:16
24:25 25:13
28:6,14 29:11
31:21,22 39:19
43:20 46:22
49:20 58:15
64:18 70:8
79:19 80:4,18
80:25 81:2,14
82:10 85:24,25
86:17,20 88:13
102:1 109:14
111:19 120:4
120:10,11,21
**workday** 73:2
80:13
**worked** 13:2,4
14:1,13 15:8
16:6,9,12,13
16:13 17:19,22
18:1,2,4 19:18
25:10,12,12
32:11 59:25
79:8,8,8 81:8
81:13 82:6
120:24
**worker** 45:9,15
64:8 78:11
80:14 86:23
113:6
**workers** 43:5
73:23 74:1
75:19 109:14
110:24
**working** 12:18
12:21,22 13:16
14:8 16:18
18:17 31:20,21
34:18 35:2
58:7 119:13
120:2,15
122:24
**workplace**
28:12 46:10
72:2
**world** 7:5 55:10
55:10
**worry** 64:2

**wouldn't** 58:15
101:6
**write** 32:24,25
46:6 63:5
68:24 73:8
102:21
**Writer** 113:5
**writeup** 32:17
81:10
**writeups** 29:1
**writing** 25:1
43:2 79:15
**written** 23:2,5
24:25 34:4,20
57:24 58:2
76:8 78:4,8
79:10 80:20
81:4 82:9
86:16
**wrongdoing**
50:3
**wrote** 41:13,14
42:11 48:8
52:20 54:21
72:13 76:23
83:22
**Wu** 3:18 4:4,4
4:22 6:1,5 7:3
8:7,15 26:10
26:21 27:6,11
28:6,11,13
29:15 31:7,15
31:17 32:1,15
34:1,12,14,23
35:5 38:12
43:1 46:18
54:19 58:23
59:6 64:6,9
72:22 73:21
74:3 76:2
78:14,16,19
79:22 80:23
81:5 82:16
86:3 90:8 91:2
91:6,9 93:18
95:6,9 97:12
100:17 105:10
105:10 114:20

**Wu's** 4:16 8:7
27:24 45:7
78:15 96:21,23

_____
**X**
_____

_____
**Y**
_____
**yeah** 4:24 5:23
6:11 7:11 8:20
10:20 11:21
13:9,22 19:10
20:1,7,12
21:16 22:12
28:4,5 33:15
39:4 41:2,6,16
44:14,18 47:24
50:19 52:14
53:24 59:17
66:23 68:4,7,7
70:3 82:7
85:20,20 87:12
89:13,13 98:9
98:14 101:14
104:8 106:4
112:14,23
119:4 121:9
122:11
**year** 10:18,19
11:11,20 13:25
15:24 16:16
18:14,14 31:1
55:11 65:1
70:7 72:16
82:18 107:25
108:1,6 111:9
120:17
**years** 4:20 10:12
17:4 22:7,9,17
23:2 28:9
34:18 43:1
75:14 78:1
79:6 94:6
96:10 101:18
111:16 119:4,5
119:24 120:16
120:18,21
122:12,24
**yell** 29:25

**yelled** 28:17
30:6 84:5
**yelling** 29:23
**Yep** 30:20 42:24
55:14 68:5
**yesterday** 4:13
4:17 5:6 8:18
79:22 102:25
103:2 114:20
**young** 75:19
81:18
**youngest** 55:11

_____
**Z**
**Zachary** 11:5
**zero** 62:9

_____
**0**
_____

_____
**1**
_____
**1** 23:23,23 24:8
24:14
**1,000** 122:17
**1.75** 41:24
**1:16-cv-248** 1:3
**10** 2:6 34:18
47:7,8,16
58:13 70:19
79:20 89:22
91:18,19
**10.50** 119:12
**10.70** 119:11
120:14
**10:30** 91:20
**10:44** 70:20
**10:55** 70:21
**102** 2:17
**104** 2:18
**106** 2:18
**10th** 31:3 54:6
110:3
**11** 48:23 49:2
50:24
**11/9** 4:1
**11/9/2011** 33:22
**112** 2:19
**116** 2:19
**11th** 6:22

**12** 12:10,10 39:5
42:21 51:13,19
51:24
**12:01** 124:8
**12th** 68:1 93:14
**13** 53:10,16,21
78:1 79:6
101:18
**13th** 67:13 93:14
93:15 109:22
**14** 55:24 56:1,6
56:12,22
113:11
**1400** 1:18
**14th** 93:15
**15** 61:19
**1525** 1:15
**1601** 1:18
**17** 1:5 60:3,6,14
125:12
**1880** 1:22
**19102** 1:15,18
**19103** 1:23
**19106** 1:5
**1954** 16:17 31:3
**1997** 11:7
**1st** 10:18 89:10
89:13,21 91:14
92:11 103:16
119:6

_____
**2**
_____
**2** 1:9
**2,075** 42:6
**2/10/13** 2:11
**2/22/14** 2:15
**2/25/14** 2:16
**2/7/13** 2:9
**2/8/13** 2:10
**2/9/13** 2:10
**20** 11:21 13:1
62:8,18,22
99:13
**2001** 15:25
16:18 22:25
**2005** 94:8
**2009** 4:6 23:1
26:15 28:7

**2011** 3:19,19
6:18 8:12,13
30:23,25 31:4
34:17 41:22
42:2,3
**2012** 36:17,25
37:15 39:6
40:24 41:4
46:11 48:21
57:18
**2013** 48:4,9,19
49:8,12 52:4
52:15 54:6
57:18,25 59:18
63:1 67:13
68:1 69:15
70:4 72:1,5,13
77:17
**2013.'** 108:2
**2014** 2:20 39:2
57:18 77:18,24
83:2,23 84:25
85:16 88:9
89:10 91:14
92:11 97:15,22
102:20 104:14
104:24 106:21
108:4 119:4,6
**2016** 119:5,7
120:2
**2017** 10:18
**2018** 1:5 125:12
**20th** 77:24 95:20
95:20,21 97:5
97:15,22 99:2
100:16
**21** 65:19,25
**21st** 104:14,24
**22** 67:10,19,23
68:3
**22,000** 120:17
**22nd** 83:2,23
**23** 68:11,13
**24** 11:19 69:3,3
69:6,9
**25** 11:21
**25-ish** 11:20
**25th** 36:17,25

84:25 85:16
88:9
**26** 36:17 63:1
**27** 11:5 70:11
71:6,7,13,20
76:15
**28** 82:7
**2nd** 39:2,4,6
102:20

_____
**3**
**3** 2:3 33:4,5,10
113:3
**3/25/14** 2:16
**3:56** 97:5,15
99:12
**30** 11:5 77:7,12
82:8 102:5
**30th** 37:5 39:13
104:2 105:18
**32** 11:5
**33** 82:21 83:8,13
**330155-132**
98:19
**34** 11:4 87:12,12
87:25 88:4
**341** 125:13
**36** 2:8
**38** 84:16 85:8
**3rd** 39:24

_____
**4**
**4/1/14** 2:17
**4/12/14** 2:17
**4/21/14** 2:18
**4/7/14** 2:18
**40** 2:9
**43** 16:21
**45** 92:1,5
**46** 16:22,23
102:6,12
**47** 2:9
**49** 2:10
**4th** 69:15 70:4

_____
**5**
**5** 35:14,15,22
36:5 38:21

80:25 97:13
**5,000** 122:20
**5:27** 97:22 100:2
100:15
**50,000** 119:15
**51** 2:10 106:8,13
106:18
**51,525** 42:5
**53** 2:11 104:5,16
104:21
**55** 31:13 34:9
**56** 2:11
**560** 122:17
**57** 31:11 34:10
**58** 52:23 54:20
75:14
**59** 111:25 112:9
112:13

_____
**6**
**6** 72:5
**6/25/12** 2:8
**6/26/13** 2:12
**60** 2:12
**601** 1:4
**62** 2:12 119:16
119:16
**63** 10:12
**66** 2:13 115:14
115:25 116:5
**67** 2:13
**68** 2:14
**69** 2:14
**6th** 1:23 72:13

_____
**7**
**7** 40:7,7,17 48:9
**7-** 108:9 109:19
**7-Eleven** 108:8
108:20 109:13
109:17,23
**7-Elevens**
110:19
**7/13/13** 2:13
**7:45** 109:19
**71** 2:15 94:22
95:2
**7th** 48:4 106:21

_____
**8**
**8** 49:11 109:13
**8/4/13** 2:14
**8/6/13** 2:15
**83** 2:15
**85** 2:16
**855)204-8184**
1:24
**88** 2:16
**8th** 49:8

_____
**9**
**9** 79:20 108:25
**9/2/12** 2:9
**9:23** 3:1
**92** 2:17
**95** 2:20
**97** 11:7
**9th** 6:23 31:5
40:24 41:4
52:4,15