## CERTIFICATE OF SERVICE

I, Rahul Munshi, hereby certify that Plaintiff Ruth Briggs's Brief In Opposition to the Motion of Defendant, Temple University, For Judgment as a Matter of Law Or, In the Alternative, For a New Trial Or, In the Alternative, For a Remittitur was filed using the ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record.

>Richard Harris, Esquire
>Rachel Fendell Satinsky, Esquire
>Littler Mendelson, P.C.
>Three Parkway
>1601 Cherry Street, Suite 1400
>Philadelphia, PA 19102-1321
>rharris@littler.com
>rsatinsky@littler.com
>267-402-3040

Attorneys for Defendant

>CONSOLE MATTIACCI LAW, LLC
>
>_____
>Rahul Munshi, Esquire
>1525 Locust St.
>Ninth Floor
>Philadelphia, PA 19102

Counsel for Plaintiff, Ruth Briggs

Dated: August 24, 2018