IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH BRIGGS,<br><br>    Plaintiff,<br><br>  v.<br><br>TEMPLE UNIVERSITY<br><br>    Defendant. | :<br>:<br>:<br>:<br>:  CIVIL ACTION NO.<br>:  16-cv-0248<br>:<br>:<br>:<br>:<br>: |

## ORDER

  **AND NOW**, this _____ day of _____, 201___, upon consideration of the Motion of Defendant, Temple University, For Judgment as a Matter of Law Or, In the Alternative, For a New Trial Or, In the Alternative, For a Remittitur, and Plaintiff Ruth Briggs's Opposition thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion is **DENIED** in its entirety.

                  BY THE COURT:

                  _____
                  ROBERT F. KELLY
                  SENIOR UNITED STATES DISTRICT JUDGE