IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS,<br><br>    Plaintiff,<br><br>v.<br><br>TEMPLE UNIVERSITY,<br><br>    Defendant. | Case No. 2:16-cv-00248-RK<br><br>HON. ROBERT F. KELLY, SR., J. |

**DEFENDANT TEMPLE UNIVERSITY'S RESPONSE IN OPPOSITION TO PLAINTIFF RUTH BRIGGS' POST-TRIAL MOTION FOR FRONT PAY DAMAGES AND FOR A NEW TRIAL ON PUNITIVE DAMAGES ONLY**

For the reasons set forth in the accompanying Memorandum of Law, Defendant Temple University respectfully requests that this Court enter an Order, in the form attached hereto, denying Plaintiff Ruth Briggs' Post-Trial Motion for Front Pay Damages and for a New Trial on Punitive Damages Only.

Respectfully submitted,

*/s/ Richard R. Harris*
Richard R. Harris, (PA No. 84897)
Rachel Fendell Satinsky, (PA No. 308751)
Jonathan L. Shaw, (PA No. 316882)
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
267.402.3044 (t)
267.402.3131 (f)
rharris@littler.com
rsatinsky@littler.com
jlshaw@littler.com

*Attorneys for Defendant Temple University*

Date: August 24, 2018