# EXHIBIT A

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RUTH V. BRIGGS,                    .
                                   . Case No. 1:15-cv-00902-LS
            Plaintiff,             .
                                   .
        vs.                        . 601 Market Street
                                   . Philadelphia, Pennsylvania 19106
                                   . July 17, 2018
                                   .
TEMPLE UNIVERSITY,                 .
                                   .
            Defendants.            .
. . . . . . . . . . . . . . .

TRANSCRIPT OF TRIAL
DAY 2 - P.M. SESSION
BEFORE THE HONORABLE ROBERT F. KELLY
UNITED STATES DISTRICT JUDGE
AND A JURY

APPEARANCES:

For the Plaintiff:          Laura Carlin Mattiacci, Esq.
                            Stephen G. Console, Esq.
                            Rahul Munshi, Esq.
                            CONSOLE MATTIACCI LAW, LLC
                            1525 Locust Street
                            Philadelphia, Pennsylvania 19102

For the Defendant:          Richard R. Harris, Esq.
                            Rachel Fendell Satinsky, Esq.
                            LITTLER MENDELSON, PC
                            1601 Cherry Street, Suite 1400
                            Philadelphia, Pennsylvania 19102

Audio Operator:             Electronically Recorded
                            by Court Personnel

Transcription Company:      JDR Acquisition, LLC./
                            Advanced Transcription
                            1880 John F. Kennedy Boulevard
                            6th Floor
                            Philadelphia, Pennsylvania 19103
                            (855)204-8184


Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

72

1    Q    Your request?

2    A    My request.

3    Q    Because you wanted help?

4    A    I wanted to see if I had Alzheimer's like my father.

5    Q    But you did not have that?

6    A    I did not have that.

7    Q    Ms. Briggs, are you currently employed?

8    A    Yes, I am.

9    Q    Your current employment, I believe you're a health --

10   home healthcare assistant?

11   A    Aide, right.  Uh-huh.  Yes.

12   Q    And as I also understand your testimony, you have not

13   looked for a position since you've been in that current role?

14   A    No.

15   Q    Okay.  And it's -- your salary currently is

16   approximately half of what you made when you were working at

17   Temple University?

18   A    Or less.  Yeah.

19   Q    And the position that you currently have is full-time?

20   A    Yes, it is.

21   Q    Okay.  And as I understand your testimony, you have a

22   degree, correct?

23   A    Yes, I do.

24   Q    That you actually received with honors?

25   A    Yes, I did.

# EXHIBIT B

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RUTH V. BRIGGS,                .
                               . Case No. 1:15-cv-00902-LS
              Plaintiff, .
                               .
         vs.                   . 601 Market Street
                               . Philadelphia, Pennsylvania 19106
                               . July 18, 2018
                               .
TEMPLE UNIVERSITY,             .
                               .
              Defendants..
. . . . . . . . . . . . . .
              TRANSCRIPT OF TRIAL
          DAY 3 - P.M. SESSION
    BEFORE THE HONORABLE ROBERT F. KELLY
        UNITED STATES DISTRICT JUDGE
               AND A JURY
APPEARANCES:
For the Plaintiff:        Laura Carlin Mattiacci, Esq.
                          Stephen G. Console, Esq.
                          Rahul Munshi, Esq.
                          CONSOLE MATTIACCI LAW, LLC
                          1525 Locust Street
                          Philadelphia, Pennsylvania 19102

For the Defendant:        Richard R. Harris, Esq.
                          Rachel Fendell Satinsky, Esq.
                          LITTLER MENDELSON, PC
                          1601 Cherry Street, Suite 1400
                          Philadelphia, Pennsylvania 19102

Audio Operator:           Electronically Recorded
                          by Court Personnel

Transcription Company:    JDR Acquisition, LLC./
                          Advanced Transcription
                          1880 John F. Kennedy Boulevard
                          6th Floor
                          Philadelphia, Pennsylvania 19103
                          (855)204-8184


Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

42

```
1    presence, but in the presence of counsel representing the

2    parties.  All right.

3              MS. MATTIACCI:  Thank you.

4              The question to Dr. Wu:

5              "Are you generally familiar within your capacity as

6    a manager that there are federal and state laws that protect

7    individuals from certain types of discrimination?

8              "Witness:  Yes, I know that.

9              "And are you familiar within your capacity as a

10   manager at Temple that Temple has anti-discrimination and

11   anti-retaliation policies?

12             "Yes.

13             "Do you consider these policies of anti-

14   discrimination and anti-retaliation important?

15             "Oh, yeah, very important.

16             "Why?

17             "The reason that people -- that we should not

18   discriminate people based on age, gender."

19             And then the last one:

20             "Did you ever yell in Chinese in the workplace?

21             "Answer:  Yes, sometimes with my students, Chinese

22   students."

23             That's all.

24             THE COURT:  All right.

25             MS. SATINSKY:  Your Honor, may we see you at
```

# EXHIBIT C

RUTH V. BRIGGS

Page 1

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

RUTH V. BRIGGS,                    : No. 16-cv-00248
                    Plaintiff     :
                                   :
          vs.                      :
                                   :
TEMPLE UNIVERSITY,                 :
                    Defendant      :

- - -

Thursday, May 25, 2017

- - -

              Videotaped deposition of RUTH V.
BRIGGS, taken pursuant to notice, was held at the
offices of Littler Mendelson, Three Parkway, 1601
Cherry Street, Suite 1400, Philadelphia,
Pennsylvania 19102, beginning at 10:07 a.m., on
the above date, before DEBRA ANNE GERSTEMEIER,
Registered Professional Reporter and Notary
Public of the Commonwealth of Pennsylvania.

- - -

ELITE LITIGATION SOLUTIONS, LLC
1518 Walnut Street, Suite 300
Philadelphia, Pennsylvania  19102
www.elitelsllc.com ~ (215) 563-3703

RUTH V. BRIGGS

Page 179

1    A.     I did know that it was a policy, yes.

2                    - - -

3                  (Whereupon, Temple University

4           Polices and Procedures Manual memo,

5           Bates No. BRIGGS 94-96, was marked

6           as D Exhibit No. 6 for

7           identification.)

8                    - - -

9                  THE WITNESS:  There's nothing

10          more with this (indicating)?

11                 MS. FENDELL-SATINSKY:  Not

12          right now.

13                 THE WITNESS:  Okay.

14                 MS. FENDELL-SATINSKY:  You can

15          put it to the side.

16   BY MS. FENDELL-SATINSKY:

17    Q.    The court reporter has given you a

18   document that's been marked as D-6.

19    A.    Uh-huh.

20    Q.    Is that a "yes"?

21    A.    Yes.  I'm sorry.  "Yes."

22    Q.    That's okay.

23          Same first question to you is whether

24   you've seen this document before.

RUTH V. BRIGGS

Page 180

1    A.    Yes, I have.

2    Q.    And if you look down at the Bates

3    numbers in right-hand corner, you see it

4    says "BRIGGS 94" on the first page?

5    A.    Yes, I do.

6    Q.    And I will tell you that means that

7    this is a document that you or your attorney

8    produced to us from you.  Okay?

9    A.    Yes.

10   Q.    Did you have access to this document

11   throughout your employment at Temple?

12   A.    Yes.

13   Q.    And did you understand this document

14   during your employment at Temple?

15   A.    Yes.

16   Q.    And you understand that Temple

17   prohibits discrimination and harassment,

18   correct?

19   A.    Yes.

20              MR. MUNSHI:  Objection to

21         form.

22              Go ahead.

23   BY MS. FENDELL-SATINSKY:

24   Q.    You understood that was Temple's

RUTH V. BRIGGS

Page 181

1   policy during your employment, correct?

2   A.    Yes.

3   Q.    I want to go back quickly to earlier

4   we talked about Mr. Wacker.

5   A.    The --

6   Q.    You can put that aside --

7   A.    Oh, okay.

8   Q.    -- for now.

9   A.    Okay, okay.

10   Q.    And when we talked about Dr.

11   Wacker --

12   A.    Mr. Wacker.

13   Q.    Mr. Wacker.  I'm giving everybody

14   additional titles or not enough titles.

15         When we talked about Mr. Wacker, you

16   gave me a list of things that Dr. Wacker

17   asked you to do that you found morally

18   objectionable, if not illegal.

19         Do you remember that?

20   A.    Yes.

21   Q.    Why do you think Dr. -- let me ask it

22   again.

23         Why do you think Mr. Wacker asked you

24   to do those things you identified as morally