### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH V. BRIGGS, | : |
|   Plaintiff, | : Case No. 2:16-cv-00248-RK |
| v. | : HON. ROBERT F. KELLY, SR., J. |
| TEMPLE UNIVERSITY, | : |
|   Defendant. | : |

### **ORDER**

AND NOW, this _____ day of August, 2018, upon consideration of Plaintiff Ruth Briggs' Post-Trial Motion for Front Pay Damages and for a New Trial on Punitive Damages Only, and Defendant Temple University's Response and Memorandum of Law in Opposition thereto, it is hereby ordered that Plaintiff's Post-Trial Motion is **DENIED.**

**BY THE COURT:**

_____
J.