# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| RUTH BRIGGS, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 16-248 |
| | : | |
| TEMPLE UNIVERSITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

**AND NOW**, this 16th day of October, 2018, upon consideration of Defendant Temple University's ("Temple") Motion for Judgment as a Matter of Law or, in the Alternative, for a New Trial or, in the Alternative, for a Remittitur; Plaintiff Ruth Briggs' ("Briggs") Motion for Front Pay Damages and for a New Trial on Punitive Damages Only; and all responses and replies, it is hereby **ORDERED** that:

1. Temple's Motion for Judgment as a Matter of Law or, in the Alternative, for a New Trial or, in the Alternative, for a Remittitur (Doc. No. 64) is **DENIED**;

2. Briggs' Motion for Front Pay Damages and for a New Trial on Punitive Damages Only (Doc. No. 65) is **GRANTED** with respect to an award for front pay damages in the amount of $60,670.20, but **DENIED** with respect to a new trial on punitive damages; and

3. the Clerk of Court shall amend the Judgment to reflect the $850,000 jury award plus the $60,670.20 front pay award, for a total award of $910,670.20.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE