# EXHIBIT 1

Console Mattiacci Law LLC
Ruth V. Briggs vs. Temple University

| Attorney | Total Hours | Rate | Total Amount |
|---|---|---|---|
| Laura C. Mattiacci | 231.30 | 750 | $173,475.00 |
| Rahul Munshi | 485.40 | 440 | $213,576.00 |
| Stephen G. Console | 19.20 | 940 | $18,048.00 |
| | | Total | $405,099.00 |

| Bill Date | Client | Attorney | Description | Dur/Qty |
|---|---|---|---|---|
| **Laura C. Mattiacci** | | | | |
| 1/20/2016 | Ruth V. Briggs | LCM | Review all documents in trial binder review and revise complaint. Emails to and from Rahul Munshi. | 1.50 |
| 3/1/2016 | Ruth V. Briggs | LCM | Review article in case. Emails to and from Rahul Munshi. | 0.10 |
| 6/18/2018 | Ruth V. Briggs | LCM | Work on trial prep. | 6.00 |
| 6/19/2018 | Ruth V. Briggs | LCM | Work on trial prep. | 7.00 |
| 6/20/2018 | Ruth V. Briggs | LCM | Work on trial prep. | 3.00 |
| 6/21/2018 | Ruth V. Briggs | LCM | Work on trial prep. | 6.00 |
| 6/22/2018 | Ruth V. Briggs | LCM | Work on trial prep. | 2.00 |
| 6/25/2018 | Ruth V. Briggs | LCM | Work on trial prep. | 4.00 |
| 6/26/2018 | Ruth V. Briggs | LCM | Work on trial prep. | 5.00 |
| 6/27/2018 | Ruth V. Briggs | LCM | Work on trial prep. | 4.50 |
| 6/28/2018 | Ruth V. Briggs | LCM | Work on trial prep. | 6.50 |
| 6/29/2018 | Ruth V. Briggs | LCM | Work on trial prep. | 3.50 |
| 7/2/2018 | Ruth V. Briggs | LCM | Work on trial prep. | 4.00 |
| 7/3/2018 | Ruth V. Briggs | LCM | Work on pretrial submissions, review and digest depositions. Review documents. | 7.50 |
| 7/5/2018 | Ruth V. Briggs | LCM | Work on pretrial submissions, review and digest depositions. Review documents. | 9.50 |
| 7/6/2018 | Ruth V. Briggs | LCM | Work on pretrial submissions, review and digest depositions. Review documents. | 8.00 |
| 7/7/2018 | Ruth V. Briggs | LCM | Work on Direct and crosses. | 6.20 |
| 7/8/2018 | Ruth V. Briggs | LCM | Work on Direct and crosses. | 6.50 |
| 7/9/2018 | Ruth V. Briggs | LCM | Work on Voir Dire, jury instructions, verdict sheet, motions in limine. | 9.50 |
| 7/10/2018 | Ruth V. Briggs | LCM | Work on Voir Dire, jury instructions, verdict sheet, motions in limine. | 10.50 |
| 7/11/2018 | Ruth V. Briggs | LCM | Review file and documents and deposition transcripts. Work on cross examinations. Conferences with Rahul Munshi and Steve Console regarding trial. | 11.50 |
| 7/12/2018 | Ruth V. Briggs | LCM | Review file and documents and deposition transcripts. Work on cross examinations. Conferences with Rahul Munshi and Steve Console regarding trial. | 12.00 |
| 7/13/2018 | Ruth V. Briggs | LCM | Review file and documents and deposition transcripts. Work on cross examinations. Conferences with Rahul Munshi and Steve Console regarding trial. | 13.00 |
| 7/14/2018 | Ruth V. Briggs | LCM | Review file and documents and deposition transcripts. Work on cross examinations. Conferences with Rahul Munshi and Steve Console regarding trial. | 11.50 |
| 7/15/2018 | Ruth V. Briggs | LCM | Review file and documents and deposition transcripts. Work on cross examinations. Conferences with Rahul Munshi and Steve Console regarding trial. | 13.00 |
| 7/16/2018 | Ruth V. Briggs | LCM | Prepare for and attend trial. | 15.00 |
| 7/17/2018 | Ruth V. Briggs | LCM | Prepare for and attend trial. | 15.00 |
| 7/18/2018 | Ruth V. Briggs | LCM | Prepare for and attend trial. | 15.00 |
| 7/19/2018 | Ruth V. Briggs | LCM | Prepare for and attend trial. | 9.00 |
| 7/20/2018 | Ruth V. Briggs | LCM | Legal research on post-trial issues. Conference regarding post-trial motions, front page, attorneys fees. | 2.00 |
| 7/23/2018 | Ruth V. Briggs | LCM | Legal research on post trial issues and front pay. Emails to and from Rahul Munshi and Steve Console regarding front pay and appeal issues. | 1.00 |
| 7/24/2018 | Ruth V. Briggs | LCM | Legal research on post trial issues. Telephone conferences with Rahul Munshi and Steve Console regarding front pay and appeal issues. | 1.50 |
| 7/25/2018 | Ruth V. Briggs | LCM | Telephone conference with Rahul Munshi regarding post-trial issues. Telephone conference with opposing counsel regarding post-trial motions. Telephone conference with the court. Emails to and from Steve Console and Rahul Munshi regarding post-trial issues. | 1.00 |
| | | | **Total Hours for Laura Mattiacci** | **231.30** |

| Bill Date | Client | Attorney | Description | Dur/Qty |
|---|---|---|---|---|
| **Rahul Munshi** | | | | |
| 5/14/2014 | Ruth V. Briggs | RM | Initial Consultation PNC, Ruth Briggs, Document review | 2.00 |
| 6/23/2014 | Ruth V. Briggs | RM | Review documents from PNC, Ruth Briggs | 0.50 |
| 6/26/2014 | Ruth V. Briggs | RM | Review documents from PNC, Ruth Briggs; e-mail with Ruth Briggs | 1.00 |
| 7/2/2014 | Ruth V. Briggs | RM | Follow up Initial Consultation; internal conference with Briggs | 1.50 |
| 7/8/2014 | Ruth V. Briggs | RM | Telephone conference with Briggs; e-mails with Briggs | 0.70 |
| 8/5/2014 | Ruth V. Briggs | RM | Telephone conference with client; e-mails with client | 1.00 |
| 8/20/2014 | Ruth V. Briggs | RM | E-mails with Ruth Briggs; review notes from Briggs | 0.20 |
| 8/21/2014 | Ruth V. Briggs | RM | Telephone conference with Ruth Briggs | 0.30 |
| 9/2/2014 | Ruth V. Briggs | RM | E-mails with client; review documents from client | 0.20 |
| 9/11/2014 | Ruth V. Briggs | RM | E-mails with client; review documents from client | 0.20 |
| 9/17/2014 | Ruth V. Briggs | RM | E-mails and voice mail from Ruth Briggs; review position statement and comments from Ruth Briggs | 0.80 |
| 10/1/2014 | Ruth V. Briggs | RM | E-mails with Ruth Briggs; review notes from Briggs | 0.50 |
| 10/6/2014 | Ruth V. Briggs | RM | E-mails with Ruth Briggs | 0.20 |
| 10/7/2014 | Ruth V. Briggs | RM | Review e-mails and notes from Ruth Briggs | 0.50 |
| 10/8/2014 | Ruth V. Briggs | RM | Position statement and exhibit review; drafted rebuttal; e-mails with Ruth Briggs | 4.50 |
| 10/9/2014 | Ruth V. Briggs | RM | Drafted amended charge; e-mails with Ruth Briggs | 1.00 |
| 10/15/2014 | Ruth V. Briggs | RM | Review amended charge | 0.10 |
| 10/21/2014 | Ruth V. Briggs | RM | E-mails with Ruth Briggs; telephone conference with Briggs; prepared letter to opposing counsel | 1.00 |
| 10/24/2014 | Ruth V. Briggs | RM | Drafted rebuttal and demand to opposing counsel; emails with Briggs | 2.00 |
| 10/29/2014 | Ruth V. Briggs | RM | E-mails with Ruth Briggs; drafted rebuttal; document review from client | 0.80 |
| 10/30/2014 | Ruth V. Briggs | RM | E-mail with Ruth Briggs; revised demand letter and rebuttal to EEOC | 0.70 |
| 11/6/2014 | Ruth V. Briggs | RM | Telephone conference with opposing counsel and preparation; voice mail from Ruth Briggs | 0.50 |
| 11/10/2014 | Ruth V. Briggs | RM | Telephone conference with Ruth Briggs | 0.40 |
| 11/21/2014 | Ruth V. Briggs | RM | E-mail with opposing counsel; review position statement | 0.80 |
| 12/16/2014 | Ruth V. Briggs | RM | Review position statement; e-mail with Ruth Briggs | 0.30 |
| 2/24/2015 | Ruth V. Briggs | RM | voice mail and emails with client | 0.20 |
| 2/25/2015 | Ruth V. Briggs | RM | Telephone conference with client; file review | 0.50 |
| 9/15/2015 | Ruth V. Briggs | RM | Telephone conference with client | 0.10 |
| 9/16/2015 | Ruth V. Briggs | RM | Telephone conference with client | 0.20 |
| 11/2/2015 | Ruth V. Briggs | RM | Telephone conference with Ruth Briggs | 0.50 |
| 11/5/2015 | Ruth V. Briggs | RM | Internal conference with client; document review | 2.50 |

| Date | Client | Atty | Description | Hours |
|---|---|---|---|---|
| 12/18/2015 | Ruth V. Briggs | RM | E-mail with Ruth Briggs | 0.20 |
| 1/4/2016 | Ruth V. Briggs | RM | Drafted complaint; e-mail with Ruth Briggs | 2.50 |
| 1/6/2016 | Ruth V. Briggs | RM | E-mails with Ruth Briggs | 0.20 |
| 1/8/2016 | Ruth V. Briggs | RM | E-mails with Ruth Briggs; telephone conference with Ruth Briggs | 1.00 |
| 1/14/2016 | Ruth V. Briggs | RM | Trial binder preparation for litigation; revisions to complaint; e-mails with Ruth Briggs | 1.50 |
| 1/18/2016 | Ruth V. Briggs | RM | Trial binder preparation for litigation; e-mails with Ruth Briggs | 0.50 |
| 1/29/2016 | Ruth V. Briggs | RM | Telephone conference with opposing counsel and prep for Telephone conference | 0.50 |
| 2/1/2016 | Ruth V. Briggs | RM | Telephone conference with client | 0.30 |
| 2/4/2016 | Ruth V. Briggs | RM | Email with opposing counsel; email with client | 0.20 |
| 2/5/2016 | Ruth V. Briggs | RM | Telephone conference with opposing counsel, emails with client, file review | 1.00 |
| 3/28/2016 | Ruth V. Briggs | RM | Emails with opposing counsel and court | 0.30 |
| 4/1/2016 | Ruth V. Briggs | RM | Prep for Rule 16 conference; Telephone conference with OC | 1.00 |
| 4/4/2016 | Ruth V. Briggs | RM | Rule 16 conference with court; email with client; prep for Rule 16 | 1.10 |
| 4/5/2016 | Ruth V. Briggs | RM | emails with client | 0.20 |
| 4/6/2016 | Ruth V. Briggs | RM | emails with client | 0.20 |
| 4/8/2016 | Ruth V. Briggs | RM | Telephone conference with client; drafted discovery requests; file review | 2.00 |
| 5/26/2016 | Ruth V. Briggs | RM | emails with opposing counsel; reviewed Defendant's discovery responses | 1.00 |
| 5/31/2016 | Ruth V. Briggs | RM | emails with opposing counsel | 0.20 |
| 6/1/2016 | Ruth V. Briggs | RM | Telephone conference with opposing counsel; emails with opposing counsel; file review | 1.00 |
| 6/9/2016 | Ruth V. Briggs | RM | Telephone conference with client; email with opposing counsel | 1.00 |
| 6/10/2016 | Ruth V. Briggs | RM | emails with Opposing counsel; prep for depositions | 2.00 |
| 6/13/2016 | Ruth V. Briggs | RM | emails with opposing counsel; drafted joint motion for extension; telephone conference with client | 2.50 |
| 6/14/2016 | Ruth V. Briggs | RM | emails with opposing counsel | 0.20 |
| 6/15/2016 | Ruth V. Briggs | RM | revised motion to court on extension; emails with opposing counsel; Legal Research on motivating factor | 1.50 |
| 6/27/2016 | Ruth V. Briggs | RM | emails with client; prep for dep with client | 1.10 |
| 6/28/2016 | Ruth V. Briggs | RM | drafted discovery responses; document review | 2.00 |
| 6/29/2016 | Ruth V. Briggs | RM | drafted discovery responses; document review; i/c with client | 5.00 |
| 6/30/2016 | Ruth V. Briggs | RM | document review; drafted discovery responses; emails with client | 3.00 |
| 7/1/2016 | Ruth V. Briggs | RM | drafted discovery responses; Telephone conference with client; email with client | 3.00 |
| 7/7/2016 | Ruth V. Briggs | RM | emails with OC; Telephone conference with client | 0.50 |
| 7/11/2016 | Ruth V. Briggs | RM | emails with client; prep for deps; document review; produced documents to opposing counsel | 2.00 |
| 7/12/2016 | Ruth V. Briggs | RM | prep for deps; emails with opposing counsel | 4.00 |
| 7/13/2016 | Ruth V. Briggs | RM | prep for deps; i/c with client; Telephone conference with opposing counsel | 5.00 |
| 7/18/2016 | Ruth V. Briggs | RM | Telephone conference with client; RV'd docs from defendant | 1.00 |
| 7/18/2016 | Ruth V. Briggs | RM | Telephone conference with client; RV'd docs from defendant | 0.00 |
| 7/27/2016 | Ruth V. Briggs | RM | emails with OC; Telephone conference with client; document review | 2.00 |
| 8/4/2016 | Ruth V. Briggs | RM | emails with opposing counsel | 0.20 |
| 8/8/2016 | Ruth V. Briggs | RM | emails with OC; revised joint motion draft | 0.40 |
| 8/17/2016 | Ruth V. Briggs | RM | Telephone conference with OC | 0.50 |
| 11/29/2016 | Ruth V. Briggs | RM | emails with opposing counsel and client | 0.20 |
| 12/12/2016 | Ruth V. Briggs | RM | Telephone conference with client; document review | 1.00 |
| 12/14/2016 | Ruth V. Briggs | RM | document review | 1.00 |
| 12/15/2016 | Ruth V. Briggs | RM | document review; prep for depositions | 3.00 |
| 1/10/2017 | Ruth V. Briggs | RM | emails with OC | 0.20 |
| 3/1/2017 | Ruth V. Briggs | RM | file review; email with OC | 0.50 |
| 3/3/2017 | Ruth V. Briggs | RM | Telephone conference with client; emails with OC | 0.60 |
| 3/8/2017 | Ruth V. Briggs | RM | emails with OC | 0.20 |
| 3/9/2017 | Ruth V. Briggs | RM | Telephone conference with OC; Telephone conference with client; email with OC | 1.00 |
| 3/14/2017 | Ruth V. Briggs | RM | emails with OC; emails with client | 1.00 |
| 3/15/2017 | Ruth V. Briggs | RM | Telephone conference with client | 0.30 |
| 3/16/2017 | Ruth V. Briggs | RM | Telephone conference and emails with OC | 1.00 |
| 3/17/2017 | Ruth V. Briggs | RM | Telephone conference and emails with OC | 0.50 |
| 3/28/2017 | Ruth V. Briggs | RM | Telephone conference and emails with OC; Telephone conference with client | 0.50 |
| 3/30/2017 | Ruth V. Briggs | RM | emails with OC; Telephone conference with client | 0.50 |
| 4/13/2017 | Ruth V. Briggs | RM | document review | 0.50 |
| 5/1/2017 | Ruth V. Briggs | RM | emails with client | 0.20 |
| 5/21/2017 | Ruth V. Briggs | RM | prep for depositions | 4.00 |
| 5/22/2017 | Ruth V. Briggs | RM | Internal conference with client; prep for deps | 4.50 |
| 5/25/2017 | Ruth V. Briggs | RM | dep prep with client; deposition of plaintiff; i/c with client | 11.00 |
| 5/26/2017 | Ruth V. Briggs | RM | email with client and email with OC | 0.20 |
| 5/29/2017 | Ruth V. Briggs | RM | prep for depositions | 4.00 |
| 5/30/2017 | Ruth V. Briggs | RM | dep prep; Telephone conference with client; Telephone conference with OC | 6.00 |
| 5/31/2017 | Ruth V. Briggs | RM | dep of Wu and dep preparation | 4.00 |
| 6/22/2017 | Ruth V. Briggs | RM | Telephone conference and emails with client; drafted supplemental discovery responses | 1.00 |
| 6/23/2017 | Ruth V. Briggs | RM | Telephone conference and emails with client; prep for depositions | 3.50 |
| 6/27/2017 | Ruth V. Briggs | RM | prep for deps of Temple witnesses | 7.00 |
| 6/28/2017 | Ruth V. Briggs | RM | prep for deps of Temple witnesses | 8.00 |
| 6/29/2017 | Ruth V. Briggs | RM | Wacker dep; prep for Wacker deposition | 8.00 |
| 6/30/2017 | Ruth V. Briggs | RM | prep for deps; dep of Walton; dep of Foehl | 8.00 |
| 7/10/2017 | Ruth V. Briggs | RM | Telephone conference with client; email with OC | 0.50 |
| 7/12/2017 | Ruth V. Briggs | RM | document review; drafted letter to OC | 2.00 |
| 7/17/2017 | Ruth V. Briggs | RM | review medical notes; Telephone conference with client | 1.50 |
| 7/21/2017 | Ruth V. Briggs | RM | i/c with client; deposition of client | 4.00 |
| 7/31/2017 | Ruth V. Briggs | RM | drafted  SJ response | 2.00 |
| 8/1/2017 | Ruth V. Briggs | RM | drafted response to SJ motion | 6.00 |
| 8/2/2017 | Ruth V. Briggs | RM | drafted summary judgment response | 6.00 |
| 8/3/2017 | Ruth V. Briggs | RM | email with client; drafted summary judgment response | 8.00 |
| 8/6/2017 | Ruth V. Briggs | RM | drafted summary judgment response | 8.00 |
| 8/7/2017 | Ruth V. Briggs | RM | drafted summary judgment response | 10.00 |
| 8/21/2017 | Ruth V. Briggs | RM | reviewed Defendant's reply motion; email with client | 0.50 |
| 1/3/2018 | Ruth V. Briggs | RM | i/c with Steve Console; Telephone conference with client | 0.50 |
| 2/9/2018 | Ruth V. Briggs | RM | Telephone conference with court; Telephone conference with client; emails with OC | 0.50 |
| 3/5/2018 | Ruth V. Briggs | RM | i/c with client; Telephone conference with Steve Console | 2.00 |
| 3/6/2018 | Ruth V. Briggs | RM | Telephone conference with SGC; email to OC; prep for settlement conference | 0.50 |
| 3/14/2018 | Ruth V. Briggs | RM | drafted settlement memo; email with court | 3.00 |
| 3/22/2018 | Ruth V. Briggs | RM | prep for settlement conference and conference | 4.00 |
| 4/30/2018 | Ruth V. Briggs | RM | emails with OC; Telephone conference with deputy clerk of court; prep for trial | 0.50 |

| Date | Name | Init | Description | Hours |
|---|---|---|---|---|
| 6/18/2018 | Ruth V. Briggs | RM | Telephone conference with court; Telephone conference with client | 1.00 |
| 6/19/2018 | Ruth V. Briggs | RM | Telephone conference with client; prep for trial | 3.00 |
| 6/29/2018 | Ruth V. Briggs | RM | emails with client; prep for trial | 2.50 |
| 7/5/2018 | Ruth V. Briggs | RM | trial prep | 5.00 |
| 7/6/2018 | Ruth V. Briggs | RM | i/c with client; trial prep | 8.00 |
| 7/7/2018 | Ruth V. Briggs | RM | trial prep | 8.00 |
| 7/8/2018 | Ruth V. Briggs | RM | trial prep | 5.00 |
| 7/9/2018 | Ruth V. Briggs | RM | trial prep | 10.00 |
| 7/10/2018 | Ruth V. Briggs | RM | trial prep | 10.00 |
| 7/11/2018 | Ruth V. Briggs | RM | trial prep | 10.00 |
| 7/12/2018 | Ruth V. Briggs | RM | trial prep | 10.00 |
| 7/13/2018 | Ruth V. Briggs | RM | trial prep | 8.00 |
| 7/14/2018 | Ruth V. Briggs | RM | trial prep | 10.00 |
| 7/15/2018 | Ruth V. Briggs | RM | trial prep | 10.00 |
| 7/16/2018 | Ruth V. Briggs | RM | trial and trial prep | 12.00 |
| 7/17/2018 | Ruth V. Briggs | RM | trial and trial prep | 12.00 |
| 7/18/2018 | Ruth V. Briggs | RM | trial and trial prep | 12.00 |
| 7/19/2018 | Ruth V. Briggs | RM | trial and trial prep | 7.00 |
| 7/23/2018 | Ruth V. Briggs | RM | Telephone conference with client; emails with client; i/c with SGC; drafted Rule 59 motion | 1.50 |
| 7/24/2018 | Ruth V. Briggs | RM | emails with OC, Steve Console and Laura Mattiacci; Legal Research on front pay brief; Telephone conference with client | 4.00 |
| 7/25/2018 | Ruth V. Briggs | RM | Telephone conference and emails with opposing counsel and court; Legal Research on front pay and attorneys' fees | 3.00 |
| 7/26/2018 | Ruth V. Briggs | RM | Telephone conference and emails with client; emails with Laura Mattiacci and Steve Console | 0.50 |
| 7/30/2018 | Ruth V. Briggs | RM | drafted post-trial brief and legal research | 4.00 |
| 7/31/2018 | Ruth V. Briggs | RM | drafted post-trial brief; Legal Research on brief | 2.00 |
| 8/2/2018 | Ruth V. Briggs | RM | drafted brief; Legal Research on damages | 5.00 |
| 8/7/2018 | Ruth V. Briggs | RM | drafted post-trial brief and legal research | 4.00 |
| 8/8/2018 | Ruth V. Briggs | RM | drafted post-trial brief and legal research | 8.00 |
| 8/9/2018 | Ruth V. Briggs | RM | drafted post-trial brief and legal research | 8.00 |
| 8/10/2018 | Ruth V. Briggs | RM | drafted post-trial brief and Legal Research; Telephone conference with Steve Console; emails with Laura Mattiacci; reviewed Defendant's post-trial brief | 6.00 |
| 8/13/2018 | Ruth V. Briggs | RM | review defendant's post-trial brief; Legal Research on brief | 4.00 |
| 8/14/2018 | Ruth V. Briggs | RM | drafted post-trial brief; Telephone conference with client | 4.00 |
| 8/15/2018 | Ruth V. Briggs | RM | drafted post-trial brief | 5.00 |
| 8/16/2018 | Ruth V. Briggs | RM | drafted post-trial brief | 5.00 |
| 8/17/2018 | Ruth V. Briggs | RM | Telephone conference with client; Legal Research on post-trial brief | 2.00 |
| 8/20/2018 | Ruth V. Briggs | RM | Telephone conference with client; drafted post trial brief response | 6.00 |
| 8/21/2018 | Ruth V. Briggs | RM | Telephone conference with client; drafted post trial brief response | 6.50 |
| 8/23/2018 | Ruth V. Briggs | RM | drafted post trial motion response | 14.00 |
| 8/24/2018 | Ruth V. Briggs | RM | drafted  post trial motion response; reviewed Defendant's post trial motion response; Telephone conference with client | 4.00 |
| 8/27/2018 | Ruth V. Briggs | RM | review Defendant's motion response; drafted motion reply; Telephone conference and emails with client | 3.50 |
| 10/16/2018 | Ruth V. Briggs | RM | review court opinion on post-trial motions; Telephone conference with client; internal conference with Steve Console | 1.50 |
| 10/17/2018 | Ruth V. Briggs | RM | Telephone conference with OC; research and drafted motion for attorney fees | 3.00 |
| 10/18/2018 | Ruth V. Briggs | RM | legal research and drafted motion for attorneys' fees | 4.00 |
| 10/19/2018 | Ruth V. Briggs | RM | legal research and drafted motion for attorneys' fees | 3.00 |
| 10/22/2018 | Ruth V. Briggs | RM | legal research and drafted motion for attorneys' fees | 5.00 |
| 10/24/2018 | Ruth V. Briggs | RM | legal research and drafted motion for attorneys' fees | 3.00 |
| 10/25/2018 | Ruth V. Briggs | RM | legal research and drafted motion for attorneys' fees | 4.00 |
| | | | **Total Hours for Rahul Munshi** | **485.40** |

| Date | Name | Init | Description | Hours |
|---|---|---|---|---|
| **Stephen G. Console** | | | | |
| 7/28/2016 | Ruth V. Briggs | SGC | voice mail to Rahul Munshi, Esquire; phone call with Rahul Munshi, Esquire | 0.10 |
| 2/20/2017 | Ruth V. Briggs | SGC | Internal conference with Rahul Munshi, Esquire | 0.10 |
| 1/3/2018 | Ruth V. Briggs | SGC | Internal conference with Rahul Munshi, Esquire | 0.20 |
| 1/12/2018 | Ruth V. Briggs | SGC | E-mails to/from opposing counsel and attorneys | 0.20 |
| 1/19/2018 | Ruth V. Briggs | SGC | File review; internal conference with Rahul Munshi, Esquire | 0.20 |
| 2/5/2018 | Ruth V. Briggs | SGC | Telephone conference with opposing counsel | 0.20 |
| 3/5/2018 | Ruth V. Briggs | SGC | Internal conference with Rahul Munshi, Esquire | 1.00 |
| 3/22/2018 | Ruth V. Briggs | SGC | Prepare for and attend settlement conference; telephone conference with opposing counsel | 3.00 |
| 3/23/2018 | Ruth V. Briggs | SGC | File review; internal conference with attorneys | 0.40 |
| 4/2/2018 | Ruth V. Briggs | SGC | Texts to/from opposing counsel; internal conference with Rahul Munshi, Esquire | 0.50 |
| 4/3/2018 | Ruth V. Briggs | SGC | Telephone conference with opposing counsel | 0.60 |
| 6/21/2018 | Ruth V. Briggs | SGC | Internal conference with Laura C. Mattiacci, Esquire; internal conference with Rahul Munshi, Esquire | 0.50 |
| 7/8/2018 | Ruth V. Briggs | SGC | Telephone conference with Laura C. Mattiacci, Esquire | 1.00 |
| 7/10/2018 | Ruth V. Briggs | SGC | Telephone conference with Laura C. Mattiacci, Esquire | 0.50 |
| 7/12/2018 | Ruth V. Briggs | SGC | Internal conference with Laura C. Mattiacci, Esquire | 0.50 |
| 7/16/2018 | Ruth V. Briggs | SGC | Internal conferences with Laura C. Mattiacci, Esquire; jury selection; internal conference with Rahul Munshi, Esquire | 3.50 |
| 7/17/2018 | Craig Briggs | SGC | E-mails/texts to/from Laura C. Mattiacci, Esquire; telephone conference with Laura C. Mattiacci, Esquire | 1.50 |
| 7/18/2018 | Ruth V. Briggs | SGC | Internal conference with Rahul Munshi, Esquire; internal conference with Laura C. Mattiacci, Esquire | 1.00 |
| 7/23/2018 | Ruth V. Briggs | SGC | Internal conference with Rahul Munshi, Esquire; telephone conference with Laura C. Mattiacci, Esquire; e-mails to/from attorneys | 1.20 |
| 7/27/2018 | Ruth V. Briggs | SGC | Telephone conference with Laura C. Mattiacci, Esquire | 0.20 |
| 7/30/2018 | Ruth V. Briggs | SGC | Internal conference with Laura C. Mattiacci, Esquire | 1.00 |
| 8/10/2018 | Ruth V. Briggs | SGC | Review and revise motion; e-mails to/from Rahul Munshi, Esquire; telephone conference with Rahul Munshi, Esquire | 1.20 |
| 8/28/2018 | Ruth V. Briggs | SGC | Internal conference with Rahul Munshi, Esquire; review motion/brief | 0.60 |
| | | | **Total Hours for Stephen G. Console** | **19.20** |

# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **RUTH BRIGGS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION NO.** |
| **v.** | : | **16-cv-0248** |
| | : | |
| **TEMPLE UNIVERSITY** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### DECLARATION OF STEPHEN G. CONSOLE IN SUPPORT
### OF PLAINTIFF'S PETITION FOR ATTORNEYS' FEES AND COSTS

I, Stephen G. Console, make the following Declaration in support of Plaintiff Ruth Briggs's Motion for Attorneys' Fees and Costs in the above-captioned matter.

1.  I make this Declaration upon my personal knowledge and a review of the file in this case.

2.  I am the founder and a member of Console Mattiacci Law, LLC ("CML") – formerly known as Console Law Offices LLC - and I am authorized to make this Declaration.

3.  I am a graduate of Drew University (B.A. 1979) and Villanova Law School (J.D. 1982).

4.  I have been admitted to practice law in Pennsylvania since 1982 and in New Jersey since 1983, and am admitted to practice before the following federal courts:  the United States District Court for the Eastern District of Pennsylvania; the United States District Court for the Middle District of Pennsylvania; the United States District Court for the District of New Jersey; and the United States Court of Appeals for the Third Circuit.

5.  Since 1985, I have concentrated my practice on employment law, and have handled thousands of employment law cases as counsel for the employee.

6.  I am an elected fellow of the College of Labor and Employment Lawyers (2008).

1

7.   Martindale-Hubbell has recognized me as an "AV Rated" Attorney – the highest possible peer review rating in legal ability and ethical standards.

8.   From 1988 through 2000, I was a member of the Executive Board of Directors of the National Employment Lawyers Association of New Jersey.

9.   I regularly speak at seminars involving employment law and have done so for more than twenty-five (25) years.

10. I have been recognized by my peers as a top practitioner.  Without limitation:  I was named as a leading attorney in the state of Pennsylvania in the area of plaintiff's employment and labor law in *Chambers USA: America's Leading Business Lawyers 2005-2006*, as one of the Best Lawyers in America (2008-2014) in the area of Labor and Employment Law in *Best Lawyers in America*, as one of the Best Lawyers in *The Best of the U.S.* (2008-2013), and as one of the Best Lawyers in America in *America's Who's Who*.  I was named the Best Lawyers' 2012 Philadelphia Employment Law – Individuals Lawyer of the Year.  I was named to the "Top 100 Attorneys in Philadelphia" and "Top 100 Attorneys in Pennsylvania" by *Philadelphia Magazine* and *Philadelphia Super Lawyers Magazine* from 2008-present.

11. I established CML in 1990.  For more than 28 years, the firm has specialized in representing non-union employees in all aspects of workplace matters, including discrimination and retaliation cases.  The firm is included among the Martindale-Hubbell Bar Register of Preeminent Lawyers, which is exclusive to AV Preeminent Attorneys – those who have achieved the highest possible peer review rating in both legal ability and ethical standards.

12. CML is highly selective of the cases accepted by the firm.  At present, CML represents only a small fraction of the clients who contact our firm for representation.

13. CML is dedicated to providing outstanding representation to its clients. The firm's current legal staff is made up of thirteen attorneys and eight paralegals/legal assistants. Work is allocated in a way so as to ensure excellent representation in an efficient manner.

14. I oversee each case and offer input especially into its initial assessment, trial strategy and settlement negotiations. Each case is staffed with an attorney to handle it on a day to day basis through resolution; the level of experience of the attorney assigned depends on several factors, including the complexity of the case. If it is necessary to try a case in court or in arbitration, the firm devotes great resources to what is considered in today's legal world to be an unusual event requiring unique talents and specialized skills. If warranted, the case will be tried by firm member Laura C. Mattiacci, the firm's designated lead trial counsel for many cases. Throughout the representation, attorneys and law clerks are often called upon to research issues; paralegals and legal assistants perform vital tasks such as communicating with the administrative agency, keeping and organizing the file, and helping prepare the visual presentation at trial.

15. CML's case staffing according to particular skills *works*. The firm has achieved a high level of success and a great demand for its services. In my many years of experience, I have found that this method of staffing is necessary to advocate for clients at the highest level and achieve the reputation and success that our firm has. I believe that it has enabled our firm to take on and commit to litigating to verdict against resource-rich defendants cases that many plaintiff's lawyers cannot.

16. I allocated the work on this case to ensure the excellent representation of Plaintiff in an efficient way.

17. From the outset of this matter through post-trial motions, I performed 19.2 hours of work on this case for which Plaintiff seeks reimbursement. I kept abreast of and oversaw Plaintiff's

case through litigation.  Among other things, I attended the settlement conference with the court, communicated on occasion with opposing counsel, formulated a settlement demand, reviewed important correspondence and filings, attended jury selection, and communicated and strategized with Ms. Mattiacci and Mr. Munshi throughout the representation.

18. Mr. Munshi was the primary attorney working on this case from May 2014 through trial and the post-trial actions, including the Post-Trial briefing.  He is an experienced and excellent litigator who vigorously prosecuted Plaintiff's claims through litigation.  Among other things, Mr. Munshi conducted comprehensive discovery and developed the extensive and varied facts necessary to demonstrate pretext in this case.  Mr. Munshi deposed witnesses produced by Defendant, including Human Resources professionals and the decision-makers in this action. Defendant produced over 1,000 pages of documents, including emails, all of which he reviewed. He also reviewed and produced over 1,000 documents from Plaintiff, including extensive documentation on Plaintiff's job search post-employment with Defendant and her medical records.  Mr. Munshi also successfully defeated Defendant's Motion for Summary Judgment, and provided valuable assistance in the successful trial of Plaintiff's case.

19. Ms. Mattiacci focused intensively on the trial of Plaintiff's case.  She is an experienced and excellent trial lawyer whose superior skills and successes have commanded the attention and respect of the defense bar.  Ms. Mattiacci mastered the varied and many facts of this case, worked extensively on trial preparation, and presented the evidence to the jury in a way that was easy to grasp and which allowed them to see through Defendant's many levels of cover-up to hide the discriminatory animus at play in Plaintiff's termination.

20. The itemized entries for myself, Mr. Munshi, and Ms. Mattiacci are set forth in Exhibit 1. Valuable contributions were also made by legal assistants whose time has not been recorded. Among other things, they helped maintain the file and assisted in the visual presentations at trial.

21. It was the policy of CML for its attorneys to keep contemporaneous records of time spent on behalf of clients of the firm. CML has exercised billing judgment by deleting some entries so that Exhibit 1 reflects only the time for which Plaintiff seeks reimbursement. Where the billing entries reflect an overlap of attorney time, that is reflective of a collaborative effort. I have reviewed the itemized entries for my time as reflected in Exhibit 1 and they are accurate.

22. From the inception of this case through October 25, 2018, CML performed 735.9 hours of services for which reimbursement is sought, resulting in a lodestar amount of $405,099.00. The rates used in the calculation of the lodestar are the firm's actual rates and they have been updated to currently used rates. Hours worked and rates for services performed are summarized below:

| Name | Year began as professional/ paraprofessional | Hours Worked | Hourly Rate | Lodestar Amount |
|---|---|---|---|---|
| Stephen G. Console, Principal | 1982 | 19.2 | $940 | $18,048.00 |
| Laura C. Mattiacci, Member | 2002 | 231.3 | $750 | $173,475.00 |
| Rahul Munshi, Associate | 2009 | 485.4 | $440 | $213,576.00 |
| **Total** | | **735.9** | | **$405,099.00** |

23. In my professional opinion, all of the work performed by CML was reasonable and necessary to the successful prosecution of this case and the favorable verdict reached.

24. The hourly rates for the attorneys as reflected in the billing entries (Exhibit 1 to the Petition) and summarized in the above chart are the same as the regular rates charged for their services at that time in non-contingent matters.

25. CML represented Ms. Briggs on a straight contingency fee arrangement, with Ms. Briggs not having to pay any money to the firm as the case proceeded. I was aware that Ms. Briggs would not be able to litigate this case with counsel if she had to pay even a small fraction of our fees as they accrued.

26. The usual and customary hourly rates used in the calculation of CML's lodestar are the actual rates CML has used to bill the clients it represents on an hourly fee basis, and which have been paid by hourly clients. In fact, CML bills about $500,000 annually on an hourly fee basis at its usual and customary rates.

27. CML's usual and customary rates have been approved by arbitrators and courts in awarding fees to our firm.

In 2014, CML submitted a fee petition in the matter of *Sessions v. Owens-Illinois, Inc.*, a class action pension benefits case in the United States District Court for the Middle District of Pennsylvania (C.A. No. 1:07-cv-1669). The fee petition for a negotiated portion of the common fund set forth a lodestar check based on CML's usual and customary rates and referenced in particular my work and billing rate. By Order dated October 23, 2014 (Docket No. 283), the Honorable Robert Mariani approved the requested fee based, in part, upon a cross check of the percentage of recovery based fee against the lodestar method.

In 2008, CML submitted declarations setting forth its usual and customary rates in support of plaintiffs' petition for attorneys' fees and costs in a race discrimination case. Chief United States Magistrate Judge Rueter awarded the attorneys' fees and found that the CML's

6

rates (including for myself) were "reasonable billing rates for federal employment-related matters" in the Philadelphia area and in accordance with the prevailing market rates. *See Marthers v. Gonzalez,* Civil Action No. 05-cv-3778, Docket No. 81 (E.D. Pa. August 13, 2008).

In 2007, an arbitrator awarded fees to CML as the prevailing party on a multi-claimant WPCL and ERISA case based on CML's usual and customary rates charged to its clients. (*Aaron, et al. v. ACE.*) Defendant's counsel did not contest the reasonableness of CML's hourly rates. In 2005, an arbitrator awarded CML its attorney's fees based on its usual and customary hourly rates. (*Bolton v. LINA.*) In that case, defendant's counsel did not contest the reasonableness of CML's hourly rates.

In 1999, CML submitted a fee petition in the matter of *Feret v. First Union Corp.* based on its usual and customary hourly rates. The petition was approved (although, as agreed, the award was in an amount negotiated as part of the aggregate class settlement). *See Feret v. First Union Corp.,* Civil Action No. 2:97-cv-06759, Docket No. 104 (E.D. Pa. August 16, 1999).

The Honorable Clarkson S. Fisher of the United States District Court for the District of New Jersey awarded attorney's fees based on CML's usual and customary rates as the prevailing party at trial in an age discrimination case. *See Garden v. General Elec.,* Civil Action No. 3:91-cv-01204, Docket No. 55 (D.N.J. June 7, 1993). CML was also awarded attorneys' fees as the prevailing party in discrimination cases based on its usual and customary rates in *Plumley v. Harbor Linen,* Civil Action No. 1:88-cv-01557 (D.N.J.) and *Bronstein v. Harbor Services*, Civil Action No. 1:88-cv-05074 (D.N.J.).

28. I am familiar with the rates charged by other attorneys with backgrounds similar to mine, as well as to the attorneys within CML who worked on this matter. Based on my personal knowledge, the rates that were utilized by CML in calculating its lodestar in this case are within

the prevailing market rates for similar work performed by attorneys of comparable skills and experience.

29. The costs and expenses incurred and paid by CML in connection with this case were reflected on the books and records of the firm.  These books and records were prepared from checks and expense vouchers that were regularly maintained by the firm in the ordinary course of business and accurately reflect the costs and expenses incurred.   A printout of the detailed, individualized billing entries is attached as Exhibit 10 to Plaintiff's Petition.  CML has incurred $6,042.36 in costs in pursing this action on behalf of Plaintiff.

In my professional opinion, these costs were reasonably incurred in the prosecution of this litigation.

30. In my professional opinion, the attorneys' fees and costs requested by Plaintiff's Petition are fair, reasonable and fully consistent with the purpose of the fee-shifting provisions contained in anti-discrimination statutes, including the ADEA, Title VII, and PHRA.

I understand the foregoing Declaration is made subject to the penalties of 28 U.S.C. §1746 relating to unsworn falsification to authorities.

Dated: _10/29/18_

_____
Stephen G. Console, Esquire

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

RUTH BRIGGS,           :
                                 :
            **Plaintiff,**     :
                                   :     **CIVIL ACTION NO.**
         **v.**                   :     **16-cv-0248**
                                   :
**TEMPLE UNIVERSITY**     :
                                   :
           **Defendant.**    :
                                   :

## DECLARATION OF LAURA C. MATTIACCI IN SUPPORT
## OF PLAINTIFF'S PETITION FOR ATTORNEYS' FEES AND COSTS

I, Laura C. Mattiacci, make the following Declaration in support of Plaintiff Ruth
Briggs's Motion for Attorneys' Fees and Costs in the above-captioned matter.

1.     I make this Declaration upon my personal knowledge and a review of the file in
this case.

2.     I am a member of Console Mattiacci Law, LLC ("CML") and I am authorized to
make this Declaration.

3.     I am a graduate of Scranton University (B.A. 1999) and the Beasley School of
Law at Temple University (J.D. 2002).

4.     While at the Beasley School of Law, I clerked for the preeminent trial lawyer,
James E. Beasley, Sr., and was a standout member of the National Trial Team, where I won
several trial advocacy awards and honors, including the ATLA National Championship in Trial
Advocacy.

5.     I have been admitted to practice law in Pennsylvania and New Jersey since 2002,
and am admitted to practice before the following federal courts: the United States District Court

1

for the Eastern District of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States District Court for the District of New Jersey.

6.      I joined CML – formerly known as Console Law Offices - as an associate attorney in 2003 and have since devoted my practice to the representation of employees. I have represented employees in all matters of plaintiffs' employment law, from counseling, representation at the administrative agency, negotiation of settlements, litigation in state and federal courts, and at trial.

7.      In 2012, I was made a shareholder and partner of CML, and designated as the firm's lead trial counsel on its significant cases.

8.      At CML, I have tried numerous jury trials. Two settled several days into trial. Eight were tried to verdict (six of which were favorable). I have prepared many other cases for trial, which were settled right after or shortly before jury selection. In 2013, I was lead trial counsel in the case of *Pietrowski v. The Kintock Group* (Philadelphia Court of Common Pleas, C.A. No. 111003328), which resulted in the largest employment law verdict in Pennsylvania, as reported in *The Legal Intelligencer*. In 2017, I was lead trial counsel in the case of *Williams v. The MLB Network* (N.J. Superior Court, No. CAM-L-3675-14) which resulted in a jury verdict of over $1.5 million.

9.      I have spoken frequently at seminars and conferences. In 2016, I was asked to speak as part of a distinguished panel that included federal judges from around the nation regarding the December 1, 2015, Amendments to the Federal Rules of Civil Procedure. I have spoken frequently on the topic of employment law, including in particular on the trial of an employment case. Among my recent speaking engagements were: *Employment Law Essentials and Best Practices: Preparing for Trial* (Employment Law Institute, 2015); *How to Get*

*Through (and Win) the First Day of Trial* (Pennsylvania Bar Institute, 2015); *Employment Law Essentials and Best Practices: Disability Discrimination and FMLA* (Employment Law Institute, 2015); *Trial Techniques and Strategies for Litigating Damages* (ABA, 2018); *Strategic Trial Decisions: Perspectives from Counsel and the Court* (Employment Law Institute, 2018); *Workers with Disabilities and the Rise of Retaliation Claims* (ABA, 2018); and *Representation Services in the Courts for Deaf and Hard of Hearing Individuals* (Pennsylvania Bar Association, 2018).

10.    I have written many articles on the topic of employment law, including several that focus on the trial of an employment case. Among my recent publications are: *Trial of an Employment Law Case – Mock Demonstration of Closing, Directs and Crosses* (Pennsylvania Bar Institute, 2014); *Top Ten Pitfalls for Employment Lawyers* (Employment law Institute, 2012); and *Visualizing Your Evidence* (National NELA Conference, 2012).

11.    I have been recognized by my peers as a top practitioner. Without limitation: I was recognized in *Best Lawyers in America* in the area of Employment Law (2015-2019) and by *Lawdragon 500 Plaintiff Employment Lawyers Guide* (2018); and I have been named to the list of "Top 50 Female Attorneys in Pennsylvania" by *Philadelphia Magazine* and *Philadelphia Super Lawyers Magazine* 2014-2018, and to their list of "Top 100 Attorneys in Philadelphia" and "Top 100 Attorneys in Pennsylvania" in 2015 and 2018. I have been named to the Pennsylvania "Super Lawyers" list by *Philadelphia Magazine* and *Philadelphia Super Lawyers Magazine* every year since 2013. I was named to the "*2011 Lawyers on the Fast Track*" by *The Legal Intelligencer*, a distinction given to only 27 lawyers under the age of 40.

12.    I worked on Plaintiff's case as CML's lead trial counsel. In that role, I generally keep abreast of cases in the administrative agency that are likely headed into litigation, including

3

this one.  I worked with our firm's paralegals to ensure that the file in this case was in order in the event of litigation.  However, in order to dedicate sufficient time to prepare for trial in all of the firm's significant cases, I generally do not actively participate in the discovery, deposition taking and motion practice of the firm's cases. When the complaint was filed in this case, I communicated with Stephen Console and Rahul Munshi regarding status and strategy, but did not take any depositions or actively participate in discovery as I was focused on the firm's other trial work.  When it became clear that this case was heading for trial (in or around June 2018), I devoted great attention to it.  I had to master the facts, and spent significant time reviewing the documents, reading the deposition transcripts, and other key filings such as the summary judgment motions.   As trial approached, I prepared intensively.  Among other things, I prepared closing arguments, cross-examinations of witnesses, worked on pre-trial and trial submissions, and worked extensively on the overall presentation of the evidence to the jury.

13.    This case was one that presented particular challenges to prevailing at trial.  As with every discrimination case, it is difficult to prove intent.  An ADEA claim is particularly challenging as a plaintiff must prove that age was the determinative factor in the adverse action. Further, demonstrating pretext in an employment matter is especially daunting as it requires the presentation of varied and extensive facts to the jury in a way that is easy to grasp.  Further adding to the challenges of this case was the large and sophisticated Defendant; the amount of documentation; and, the many levels of cover-up employed by Defendant to hide the discriminatory and retaliatory animus at play.

14.    I devoted the time and attention to the preparation and presentation of this case at trial as I believed in my experience and professional opinion to be necessary to win.

15.    From the outset of litigation through October 25, 2018, I performed 231.30 hours of work on this case for which Plaintiff seeks reimbursement.   In summary and without limitation, I:

- kept abreast of the case through communications with Rahul Munshi and Stephen Console;
- reviewed the "trial binder," which included the key information in summary form prepared in anticipation of trial;
- worked closely with our paralegals regarding necessary preparations for trial;
- reviewed the summary judgment filings, including exhibits;
- reviewed and organized the documents produced by the parties in the case;
- read the deposition transcripts;
- reviewed the "hot" documents in the case;
- communicated with opposing counsel regarding trial matters;
- digested the deposition transcripts;
- reviewed, organized, and analyzed documents;
- reviewed and analyzed Defendant's trial exhibit list;
- reviewed and analyzed Defendant's trial exhibits;
- participated in strategy meetings with the trial team;
- created the trial strategy for the case;
- prepared cross-examination of witnesses;
- organized and analyzed Plaintiff's trial exhibits;
- prepared closing argument;
- worked on Plaintiff's motion in limine;
- reviewed and analyzed Defendant's motions in limine;
- worked on voir dire and verdict forms;
- conducted legal research regarding evidentiary issues;
- conducted legal research on jury instructions;
- reviewed Court's summary judgment opinion;
- conducted legal research regarding verdict sheet;
- worked on final preparations for trial;
- handled evidentiary issues at trial; and
- tried the four day jury trial as lead trial counsel to successful verdict.

16.    In accordance with CML's policy, I recorded on a contemporaneous basis the time I spent working on Plaintiff's case.  I have reviewed the itemized entries for my time on this case as reflected on Exhibit 1 to Plaintiff's Motion and they are accurate.

5

I understand the foregoing Declaration is made subject to the penalties of 28 U.S.C. §1746 relating to unsworn falsification to authorities.

Dated: _10/29/18_

_____
Laura C. Mattiacci, Esquire

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH BRIGGS, | : |
| | : |
| Plaintiff, | : |
| | :      CIVIL ACTION NO. |
| v. | :      16-cv-0248 |
| | : |
| TEMPLE UNIVERSITY | : |
| | : |
| Defendant. | : |
| | : |

## DECLARATION OF RAHUL MUNSHI IN SUPPORT OF
## PLAINTIFF'S PETITION FOR ATTORNEYS' FEES AND COSTS

I, Rahul Munshi, make the following Declaration in support of Plaintiff Ruth Briggs's Motion for Attorneys' Fees and Costs in the above-captioned matter.

1. I make this Declaration upon my personal knowledge and a review of the file in this case.

2. I am a partner at Console Mattiacci Law, LLC ("CML") – formerly known as Console Law Offices LLC - and I am authorized to make this Declaration.

3. I am a graduate of Haverford College (B.A. 2006) and the Beasley School of Law at Temple University (J.D. 2009).

4. While at the Beasley School of Law at Temple University, I was a standout member of the National Trial Team, Jessup International Law Moot Court Team, and served as Managing Editor of the *Temple Political & Civil Rights Law Review*.

5. I have practiced law since 2009, and my first position out of law school was serving as a judicial law clerk for the Hon. Joel H. Slomsky of the United States District Court for the Eastern District of Pennsylvania (2009-2010).

6.   Since joining CML in 2010, I have devoted my practice to the representation of employees.  I have since that time represented employees in all matters of employment law, from counseling, representation at the administrative agency, negotiation of settlements, litigation in state and federal courts, and at trial.  In 2017, I was elevated to partner at the firm.

7.   In 2017, I served as trial counsel in *Braden v. Lockheed Martin Corporation* (D.N.J., Civil Action No. 14-4215) and obtained a jury verdict of $51,560,000.00 in an age discrimination action.   As trial counsel in that matter, I presented arguments, examined witnesses, and contributed to plaintiff's successful prosecution of the age discrimination action.

8.   Also in 2017, I served as second-chair (with Laura C. Mattiacci, Esquire as first-chair) in *Williams v. The MLB Network* (N.J. Superior Court, No. CAM-L-3675-14), where we obtained a jury verdict in favor of the plaintiff for over $1.5 million.  In that litigation, I was the primary attorney handling pre-trial matters, including through discovery and motions practice.

9.   In 2016, I served as lead counsel in a AAA Arbitration which resulted in an award for the plaintiff against a Fortune 50 defendant in an age discrimination and retaliation matter.  As lead counsel in that matter, I presented all arguments, examined every witness, and led all facets of plaintiff's successful prosecution of the action.

10. Additionally, in 2016, I successfully argued before the Court of Appeals for the Third Circuit in *McClain v. Avis* (Case No. 15-1936), where we obtained reversal of summary judgment in a race discrimination action.

11. In 2013, I served as co-counsel in the case of *Pietrowski v. The Kintock Group* (Philadelphia Court of Common Pleas, C.A. No. 111003328), which resulted in a jury verdict of $1,678,000.00 - the largest employment law verdict in Pennsylvania for that year, as reported in *The Legal Intelligencer.*  At the *Pietrowski* trial, I presented plaintiff's opening statement and

conducted several trial examinations, including the direct examination of the plaintiff.  Laura C. Mattiacci served as first-chair in the *Pietrowski* matter.

12. I have spoken frequently at seminars and conferences on employment law and litigation. In 2013, I served as an instructor at the Pennsylvania Bar Institute (PBI) Employment Law Institute on a panel regarding evidence in age discrimination actions.  In 2014, I served as an instructor at the PBI Employment Law Institute on a seminar called "Trial of a Retaliation Case," where I represented a fictional plaintiff in a mock trial before several hundred seminar participants.  In 2015, I served as a panelist and moderator at the Philadelphia Bar Association's Bench-Bar and Annual Conference, where I led a discussion on LGBT discrimination in the workplace.  In 2016, I served as an instructor at the PBI Employment Law Institute on a course regarding age discrimination litigation.  In 2017, I again served as an instructor at the PBI Employment Law Institute on a seminar regarding employee protections under the Americans with Disabilities Act.  Thus far in 2018, I have co-presented a CLE hosted by the ABA on litigation skills and tips for discovery in employment litigation actions; a CLE hosted by PBI called "Responding to Allegations of Sexual Misconduct"; and a CLE on issues surrounding the ADA and the FMLA, entitled "The Best Ways to Get Sued Over Employee Leaves and Accommodations."

13. I have been recognized by my peers as a top practitioner.  Without limitation:  I have been named a "Rising Star" on the "Super Lawyers" list by *Philadelphia Magazine* and *Philadelphia Super Lawyers Magazine* every year since 2013; I was named to the "*2016 Lawyers on the Fast Track*" by *The Legal Intelligencer*, a distinction given to only 35 lawyers under the age of 40; and I was the 2012 recipient of the Young Alumni Award for Excellence in Leadership by Haverford College.

14. Over my nine plus years practicing law, I have represented hundreds of clients and have, under the supervision of Stephen G. Console and Laura C. Mattiacci, litigated through successful resolution scores of cases.

15. I had been the primary attorney working on this case from May 2014 through mid-2018, and continue to take a primary role in post-trial motions practice.  At the trial in this matter, I assisted Laura C. Mattiacci in successfully prosecuting the case, delivered the opening statement on behalf of our client, and conducted the direct examination of Plaintiff.  I also argued several pre-trial and mid-trial motions before the Court.

16. This case has been challenging and vigorously prosecuted.  As with every discrimination and/or retaliation case, it is difficult to prove intent.  An ADEA claim is particularly challenging as a plaintiff must prove that age was the determinative factor in the adverse action.  Further, demonstrating pretext requires extensive factual investigation and discovery.

17. I deposed four (4) witnesses produced by Defendant and defended Plaintiff's deposition. Defendant produced over 1,000 pages of documents, including emails, all of which I reviewed.  I also reviewed and produced approximately 800 documents from Plaintiff, including extensive documentation on her job search post-employment with Defendant and her medical records.

18.     I devoted the time and attention to the development and prosecution of Plaintiff's case as I believed in my experience and professional opinion to be necessary to achieve its successful result.

19. From May 14, 2014, through October 25, 2018, I performed 485.4 hours of work on this case for which Plaintiff seeks reimbursement.  In summary and without limitation, I:

- Initially consulted with Plaintiff after her termination of employment and reviewed Plaintiff's documents;

- Drafted and filed an Amended EEOC Charge on behalf of Plaintiff;

- Reviewed Defendant's position statements in this matter and submitted a rebuttal to the EEOC;

- Drafted and filed the complaint initiating the instant action with the Court;

- Drafted comprehensive discovery requests addressed to Defendant;

- Reviewed the documents produced by Defendant, which numbered approximately 1,000 pages of documents, including emails;

- Prepared Plaintiff's responses to Defendant's discovery requests;

- Prepared for and defended Plaintiff's deposition;

- Prepared for and deposed four (4) witnesses from Defendant;

- Drafted deposition summaries;

- Communicated with Plaintiff on a regular basis throughout the representation;

- Communicated with opposing counsel regarding all matters, including discovery disputes;

- Successfully responded to, and conducted legal research in opposition to, Defendant's Motion for Summary Judgment;

- Prepared for, and participated in, conferences with the Court;

- Helped prepare Plaintiff for her trial testimony;

- Strategized with Stephen G. Console and Laura C. Mattiacci;

- Reviewed Defendant's trial exhibit list and exhibits;

- Prepared and conducted direct examination of Plaintiff at trial;

- Prepared and presented Plaintiff's opening statement;

- Co-tried the four day trial to successful verdict; and

- Drafted the Post-Trial briefing.

20. In accordance with CML's policy, I recorded on a contemporaneous basis the time I spent working on Plaintiff's case.  I have reviewed the itemized entries for my time on this case as reflected on Exhibit 1 and they are accurate.

21. I have also reviewed the other entries on Exhibit 1 and I believe that they are accurate.

22. I have reviewed the costs and expenses reflected in Exhibit 10 to Plaintiff's Petition and summarized in the chart set forth in the Petition and I believe that they are accurate.

I understand the foregoing Declaration is made subject to the penalties of 28 U.S.C. §1746 relating to unsworn falsification to authorities.

Dated: 10/29/18

Rahul Munshi, Esquire

# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RUTH BRIGGS, | : |
| | : |
| Plaintiff, | : |
| | :    CIVIL ACTION NO. |
| v. | :    16-cv-0248 |
| | : |
| TEMPLE UNIVERSITY | : |
| | : |
| Defendant. | : |
| | : |

## DECLARATION OF SIDNEY L. GOLD, ESQUIRE

1.      I, Sidney L. Gold, Esquire, make this declaration in support of the Motion of Plaintiff for an award of attorneys' fees and costs in the above-captioned matter.

2.      I am a 1975 graduate of Temple University School of Law. I have been admitted to practice in Pennsylvania since 1975. I am also admitted to practice before the following federal courts: the United States District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States District Court for the District of New Jersey.

3.      I am the principal shareholder of the Philadelphia law firm Sidney Gold & Associates, P.C., which has been recognized by the Martindale-Hubbell Bar Register as a preeminent law firm in the field of employment law and civil rights litigation.

4.      My practice, as well as that of the law firm, is exclusively concentrated in the representation of both employees and employers in all aspects of employment related litigation.

5      I am aware of the credentials and skills of Stephen G. Console, Esquire, Laura C. Mattiacci, Esquire, and Rahul Munshi, Esquire having co-counseled cases with them and/or their law firm in the past and also having referred cases to them and their law firm.

6.      I am aware that Mr. Console is the founder and has been a member in the firm of Console Mattiacci Law, LLC (previously called Console Law Offices LLC) in Philadelphia, PA since 1990. Since 1985, Mr. Console has concentrated his practice in all aspects of employment law, with a special focus on litigation. Mr. Console's background includes a multitude of significant cases that resulted in verdicts and appellate discussions favorable to his clients. He has handled approximately 3,000 employment law cases as counsel for the employee. In addition, he regularly speaks at seminars involving employment law and has done so for over twenty-five (25) years. Mr. Console's requested rate of $940 per hour is reasonable because it lies well within the range of fees charged for work in fee shifting cases by experienced trial counsel with similar backgrounds and abilities in this field and is reasonable in light of the local

1

market for lawyers of his level of experience in this field.

7.      I am aware that Ms. Mattiacci is a member in the firm of Console Mattiacci Law, LLC.  I am aware that she has been in practice since 2002 focusing on employment litigation and that she has vast experience in representing clients in employment cases.  I am aware that Ms. Mattiacci was the lead trial counsel on this case and that she has tried numerous jury trials on behalf of plaintiffs, most of which have resulted in verdicts for the plaintiffs.  Ms. Mattiacci's requested rate of $750 per hour is reasonable because it lies well within the range of fees charged for work in fee shifting cases by experienced lead trial counsel with similar backgrounds and abilities in this field and is reasonable in light of the local market for lawyers on her level of experience in this field.

8.      I am aware that Mr. Munshi is a partner with Console Mattiacci Law, LLC.  I am also aware that he is a 2006 graduate of Haverford College, a 2009 graduate of The Beasley School of Law at Temple University, and that he joined Console Mattiacci Law, LLC in 2010 after completing a federal judicial clerkship with the Hon. Joel H. Slomsky of the District Court for the Eastern District of Pennsylvania.  I am aware that he has significant experience in representing clients in employment cases and that he regularly speaks at seminars involving employment law.  Mr. Munshi's requested rate of $440 per hour is reasonable because it lies well within the range of fees charged for work in fee shifting cases by trial counsel with similar backgrounds, abilities and experience in this field, and is reasonable in light of the local market for lawyers of his level of experience in this field.

9.      There is a substantial risk of taking a plaintiff's employment case on a straight contingency fee basis. The risk to the plaintiff's firm is so substantial that many plaintiffs' lawyers cannot take on representation and devote the necessary time to be able to successfully litigate these cases to verdict against experienced defense counsel.

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct to the best of my knowledge and information.

/s/ Sidney L. Gold
Sidney L. Gold, Esquire
Sidney L. Gold & Associates, P.C.
1835 Market Street, Ste. 515
Philadelphia, PA 19103

DATED: 10/25/18

2

# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH BRIGGS, | : |
| | : |
| Plaintiff, | : |
| | : |
| | :    **CIVIL ACTION NO.** |
| v. | :    **16-cv-0248** |
| | : |
| TEMPLE UNIVERSITY | : |
| | : |
| Defendant. | : |
| | : |

## DECLARATION OF ROBERT A. DAVITCH, ESQUIRE

1.      I, Robert A. Davitch, Esquire, make this declaration in support the Motion of Plaintiff for an award of attorneys' fees and costs in the above-captioned matter.

2.      I am a 1976 graduate of Temple University (now Beasley) School of Law. I have been admitted to practice in Pennsylvania since 1976. I am also admitted to practice before the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit.

3.      I am a principal and the vice-president of Sidkoff, Pincus & Green, P.C. ("SPG"). The firm was originally founded in 1958 and is one of the oldest law firms of its size in Philadelphia.

4.      SPG is regularly involved in trial and litigation matters in federal and state courts, as well as proceedings before administrative agencies, and in front of arbitrators and mediators. For many years, I have concentrated my practice in the areas of employment and civil rights litigation, as well as contractual disputes, whistleblower claims, and personal injury claims that involve serious or catastrophic injuries.

5.      Through my work, I am aware of the rates charged by employment attorneys in the Philadelphia market.

6.      I am personally aware of the credentials and skills of Stephen G. Console, Esquire, Laura C. Mattiacci, Esquire, and Rahul Munshi, Esquire, having co-counseled and worked in tandem with them on employment law cases.

7.      I am aware that Mr. Console is the founder, and has been a shareholder of the firm of Console Mattiacci Law, LLC (previously called Console Law Offices LLC) in Philadelphia, PA since 1990. I am also aware that since 1985, Mr. Console has concentrated his practice in all aspects of employment law, with a special focus on employment litigation. I also know that Mr. Console's background and professional experience includes a multitude of significant cases that have resulted in verdicts and decisions favorable to his clients. I know that he has handled approximately 3,000 employment law cases as counsel for the employee. In addition, he regularly

1

speaks at seminars involving employment law and has done so for over twenty-five (25) years. I am well aware of his stellar reputation in the relevant legal community. I have also worked with him as co-counsel in a number of cases and was able to personally observe his superior skills as an employment lawyer. Mr. Console's requested rate of $940 per hour is reasonable because it lies well within the range of fees charged for work in fee shifting cases by experienced trial counsel with similar backgrounds, abilities and experience in this field, and is reasonable in light of the local market for lawyers of his level of experience in this field.

8.      I am aware that Ms. Mattiacci is a shareholder in the firm of Console Mattiacci Law, LLC. I am aware that she has been in practice since 2002 focusing on employment litigation and that she has vast experience in representing clients in employment cases. I am aware that Ms. Mattiacci was the lead trial counsel on this case and that she has tried many jury trials on behalf of plaintiffs, most of which have resulted in verdicts for the plaintiffs. I was co-trial counsel with Ms. Mattiacci in one employment case that was resolved after four (4) days of trial, and therefore got to see her in action first hand in that case, where she displayed her outstanding skills as an employment litigator. Ms. Mattiacci's requested rate of $750 per hour is reasonable because it lies well within the range of fees charged for work in fee shifting cases by experienced lead trial counsel with similar backgrounds and abilities in this field and is reasonable in light of the local market for lawyers on her level of experience in this field.

9.      I am aware that Mr. Munshi is a partner with Console Mattiacci Law, LLC. I am also aware that he is a 2006 graduate of Haverford College, a 2009 graduate of The Beasley School of Law at Temple University, and that he joined Console Mattiacci Law, LLC in 2010 after completing a federal judicial clerkship with the Hon. Joel H. Slomsky of the United States District Court for the Eastern District of Pennsylvania. I am aware that he has significant experience in representing clients in employment cases and that he regularly speaks at seminars involving employment law. Mr. Munshi's requested rate of $440 per hour is reasonable because it lies well within the range of fees charged for work in fee shifting cases by trial counsel with similar backgrounds, abilities and experience in this field, and is reasonable in light of the local market for lawyers of his level of experience in this field.

10.      There is a substantial risk in taking a plaintiff's employment case on a straight contingency fee basis. The risk to the plaintiff's firm is so substantial that many plaintiffs' lawyers will not take on representation or agree to devote the necessary time to be able to successfully litigate these cases to verdict against experienced defense counsel.

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct to the best of my knowledge and information.

Robert Davitch, Esquire
Sidkoff, Pincus & Green, P.C.
2700 Aramark Tower
1101 Market Street
Philadelphia, PA 19107

DATED:  10/25/18

2

# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH BRIGGS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 16-cv-0248 |
| | : | |
| TEMPLE UNIVERSITY | : | |
| | : | |
| Defendant. | : | |
| | : | |

## DECLARATION OF MICHAEL HOMANS

1.     I, Michael Homans, make this declaration in support of the Motion of Plaintiff for an award of attorneys' fees and costs in the above-captioned matter.

2.     I am a 1995 graduate of the College of William & Mary School of Law.  I have been admitted to practice in Pennsylvania since 1995. I also have been admitted to practice before the following federal courts: the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Western District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States District Court for the Southern District of New York.

3.     I am a founding partner of HomansPeck, a law firm based in Philadelphia focusing on labor and employment law and litigation.  Before co-founding the firm in 2018, I practiced law for over twenty (20) years, concentrating on litigation of workplace disputes and advice to employers and employees.  I previously worked in the Labor & Employment Group at Drinker Biddle & Reath in Philadelphia, and was Chair of the Litigation Department and Labor and Employment section of Flaster Greenberg, P.C.  I have served as lead counsel in cases concerning wrongful termination, harassment, discrimination, retaliation, and whistle-blowing, among others.

4.     In addition, I have been a contributor to the American Bar Association ("ABA") treatise, *Employment Discrimination Law*, and a chapter editor of the ABA treatise, *Age Discrimination in Employment Law*.  I am an active member of the ABA's Employment Rights and Responsibilities Committee, where I serve as the management co-chair of the State Law Developments Subcommittee.

5     I am aware of the credentials and skills of Stephen G. Console, Esquire, and Laura C. Mattiacci, Esquire, having litigated against them and/or their law firm in the past and also having referred cases to them and their law firm.

6.     I am aware that Mr. Console is the founder and has been a shareholder in the firm of Console Mattiacci Law, LLC (previously called Console Law Offices LLC) in Philadelphia, PA

1

since 1990.  Since 1985, Mr. Console has concentrated his practice in all aspects of employment law, with a special focus on litigation.  Mr. Console's background includes a multitude of significant cases that resulted in verdicts and appellate discussions favorable to his clients.  He has handled approximately 3,000 employment law cases as counsel for the employee.  In addition, he regularly speaks at seminars involving employment law and has done so for over twenty-five (25) years.  Mr. Console's requested rate of $940 per hour is reasonable because it lies within the range of fees charged for work in fee shifting cases by experienced trial counsel with similar backgrounds and abilities in this field and is reasonable in light of the local market for lawyers of his level of experience in this field.

7.      I am aware that Ms. Mattiacci is a shareholder in the firm of Console Mattiacci Law, LLC.  I am aware that she has been in practice since 2002 focusing on employment litigation and that she has vast experience in representing clients in employment cases.  I am aware that Ms. Mattiacci was the lead trial counsel on this case and that she has tried numerous jury trials on behalf of plaintiffs, most of which have resulted in verdicts for the plaintiffs.  Ms. Mattiacci's requested rate of $750 per hour is reasonable because it lies well within the range of fees charged for work in fee shifting cases by experienced lead trial counsel with similar backgrounds and abilities in this field and is reasonable in light of the local market for lawyers on her level of experience in this field.

9.      There is a substantial risk of taking a plaintiff's employment case on a straight contingency fee basis. The risk to the plaintiff's firm is so substantial that many plaintiffs' lawyers cannot take on representation and devote the necessary time to be able to successfully litigate these cases to verdict against experienced defense counsel.

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct to the best of my knowledge and information.

Michael Homans, Esquire
HomansPeck, LLC
1500 JFK Blvd.
2 Penn Center, Suite 520
DATE: October 26, 2018          Philadelphia, PA 19102

2

# EXHIBIT 8

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH BRIGGS, | : |
| | : |
| Plaintiff, | : |
| | : **CIVIL ACTION NO.** |
| v. | : **16-cv-0248** |
| | : |
| TEMPLE UNIVERSITY | : |
| | : |
| Defendant. | : |
| | : |

## DECLARATION OF JULIANNE PECK, ESQUIRE

1.      I, Julianne Peck, Esquire, make this declaration in support of the Motion of Plaintiff for an award of attorneys' fees and costs in the above-captioned matter.

2.      I am a 1995 graduate of Syracuse University College of Law. I have been admitted to practice in Pennsylvania since 1997. I am also admitted to practice before the following federal courts: the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Western District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States District Court for the Southern District of New York.

3.      I am a founding partner of Homans Peck, a boutique law firm based in Philadelphia focusing on labor and employment law and litigation.  Before co-founding the firm in 2018, I practiced law for over twenty (20) years at some of the best firms in the region concentrating on litigation of workplace disputes and providing litigation advice to both employers and employees, including Drinker Biddle & Reath, Console Law Offices, and Rubin Fortunato.

4.      I have served as lead counsel in cases concerning wrongful termination, harassment, discrimination, retaliation, and whistle-blowing, among others.  I regularly advise individual employees, professionals, and executives who are facing workplace disputes with a focus on protecting legal rights. Also, I have successfully resolved hundreds of cases on behalf of my clients through settlement, mediation, and summary judgment as well as having obtained trial verdicts on behalf of my clients.

5       I am aware of the credentials and skills of Stephen G. Console, Esquire, Laura C. Mattiacci, Esquire, and Rahul Munshi, Esquire having co-counseled cases with them and/or their law firm in the past and also having referred cases to them and their law firm.

6.      I am aware that Mr. Console is the founder and has been a shareholder in the firm of Console Mattiacci Law, LLC (previously called Console Law Offices LLC) in Philadelphia, PA since 1990.  Since 1985, Mr. Console has concentrated his practice in all aspects of employment law, with a special focus on litigation.  Mr. Console's background includes a multitude of

1

significant cases that resulted in verdicts and appellate discussions favorable to his clients. He has handled approximately 3,000 employment law cases as counsel for the employee. In addition, he regularly speaks at seminars involving employment law and has done so for over twenty-five (25) years. Mr. Console's requested rate of $940 per hour is reasonable because it lies well within the range of fees charged for work in fee shifting cases by experienced trial counsel with similar backgrounds and abilities in this field and is reasonable in light of the local market for lawyers of his level of experience in this field.

7.     I am aware that Ms. Mattiacci is a shareholder in the firm of Console Mattiacci Law, LLC. I am aware that she has been in practice since 2002 focusing on employment litigation and that she has vast experience in representing clients in employment cases. I am aware that Ms. Mattiacci was the lead trial counsel on this case and that she has tried numerous jury trials on behalf of plaintiffs, most of which have resulted in verdicts for the plaintiffs. Ms. Mattiacci's requested rate of $750 per hour is reasonable because it lies well within the range of fees charged for work in fee shifting cases by experienced lead trial counsel with similar backgrounds and abilities in this field and is reasonable in light of the local market for lawyers on her level of experience in this field.

8.     I am aware that Mr. Munshi is a partner with Console Mattiacci Law, LLC. I am also aware that he joined Console Mattiacci Law, LLC in 2010 after completing a federal judicial clerkship with the Hon. Joel H. Slomsky of the District Court for the Eastern District of Pennsylvania. I am aware that he has significant experience in representing clients in employment cases and that he regularly speaks at seminars involving employment law. Mr. Munshi's requested rate of $440 per hour is reasonable because it lies well within the range of fees charged for work in fee shifting cases by trial counsel with similar backgrounds, abilities and experience in this field, and is reasonable in light of the local market for lawyers of his level of experience in this field.

9.     There is a substantial risk of taking a plaintiff's employment case on a straight contingency fee basis. The risk to the plaintiff's firm is so substantial that many plaintiffs' lawyers cannot take on representation and devote the necessary time to be able to successfully litigate these cases to verdict against experienced defense counsel.

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct to the best of my knowledge and information.

Julianne Peck, Esquire
Homans Peck, LLC
43 Paoli Plaza #426
Paoli, PA  19301

DATED:  10/25/18

2

# EXHIBIT 9

| Year | Firm Name | Location | Average FTE Attorneys | Partner Billing Rate High | Partner Billing Rate Low | Partner Billing Rate Avg | Associate Billing Rate High | Associate Billing Rate Low | Associate Billing Rate Avg | Counsel Avg | Counsel Low | Counsel High | NLJ Billing Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Adams and Reese | New Orleans, LA | 277 | $550.00 | $275.00 | $390.00 | $320.00 | $200.00 | $260.00 | $450.00 | $405.00 | $500.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Akerman Senterfitt | Miami, FL | 502 | $610.00 | $550.00 | $460.00 | $425.00 | $175.00 | $300.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Akin Gump Strauss Hauer & Feld | Washington, DC | 806 | $1220.00 | $615.00 | $785.00 | $660.00 | $365.00 | $525.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Allen Matkins Leck Gamble Mallory & Natsis | Los Angeles, CA | 187 | $690.00 | $325.00 | $615.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Alston & Bird | Atlanta, GA | 605 | $875.00 | $465.00 | $675.00 | $575.00 | $280.00 | $425.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Andrews Kurth | Houston, TX | 348 | $1090.00 | $745.00 | $960.00 | $1090.00 | $285.00 | $670.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Archer & Greiner | Haddonfield, NJ | 208 | $460.00 | $330.00 | $400.00 | $285.00 | $200.00 | $245.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Arent Fox | Washington, DC | 323 | $680.00 | $500.00 | $660.00 | $595.00 | $275.00 | $385.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Arnall Golden Gregory | Atlanta, GA | 139 | $520.00 | $420.00 | $490.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Arnold & Porter | Washington, DC | 748 | $990.00 | $670.00 | $915.00 | $910.00 | $345.00 | $500.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Arnstein & Lehr | Chicago, IL | 141 | $565.00 | $350.00 | $465.00 | $550.00 | $175.00 | $250.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

| Year / Firm | Location | FTE | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 Baker & Hostetler | Cleveland, OH | 610 | $685.00 | $250.00 | $460.00 | $465.00 | $120.00 | | | $290.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Baker & McKenzie | Chicago, IL | 4004 | $1130.00 | $260.00 | $755.00 | $925.00 | $100.00 | | | $365.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, Tenn. | 587 | $485.00 | $340.00 | $400.00 | $465.00 | $245.00 | | | $225.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Ballard Spahr | Philadelphia, PA | 479 | $650.00 | $395.00 | $475.00 | $495.00 | $235.00 | | | $315.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Barnes & Thornburg | Indianapolis, IN | 487 | $550.00 | $320.00 | $480.00 | $370.00 | $260.00 | | | $320.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Benesch, Friedlander, Coplan & Aronoff | Cleveland, OH | 150 | $635.00 | $360.00 | $455.00 | $475.00 | $155.00 | | | $280.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Best Best & Krieger | Riverside, CA | 175 | $655.00 | $340.00 | $455.00 | $385.00 | $235.00 | | $325.00 | $280.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Bingham McCutchen | Boston, MA | 900 | $1060.00 | $220.00 | $785.00 | $605.00 | $185.00 | $435.00 | $565.00 | $450.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Blank Rome | Philadelphia, PA | 471 | $940.00 | $445.00 | $640.00 | $565.00 | $175.00 | | | $350.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Bond, Schoeneck & King | Syracuse, NY | 194 | $520.00 | $240.00 | $535.00 | $285.00 | $160.00 | | $395.00 | $225.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Bowles Rice | Charleston, WV | 126 | $255.00 | $165.00 | $230.00 | $180.00 | $115.00 | | $385.00 | $135.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Bracewell & Giuliani | Houston, TX | 432 | $1125.00 | $575.00 | $780.00 | $700.00 | $275.00 | | $485.00 | $440.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

Case 2:14-cv-03141-CDJ   Document 33-6   Filed 08/24/15   Page 10 of 36

| Year | Firm | City | # | | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Bradley Arant Boult Cummings | Birmingham, AL | 396 | $605.00 | $325.00 | $480.00 | $340.00 | $200.00 | $280.00 | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Bread and Gassel | Orlando, FL | 169 | $465.00 | $295.00 | $380.00 | | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Brownstein Hyatt Farber Schreck | Denver, CO | 216 | $700.00 | $310.00 | $820.00 | $345.00 | $265.00 | $335.00 | $335.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Bryan Cave | St. Louis, MO | 990 | $860.00 | $465.00 | $590.00 | $570.00 | $210.00 | $405.00 | $600.00 | $320.00 | $810.00 | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Buchalter Nemer | Los Angeles, CA | 134 | $655.00 | $275.00 | $665.00 | $375.00 | $330.00 | $385.00 | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Burr & Forman | Birmingham, AL | 248 | $625.00 | $245.00 | $555.00 | $360.00 | $200.00 | $245.00 | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Butzel Long | Bloomfield Hills, MI | 125 | $555.00 | $350.00 | $440.00 | $415.00 | $215.00 | $305.00 | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Cadwalader, Wickersham & Taft | New York, NY | 435 | $1050.00 | $500.00 | $930.00 | $750.00 | $395.00 | $605.00 | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Carlton Fields | Tampa, FL | 276 | $840.00 | $455.00 | $600.00 | | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Connell Foley | Roseland, NJ | 121 | $575.00 | $275.00 | $425.00 | $335.00 | $200.00 | $255.00 | $480.00 | $275.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Cooley | Palo Alto, CA | 632 | $990.00 | $680.00 | $820.00 | $630.00 | $160.00 | $525.00 | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Covington & Burling | Washington, DC | 738 | $880.00 | $605.00 | $780.00 | $585.00 | $320.00 | $415.00 | | | | $625.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media Properties, LLC. All rights reserved.

888-770-5647
www.alm.com

Case 2:14-cv-03141-CDJ   Document 33-6   Filed 08/24/15   Page 11 of 36

| Year | Firm | Location | Attorneys | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Cox Smith Matthews | San Antonio, TX | 117 | $665.00 | $385.00 | | $605.00 | $465.00 | $200.00 | $320.00 | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Cozen O'Connor | Philadelphia, PA | 508 | $1050.00 | $300.00 | $555.00 | $590.00 | $235.00 | $345.00 | $460.00 | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Curtis, Mallet-Prevost, Colt & Mosle | New York, NY | 322 | $880.00 | $730.00 | $800.00 | $785.00 | $345.00 | $480.00 | $580.00 | $780.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Davis Graham & Stubbs | Denver, CO | 145 | $655.00 | $350.00 | $455.00 | $240.00 | $160.00 | $245.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Davis Polk & Wardwell | New York, NY | 787 | $985.00 | $850.00 | $875.00 | $975.00 | $510.00 | $615.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Debevoise & Plimpton | New York, NY | 615 | $1075.00 | $655.00 | $1055.00 | $760.00 | $120.00 | $490.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Dechert | New York, NY | 800 | $1055.00 | $670.00 | $960.00 | $735.00 | $385.00 | $530.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Dentons | | | $1650.00 | $345.00 | $700.00 | $685.00 | $210.00 | $425.00 | | | National Law Journal, December 2013 | Location and Average FTE Attorneys' data not available due to merger in 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Dickstein Shapiro | Washington, DC | 308 | $1250.00 | $560.00 | $750.00 | $585.00 | $310.00 | $475.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Dinsmore & Shohl | Cincinnati, OH | 422 | $550.00 | $250.00 | $400.00 | $390.00 | $140.00 | $235.00 | $345.00 | $515.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | DLA Piper | New York, NY | 4036 | $1025.00 | $450.00 | $765.00 | $750.00 | $260.00 | $510.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | FTE | | | | | | | | Source | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Dorsey & Whitney | Minneapolis, MN | 517 | $585.00 | $340.00 | $455.00 | $610.00 | $215.00 | | $315.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Duane Morris | Philadelphia, PA | 613 | $710.00 | $420.00 | $620.00 | $480.00 | $285.00 | | $370.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Edwards Wildman Palmer | Boston, MA | 572 | $760.50 | $210.00 | $635.00 | $415.00 | $245.00 | | $325.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Faegre Baker Daniels | Minneapolis, MN | 683 | $580.00 | $335.00 | $455.00 | $315.00 | $170.00 | | $290.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Foley & Lardner | Milwaukee, WI | 872 | $660.00 | $405.00 | $600.00 | $470.00 | $210.00 | | $335.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Foley Hoag | Boston, MA | 223 | $775.00 | $590.00 | $670.00 | $385.00 | $280.00 | | $325.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Fox Rothschild | Philadelphia, PA | 490 | $750.00 | $335.00 | $530.00 | $500.00 | $245.00 | | $310.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Fried, Frank, Harris, Shriver & Jacobson | New York, NY | 476 | $1100.00 | $930.00 | $1000.00 | $760.00 | $375.00 | | $595.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Gardere Wynne Sewell | Dallas, TX | 223 | $775.00 | $430.00 | $635.00 | $445.00 | $265.00 | | $310.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Gibbons | Newark, NJ | 210 | $665.00 | $440.00 | $660.00 | $475.00 | $265.00 | $485.00 | $360.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Gibson, Dunn & Crutcher | New York, NY | 1086 | $1000.00 | $785.00 | $980.00 | $930.00 | $175.00 | $750.00 $385.00 | $590.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Gordon & Rees | San Francisco, CA | 457 | $475.00 | $375.00 | $420.00 | $225.00 | $285.00 | | $300.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | City | # | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 Greenberg Traurig | New York, NY | 1099 | $865.00 | $550.00 | $595.00 | $200.00 | $390.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Harris Beach | Rochester, NY | 2041 | $600.00 | $385.00 | $285.00 | $175.00 | $260.00 | $175.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Harter Secrest & Emery | Rochester, NY | 196 | $465.00 | $365.00 | $300.00 | $195.00 | $250.00 | $385.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Haynes and Boone | Dallas, TX | 489 | $1020.00 | $670.00 | $450.00 | $310.00 | $405.00 | $325.00 | $380.00 | $220.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Hogan Lovells | Washington, DC | 2280 | $1000.00 | $765.00 | $385.00 | | | $510.00 | $220.00 | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Holland & Hart | Denver, CO | 409 | $725.00 | $435.00 | $415.00 | $165.00 | $275.00 | $380.00 | $185.00 | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Holland & Knight | Washington, DC | 928 | $1035.00 | $595.00 | $575.00 | $210.00 | $355.00 | $380.00 | $480.00 | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Honigman Miller Schwartz and Cohn | Detroit, MI | 227 | $560.00 | $360.00 | $225.00 | $205.00 | $220.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Hughes Hubbard & Reed | New York, NY | 344 | $995.00 | $890.00 | $675.00 | $365.00 | $555.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Husch Blackwell | St. Louis, MO | 514 | $625.00 | $235.00 | $420.00 | $160.00 | $280.00 | $360.00 | $230.00 | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Ice Miller | Indianapolis, IN | 301 | $530.00 | $335.00 | $450.00 | $305.00 | $245.00 | $270.00 | $385.00 | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Irell & Manella | Los Angeles, CA | 164 | $975.00 | $650.00 | $890.00 | $750.00 | $395.00 | $535.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.jvm.com

| Year | Firm | Location | # | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Jackson Kelly | Charleston, WV | 200 | $370.00 | $175.00 | $280.00 | $265.00 | $145.00 | $195.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Jackson Lewis | Los Angeles, CA | 690 | $440.00 | $310.00 | $380.00 | $315.00 | $276.00 | $260.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Jackson Walker | Dallas, TX | 328 | $550.00 | $450.00 | $500.00 | $385.00 | $285.00 | $335.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Jeffer, Mangels, Butler & Mitchell | Los Angeles, CA | 126 | $875.00 | $560.00 | $490.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Jenner & Block | Chicago, IL | 482 | $925.00 | $565.00 | $745.00 | $550.00 | $380.00 | $465.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Jones Day | New York, NY | 2350 | $975.00 | $445.00 | $745.00 | $775.00 | $255.00 | $435.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Jones Walker | New Orleans, LA | 361 | $425.00 | $275.00 | $385.00 | $240.00 | $200.00 | $225.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Kasowitz, Benson, Torres & Friedman | New York, NY | 385 | $1155.00 | $600.00 | $835.00 | $625.00 | $200.00 | $560.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Katten Muchin Rosenman | Chicago, IL | 586 | $745.00 | $500.00 | $615.00 | $555.00 | $340.00 | $455.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Kaye Scholer | New York, NY | 414 | $1080.00 | $715.00 | $860.00 | $680.00 | $320.00 | $510.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Kelley Drye & Warren | New York, NY | 298 | $915.00 | $435.00 | $640.00 | $600.00 | $305.00 | $430.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Kilpatrick Townsend & Stockton | Atlanta, GA | 552 | $775.00 | $400.00 | $550.00 | $475.00 | $315.00 | $385.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | Count | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | King & Spalding | Atlanta, GA | 838 | $685.00 | $645.00 | $775.00 | $735.00 | $125.00 | | $460.00 | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Kirkland & Ellis | Chicago, IL | 1517 | $695.00 | $590.00 | $825.00 | $335.00 | | $540.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2313 | Krccbbe, Marante, Olson & Bear | Irvine, CA | 288 | $765.00 | $440.00 | $555.00 | $335.00 | $285.00 | $345.00 | $695.00 | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2313 | Kramer Levin Naftalis & Frankel | New York, NY | 320 | $1025.00 | $740.00 | $845.00 | $750.00 | $400.00 | | $690.00 | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2313 | Lane Powell | Seattle, WA | 172 | $465.00 | $385.00 | $430.00 | $300.00 | $225.00 | $265.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2313 | Latham & Watkins | New York, NY | 2033 | $1110.00 | $895.00 | $990.00 | $725.00 | $465.00 | $605.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2313 | Lathrop & Gage | Kansas City, MO | 286 | $700.00 | $385.00 | $420.00 | $375.00 | $185.00 | $250.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2313 | Leonard, Street and Deihard | Minneapolis, MN | 184 | $480.00 | $295.00 | $405.00 | $305.00 | $265.00 | $285.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2313 | Lewis Roca Rothgerber | | | $685.00 | $380.00 | $565.00 | $525.00 | $205.00 | $400.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney data not available due to merger in 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2313 | Lindquist & Vennum | Minneapolis, MN | 181 | $600.00 | $480.00 | $520.00 | $470.00 | $275.00 | $565.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2313 | Littler Mendelson | San Francisco, CA | 909 | $915.00 | $595.00 | $550.00 | $420.00 | $245.00 | $280.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

| Firm | Location | # | | | | | | | | | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 Lowenstein Sandler | Roseland, NJ | 254 | $755.00 | $510.00 | $615.00 | $650.00 | $650.00 | $380.00 | | | National Law Journal, December 2013 — Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Manatt, Phelps & Phillips | Los Angeles, CA | 325 | $785.00 | $840.00 | $740.00 | | | | | | National Law Journal, December 2013 — Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 McCarter & English | Newark, NJ | 373 | $825.00 | $450.00 | $630.00 | $370.00 $220.00 | $300.00 | | | | National Law Journal, December 2013 — Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 McDermott Will & Emery | Chicago, IL | 1024 | $835.00 | $525.00 | $710.00 | | | | | | National Law Journal, December 2013 — Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 McElroy, Deutsch, Mulvaney & Carpenter | Morristown, NJ | 286 | $505.00 | $325.00 | $440.00 | $325.00 $205.00 | $265.00 | | | | National Law Journal, December 2013 — Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 McGuireWoods | Richmond, VA | 941 | $725.00 | $450.00 | $595.00 | $325.00 $285.00 | $360.00 | | | | National Law Journal, December 2013 — Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 McKenna Long & Aldridge | Atlanta, GA | 509 | $650.00 | $480.00 | $530.00 | $425.00 $375.00 | $395.00 | | | | National Law Journal, December 2013 — Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Michael Best & Friedrich | Milwaukee, WI | 198 | $600.00 | $260.00 | $260.00 | $360.00 $180.00 | $275.00 | | | | National Law Journal, December 2013 — Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Miles & Stockbridge | Baltimore, MD | 207 | $725.00 | $330.00 | $470.00 | $375.00 $230.00 | $285.00 | $425.00 | | | National Law Journal, December 2013 — Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Miller & Martin | Chattanooga, TN | 131 | $585.00 | $245.00 | $385.00 | $270.00 $160.00 | $215.00 | $385.00 | $210.00 | $440.00 | National Law Journal, December 2013 — Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Morgan, Lewis & Bockius | Philadelphia, PA | 1334 | $765.00 | $430.00 | $620.00 | $565.00 $270.00 | $380.00 | | | | National Law Journal, December 2013 — Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Morris, Manning & Martin | Atlanta, GA | 142 | $575.00 | $400.00 | $480.00 | | | | | | National Law Journal, December 2013 — Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | No. | | | | | | | Source | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Morrison & Foerster | San Francisco, CA | 1010 | $1195.00 | $585.00 | $865.00 | $725.00 | $250.00 | $625.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Nixon Peabody | Boston, MA | 612 | $650.00 | $295.00 | $520.00 | $550.00 | $180.00 | $500.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Norton Rose Fulbright | | | $900.00 | $555.00 | $775.00 | $515.00 | $300.00 | $400.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and Average FTE Attorneys' data not available due to merger in 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Nutter McClennen & Fish | Boston, MA | 135 | $715.00 | $470.00 | $672.50 | $460.00 | $285.00 | $375.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | O'Melveny & Myers | Los Angeles, CA | 738 | $950.00 | $615.00 | $715.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Orrick, Herrington & Sutcliffe | San Francisco, CA | 977 | $945.00 | $455.00 | $625.00 | $675.00 | $170.00 | $310.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Parker Poe Adams & Bernstein | Charlotte, NC | 178 | $600.00 | $425.00 | $460.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Patton Boggs | Washington, DC | 465 | $780.00 | $480.00 | $665.00 | $475.00 | $325.00 | $405.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Paul Hastings | New York, NY | 889 | $900.00 | $750.00 | $815.00 | $755.00 | $335.00 | $540.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Paul, Weiss, Rifkind, Wharton & Garrison | New York, NY | 808 | $1120.00 | $760.00 | $1042.00 | $760.00 | $285.00 | $600.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Pepper Hamilton | Philadelphia, PA | 493 | $850.00 | $275.00 | $635.00 | $460.00 | $245.00 | $380.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

16

Case 2:14-cv-03141-CDJ   Document 33-6   Filed 08/24/15   Page 18 of 36

| | | FTE | | | | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 Perkins Coie | Seattle, WA | 825 | $340.00 | $320.00 | $660.00 | $685.00 | $215.00 | $465.00 | $566.00 | $370.00 | $790.00 | National Law Journal, December 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Pillsbury Winthrop Shaw Pittman | Washington, DC | 609 | $1070.00 | $615.00 | $865.00 | $860.00 | $375.00 | $620.00 | | | | National Law Journal, December 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Polsinelli | Kansas City, MO | 573 | $750.00 | $320.00 | $410.00 | $340.00 | $220.00 | $285.00 | $370.00 | $300.00 | $425.00 | National Law Journal, December 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Proskauer Rose | New York, NY | 748 | $550.00 | $725.00 | $860.00 | $675.00 | $285.00 | $465.00 | | | | National Law Journal, December 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Quarles & Brady | Milwaukee, WI | 413 | $600.00 | $350.00 | $470.00 | $600.00 | $210.00 | $335.00 | | | | National Law Journal, December 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Quinn Emanuel Urquhart & Sullivan | New York, NY | 697 | $1075.00 | $910.00 | $915.00 | $675.00 | $320.00 | $410.00 | | | | National Law Journal, December 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Reed Smith | Pittsburgh, PA | 1468 | $545.00 | $546.00 | $710.00 | $530.00 | $285.00 | $420.00 | | | | National Law Journal, December 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Richards, Layton & Finger | Wilmington, DE | 138 | $550.00 | $475.00 | $860.00 | $450.00 | $350.00 | $350.00 | $465.00 | $450.00 | $475.00 | National Law Journal, December 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Riker Danzig Scherer Hyland & Perretti | Morristown, NJ | 151 | $465.00 | $430.00 | $465.00 | $285.00 | $210.00 | $250.00 | | | | National Law Journal, December 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Robinson & Cole | Hartford, CT | 209 | $460.00 | $285.00 | $410.00 | | | | | | | National Law Journal, December 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Rutan & Tucker | Costa Mesa, CA | 135 | $675.00 | $345.00 | $490.00 | $500.00 | $230.00 | $320.00 | $480.00 | $435.00 | $575.00 | National Law Journal, December 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Saul Ewing | Philadelphia, PA | 226 | $560.00 | $385.00 | $530.00 | $575.00 | $225.00 | $340.00 | | | | National Law Journal, December 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | FTE | | | | | | | | | Source | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Sedgwick | San Francisco, CA | 347 | $815.00 | $595.00 | $475.00 | $250.00 | $425.00 | | $390.00 | $560.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Seward & Kissel | New York, NY | 152 | $850.00 | $625.00 | $600.00 | $290.00 | $400.00 | $450.00 | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Seyfarth Shaw | Chicago, IL | 753 | $860.00 | $375.00 | $910.00 | $225.00 | $365.00 | $470.00 | $245.00 | $800.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Sheppard, Mullin, Richter & Hampton | Los Angeles, CA | 521 | $875.00 | $490.00 | $685.00 | $275.00 | $415.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Shumaker, Loop & Kendrick | Toledo, OH | 226 | $555.00 | $295.00 | $335.00 | $175.00 | $260.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Shutts & Bowen | Miami, FL | 221 | $660.00 | $250.00 | $345.00 | $185.00 | $260.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Skadden, Arps, Slate, Meagher & Flom | New York, NY | 1735 | $1150.00 | $645.00 | $1035.00 | $340.00 | $620.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Snell & Wilmer | Phoenix, AZ | 422 | $685.00 | $365.00 | $465.00 | $185.00 | $280.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Squire Sanders | Cleveland, OH | 1267 | $950.00 | $380.00 | $655.00 | $250.00 | $355.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Stevens & Lee | Reading, PA | 167 | $600.00 | $525.00 | $625.00 | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Stinson Morrison Hecker | Kansas City, MO | 280 | $695.00 | $280.00 | $550.00 | $185.00 | $280.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Stoel Rives | Portland, OR | 371 | $690.00 | $320.00 | $475.00 | $190.00 | $280.00 | $410.00 | $320.00 | $550.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | FTE | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Strasburger & Price | Dallas, TX | 228 | $770.00 | $225.00 | $420.00 | $460.00 | $215.00 | $290.00 | $445.00 | $225.00 | $600.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Taft, Stettinius & Hollister | Cincinnati, OH | 305 | $535.00 | $285.00 | $415.00 | $475.00 | $200.00 | $285.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Thompson & Knight | Dallas, TX | 281 | $740.00 | $425.00 | $555.00 | $610.00 | $240.00 | $370.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Thompson Coburn | St. Louis, MO | 305 | $610.00 | $330.00 | $440.00 | $350.00 | $220.00 | $270.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Troutman Sanders | Atlanta, GA | 575 | $975.00 | $400.00 | $625.00 | $570.00 | $245.00 | $340.00 | $610.00 | $325.00 | $975.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Ulmer & Berne | Cleveland, OH | 172 | $415.00 | $315.00 | $380.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Varnum | Grand Rapids, MI | 134 | $465.00 | $280.00 | $390.00 | $390.00 | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Venable | Washington, DC | 591 | $1075.00 | $470.00 | $660.00 | $575.00 | $295.00 | $430.00 | $565.00 | $455.00 | $810.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Vinson & Elkins | Houston, TX | 677 | $770.00 | $475.00 | $600.00 | $565.00 | $275.00 | $350.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Waller Lansden Dortch & Davis | Nashville, TN | 165 | $605.00 | $350.00 | $460.00 | $235.00 | $180.00 | $245.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2015 | Weil, Gotshal & Manges | New York, NY | 1201 | $1075.00 | $625.00 | $930.00 | $760.00 | $305.00 | $600.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | White & Case | New York, NY | 1900 | $1050.00 | $700.00 | $975.00 | $1050.00 | $220.00 | $525.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 Wiley Rein | Washington, DC | 272 | $550.00 | $965.00 | $550.00 | $595.00 | $520.00 | $445.00 | $560.00 | $380.00 | $600.00 | National Law Journal, December 2013 | Full-time equivalent, attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Williams Mullen | Richmond, VA | 231 | $410.00 | $360.00 | $365.00 | $350.00 | $260.00 | $285.00 | | | | National Law Journal, December 2013 | Full-time equivalent, attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Willkie Farr & Gallagher | New York, NY | 540 | $1090.00 | $760.00 | $630.00 | $790.00 | $350.00 | $580.00 | | | | National Law Journal, December 2013 | Full-time equivalent, attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Wilmer Cutler Pickering Hale and Dorr | Washington, DC | 961 | $1250.00 | $735.00 | $935.00 | $995.00 | $75.00 | $290.00 | | | | National Law Journal, December 2013 | Full-time equivalent, attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Winston & Strawn | Chicago, IL | 842 | $995.00 | $950.00 | $600.00 | $590.00 | $425.00 | $620.00 | | $380.00 | | National Law Journal, December 2013 | Full-time equivalent, attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Wolff & Samson | West Orange, NJ | 129 | $450.00 | $325.00 | $450.00 | $450.00 | $255.00 | $340.00 | | | | National Law Journal, December 2013 | Full-time equivalent, attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 Wyatt, Tarrant & Combs | Louisville, KY | 185 | $500.00 | $380.00 | $418.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent, attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

# EXHIBIT 10

**2:59 PM**
**10/26/18**
**Accrual Basis**

# Console Mattiacci Law, LLC
## Client Cost Transaction Detail Report
### All Transactions

| Date | Num | Name | Source Name | Memo | Debit | Credit | Balance |
|------|-----|------|-------------|------|-------|--------|---------|
| 03/12/2016 | Online | Briggs, Ruth | American Express | 1/20/16 efiling | 400.00 | | 400.00 |
| 07/13/2016 | Online | Briggs, Ruth | Federal Express | 7/7/16 to Francine Friedman Griesing | 29.53 | | 429.53 |
| 07/22/2016 | Online | Briggs, Ruth | Federal Express | 7/11/16 to Francine Friedman Griesing | 15.76 | | 445.29 |
| 10/17/2016 | 18599 | Briggs, Ruth | PACER | PACER research July-Sept 2016 | 0.20 | | 445.49 |
| 02/27/2017 | 18961 | Briggs, Ruth | Intercept Delivery Service | 1/31/17 to Littler Mendelson | 6.75 | | 452.24 |
| 05/08/2017 | 19099 | Briggs, Ruth | PACER | Jan-March 217 PACER research | 0.20 | | 452.44 |
| 05/31/2017 | 19174 | Briggs, Ruth | Rahul Munshi | 5/25/17 Cab from deposition | 10.15 | | 462.59 |
| 06/20/2017 | Online | Briggs, Ruth | Federal Express | 6/12/17 to Ruth Briggs | 23.44 | | 486.03 |
| 07/10/2017 | 19198 | Briggs, Ruth | Terry Burke | 5/31/17 Dep of Jie Wu | 638.05 | | 1,124.08 |
| 07/10/2017 | 19200 | Briggs, Ruth | Elite Litigation Solutions, LLC | 5/25/17 Videotape dep of Ruth Briggs | 2,347.55 | | 3,471.63 |
| 07/11/2017 | 19215 | Briggs, Ruth | Terry Burke | 6/30/17 Deps of Culbreath-Walton and ... | 703.80 | | 4,175.43 |
| 07/11/2017 | 19215 | Briggs, Ruth | Terry Burke | 6/29/17 Dep of Wacker | 441.35 | | 4,616.78 |
| 07/31/2017 | 19283 | Briggs, Ruth | Intercept Delivery Service | 7/12/17 to Littler Mendelson | 4.75 | | 4,621.53 |
| 07/31/2017 | 5259 | Briggs, Ruth | Elite Litigation Solutions, LLC | 7/21/17 Dep of Ruth Briggs day 2 | 602.50 | | 5,224.03 |
| 09/12/2017 | 19406 | Briggs, Ruth | Relx Inc. DBA LexisNexis | August 2017 Lexis research | 138.34 | | 5,362.37 |
| 10/04/2017 | 19444 | Briggs, Ruth | Intercept Delivery Service | 8/9/17 to USDC | 4.75 | | 5,367.12 |
| 11/06/2017 | 19516 | Briggs, Ruth | PACER | PACER research July-Sept 2017 | 5.50 | | 5,372.62 |
| 07/03/2018 | 6-232-... | Briggs, Ruth | Federal Express | Federal Express | 29.31 | | 5,401.93 |
| 07/13/2018 | 20141 | Briggs, Ruth | Rahul Munshi | Daily taxi to and from trial | 89.48 | | 5,491.41 |
| 07/16/2018 | 20133 | Briggs, Ruth | Rahul Munshi | Cab to Office | 12.66 | | 5,504.07 |
| 07/16/2018 | 20133 | Briggs, Ruth | Rahul Munshi | Cab to office | 33.52 | | 5,537.59 |
| 07/16/2018 | 20133 | Briggs, Ruth | Rahul Munshi | Cab from office | 28.82 | | 5,566.41 |
| 07/16/2018 | 20133 | Briggs, Ruth | Rahul Munshi | Cab to court | 9.75 | | 5,576.16 |
| 07/16/2018 | 20133 | Briggs, Ruth | Rahul Munshi | Cab from Court to office | 13.44 | | 5,589.60 |
| 07/26/2018 | 20147 | Briggs, Ruth | Charlene Bates | Toll - Tech Run | 15.00 | | 5,604.60 |
| 07/26/2018 | 20147 | Briggs, Ruth | Charlene Bates | Parking - Tech Run | 15.00 | | 5,619.60 |
| 07/26/2018 | 20147 | Briggs, Ruth | Charlene Bates | Meals for Trial Team | 17.28 | | 5,636.88 |
| 07/26/2018 | 20147 | Briggs, Ruth | Charlene Bates | Beverages for Trial Team | 10.00 | | 5,646.88 |
| 07/26/2018 | 20147 | Briggs, Ruth | Charlene Bates | Tolls - Tech Run | 15.00 | | 5,661.88 |
| 07/26/2018 | 20147 | Briggs, Ruth | Charlene Bates | Parking | 14.00 | | 5,675.88 |
| 07/26/2018 | 20147 | Briggs, Ruth | Charlene Bates | Beverages for Trial Team | 8.00 | | 5,683.88 |
| 07/26/2018 | 20147 | Briggs, Ruth | Charlene Bates | Train | 2.80 | | 5,686.68 |
| 07/26/2018 | 20147 | Briggs, Ruth | Charlene Bates | Mileage to Court | 24.50 | | 5,711.18 |
| 07/26/2018 | 20147 | Briggs, Ruth | Charlene Bates | Mileage to Court | 24.50 | | 5,735.68 |
| 07/26/2018 | 20147 | Briggs, Ruth | Charlene Bates | Mileage to Court | 24.50 | | 5,760.18 |
| 07/26/2018 | 20147 | Briggs, Ruth | Charlene Bates | Mileage to Court | 24.50 | | 5,784.68 |
| 07/26/2018 | 20147 | Briggs, Ruth | Charlene Bates | Meals for Trial Team | 33.75 | | 5,818.43 |
| 08/22/2018 | CONL... | Briggs, Ruth | Intercept Delivery Service | Courier to US District Court | 43.13 | | 5,861.56 |
| 08/22/2018 | CONL... | Briggs, Ruth | Intercept Delivery Service | Courier to US District Court | 110.10 | | 5,971.66 |
| 08/29/2018 | 1804137 | Briggs, Ruth | Road Runner Courier Agency, Inc. | Hand Delivery to Judge Robert Kely | 65.95 | | 6,037.61 |
| 09/09/2018 | CCON... | Briggs, Ruth | Intercept Delivery Service | Courier to District Court | 4.75 | | 6,042.36 |
| **Total** | | | | | **6,042.36** | **0.00** | **6,042.36** |