# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>18-3512</u>

Ruth Briggs v. Temple University

(Originating Court No. 2-16-cv-00248)

# O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date: February 5, 2019

Cc: Richard R. HarrisEsq.
Rahul MunshiEsq.
Rachel F. SatinskyEsq.
Jonathan L. ShawEsq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate